# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **Undetermined quantities of dietary supplement products that are labeled or otherwise appear to contain 7-hydroxymitragynine, as identified in Exhibit A, located at 1501 Iron Street, North Kansas City, Missouri;** <br><br> **Undetermined quantities of food products that are labeled or otherwise appear to contain 7-hydroxymitragynine, as identified in Exhibit B, located at 2461 NW Tullison Road, Riverside, Missouri;** <br><br> **and** <br><br> **Undetermined quantities of dietary supplement products that are labeled or otherwise appear to contain 7-hydroxymitragynine, as identified in Exhibit C, located at 2461 NW Tullison Road, Riverside, Missouri,** <br><br> Defendant Articles. | Case No. <br><br><br> **VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** |

**NOW COMES** the United States of America, R. Matthew Price, United States Attorney for the Western District of Missouri, and Lisa K. Hsiao, Acting Director of the Enforcement & Affirmative Litigation Branch of the United States Department of Justice, and respectfully state as follows:

## NATURE OF THE ACTION

1.      This is a civil forfeiture action *in rem* brought by the United States of America pursuant to 21 U.S.C. § 334 to seize and condemn the articles of food as described in the caption and accompanying exhibits ("Defendant Articles"), located on premises at 1501 Iron Street, North Kansas City, Missouri, and 2461 NW Tullison Road, Riverside, Missouri, because they violate the Federal Food, Drug, and Cosmetic Act (the "Act"), 21 U.S.C. §§ 301 *et seq.*

## JURISDICTION AND VENUE

2.      The Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345 and 21 U.S.C. § 334.

3.      The Defendant Articles are articles of food: (a) within the meaning of 21 U.S.C. § 321(f) that contain a food additive within the meaning of 21 U.S.C. § 321(s) (specifically, the products identified in Exhibit B); or (b) within the meaning of 21 U.S.C. § 321(ff), because they are dietary supplements (specifically, the products identified in Exhibits A and C).

4.      This Court has *in rem* jurisdiction over the Defendant Articles, and venue is proper pursuant to 28 U.S.C. § 1395 and 21 U.S.C. § 334(a)(1), because the Defendant Articles are located in the Western District of Missouri.

5.      The Defendant Articles consist, in whole or in part, of components that were shipped in interstate commerce from outside the state of Missouri.

## FACTS

6.      Company A manufactures, holds, and distributes food and dietary supplement products that are labeled to contain 7-hydroxymitragynine ("7-OH").

7.      The Defendant Articles identified in Exhibit B are food within the meaning of the Act, 21 U.S.C. § 321(f), to which 7-OH has been added.

2

8.      Under 21 U.S.C. § 321(s), a "food additive," subject to certain exceptions not applicable here, is any substance the intended use of which results in it becoming a component of any food, if the substance is not generally recognized as safe among qualified experts under the conditions of its intended use.  Because 7-OH, a component of the Defendant Articles identified in Exhibit B, is not generally recognized as safe in food, the 7-OH in the Defendant Articles identified in Exhibit B is a "food additive."

9.      The Defendant Articles identified in Exhibits A and C are dietary supplements within the meaning of 21 U.S.C. § 321(ff), and they do not fall within an exclusion set forth in 21 U.S.C. § 321(ff)(3)(B).

10.     7-OH is a constituent or metabolite of the botanical *Mitragyna speciosa* (commonly known as kratom).  While 7-OH occurs naturally in trace amounts in the plant kratom, products containing 7-OH as an added ingredient can be dangerous. In the human body, 7-OH is able to bind to opioid receptors, raising concerns about its potential for abuse. The United States Food and Drug Administration ("FDA") has stated publicly that 7-OH is not lawful in dietary supplements, cannot be lawfully added to conventional foods, has not been FDA-approved for any medical use, and that consumption of 7-OH may be dangerous and lead to serious harm.[1]

11.     Kratom-derived 7-OH is a dietary ingredient within the meaning of 21 U.S.C. § 321(ff)(1)(F) when an ingredient in a dietary supplement product.

12.     Because 7-OH was not marketed as a dietary ingredient in the United States prior to October 15, 1994, it is a new dietary ingredient within the meaning of 21 U.S.C. § 350b(d).

13.     On June 25, 2025, FDA issued a Warning Letter to Company A and a principal of

---

[1]https://www.fda.gov/consumers/consumer-updates/products-containing-7-oh-can-cause-serious-harm;  https://www.fda.gov/newsevents/press-announcements/fda-issues-warning-letters-firms-marketing-products-containing-7-hydroxymitragynine.

Company A regarding certain of its products that contain 7-OH. The Warning Letter stated that 7-OH products have not been evaluated by FDA for safe use; FDA has received adverse event reports associated with products containing 7-OH; and 7-OH has been reported to have opioid-like effects. The Warning Letter further stated that the firm's dietary supplements containing 7-OH were adulterated within the meaning of 21 U.S.C. § 342(f)(1)(B) and that "available information on the use of 7-OH in products raises serious safety concerns."

14.     On November 12, 2025, FDA investigators initiated an inspection of a Company A facility located at 1501 Iron Street, North Kansas City, Missouri. During the inspection, FDA investigators observed products labeled as "dietary supplements" that contain 7-OH.

15.     On November 12, 2025, FDA issued a Detention Order, whereby the Defendant Articles located at 1501 Iron Street, North Kansas City, Missouri were administratively detained pursuant to 21 U.S.C. § 334(h).  The Detention Order Continuation Sheet listing the detained products located at 1501 Iron Street, North Kansas City, Missouri was issued to the firm on November 14, 2025. As of the date of this Complaint, the Defendant Articles located at 1501 Iron Street, North Kansas City, Missouri, are still subject to FDA's Administrative Detention Order, and thus, remain under FDA's custody, control, or possession.

16.     On November 12, 2025, FDA investigators initiated an inspection of a Company A facility located at 2461 NW Tullison Road, Riverside, Missouri. During the inspection, FDA investigators observed food products in the form of liquid "shots" labeled to contain 7-OH and products labeled as "dietary supplements" that contain 7-OH.

17.     On November 13, 2025, FDA issued a Detention Order, whereby the Defendant Articles located at 2461 NW Tullison Road, Riverside, Missouri were administratively detained pursuant to 21 U.S.C. § 334(h).  The Detention Order Continuation Sheet listing the detained

products located at 2461 NW Tullison Road, Riverside, Missouri was issued to the firm on November 13, 2025. As of the date of this Complaint, the Defendant Articles located at the 2461 NW Tullison Road, Riverside, Missouri facility are still subject to FDA's Administrative Detention Order, and thus, remain under FDA's custody, control, or possession.

## BASIS FOR FORFEITURE

18.     The allegations in the preceding paragraphs are incorporated by reference as if fully set forth herein.

19.     The Defendant Articles identified in Exhibit B are food, within the meaning of the Act, 21 U.S.C. § 321(f), and are adulterated within the meaning of 21 U.S.C. § 342(a)(2)(C)(i) because they contain 7-OH, an unsafe food additive.

20.     Under 21 U.S.C. § 348(a), a food additive is deemed unsafe unless it is approved by FDA for its intended use in food prior to marketing or is otherwise exempted by regulation from the requirements of this section for investigational use by qualified experts.  There is no food additive regulation that authorizes the use of 7-OH in food nor is there any applicable exemption.

21.     The Defendant Articles listed in Exhibits A and C are dietary supplements within the meaning of the Act, 21 U.S.C. § 321(ff), and are adulterated within the meaning of 21 U.S.C. § 342(f)(1)(B).

22.     The Defendant Articles listed in Exhibits A and C are adulterated within the meaning of 21 U.S.C. § 342(f)(1)(B) because they contain or are a new dietary ingredient, 7-OH, for which there is inadequate information to provide reasonable assurance that this ingredient does not present a significant or unreasonable risk of illness or injury.

23.     By reason of the forgoing, the Defendant Articles are held illegally within the jurisdiction of this Court and are liable to seizure, forfeiture, and condemnation pursuant to 21 U.S.C. § 334.

## CLAIM FOR RELIEF

**WHEREFORE**, the United States of America requests that:

(a) a Warrant for Arrest *In Rem* for the Defendant Articles be issued;

(b) notice be given to all persons having any interest in the Defendant Articles to appear herein and show cause why the seizure and condemnation should not be decreed;

(c) judgment be entered declaring the Defendant Articles be condemned and forfeited to the United States of America and disposed of according to law; and,

(d) the United States of America be granted such other and further relief that the Court deems just and proper.

DATED: November 21, 2025                      Respectfully Submitted,

R. MATTHEW PRICE                              BRETT A. SHUMATE
United States Attorney                        Assistant Attorney General
                                              Civil Division

   s/ Leigh Farmakidis                        SARMAD M. KHOJASTEH
LEIGH FARMAKIDIS                              Acting Deputy Assistant Attorney General
Assistant United States Attorney
Charles Evans Whittaker Courthouse            LISA K. HSIAO
400 East 9th Street, Fifth Floor              Acting Director
Kansas City, MO 64106                         Enforcement & Affirmative Litigation Branch
Tel:  816-426-3122
leigh.farmakidis@usdoj.gov                       s/ Patrick R. Runkle
                                              PATRICK RUNKLE
                                              Assistant Director
                                              DAVID SULLIVAN
                                              Senior Litigation Counsel
                                              JAMES T. NELSON
                                              Senior Trial Attorney

U.S. Department of Justice
450 5th Street, N.W.
Washington, DC 20044
Tel: 202-532-4723
patrick.r.runkle@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*

MICHAEL B. STUART
General Counsel
U.S. Department of Health and Human
Services

SEAN R. KEVENEY
Chief Counsel
Food and Drug Administration

SHANNON M. SINGLETON
Deputy Chief Counsel, Litigation

SARAH ROSENBERG
MAGGIE REDDEN
Associate Chief Counsel
Office of the Chief Counsel
U.S. Food and Drug Administration
10903 New Hampshire Ave.
Silver Spring, MD  20993-0002

*Of Counsel*

7

## **VERIFICATION**

I, Kimberly Dutzek, am a Compliance Officer with the United States Food and Drug Administration, United States Department of Health and Human Services. I have read the foregoing Verified Complaint for Forfeiture *In Rem* and the allegations it contains are true and correct to the best of my knowledge, information, and belief.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the FDA, as well as my investigation of this case, together with others, as a Compliance Officer.

I verify and declare under penalty of perjury that the foregoing is true and correct. Executed on the 21st day of November, 2025.

_____
Kimberly Dutzek
Compliance Officer
Food and Drug Administration
U.S. Department of Health and Human
Services

**EXHIBIT A**

**Dietary supplement products labeled or that otherwise appear to contain 7-OH found at 1501 Iron Street, North Kansas City, Missouri**

| Quantities, More or Less | Product Brand | Product Information | Flavor (if known) |
|---|---|---|---|
| 971 packets | Advanced Alkaloids | 2 tablet packages | Lemon |
| 7 pouches | Advanced Alkaloids | 10 packets each containing 2 tablets | Lemon |

# EXHIBIT B

**Food products labeled or that otherwise appear to contain 7-OH found at 2461 NW Tullison Road, Riverside, Missouri**

| Quantities, More or Less | Product Brand | Product Information | Flavor (if known) |
|---|---|---|---|
| 105 bottles | EDP | 7OH 50mg 1 fl oz (30mL) | Blueberry |
| 174 bottles | EDP | 7OH 50mg 1 fl oz (30mL) | Watermelon |
| 95 bottles | EDP | 7OH 50mg 1 fl oz (30mL) | Honey |
| 1,114 bottles | EDP | 7OH 50mg 1 fl oz (30mL) | |

# EXHIBIT C

**Dietary supplement products labeled or that otherwise appear to contain 7-OH found at 2461 NW Tullison Road, Riverside, Missouri**

| Quantities, More or Less | Product Brand | Product Information | Flavor (if known) |
|---|---|---|---|
| 12 bottles | 777 Jackpot shot | 30 mg. 1 fl. oz. | |
| 70 packages | 777 Jackpot tablet | 154 mg/tablet - 6 tablet package 924 mg per package | Lemon |
| 94 packages | 777 Jackpot tablet | 18 mg/tablet - 3 tablet package | Cherry |
| 16 packages | 777 Jackpot tablet | 18 mg/tablet - 3 tablet package | Lemon |
| 258 packages | 777 Jackpot tablet | 18 mg/tablet - 3 tablet package | Mint |
| 14 packages | 777 Jackpot tablet | 18 mg/tablet - 6 tablet package | Frost Berry |
| 7 packages | 777 Jackpot tablet | 18 mg/tablet - 6 tablet package | Mango Maniac |
| 2 packages | 777 Jackpot tablet | 18 mg/tablet - 6 tablet package | Lemon |
| 108 bottles | 777 White Vein Energy | 30 mL 1 fl. oz. | |
| 11 packages | 7-OH Home Remedies | 15 mg/tablet - 3 tablet package | Cherry |
| 3 packages | 7-OH Home Remedies | 15 mg/tablet - 3 tablet package | Lemon |
| 13 bottles | 7-O'Heaven | 50 mg shot | Blueberry Moon |
| 5 bottles | 7-O'Heaven | 50 mg shot | Wild Watermelon |
| 16 bottles | 7-O'Heaven | 50 mg shot | Mango Madness |
| 25 bottles | 7-O'Heaven | 50 mg 1 fl. oz. | |
| 10 bottles | 7-O'Heaven | 7-OH shot 100 mg | |
| 1 bottle | 7-O'Heaven | 7-OH shot 100 mg | Strawberry Glimpse |
| 4 packages | 7Roxy | 20 mg/tablet, 60 mg - 3 tablet package | |
| 8 packages | 7Roxy | 30 mg/tablet, 90 mg - 3 tablet package | |
| 8 bottles | 7th Sky | 50 mg shot 1 fl. oz. | |
| 50 packages | AMG | 18 mg/tablet, 54 mg - 3 tablet package, nt. weight 0.06 oz | |
| 18 packages | Cheech & Chong's Kosmic Ludes | 10 mg/pack, 5 mg/serving, 3-count | Mango |
| 4 packages | Cheech & Chong's Kosmic Ludes | 15 mg/pack, 7.5 mg/serving, 3-count | Lemon |
| 74 packages | Cheech & Chong's Kosmic Ludes | 30 mg/pack, 15 mg/serving, 4-count | Berry |
| 98 bottles | Dope Ohmz | 120 mg/bottle, 15 mg/serving, 30 mL 1 fl. oz | |
| 51 packages | Fizzy 7OH | nt weight 0.07 oz, 3-tablet packs | Hulk Edition |

| Quantities, More or Less | Product Brand | Product Information | Flavor (if known) |
|---|---|---|---|
| 8 bottles | Fizzy 7OH Shot | 60 mg/bottle, 20 mg/serving, 30 mL bottle | Cherry |
| 7 bottles | Fizzy 7OH Shot | 60 mg/bottle, 20 mg/serving, 30 mL bottle | Pom Berry |
| 342 packages | Fizzy 7OH tablets | 120 mg/pack, 20 mg/tablet, 6-count | Grape |
| 37 packages | Fizzy 7OH tablets | 120 mg/pack, 20 mg/tablet, 6-count | Mango |
| 12 packages | Fizzy 7OH tablets | 120 mg/pack, 20 mg/tablet, 6-count | Cherry |
| 14 packages | Fizzy 7OH tablets | 120 mg/pack, 20 mg/tablet, 6-count | Unflavored |
| 5 packages | Fizzy 7OH tablets | 120 mg/pack, 40 mg/tablet, 3-count | Hulk Edition |
| 4 packages | Fizzy 7OH tablets | 180 mg/pack, 30 mg/tablet, 6-count | Hulk Edition |
| 10 packages | Fizzy 7OH tablets | 180 mg/pack, 30 mg/tablet, 6-count | Original |
| 18 packages | Fizzy 7OH tablets | 180 mg/pack, 30 mg/tablet, 6-count | Grape |
| 112 packages | Fizzy 7OH tablets | 200 mg/pack, 20 mg/tablet, 10-count | Original |
| 176 packages | Fizzy 7OH tablets | 200 mg/pack, 40 mg/tablet, 5-count | Hulk Edition |
| 16 packages | Fizzy 7OH tablets | 200 mg/pack, 40 mg/tablet, 5-count | Sour Apple |
| 211 packages | Fizzy 7OH tablets | 200 mg/pack, 40 mg/tablet, 5-count | Pom Berry |
| 5 packages | Fizzy 7OH tablets | 200 mg/pack, 40 mg/tablet, 5-count | Cherry |
| 11 packages | Fizzy 7OH tablets | 200 mg/pack, 40 mg/tablet, 5-count | Grape |
| 46 packages | Fizzy 7OH tablets | 200 mg/pack, 40 mg/tablet, 5-count | Original |
| 43 packages | Fizzy 7OH tablets | 3-tablet packs, nt. weight 0.07 oz | Hulk Edition |
| 145 packages | Fizzy 7OH tablets | 40 mg/tablet, 5-count | Pom Berry |
| 14 packages | Fizzy 7OH tablets | 5-tablet packs, nt. weight 0.11 oz | Pom Berry |
| 15 packages | Fizzy 7OH tablets | 60 mg/pack, 20 mg/tablet, 3-count | Cherry |
| 25 packages | Fizzy 7OH tablets | 60 mg/pack, 20 mg/tablet, 3-count | Unflavored |
| 9 packages | Fizzy 7OH tablets | 60 mg/pack, 20 mg/tablet, 3-count | Pom Berry |
| 14 packages | Fizzy 7OH tablets | 6-tablet packs, nt. weight 0.14 oz | Pom Berry |
| 5 packages | Fizzy 7OH tablets | 90 mg/pack, 30 mg/tablet, 3-count | Hulk Edition |
| 6-6 tablet packs | Fizzy 7OH tablets | nt. weight 0.07 oz | Original |

| Quantities, More or Less | Product Brand | Product Information | Flavor (if known) |
|---|---|---|---|
| 17 packages | Fizzy 7OH tablets | nt. weight 0.14 oz | Strawberry Cream |
| 12 bottles | Hyroxi Advanced Botanical | 28 mg/bottle | |
| 12 bottles | Hyroxi Advanced Botanical | 60 mg/bottle | |
| 14 packages | Krushed the lifter | 60 mg per container | Lemon |
| 52 bottles | Lux shots | 60 mg/bottle, 1 fl. oz. | |
| 1 package | Luxx 7OH Aura Deluxxe tablets | 15 mg/tablet, 2-count | Unflavored |
| 2 packages | Luxx 7OH Aura Deluxxe tablets | 40 mg/tablet, 1-count | Mint |
| 3 packages | Mood Pseudo tablets | 15 mg/tablet | |
| 3 packages | Mood tablets | 18 mg/tablet, 3-count | Mint |
| 19 packages | Mood tablets | 18 mg/tablet, 3-count | Lemon |
| 35 packages | Mood tablets | 20 mg/tablet, 6-count | Unflavored |
| 136 packages | Mood tablets | 20 mg/tablet, 6-count | Lemon |
| 1 package | On Occurs Naturally/On7/Scripts | 300 mg/bottle, 10mg/tablet, 30 tablets | Blue Raspberry |
| 21 packages | On Occurs Naturally/On7/Scripts | 600 mg/bottle, 20mg/tablet, 30 tablets | Sour Apple |
| 107 bottles | On Occurs Naturally/On7/Scripts | 600 mg/bottle, 20mg/tablet, 30 tablets | Blue Raspberry |
| 1 bottle | On Occurs Naturally/On7/Scripts | 900 mg/bottle, 30mg/tablet, 30 tablets | Sour Apple |
| 6 packages | On Occurs Naturally/On7/Scripts | 900 mg/bottle, 30mg/tablet, 30 tablets | Blue Raspberry |
| 6 packages | On Occurs Naturally/On7/Scripts | 900 mg/bottle, 30mg/tablet, 30 tablets | Sour Apple |
| 5 packages | PUUR | 50 mg tablet, 1-count | Strawberry |
| 8 packages | PUUR | 50 mg tablet, 1-count | Classic |
| 1 package | PUUR | 50 mg tablet, 1-count | Grape |
| 10 packages | Rise with us | 60 mg/tablet, 1-count | Florida Orange |
| 12 packages | Rise with us | 60 mg/tablet, 1-count | Wild Cherry |
| 21 packages | Rise with us | 60 mg/tablet, 1-count | Mint |
| 1 pack | Rise with us | 90 mg 4 tablet packs | Wild Cherry |
| 1 pack | Rise with us | 90 mg 4 tablet packs | Clean Mint |
| 1 pack | Rise with us | 90 mg 4 tablet packs | Blue Razz |
| 5 packages | Rise with us | 90 mg 4 tablet packs | Florida Orange |
| 1 package | Rise with us | 90 mg/tablet, 1-count | Blue Razz |
| 4 packages | Rise with us | 90 mg/tablet, 4 -count, nt. weight 1.8 g | Clean Mint |
| 5 packs | Rize | 180 mg three bar packs | Lemon |

| Quantities, More or Less | Product Brand | Product Information | Flavor (if known) |
|---|---|---|---|
| 8 packages | Rize | 20 mg tablet | Lemon |
| 10 packages | Rize | 45 mg | Mint Chocolate |
| 10 packages | Rize | 60 mg 3 tablet packs | Lemon |
| 9 packs | Rize | 60 mg single bar packs | Lemon |
| 11 packages | Rize | 60 mg/pack, 3 tablet pack | Lemon |
| 9 packages | Sevens Tablets | 100 mg/total, 20 mg/tablet | |
| 26 packages | Sevoxy tablets | 5 ct. 15 mg tablets | |
| 38 packages | Sevoxy tablets | 5 ct. 40 mg tablets | |
| 4 packages | The 7OH Company | 20mg, nt. weight 5.4 g | |
| 160 bottles | Trance Barz tablets | 400 mg bottles of tablets | Mango |
| 1 bottle | Trance Barz tablets | 400 mg bottles of tablets | Blue Raspberry |
| 116 bottles | Vega 7X shot | 100 mg shot | Watermelon |
| 8 packages | Vega 7X Tablets | 40 mg/tablet, 1 tablet per pack, 40 mg, nt. weight 0.02 oz | Lemon |
| 19 bottles | Vega 7X shot | 100 mg shot | Blueberry |
| 7 bottles | Vega 7X shot | 50 mg shot | Original |
| 10 bottles | Vega 7X shot | 50 mg shot | Watermelon |
| 6 packages | Vega 7X Tablets | 40 mg/tablet, 3 tablets per pack, 120 mg, nt. weight 0.06 oz | Lemon |
| 7 packages | Vega 7X Tablets | 40 mg/tablet, 6 tablets per pack 240 mg, nt. weight 0.13 oz. | Lemon |
| 7 packs | Viva! | 80 mg per tablet 400 mg per pack (5 tablet pack) | |
| 3 packs | You Topia Tablets | tablets 6 servings 7.5 mg per serving (45 mg pack) | |
| 3 bottles | Zana Seven Shot | 50 mg 1 fl. oz | |
| 18 packages | Zana Seven tablets | 40 mg/tablet, 200 mg/pack 5 tablet/pkg | |
| 5 packages | Zana Seven tablets | 10 mg/tablet, 50 mg 5 tablets/package | |
| 17 packages | Zana Seven tablets | 15 mg/tablet, nt. weight 0.1 oz. - 75 mg 5 tablets | |
| 6 packages | Zana Seven tablets | 15 mg/tablet, 150 mg 10 tablets/package | |
| 29 bottles | Zana Seven tablets | 15 mg/tablet, 450 mg/bottle - 30 tablets, nt. weight 0.8 oz | |
| 32 packages | Zana Seven tablets | 20 mg tablet - 100 mg pack, 5 tablets per pack | |
| 119 packages | Zana Seven tablets | 20 mg/tablet - 100 mg pack, 5 tablets per pack | Sour Watermelon |
| 18 bottles | Zana Seven Tablets | 20 mg/tablet, 600 mg 30 tablets | |
| 16 bottles | Zana Seven Tablets | 20 mg/tablet, 200 mg 10 tablets/package | |

| Quantities, More or Less | Product Brand | Product Information | Flavor (if known) |
|---|---|---|---|
| 12 packs | Zana Seven Tablets | 20 mg/tablet, 100mg/pack, 5 tablets | |
| 41 packages | Zana Seven Tablets | 30 mg/tablet, 300 mg/pack, 10 tablets/package | |
| 1,836 packages | Zana Seven Tablets | 30 mg/tablet, 150 mg | |
| 6 packages | Zana Seven Tablets | 30 mg/tablet, 150 mg, 5 tablets/package | Sour Watermelon |
| 1 bottle | Zana Seven Tablets | 30 mg/tablet, 900 mg, 30 tablets | |
| 9 packages | Zana Seven Tablets | 30 mg/tablet, 150 mg, 5 tablets/package | Blue Raspberry |
| 19 bottles | Zana Seven Tablets | 30 mg/tablet, 300mg/bottle, 10 tablets/package | |
| 861 bottles | Zana Seven Tablets | 40 mg/tablet, 1200mg/bottle, 30 tablets | |
| 23 bottles | Zana Seven Tables | 40mg/tablet, 400mg/bottle, 10 tablets/bottle | |