IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    **Plaintiff,**<br><br>v.<br><br>UNDETERMINED QUANTITIES OF DIETARY SUPPLEMENT PRODUCTS THAT ARE LABELED OR OTHERWISE APPEAR TO CONTAIN 7-HYDROXYMITRAGYNINE, et al.,<br><br>    **Defendant Articles.** | Case No. 4:25-cv-00917-RK |

## CLAIMANT SHAMAN BOTANICALS, LLC'S MOTION TO DISMISS

Claimant Shaman Botanicals, LLC, by and through undersigned counsel, hereby moves to dismiss this action, pursuant to Fed. R. Civ. P. 12(b). The Complaint fails to state a claim for which relief can be granted, and this court lacks jurisdiction to hear Plaintiff's claims. The reasons supporting this motion are set forth in more detail in the accompanying Suggestions in Support.

WHEREFORE, Claimant Shaman Botanicals, LLC respectfully requests that the instant motion be GRANTED and that this action be DISMISSED.

Dated: December 11, 2025		Respectfully submitted,

**KRIGEL NUGENT + MOORE, P.C.**

By: */s/ Stephen J. Moore*
    Stephen J. Moore	MO #59080
    Sean R. Cooper	MO #65847
    Jennifer M. Cacchio	MO #71819
    4520 Main Street, Suite 700
    Kansas City, Missouri 64111
    Telephone: 816.756.5800
    Facsimile: 816.756.1999
    sjmoore@knmlaw.com
    scooper@knmlaw.com
    jcacchio@knmlaw.com

*Attorneys for Shaman Botanicals, LLC*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed this 11th day of December 2025 via the Court's CM/ECF system, which shall send electronic notice of the same to the following counsel of record:

**Counsel for the United States of America**
Leigh Farmakidis
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East 9th Street, Fifth Floor
Kansas City, Missouri 64106
leigh.farmakidis@usdoj.gov

David Sullivan
Senior Litigation Counsel
United States Department of Justice
450 Fifth Street SW, Suite 6400 South
Washington, D.C. 20044
david.sullivan2@usdoj.gov

                                       */s/ Stephen J. Moore*
                                       Attorney for Claimant