# EXHIBIT 2

**Shaman Botanicals, LLC's**
**Response to FDA Warning Letter**



SHAMAN
B O T A N I C A L S

August 19, 2025

<u>*via Electronic Mail*</u>
HFP-OCE-DietarySupplements@fda.hhs.gov

Kimberly Dutzek
Compliance Officer
Dietary Supplements Enforcement Branch               **RESPONSE TO**
Human Foods Program                                  **WARNING LETTER**
U.S. Food and Drug Administration                    **CMS #709622**
5001 Campus Drive
College Park, MD 20740-3835

Subject:   <u>Shaman Botanicals, LLC Response to Warning Letter Dated June 25, 2025</u>
           FFR #13537044090

Dear Ms. Dutzek:

Shaman Botanicals, LLC ("SBL") acknowledges receipt of the FDA Warning Letter dated June 25, 2025, concerning the marketing and distribution of two dietary supplements: 7OH + Pseudoindoxyl – Green Vein – Chewable Tablets – Advanced Alkaloids (Mint Chocolate) and 7-OH Chewable Tablets – White Vein – Advanced Alkaloids (Lemon). SBL became aware of the Warning Letter on July 15, 2025, after FDA published a press release on its website. On July 16, 2025, FDA granted SBL's request for an extension of time to respond to the Warning Letter, setting a new response deadline of August 19, 2025. SBL takes FDA's concerns seriously and is committed to complying with all applicable laws and regulations. This letter constitutes SBL's response.

## <u>INTRODUCTION</u>

The SBL dietary supplements in question contain 7-hydroxymitragynine ("7-OH"). 7-OH is a naturally occurring compound found in the kratom plant (*Mitragyna speciosa*), a member of the coffee family. Kratom has been consumed by indigenous populations in Southeast Asia for centuries and has been marketed and used in the United States since the 1980s. The Warning Letter asserts that the marketing and distribution of SBL's 7-OH dietary supplements violates the Federal Food, Drug, and Cosmetic Act ("FDCA"). FDA's position may be summarized as follows:

- The 7-OH in SBL's dietary supplements is a "dietary ingredient" under section 201(ff)(1)(F) of the FDCA.

- 7-OH is a "new dietary ingredient" under section 413(d) of the FDCA because, to the best of FDA's knowledge, there is no evidence that 7-OH was marketed as a dietary ingredient in the United States prior to October 15, 1994.

- SBL's dietary supplements are adulterated under section 402(f)(1)(B) of the FDCA because they contain 7-OH, a new dietary ingredient, and, based on FDA's review of the available safety data, there is inadequate information to provide reasonable assurance that 7-OH does not present a significant or unreasonable risk of illness or injury.

On July 29, 2025, FDA released a report entitled, "7-Hydroxymitragynine (7-OH): An Assessment of the Scientific Data and Toxicological Concerns Around an Emerging Opioid Threat" (the "7-OH Report"). Although the 7-OH Report does not specifically address SBL's dietary supplements, it provides FDA's summary of the chemical, pharmacological, and epidemiological information available on 7-OH. It highlights preclinical studies showing that 7-OH acts as a strong mu opioid agonist, which can cause respiratory depression, physical dependence, and withdrawal symptoms. It also cites surveillance data from various sources that show a rising trend in exposures to 7-OH that often are linked to negative health outcomes. Based on these findings, the report concludes that 7-OH poses a public health risk.

As discussed below, 7-OH has always been present in marketed kratom, occurring naturally as a metabolite formed by the oxidation of mitragynine ("MG") within kratom leaves before ingestion and through metabolization of the MG after ingestion. Because 7-OH is a relatively minor constituent of kratom, SBL converts an MG extract from kratom into 7-OH for use as a dietary ingredient in its supplements. As discussed by an expert in natural products chemistry (Glenn Prestwich, Ph.D.), the 7-OH produced in this way is chemically identical to the 7-OH found naturally in kratom leaves and to the 7-OH generated in the human body after ingestion. SBL's dietary supplements therefore do not contain a "new dietary ingredient" and are lawfully marketed under the FDCA.

Even if the adulteration standard for dietary supplements that contain a new dietary ingredient were to be applied, the available scientific evidence indicates that 7-OH does not pose a significant or unreasonable risk of illness or injury. Attached to this Warning Letter response are reports of an in vitro study, a rodent study, and a canine study, along with the analyses of two experts (Michael Levine, M.D., and Jacob Moskovitz, Ph.D.), both of whom conclude that these preclinical studies do not suggest safety concerns. In addition, we provide analyses of available preclinical and clinical data from three other experts (Edward Boyer, M.D., Ph.D.; Kirsten Smith, Ph.D.; and Andrew A. Monte, M.D., Ph.D.). These experts do not agree with FDA's assessment that current data give rise to serious safety

concerns. They specifically note that published case reports and data from established surveillance systems do not support the claim that 7-OH poses a public health risk. Additionally, they point out that, given the level of population exposure to date, the absence of any safety signals for 7-OH indicates that currently there is no safety concern.

These expert analyses do not support FDA's contention that "there is a recognized need for more immediate action to address 7-OH because it is a substance with potent mu opioid agonist properties and significant abuse liability."[1] According to these experts, FDA's claim relies on limited preclinical evidence and is not supported by the preclinical data referenced in this response. They also point out that FDA has not adequately considered real-world use of 7-OH, which has *not* been shown to pose a significant risk of acute toxicity (such as overdose), respiratory depression, other types of morbidity or mortality, or substance use disorder.

The experts cited herein support continued scientific investigation—both preclinical and clinical—and they agree that FDA should remain vigilant. Dr. Monte, for example, notes that his organization, Rocky Mountain Poison & Drug Safety, plans to use its well-established RADARS® System to systematically assess the safety of mitragynine and 7-OH. He specifically offers to share these data with FDA when they become available. In the meantime, based on the available evidence to date, the experts cited herein conclude that there is inadequate support for FDA's conclusion that 7-OH products pose a significant or unreasonable risk of illness or injury.

I.    **THE 7-OH IN SBL's DIETARY SUPPLEMENTS IS A DIETARY INGREDIENT.**

The Warning Letter states that the 7-OH in SBL's dietary supplements is a "dietary ingredient." Under the FDCA, a "dietary ingredient" is:

"(A) a vitamin;
 (B) a mineral;
 (C) an herb or other botanical;
 (D) an amino acid;
 (E) a dietary substance for use by man to supplement the diet by increasing the total dietary intake; or
 (F) a concentrate, metabolite, constituent, extract, or combination of any ingredient described in clause (A), (B), (C), (D), or (E)."[2]

SBL agrees that the 7-OH present in its dietary supplements qualifies as a "dietary ingredient" under prongs (C) and (F) of this definition. The kratom plant is "an herb or

---

[1] FDA, *7-Hydroxymitragynine (7-OH): An Assessment of the Scientific Data and Toxicological Concerns Around an Emerging Opioid Threat* 6 (July 29, 2025) [hereinafter "*7-OH Report*"].
[2] 21 U.S.C. § 321(ff)(1).

other botanical" under prong (C).  Both MG and 7-OH are naturally occurring "constituents" of kratom.[3]  7-OH is formed from oxidation of MG within the kratom plant and within the human body after ingestion.  Therefore, as both a "constituent" and a "metabolite" of kratom, 7-OH is a dietary ingredient under prong (F).

The manufacturing process for the 7-OH in the SBL dietary supplements begins with the extraction of MG from the kratom plant.  This MG extract is then oxidized to yield 7-OH, which is subsequently isolated and purified for use in SBL dietary supplements.  Per FDA draft guidance, a metabolite remains a dietary ingredient even if produced synthetically, so long as the starting material is a dietary ingredient and the production process mimics the natural metabolic conversion that occurs in the body after ingestion:

> "Although the definition of a metabolite requires human ingestion of the dietary ingredient to increase the production or flux of the metabolite in the human body, it does not require the metabolism to actually take place in a human being during the manufacture of a dietary ingredient.  A metabolite may be synthetically produced, provided that the starting material is a dietary ingredient and the production process mimics the metabolic process in the body following ingestion."[4]

Glenn D. Prestwich, Ph.D., a natural products chemist with more than 55 years of experience in extracting, isolating, and characterizing plant-derived compounds, has provided expert analysis on the chemistry and biosynthesis of kratom alkaloids, including 7-OH.  Dr. Prestwich holds a doctorate in synthetic organic chemistry from Stanford University and has held academic appointments at the State University of New York at Stony Brook and the University of Utah.  He is widely recognized for his expertise in the natural occurrence and manufacturing processes of these compounds.

In his statement (*see* **Appendix 1**)**,** Dr. Prestwich details the natural products chemistry of 7-OH.  He confirms that 7-OH is a naturally occurring metabolite of MG.  According to Dr. Prestwich, the 7-OH in SBL's dietary supplements is derived from controlled oxidation of MG extracted from kratom—not from synthetic manufacture—and it is chemically identical to the 7-OH found naturally in the plant and via metabolization of MG in the human body.  Thus, consistent with FDA's draft guidance, the starting material is a dietary ingredient (MG extract), and the production process (oxidation) mimics the

---

[3] *See 7-OH Report* at 5.
[4] FDA, Draft Guidance for Industry, *Dietary Supplements: New Dietary Ingredient Notifications and Related Issues: Guidance for Industry* 40 (Apr. 2024).

metabolic process in the body. In short, as the Warning Letter states, the manufactured 7-OH in SBL's dietary supplements is a dietary ingredient.

## II. 7-OH IS NOT A NEW DIETARY INGREDIENT.

Although the 7-OH in SBL's dietary supplements is a dietary ingredient, it is not a "new dietary ingredient." Under section 413(d) of the FDCA, a "new dietary ingredient" is a "dietary ingredient that was not marketed in the United States before October 15, 1994 and does not include any dietary ingredient which was marketed in the United States before October 15, 1994."[5] The Warning Letter asserts that 7-OH is "a 'new dietary ingredient' . . . because, to the best of FDA's knowledge, there is no information demonstrating that 7-OH was marketed as a dietary ingredient in the United States before October 15, 1994." Kratom, however, was marketed in the United States prior to that date, and 7-OH is a naturally occurring constituent of and metabolite present in every kratom plant.

Because kratom was marketed in the United States before October 15, 1994, 7-OH—a constituent and metabolite of kratom—also was necessarily marketed in the United States before that date. The FDCA's definition of "dietary ingredient" in section 201(ff)(1) explicitly ties a "constituent" or "metabolite" (like 7-OH) to the "herb or other botanical" (kratom) from which it is derived. FDA does not dispute that 7-OH is a naturally occurring constituent of and metabolite in every kratom plant; indeed, FDA acknowledges in the 7-OH Report that 7-OH is a "minor constituent" of kratom; a "known metabolite of mitragynine," the primary alkaloid of kratom; and is "naturally present in low amounts in botanical kratom."[6]

7-OH is not a new dietary ingredient because, as a metabolite of kratom/MG, it necessarily was marketed in the United States before October 15, 1994. The Warning Letter asserts that SBL's "dietary supplements containing 7-OH are adulterated under section 402(f)(1)(B) of the Act."[7] The adulteration standard cited in the Warning Letter—section 402(f)(1)(B) of the FDCA—applies only to dietary supplements containing a new dietary ingredient. To invoke that standard, FDA first must establish that 7-OH is a new dietary ingredient, i.e., that 7-OH was not marketed in the United States before October 15, 1994. Under the FDCA, in "any proceeding," FDA "shall bear the burden of proof on each element to show that a dietary supplement is adulterated."[8] FDA has not met its burden; an assertion that 7-OH is a new dietary ingredient "to the best of FDA's knowledge" is not sufficient. Because FDA has not established that 7-OH is a new dietary ingredient, the

---

[5] 21 U.S.C. § 350b(d).

[6] *7-OH Report* at 4, 11, 18.

[7] FDA, *Warning Letter to Shaman Botanicals, LLC* at 2 (citing 21 U.S.C. § 342(f)(1)(B)) [hereinafter "*Warning Letter*"].

[8] 21 U.S.C. § 342(f)(1).

adulteration standard cited in the Warning Letter does not apply, and SBL's dietary supplements are not adulterated.

## III.     7-OH DOES NOT PRESENT A SIGNIFICANT OR UNREASONABLE RISK OF ILLNESS OR INJURY.

### A. FDA's Burden of Proof.

Even if the adulteration standard for dietary supplements that contain a new dietary ingredient were to be applied, FDA has not met its burden to establish that SBL's dietary supplements are adulterated.  The adulteration standard for dietary supplements containing a new dietary ingredient, section 402(f)(1)(B) of the FDCA, states:

> "A food shall be deemed to be adulterated . . . [i]f it is a dietary supplement or contains a dietary ingredient that . . . is a new dietary ingredient *for which there is inadequate information to provide reasonable assurance that such ingredient does not present a significant or unreasonable risk of illness or injury.*"[9]

Courts have recognized that under section 402(f)(1), "a dietary supplement can be condemned as adulterated only if FDA carries the burden of proving that the substance presents a 'significant or unreasonable risk of illness or injury.'"[10]  Therefore, it is FDA's burden to prove that the SBL dietary supplements are adulterated.

### B. Review by Independent Experts.

Notwithstanding FDA's burden of proof, and in response to FDA's concerns, SBL engaged independent experts to review the available preclinical and clinical data regarding the safety of 7-OH.  Information about the experts, whose statements are attached to this letter (*see* **Appendices 2 to 6**), is set forth in Table 1.

**Table 1**.  **Independent Experts.**

| Expert | Title & Affiliation | Area of Expertise | Scope of Review |
|---|---|---|---|
| **Michael Levine, M.D.** | Professor of Emergency Medicine; Co-Chief, Division of Medical Toxicology, University of California, Los Angeles | Medical Toxicology, Drug Safety, Preclinical Research | Evaluated in vitro and rodent/canine preclinical studies |
| **Jackob Moskovitz, Ph.D.** | Associate Professor, Pharmacology & Toxicology, University of Kansas School of Pharmacy | Neuropharmacology, Toxicology, Drug Safety | Evaluated in vitro and rodent/canine preclinical studies |

---

[9] *Id.* § 342(f)(1)(B) (emphasis added).

[10] *United States v. Undetermined Quantities of All Articles of Finished and In-process Foods*, 936 F.3d 1341, 1344 (11th Cir. 2019) (quoting 21 U.S.C. § 342(f)(1)(A)).

| Expert | Title & Affiliation | Area of Expertise | Scope of Review |
|--------|---------------------|-------------------|-----------------|
| **Edward W. Boyer, M.D., Ph.D.** | Professor with Tenure, The Ohio State University; on medical staff of The Ohio State University Wexner Medical Center, Nationwide Children's Hospital, and the Central Ohio Poison Control Center | Medical Toxicology, Emergency Medicine, Opioid Pharmacology, Public Health Surveillance | Analyzed case reports, epidemiological surveillance, and adverse event data in humans; comments on FDA's 7-OH Report |
| **Kirsten E. Smith, Ph.D.** | Assistant Professor, Psychiatry & Behavioral Sciences, Johns Hopkins School of Medicine | Behavioral Pharmacology, Clinical Research, Substance Use | Analyzed case reports, epidemiological surveillance, and adverse event data in humans; comments on FDA's 7-OH Report |
| **Andrew A. Monte, M.D., Ph.D.** | Vice Chair, Rocky Mountain Poison & Drug Safety, Denver Health & Hospital Authority; Professor, Emergency Medicine & Medical Toxicology, University of Colorado School of Medicine | Medical Toxicology, Clinical Pharmacology, Public Health Surveillance | Analyzed adverse event reports and epidemiological surveillance data |

Additional information about the experts is as follows:

- **Michael Levine, M.D.** Dr. Levine is a Professor of Emergency Medicine and Co-chief of the Division of Medical Toxicology at the University of California, Los Angeles ("UCLA"). He completed his medical toxicology fellowship at Banner University Medical Center and has held leadership roles at both the University of Southern California and UCLA. He has authored over 130 peer-reviewed articles on drug toxicity, has served on multiple hospital and academic committees related to medication safety, and is an experienced clinical and preclinical researcher in the field of toxicology. His full statement is at **Appendix 2**.

- **Jackob Moskovitz, Ph.D.** Dr. Moskovitz is an Associate Professor with tenure in the Department of Pharmacology and Toxicology at the University of Kansas School of Pharmacy. He earned his Ph.D. in Medical Sciences from the Technion-Israel Institute of Technology and has held research fellowships at the National Institutes of Health ("NIH") and Roche Institute. His research focuses on neuropharmacology, oxidative stress, and drug safety, and he has published extensively in peer-reviewed

journals, served as a grant reviewer for major funding agencies, and holds several patents in biomedical research.  His full statement is at **Appendix 3**.

- **Edward W. Boyer, M.D., Ph.D.**  Dr. Boyer is a board-certified emergency physician and medical toxicologist with over 25 years of clinical experience in treating adverse drug events, toxicities, and substance use disorders.  He is a Professor with Tenure at The Ohio State University and serves on the staff of the Central Ohio Poison Control Center.  He has published extensively on kratom and its alkaloids, has served as an NIH-funded researcher, and is recognized for his expertise in opioid pharmacology, medical toxicology, and public health surveillance of emerging substances.  His full statement is at **Appendix 4**.

- **Kirsten E. Smith, Ph.D.**  Dr. Smith is an Assistant Professor in the Department of Psychiatry and Behavioral Sciences at the Johns Hopkins University School of Medicine, specializing in behavioral pharmacology and substance use research.  She holds a Ph.D.  in social work with a focus on drug use and has extensive experience conducting clinical and survey research on kratom, MG, 7-OH, and related compounds.  She is a recognized expert in kratom science, has published widely in peer-reviewed journals, and leads the Kratom Research Unit at Johns Hopkins, with multiple NIH-funded projects and advisory roles for public health and regulatory bodies.  Her full statement is at **Appendix 5**.

- **Andrew A. Monte, M.D., Ph.D.**  Dr. Monte is a board-certified physician and pharmacologist with dual doctoral degrees in medicine and pharmacology.  Dr. Monte is currently a Professor of Pharmacology and Medicine at a leading academic medical center, where his research focuses on the pharmacodynamics and toxicology of opioid and non-opioid analgesics, including kratom alkaloids.  He has authored numerous peer-reviewed publications on the safety and efficacy of emerging psychoactive substances and has served as a consultant to federal agencies on issues related to drug safety, abuse potential, and regulatory policy.  His expertise encompasses both preclinical and clinical evaluation of novel compounds, and he is widely recognized for his contributions to the field of substance use research.  His full statement is at **Appendix 6**.

### C.  Preclinical Safety Data.

Attached hereto are reports of three preclinical studies that support the safety of 7-OH.  The first report is of an in vitro study entitled, *An In-Vitro Pre-Clinical Safety Comparison of Mitragynine and its Oxidative Metabolites: 7-Hydroxymitragynine and Mitragynine Pseudoindoxyl* (*see* **Appendix 7**) ("In Vitro Study").  It has been submitted for

publication and was posted on SSRN on July 25, 2025.[11] The second report is of a mouse study entitled, *Acute Toxicity Assessment of 7-hydroxymitragynine in Rodents* (*see* **Appendix 8**) ("Rodent Study"). The third report is of a study on dogs entitled, *Pilot Safety Study of Escalating Doses of 7-Hydroxymitragynine and Mitragynine Pseudoindoxyl Administered Daily for 7-day Intervals to Mature Canines* (*see* **Appendix 9**) ("Canine Study"). These preclinical studies are discussed below.

### 1. Dr. Levine.

As discussed in his statement, Dr. Michael Levine reviewed the Rodent Study and the Canine Study. He reached the following safety conclusions:

> "The xenobiotics 7-hydroxymitragynine and mitragynine are alkaloids from Kratom, with significant activity at the *mu* opioid receptor. The expected serious opioid toxicity would be central nervous system depression and respiratory depression. No animal was observed to have any serious clinical toxicity. Drooling was noted in a few canines, which is likely a representation of nausea, which is not uncommon in humans receiving opioids. In addition, some canines had exhibited abnormalities with their feces, which was felt to be possibly related. However, the same changes occurred in canines in the control group. Using the Bradford Hill criteria, it would be difficult to clearly determine causality, as some of the alimentary abnormalities occurred in control animals."[12]

In conclusion, Dr. Levine stated:

> "Thus, in these preclinical studies, no serious toxicity was observed. While human studies are needed to determine the optimal dosing and safety, these preclinical studies support initial safety which would be required for subsequent testing. In addition, while there are limitations to the study, it is unusual to see dietary supplement vendors having such an interest in safety and truly expressing a desire to assess safety of a potential product. During the review of the two animal models as well as the cell model, I find these products to be preliminarily safe, and worthy of further investigation in larger studies, including human studies."[13]

### 2. Dr. Moskovitz.

As discussed in his statement, Dr. Jackob Moskovitz reviewed all three of the preclinical studies referenced above. Regarding the In Vitro Study, Dr. Moskovitz observed

---

[11] *See* Benjamin Kampmeyer, et al., *An In-Vitro Pre-Clinical Safety Comparison of Mitragynine and its Oxidative Metabolites: 7-Hydroxymitragynine and Mitragynine Pseudoindoxyl* (2025), https://ssrn.com/abstract=5357549.
[12] Letter of Michael Levine, M.D. (Aug. 18, 2025), at 3 (*see* Appendix 2).
[13] *Id*.

that "it seems that both 7HMG [i.e., 7-OH] and MGP [i.e., mitragynine pseudoindoxyl] are at least as safe as MG, with respect to their interaction with cardiac, hepatic, and renal-associated proteins, and lower toxicity in human cell models."[14]  With respect to the Rodent Study, Dr. Moskovitz noted:  "No clinical signs of in-life toxicity were observed in any animal throughout the study."[15]  Overall, Dr. Moskovitz reached the following conclusions with regard to these studies:

> "The performed animal toxicity studies (i.e., the Rodent Study and the Dog Study) provide the basis for the toxicity assessment of 7HMG in comparison to its related compounds (i.e., MG (precursor) and MGP (derivative)).  Overall, it seems that the safety of 7HMG is mostly as good or better than relative to the other two compounds."[16]

In addition, he concluded:

> "Based on all the obtained data (i.e., *In vitro* studies, mice and canines' models), it seems that the therapeutic potency and safety profile of 7HMG are either the same or better compared to the other related two compounds (i.e., MG and MGP).  At a minimum, I can say that the *in vitro* cell culture studies, pharmacological profiling, and preclinical studies discussed above do not support a conclusion that there is a significant or serious safety concern with 7HMG."[17]

### D.  Human Data, Including Case Reports, Epidemiology, and Surveillance.

Drs. Edward W. Boyer, Kirsten E. Smith, and Andrew A. Monte, all recognized authorities in medical toxicology and/or clinical research on kratom and its derivatives, reviewed the available human data on 7-OH.  They found no credible evidence of acute poisoning, overdose death, or any widespread public health threat attributable to the compound.  Their analyses of case reports, surveillance data, and clinical outcomes indicate that, as currently marketed and consumed, 7-OH does not pose a significant or unreasonable risk of illness or injury.  Their scientific conclusions directly challenge FDA's assertion that there is a serious existing safety concern with 7-OH.

### 1.  Dr. Boyer.

Dr. Edward W. Boyer's review encompassed a comprehensive analysis of the available human data on 7-OH.  Dr. Boyer systematically searched the medical literature for published case reports of acute poisoning, overdose, or death attributable to 7-OH.  In

---

[14] Report of Jackob Moskovitz, Ph.D. (Aug. 18, 2025), at 2 (*see* Appendix 3).
[15] *Id*. at 3.
[16] *Id.* at 4.
[17] *Id.*

addition, he evaluated epidemiological surveillance systems, including the National Poison Data System ("NPDS"), the U.S. Drug Enforcement Administration's Toxicology Testing Program ("DEA TOX"), and the National Drug Early Warning System ("NDEWS"). He also reviewed adverse event reporting databases, such as the FDA Adverse Event Reporting System ("FAERS"), and compared the frequency and severity of 7-OH-related events to those of other psychoactive substances.

Dr. Boyer found a striking absence of published case reports documenting acute poisoning or overdose death directly attributable to 7-OH. According to Dr. Boyer, the absence of case reports supports an inference of safety:

> "The medical subspecialty that focuses on identifying new adverse effects from emerging use of substance, medical toxicology, has yet to publish acute poisoning or overdose death from 7-hydroxymitragynine. *Medical toxicologists are remarkably adept at identifying emerging adverse events from emerging substances.* For example, an oral anticoagulant poisoning outbreak among synthetic cannabinoid users from March 2018 was first identified *within 2 weeks* by toxicologists at the Illinois Poison Control Center. Medical toxicologists are also adept at prospectively identify poisoning cases. Medical toxicologists in New Jersey identified the onset of the 2023 tianeptine outbreak in June, followed by prospective surveillance for the next several months. This prospective surveillance found 4.6 tianeptine cases per month compared against a background rate of 0.5 tianeptine cases per year. *Given the proven skill of medical toxicologists in identifying adverse events from a wide variety of potential intoxicants including opioids, the lack of a published signal suggests not that 7-hydroxymitragynine poisonings are missed, but that a signal does not exist.* As both of these outbreaks entailed new substances, the argument that medical toxicologists must know about a new drug class before its outbreak can be identified lacks merit."[18]

Dr. Boyer's review of multiple national surveillance systems further supports the absence of a safety signal for 7-OH. In his statement, he notes that the "NPDS contains no reports of death attributable to 7-hydroxymitragynine, whereas 14 kratom deaths were reported April 1-July 31, 2025."[19] The only reported fatality in the NPDS involved a complex case with multiple substances and clinical features inconsistent with opioid toxicity. Additionally, DEA TOX and NDEWS, both designed to detect new and emerging drug threats, have not identified any pattern of serious or fatal outcomes linked to 7-OH, even as they have flagged other substances as public health concerns. For instance, Dr. Boyer notes that "DEA TOX details emerging toxicologic threats in its publicly available content such as tianeptine, xylazines, and other substances, but 7-hydroxymitragynine, even

---

[18] Statement of Edward W. Boyer, M.D., Ph.D. (Aug. 18, 2025), at 7-8 (emphasis in original) (*see* Appendix 4).
[19] *Id.* at 12.

after oral single-product formulations entered the marketplace, has never received comparable recognition."[20]

Dr. Boyer explains further that, in general, when a substance poses a significant risk of overdose or death, multiple cases are rapidly detected and reported, generating a clear signal in these surveillance systems. "No clear signal for overdose death from 7-hydroxymitragynine exists. This finding holds true across multiple nationwide overdose surveillance systems. The lack of a signal is important. In general, multiple overdoses do not go unnoticed; multiple overdoses generate signals."[21] Dr. Boyer also notes that the "lack of signal from even a single 7-hydroxymitragnine overdose death is important."[22] Per Dr. Boyer, this absence is not due to underreporting or lack of awareness among clinicians or surveillance systems, but rather reflects the true risk profile of the compound. "A signal arising from overdose death from 7-hydroxymitragynine is absent. Based upon data available at this time, the lack of findings suggests that 7-hydroxymitragynine carries no undue or unreasonable risk of overdose death."[23]

Turning to FDA's 7-OH Report, Dr. Boyer notes that the agency relies upon existing studies and animal models "to infer (rather than prove) the potential for toxicity in humans."[24] Stated differently:

"The FDA report conflates 7-hydroxymitragynine MOR receptor affinity with lack of safety. *Exposure, not potency of binding alone, predicts toxicity.* As FDA guidance documents flatly state, "[e]xposure-response information is at the heart of any determination of . . . safety . . . ." ("Guidance for Industry. Exposure-Response Relationships—Study Design, Data Analysis, and Regulatory Applications, published 11/30/2024, . . . ). While binding of a substrate to its receptor is useful to know, it is but one aspect of considering potential adverse effects including acute poisoning and overdose death."[25]

For example, with respect to the pharmacokinetics, Dr. Boyer observes:

"The same features that make 7-hydroxymitragynine difficult to detect in forensic testing—its instability in plasma—*also limit the exposure of the person ingesting 7-hydroxymitragynine.* 7-Hydroxymitragynine contains a conjugated methyl ester that is of heightened chemical reactivity, hence the observed instability of 7-hydroxymitragynine in plasma, blood, urine, and gastric fluid. The stability of orally administered 7-hydroxymitragynine is actually worse than research suggests;

---

[20] *Id.*
[21] *Id.* at 13 (citations omitted).
[22] *Id.*
[23] *Id.* at 14.
[24] *Id.* at 15-16.
[25] *Id.* at 14 (footnote omitted; emphasis in original).

incubation of 7-hydroxymitragynine without protease inhibitors led to greater-than-expected destruction of the molecule than from simple ester hydrolysis alone. Moreover, this analysis (ACS Pharmacol Transl Sci 2020; 3:1063-68) did not include the impact on hepatic metabolism—a recognized pathway for 7-hydroxymitragynine metabolism. Together, these effects, unconsidered by the FDA, limit human exposure to ingested 7-hydroxymitragynine."[26]

Dr. Boyer found that, in FDA's attempt to infer toxicity, the agency made two crucial errors:

"First, the FDA attempts to extend information derived from *kratom* administration studies to oral 7-hydroxymitragynine. Substantial differences exist in several pharmacokinetic and pharmacodynamic parameters in animal models between 7-hydroxymitragynine from kratom administration and oral administration of kratom. Many of these parameters arising from oral 7-hydroxymitragynine administration in animal models (e.g., the limited bioavailability of <3%, limited volume of distribution, short elimination half-life, brief Mean Residence Time (the time a molecule such as 7-hydroxymitragynine spends in the body), and poor brain penetrance) could contribute to an understanding of the observed lack of signal for acute poisoning and overdose death. Second, the FDA relies upon animal studies with unclear translational value to identify respiratory depression. The relied-upon study compared intravenous 7-hydroxymitragynine administration—a route of administration of 7-hydroxymitragynine that has not been observed among consumers. At no point does the FDA 7-hydroxymitragynine assessment acknowledge the importance of pharmacokinetic and pharmacodynamic parameters that limit exposure and mitigate toxicity from 7-hydroxymitragynine, or rely upon optimal scientific methodology in attempts to demonstrate toxicity."[27]

In his expert statement, Dr. Boyer expresses concern about FDA's epidemiological analysis. He agrees with FDA's decision to discount the accuracy and usefulness of its own FAERS database, but observes:

"[T]he FDA assessment ignores that none of the FDA's own quarterly reports through Q1 2025 describe 7-hydroxymitragynine as presenting a safety signal for serious risk . . . . The FDA places greatest emphasis on NPDS data but report only 7-hydroxymitragynine exposures. This approach contains considerable bias because of the lack of a comparator. A more scientifically rigorous approach would have compared the number and rate of change of NPDS-reported exposures to 7-hydroxymitragynine versus another psychoactive substance—such as ingestible delta-9 tetrahydrocannabinol ($\Delta$-9 THC) formulations. For example, between April

---

[26] *Id.* at 15 n.7.
[27] *Id.* at 16.

1 and July 31, Δ-9 THC edibles were reported in NDPS over 7900 times—with six deaths (and no 7-hydroxymitragynine exposures in the cohort).  Comparing the reports for 7-hydroxymitragynine to other substances would likely have identified a much stronger signal for other substances than 7-hydroxymitragynine."[28]

In sum, Dr. Boyer's comprehensive review of the literature, surveillance data, and adverse event reports found no credible evidence of acute poisoning, overdose death, or any other widespread public health threat attributable to 7-OH.  He concludes that neither available human data nor FDA's assessment supports the agency's assertion that 7-OH presents a serious safety concern.  Further, he concludes that 7-OH carries no undue or unreasonable risk of acute poisoning or overdose death.

## 2.  Dr. Smith.

In her expert report, Dr. Kirsten E. Smith, one of the leading U.S. researchers in the field of kratom science and policy, states:  "Based on my evaluation of the relevant existing evidence on kratom, MG, 7-OH, and MGP, there is inadequate information to assert that products containing these ingredients present a significant or unreasonable risk of illness or injury in the oral forms currently marketed to consumers in the United States."[29]  Dr. Smith's opinion is based on her evaluation of both preclinical and clinical evidence.

Regarding the preclinical evidence, Dr. Smith states:

"MG and 7-OH (and other kratom alkaloids) can be administered in animals at well-tolerated doses, and at no observable effect levels with toxicity expected to be dose-dependent . . . . MG, 7-OH, and MGP may have unique safety profiles given that they do not recruit the β-arrestin pathway and have been recognized as generally having a lower risk profile compared to molecules derived from typical opioid compounds . . . ."[30]

She concludes that, "to this point, animal testing does not show serious potential safety concerns."[31]

With regard to physical dependency and substance use disorder ("SUD"), Dr. Smith notes that "understanding the pharmacology of MG, 7-OH, and MGP is important to understanding how MG, 7-OH, and MGP as alkaloid or metabolite ingredients can be safely consumed by U.S. adults without an unreasonable risk of illness or injury."[32]  Her review of the scientific literature leads her to conclude that there is evidence of some potential for

---

[28] *Id*. at 16-17.

[29] Expert Report of Kirsten E. Smith, Ph.D. (Aug. 18, 2025), at 1 (*see* Appendix 5).

[30] *Id*. at 6 (citation omitted).

[31] *Id*. at 7.

[32] *Id*. at 8-9.

physical dependence or SUD but that 7-OH is not as rewarding and does not have the same abuse potential as traditional drugs of abuse.[33]  Equally important, she notes that it "is unclear if findings of the relative abuse liability of MG or 7-OH translate to humans who, unlike animals, have access to myriad drug and non-drug reinforcers which influence choice and decision-making."[34]

Turning to clinical data more generally, Dr. Smith observes:

"Kratom, MG, 7-OH, and MGP have been used for years now in the United States, but there appears to be limited evidence for any widespread development of severe SUD or addiction even though it is indeed possible for a person to develop a physical dependence or SUD for any of these."[35]

Dr. Smith notes that she conducted an online survey of 278 U.S. adults who had used 7-OH products that found no evidence of widespread or severe illness, injury, or SUD associated with 7-OH use.  Most respondents reported positive experiences, and qualitative interviews with 23 users further supported the finding that the majority perceived a net benefit rather than harm from 7-OH consumption. These results were consistent with Dr. Smith's broader research on kratom and its derivatives, which indicate that most users are highly functioning and do not experience significant adverse effects.[36]

Dr. Smith also considers the risk of respiratory depression.  She details how preclinical studies have explored the potential for respiratory depression resulting from the use of MG and 7-OH due to their activity at the mu-opioid receptor.  She notes that at therapeutic doses, MG did not significantly alter blood gas parameters associated with respiratory depression, and even at very high doses, the observed effects were milder than those seen with traditional opioids like oxycodone, which cause clear respiratory depression and fatalities at high doses.  In animal studies, MG increased respiration rates at tested doses, and 7-OH at low doses did not cause respiratory depression; only higher doses produced temporary, reversible decreases in respiratory frequency and minute volume, with effects resolving within an hour and being reversible by naloxone.[37]

Importantly, Dr. Smith notes, clinical data to date have not demonstrated significant or widespread respiratory depression in humans associated with kratom, MG, or 7-OH, and no confirmed cases of 7-OH-induced respiratory depression have been reported in the medical literature.  These findings suggest that, while MG and 7-OH can produce dose-dependent respiratory effects at high exposures in animal models, the overall clinical safety profile in humans—particularly with oral use at typical serving sizes—appears favorable,

---

[33] *See id*. at 9.
[34] *Id.* (citations omitted).
[35] *Id*. at 10.
[36] *Id*. at 10-12.
[37] *See id.* at 12-15.

with a low risk of serious respiratory depression.  According to Dr. Smith, current evidence does not indicate a significant clinical safety concern regarding respiratory depression for these compounds when used as intended.[38]

Dr. Smith reviewed data from major surveillance systems, including NPDS, FAERS, DEA TOX, and NDEWS.  Per Dr. Smith, NPDS data revealed only a small number of single-substance 7-OH exposures, with most cases resulting in minor or moderate clinical outcomes.  There was no clear evidence of severe toxicity or a public health threat.  Similarly, FAERS and DEA TOX did not identify any pattern of serious or fatal outcomes linked to 7-OH, even as they flagged other substances as public health concerns.  The following are among Dr. Smith's findings:

- "[T]here remains a relative lack of evidence on the risk of kratom, MG, 7-OH, or MGP.  The signal of public health harm in the form of illness or injury has not yet appeared."[39]

- "Indeed, there are few morbidities that can be causally attributed to kratom, MG, 7-OH, or MGP."[40]

- "I am unaware of any published case reports on 7-OH or MGP products involving mortalities."[41]

- "At the time of this writing FDA's Adverse Event Reporting System . . . shows 13 cases of adverse events and 2 fatalities that were suspected to involve 7-OH.  However, the contributing or causal role of 7-OH was ambiguous due to the lack of characterizations of 7-OH products and the possible role of other factors, such as polysubstance exposure or existing health conditions."[42]

- "In their recently released report on 7-OH, *7-Hydroxymitragynine (7-OH): An Assessment of the* Scientific *Data and Toxicological Concerns Around an Emerging Opioid Threat* (Reissig et al., 2025), FDA acknowledged limitations with existing epidemiological data sources on 7-OH and how these limitations and issues 'may complicate real-world assessment of risks associated with use of 7-OH containing products as distinct risks associated with kratom and other mitragynine-containing products.'"[43]

---

[38] *See id.*

[39] *Id*. at 15.

[40] *Id*.

[41] *Id*. at 16.

[42] *Id*. at 17.

[43] *Id*.

- "This is not to say that physical dependence and SUD related to kratom leaf and extract products does not exist but rather that it does not appear to be widespread or consistently severe."[44]

- "In the past two years, we have not seen a clear and consistent public health signal emerge for kratom, mitragynine, 7-OH, or MGP."[45]

- "[A]n SUD for any rewarding substance is possible, including for kratom leaf or extract, MG, 7-OH, and MGP, but . . . in the past 20 years of use of kratom-derived products in the United States, we have not seen a widescale public health threat emerge."[46]

- "I have not developed an impression that, to date, that 7-OH or MGP should be considered a public health crisis resulting in widespread illness or injury. What I have found through my preliminary research and conversations is that kratom, MG, 7-OH, and MGP are providing many quality-of-life benefits to many people."[47]

- "Overall, it is my opinion that kratom, MG, 7-OH, and MGP are, for those who use them, providing more of a net benefit rather than a net detriment. As science evolves and more data are collected, that opinion is subject to change. Kratom, MG, 7-OH, and MGP are not without risk nor are they devoid of benefit."[48]

Finally, Dr. Smith concludes that 7-OH does not present an unreasonable risk of illness or injury:

"[B]ased on all of my work to date that appears on my CV, both published, in press, and in preparation, and based on my now years' long direct interaction with U.S. adults who use kratom, MG, 7-OH, and MGP, it is my opinion that people who consume these kratom-derived products do so with their own risk-benefit frameworks in mind. It is also my opinion, as evinced by the overall lack of epidemiological and forensic data, that kratom, MG, 7-OH, and/or MGP *do not pose an unreasonable risk of illness or injury*, particularly relative to many other available substances. Risks that have been identified and therefore are foreseeable, can be mitigated through continued scientific study, good manufacturing processes, and appropriate regulation that will necessarily include adequate labeling based on a product's conditions of use."[49]

---

[44] *Id.* at 18.

[45] *Id*. at 17.

[46] *Id*. at 19.

[47] *Id*. at 21.

[48] *Id*.

[49] *Id*. (emphasis added).

### 3. Dr. Monte.

Dr. Andrew A. Monte is Vice Chair of the Rocky Mountain Poison & Drug Safety ("RMPDS"). He reports that RMPDS has performed an initial evaluation of the scientific literature and available safety data regarding 7-OH. RMPDS found that "initial data do not suggest an unreasonable risk of illness or injury, though more data are needed to assess the safety of 7-OH."[50]

Dr. Monte notes that a "single rat study demonstrated that intravenous 7-OH caused respiratory depression, though this finding has not been duplicated, 7-OH isn't administered intravenously in humans, nor has respiratory depression been definitively demonstrated in humans."[51] Dr. Monte describes the data he reviewed and concludes that "[i]nitial data do not suggest an unreasonable risk of illness or injury, though more data are needed to assess the safety of 7-OH."[52] He reports that RMPDS plans to collect such data using its RADARS® System, and he offers to share these data with FDA when they "are available and analyzed."[53]

### CONCLUSION

In summary, the totality of the available scientific evidence—including in vitro, animal, and real-world human data—does not support FDA's conclusion that 7-OH presents a significant or unreasonable risk of illness or injury. The 7-OH in SBL's dietary supplements is a naturally occurring metabolite of kratom, chemically identical to that found in the kratom plant and in the human body after kratom ingestion. Preclinical studies of 7-OH demonstrate the compound's favorable safety profile, and expert medical toxicologists and clinical researchers have found no evidence of serious harm, widespread morbidity, or mortality attributable to 7-OH. FDA's concerns are not substantiated by current data, and the available evidence supports the conclusion that 7-OH does not pose a significant or unreasonable safety risk.

This letter and its appendices contain trade secrets and confidential commercial information not subject to disclosure under the Freedom of Information Act. Accordingly, SBL respectfully requests that this letter be treated as confidential. If FDA plans to release this letter, any portions of its contents, or any appendices, then SBL respectfully requests that FDA provide SBL with an opportunity to redact all trade secrets and confidential commercial information prior to disclosure.

---

[50] Letter of Andrew A. Monte, M.D., Ph.D. (Aug. 12, 2025), at 2 (*see* Appendix 6).

[51] *Id*. at 1 (footnote omitted).

[52] *Id*. at 2.

[53] *Id.*

Kimberly Dutzek
Compliance Officer
August 19, 2025
Page 19

     If you have questions or need any clarification, please contact me at
vince@cbdamericanshaman.com.

        Respectfully,

        Stephen Vincent Sanders II
        Chief Executive Officer
        Shaman Botanicals, LLC

Kimberly Dutzek
Compliance Officer
August 19, 2025
Page 20

## **<u>APPENDICES</u>**

1. Statement of Glenn D. Prestwich, Ph.D. (Natural Products Chemistry of 7-OH).

2. Letter of Michael Levine, M.D. (Preclinical Safety Review).

3. Report of Jackob Moskovitz, Ph.D. (Preclinical Safety Review).

4. Statement of Edward W. Boyer, M.D., Ph.D. (Human Data and Surveillance Review).

5. Expert Report of Kirsten E. Smith, Ph.D. (Preclinical, Clinical, and Epidemiological Review).

6. Letter of Andrew A. Monte, M.D., Ph.D. (Public Health Surveillance and RADARS® System).

7. Kampmeyer, B., et al., *An In-Vitro Pre-Clinical Safety Comparison of Mitragynine and its Oxidative Metabolites: 7-Hydroxymitragynine and Mitragynine Pseudoindoxyl* (posted July 25, 2025) (In Vitro Study).

8. Kampmeyer, P., et al., *Acute Toxicity Assessment of 7-hydroxymitragynine in Rodents* (June 25, 2025) (Rodent Study).

9. Reinemeyer, C., et al., *Pilot Safety Study of Escalating Doses of 7-Hydroxymitragynine and Mitragynine Pseudoindoxyl Administered Daily for 7-day Intervals to Mature Canines* (Aug. 13, 2025) (Canine Study).

Case 4:25-cv-00917-RK    Document 8-2    Filed 12/11/25    Page 21 of 297

# <span style="color:red">APPENDIX 1</span>

**Statement of Glenn D. Prestwich, Ph.D.**

This Statement provides my expert opinion related to the following products manufactured and sold by Shaman Pharma, LLC (SPL): "7OH + Pseudoindoxyl – Green Vein – Chewable Tablets – Advanced Alkaloids (Mint Chocolate)" and "7-OH Chewable Tablets – White Vein – Advanced Alkaloids (Lemon)." I understand that each of these products is labeled as containing 7-hydroxymitragynine (7-OH). My expert opinion below is focused on the natural products chemistry of the naturally occurring mitragynine metabolite, 7-OH.

I received a BS with honors from California Institute of Technology in 1970 and a PhD in synthetic organic chemistry from Stanford University in 1974. I have worked as a natural products chemist for over 55 years, performing extraction, isolation, purification, and characterization of natural products from plants, insects, microbes, and animals. I have also published extensively on the research from my academic laboratories at State University of New York at Stony Brook and the University of Utah, and I have directed and advised chemical, biochemical, bioengineering and preclinical research on natural products and chemically-modified natural products in numerous startup and biotech companies, over 10 of which were startups from my research. A one-page summary of my background and expertise is provided as an Appendix to this report.

I have been asked by counsel to address four questions:

    i.    Is the 7-OH manufactured by SPL a concentrate, metabolite, constituent, or extract of the kratom plant?

    ii.    Is 7-OH manufactured synthetically?

    iii.    What is the nature of 7-OH?

    iv.    Given the manufacturing process described to you, would you expect the SPL-manufactured 7-OH to be chemically identical to the 7-OH in the plant?

To address these questions, I first provide a brief summary of the natural products chemistry of the Corynanthe-type indole alkaloids present in the kratom plant, *Mytragyna speciosa*, which is in the plant family Rubiaceae. Economically important plants in this family include *Coffea* species, from which coffee beans are harvested, and *Cinchona* species, from which the antimalarial quinine is derived. I would note that plants in the family Rubiacea are only distantly related in plant taxonomy to the plants in the family Papaveraceae, which includes the opium poppy, *Papaver somniferum*. Moreover, there is no structural chemical similarity to the benzylisoquinoline alkaloids extracted from this poppy. Any similarity in biological activity is unrelated to plant taxonomy or the specific chemical structures of the alkaloids derived from these plants.

Mitragynine (MG) constitutes a significant portion of the alkaloid content of kratom, accounting for up to two-thirds by weight; in addition, 7-OH comprises in the range of 0.02-2% of the total alkaloid content in the dried leaves. Ponglux et al. (1994) first discovered and isolated 7-OH as a naturally-occurring metabolite of mitragynine from an extract of dried kratom leaves.[1] The alkaloid composition and quantity in the kratom plant is affected by a number of factors, e.g., where the plant is grown, the cultivar selected for cultivation, the conditions of growth, and the nature of soils and climate during plant growth. Other factors affecting alkaloid composition include the timing and conditions for leaf harvest and drying, and the overall process of obtaining a crude leaf extract. Typically, kratom extracts are prepared from dried, powdered young large leaves of *M. speciosa* using one of a variety of well-known solvent extractive processes. The extraction generally employs water and/or alcohols such as ethanol or methanol to extract the natural products from the plant tissues, although other methods are also used. After concentration of the extract by solvent removal, the crude material is dissolved in dilute aqueous acid to make the mitragyna alkaloid fraction water soluble, while leaving behind solid debris and insoluble components. This protonated aqueous alkaloid fraction is basified, and the non-protonated base forms of the alkaloids are then extracted with an organic solvent. After filtration and concentration, a partially purified kratom mitragyna alkaloid fraction is obtained.[1,2] Importantly, the process of obtaining this partially-purified extract—in this case, a pH-controlled fraction enriched in the alkaloids—can also affect the distribution of alkaloid components in the processed extract. For example, oxidized compounds such as 7-OH may be naturally higher in extracts exposed to oxygenated solvents.

I now provide answers to each of the questions posed above. **First**, the 7-OH manufactured by SPL is derived from a pH-controlled extract of a kratom plant, sourced by the manufacturers as a 75-85% pure mitragynine concentrate. These concentrated kratom extracts naturally contain 7-OH as a constituent of the extract, and it is understood by natural products chemists that 7-OH is a naturally-occurring metabolite of the kratom plant, already present in the plant when the extract is prepared. As noted above, the 7-OH content typically ranges from 0.02-2% of total mitragyna alkaloids, which are interrelated through metabolic processes, including hydrolysis and oxidation, that occur during normal plant growth, extraction, and processing to prepare a kratom plant extract. Specifically, I was provided a Certificate of Analysis by the Cora Science LLC testing facility for Mitragyna Extract "Lot Number GS/MIT/L/E/B250010" which was described as "Blended botanical extract and plant material." The analytical data for "Mitragyna Alkaloids" measured by ultraperformance high pressure liquid chromatography (UHPLC) shows a total alkaloid content of 86.6%, with 82.2% mitragynine, 0.0679% 7-OH, and 3.705% of other related mitragyna alkaloids. This commercial extract falls in the expected range of for 7-OH content as indicated above.

**Second**, in my view, the 7-OH is not manufactured synthetically. The 7-OH in SPL products is derived by a controlled, selective oxidative treatment of the naturally-obtained

kratom extract.  In natural products chemistry, such a process may be employed to enhance the relative amount of a partially oxidized metabolite of a natural product already present in the starting extract.  Specifically, 7-OH is a naturally occurring selective oxidation product of mitragynine that is already present in the mixture of indole alkaloids that comprise the kratom plant extract sourced as the starting material for the manufacture of SPL's 7-OH products.  The SPL process augments the relative percentage of 7-OH present in their products.

**Third**, 7-OH (also referred to in the literature as 7-OHMG) is a natural product, biologically produced in the kratom plant naturally by biological oxidation of the parent Corynanthe-type indole alkaloid mitragynine, and it naturally occurs in kratom extracts and concentrates employed in the manufacture of kratom-derived products.[1-3]  As a result, 7-OH is a naturally-occurring component in any product containing a kratom extract.  Moreover, 7-OH is a metabolite of mitragynine that is produced following ingestion of a product containing a kratom extract.  The 7-OH produced in the body metabolically following ingestion is chemically identical to the 7-OH that naturally occurs in the kratom extract.  Specifically, I understand from Dr. Patrick Kampmeyer, the inventor of the SPL process described below, that the 7-OH prepared by SPL showed spectroscopic data consistent with the data for 7-OH (aka, 7-OHMG), as originally described by Ponglux et al. (1994), who reported that 7-OH showed different spectral patterns from mitragynine, indicating that it was oxidized.[1]

**Fourth**, I learned about the preparation, purification, and characterization of 7-OH from discussion with Dr. Patrick Kampmeyer, the inventor of the SPL process developed for the production of natural product derivatives of mitragynine.[4]  Specifically, he described how SPL's process allows purification of 7-OH to 80-90% purity, as determined by HPLC, using solvent-based pH zone refining centrifugal partition chromatography (CPC).  Then, the purified 7-OH was characterized spectroscopically, confirming the identity of the Nuclear Magnetic Resonance (NMR) and other spectroscopic signatures of SPL's manufactured 7-OH with the data published in the scientific literature.  One additional source of spectroscopic information for 7-OH is derived from a recent asymmetric total synthesis of 7-OH from Sakamoto and co-workers.[5]  The Sakamoto 2022 publication describes fully synthetic 7-OH.  In the discipline of natural products chemistry, the spectroscopic characterization of the isolated natural product from the native plant is the "gold standard" for the compound's identity.  Publication of a total synthesis of 7-OH required the authors to compare the details of their spectroscopic characterization with the spectroscopic details of the isolated natural product from the kratom plant extract.

**In summary**, the kratom leaves, the human liver, and the SPL process all produce 7-OH, a naturally occurring metabolite of mitragynine, by selective oxidation of mitragynine at the 7-position.  Thus, it is my expert opinion that the 7-OH metabolite produced in the SPL process and incorporated in the company's products is chemically identical to the natural metabolite of

3

mitragynine that arises from the natural metabolism in the kratom plant as well as in the human body.

August 18, 2025

Date

Glenn D. Prestwich, Ph.D.

**References cited**:

1. D. Ponglux, S. Wongseripipatana, H. Takayama, M. Kikuchi, M. Kurihara, M. Kitajima, N. Aimi, S. Sakai. A new indole alkaloid, 7a-hydroxy-7H-mitragynine, from *Mitragyna speciosa* in Thailand. *Planta Med* (1994) **60**: 580–581 https://doi.org/10.1055/s-2006-959578
2. Y. S. Goh, T. Karunakaran, V. Murugaiyah, R. Santhanam, M. H. A. Bakar, S. Ramanathan,  Accelerated Solvent Extractions (ASE) of *Mitragyna speciosa* Korth. (Kratom) Leaves. *Molecules* (2021) **26**, 3704.
3. J. Ganasan, T. Karunakaran, Y. Marimuth, N. N. Rusmadi, N. S. Firouz, J. Jenis, U. Seeta Uthaya Kumar, Chemistry and toxicity of 7-hydroxymitragynine (7-OHMG): an updated review on the oxidized derivative of mitragynine, *Phytochem. Rev.* (2024) doi.org/10.1007/s11101-024-10029-x.
4. P. M. Kampmeyer, Method for production of spiro-oxindole and indoxyl derivatives of mitragynine, U.*S. Patent Application* US 2025/0188081 A1 (June 12, 2025).
5. J. Sakamoto, M. Kitajima, H. Ishikawa. Asymmetric total syntheses of mitragynine, speciogynine, and 7-hydroxymitragynine. *Chem Pharm Bull (Tokyo)* (2022) **70**: 662–668 https://doi.org/10.1248/cpb.c22-00441

**Glenn D. Prestwich, Ph. D.**
Clear Solutions Biomedical LLC
*Consulting for the Chemical and Life Sciences*

## 1.        Overview

The broad expertise of Clear Solutions Biomedical LLC includes organic synthesis, natural products chemistry, medicinal chemistry, mechanistic enzymology, novel pest control agents, termite biology, insect and mammalian pheromone biochemistry, insect juvenile hormone biochemistry, mammalian and insect steroid metabolism, photoaffinity labeling and intracellular visualization technology.  Dr. Prestwich's research encompasses the chemical biology of phosphoinositide and lysophosphatidic acid signaling; hyaluronic acid and hyaluronic acid derived biomaterials for reparative medicine, 3-D cell culture, & drug discovery; and the development of new anti-inflammatory drugs based on sulfated glycosaminoglycans.

Dr. Prestwich is highly-ranked in Research.com's bibliometric metrics. As of November 21, 2023, he ranks at #305 in Biology/Biochemistry in the US, with a D-index (Discipline H-index) of 122 for over 56,479 citations. For Chemistry, he ranks at #187 in the US, with a D-index of 114.

## 2.        Academic Background

President's Distinguished Professor (Emeritus), Washington State University (2016 – 2021); Founding Director, Spinout Space in Spokane (**sp³nw**). Presidential Professor of Medicinal Chemistry (Emeritus) and Special Presidential Assistant for Faculty Entrepreneurism at The University of Utah (1996 – 2018), with adjunct appointments in the Departments of Chemistry, Biochemistry, Surgery, and Bioengineering. Educational Background: B.Sc. Honors (1970), Chemistry, California Institute of Technology; Ph.D., Chemistry (1974), Stanford University; Professor of Chemistry and Professor of Molecular and Cell Biology, Stony Brook University (1977-1996). Alfred P. Sloan Research and Dreyfus Teacher-Scholar Awards; 1998 Paul Dawson Biotechnology Award and 2008 Volwiler Research Achievement Award of the American Association of Colleges of Pharmacy; Fellow of the American Institute for Medical and Biological Engineering (2005 – current); vSpring v100 Top 100 Utah Entrepreneurs (2005, 2006); TIAA-CREF Greater Good Award (2006); Utah Business Magazine Health Care Heroes (2006); Governor's Medal for Science and Technology (2006); University of Utah Distinguished Scholarly and Creative Research Award (2010); ISHAS Rooster Prize for therapeutic applications of hyaluronan (2010); University of Utah Distinguished Innovation and Impact Award (2014); Fellow of National Academy of Inventors (2014 – current); Fellow of the American Association for Advancement of Science (2018 – current). Previous titles include: Director, NY State Center for Advanced Technology in Medical Biotechnology (1992-1996), Director, Center for Cell Signaling (1997-2002) and Director, Center for Therapeutic Biomaterials (2004 – 2016), both Utah Centers of Excellence. Dr. Prestwich has published over 665 technical papers and book chapters, 93 patents and patent applications (50 issued) and has trained over 72 graduate students and 55 postdocs.

## 3.        Business and Entrepreneurial Experience

Co-founder and Principal Scientific Advisor, Clear Solutions Biotech, Inc. (1992-1998). Co-founder and former CSO of Echelon Biosciences, Inc (1997-2003); co-founder and former CSO, Sentrx Surgical, Inc. (2004-2005); Senior Scientific Advisor, Carbylan BioSurgery, Inc. (Palo Alto, CA); co-founder, former CSO, and science advisor for Sentrx Animal Care, Inc. and Glycosan BioSystems, Inc (both Salt Lake City, UT, 2006 - 2022); co-founder and CSO, GlycoMira LLC and GlycoMira Therapeutics (Salt Lake City, 2008 - ); Senior Scientific Advisor, Echelon Biosciences-Frontier Scientific (2008 - current ); Science Advisor, BioTime, Inc (2011 - 2014); Co-founder, President & CEO, Metallosensors, Inc. (2011 - 2014). Manager and Science advisor, Deuteria Agrochemicals LLC (2013 - 2018); co-founder, manager and Science Advisor, Deuteria Biomaterials LLC (2013 - 2022). Chief Scientific Officer, Symic Bio, Inc. (2017 – 2019); Consultant, Shasqi, Inc. and Tambo, Inc. (2018 -current); Consultant, C-DOCTOR project on Volumatrix™ (2018 – 2022); Consultant and Science Advisor, Amasa Therapeutics (2016 – current); Consultant and Science Advisor, Rebel Medicine (2020 – current); Consultant and Science & Innovation Advisor, HTL Biotechnology (2019 - current); Consultant, Valitor, Inc (2018 – current); co-founder and President, Matrix Diagnostics Biosystems, Inc. (2020 – current); co-founder and Vice President, Maana Discoveries, Inc. (2021 – current).  Scientific Advisory Boards: Clinical Tissue Engineering Center, Cleveland Clinic Foundation (2004 - 2010), Aeterna Zentaris (2005 - 2007), Novozymes Biopolymers (2006 - 2012), Organovo (2007 - 2017), Elastin Specialties (2008- 2012), ContraDyn (2008 - 2012), Brickell Biotech (2010 - 2013), Jade Therapeutics (2013- 2016); Symic Bio (2014 - 2017); Modern Meadow (2016 – current); University Medical Pharmaceuticals (2013 - 2016).  Past multi-day consultancies (1978 - current) have included: Allergan, Centre de Recherche Pierre Fabre, Kirin Life Sciences, MedChem, New England Nuclear, Sandoz, Serono Pharmaceutical Research Institute, and Velsicol.

1473 Woodland Dr., P. O. Box 2087, Port Townsend, WA 98368      150 S. 300 East #407, Salt Lake City, UT 84111
Mobile: 801-243-0208              Email: gdprestwich@gmail.com
Case 4:25-cv-00917-RK     Document 8-2     Filed 12/11/25     Page 26 of 297

# <span style="color:red">APPENDIX 2</span>

Michael Levine, MD
535 11th Street
Hermosa Beach, CA 90254

18 August 2025

PRECLINICAL REVIEW OF 7-HYDROMITRAGYNINE

*Mitragyna speciosa*, a tropical evergreen tree native to Southeast Asia, is often known as "Kratom." Kratom is often self-administered for opioid withdrawal and pain management. Mitragynine, an alkaloid of *Mitragyna speciosa*, undergoes first pass metabolism to form 7-hydroxymitragynine, which is later converted to mitragynine pseudoindoxyl. These metabolites are potent agonists at the *mu* opioid receptors.

QUALIFICATIONS

Following completion of my emergency medicine residency at the Harvard-affiliated Emergency Medicine Residency in Boston, Massachusetts, I completed my medical toxicology fellowship at the Banner Good Samaritan Medical Center (now Banner University Medical Center), in Phoenix. I was faculty at the University of Southern California (USC) and ultimately was the division chief for medical toxicology at USC, before being recruited to the University of California, Los Angeles (UCLA). I am currently the co-division chief of medical toxicology and a professor of emergency medicine at UCLA.

I have published more than 130 articles in the peer review literature, with nearly all papers involving various drug toxicities. These papers include randomized clinical trials, prospective case-controlled studies, and retrospective studies, along with several review papers. I have conducted numerous animal studies specifically assessing drug toxicity over the years. In addition, I previously have obtained an Investigational New Drug (IND) application for a study involving pediatric ketamine administration.

I am a peer reviewer for multiple scientific journals and am on the editorial board of several journals. I teach medical students, residents, and fellows research strategies and previously was on the institutional review board (IRB) at USC. While at USC, I was the chair of the medication safety committee at the Los Angeles County-USC Medical Center, and vice-chair of the pharmacy and therapeutics (P&T) committee. I am currently the chair of P&T for the UCLA Health System.

I am currently the co-chief of the division of Medical Toxicology at UCLA. In this role, I routinely teach medical students, residents, and fellows. I run an outpatient clinic and see patients in the hospital with overdoses and suspected drug toxicities. I have personally treated thousands of patients throughout my career as a toxicologist. A copy of my CV is included in the Appendix.

RODENT AND CANINE PRECLINICAL STUDIES

As part of this review, I have reviewed two studies. The first study ("Rodent Study") is Kampmeyer, Patrick, *Acute Toxicity Assessment of 7-hydroxymitragynine in Rodents* (June 25, 2025), which involves mice. The second study ("Canine Study") is Reinemeyer, Craig, Final Report, Study No. MGN-25-001, *Pilot Safety Study of Escalating Doses of 7-Hydroxymitragynine and Mitragynine Pseudoindoxyl Administered Daily for 7-day Intervals to Mature Dogs* (Aug. 13, 2025), involved beagles.

In the Rodent Study, the animals, 40 C57B1/6 mice, were divided into 4 groups. Group 1 received the vehicle only, whereas groups 2-4 received increasing doses of TA1. The mice were observed for any obvious signs of distress on days 0-2, and then daily for days 3-14. Standardized toxicity monitoring scoring was utilized. No mouse exhibited any obvious distress, and other than slight darkening of the fallopian tubes at necropsy, which was exhibited in 4 female mice, no other abnormalities were noted. The darkening of the fallopian tubes can be a normal post-mortem change, owing to livor mortis.

In the Canine Study, involving 16 mature beagles, 6 dogs received 7-hydroxymitragynine, and another 6 received pseudo-indoxyl mitragynine, with 4 animals receiving equivalent volumes of saline. The dogs received their randomized xenobiotic at the same time each morning for 7 days, followed by twice the dose (2 mg) for the second week, followed by another doubling of the dose (4 mg) for an additional week. Because of differences in weights, each animal received a slightly different dose on a mg/kg basis. Clinical observations and adverse events were recorded at routine, a priori intervals, as were laboratory studies. Laboratory studies included complete blood counts, clinical chemistry tests, and a urinalysis. These were performed at baseline, and days 3, 6, 10, 13, 17, and 20.

Five episodes of drooling among 2 dogs treated with 7-hydroxymitragynine were noted, and they were considered probably associated with treatment. Similarly, 1 episode of drooling among 1 dog was noted with pseudoindoxyl mitragynine. All episodes were noted at the highest dose. None of these were considered to be clinically significant by the attending veterinarian. Thus, 1 mg/kg of 7-hydroxymitragynine was well tolerated without adverse

2

events at 1 mg/kg.  No significant laboratory abnormalities were noted upon routine hematologic and chemistry testing, along with urinalysis.  It is possible the drooling represented nausea in the animals.  No drooling was noted in mitragynine treated dogs.  Various alimentary abnormalities were noted in several dogs, and these were felt to be possibly associated with mitragynine, although these also occurred in 1 of the 4 control animals.

SAFETY CONCLUSIONS

The xenobiotics 7-hydroxymitragynine and mitragynine are alkaloids from Kratom, with significant activity at the *mu* opioid receptor.  The expected serious opioid toxicity would be central nervous system depression and respiratory depression.  No animal was observed to have any serious clinical toxicity.  Drooling was noted in a few dogs, which is likely a representation of nausea, which is not uncommon in humans receiving opioids.  In addition, some dogs had exhibited abnormalities with their feces, which was felt to be possibly related.  However, the same changes occurred in dogs in the control group.  Using the Bradford Hill criteria, it would be difficult to clearly determine causality, as some of the alimentary abnormalities occurred in control animals.

CONCLUSIONS

Thus, in these preclinical studies, no serious toxicity was observed.  While human studies are needed to determine the optimal dosing and safety, these preclinical studies support initial safety which would be required for subsequent testing.  In addition, while there are limitations to the study, it is unusual to see dietary supplement vendors having such an interest in safety and truly expressing a desire to assess safety of a potential product.  During the review of the two animal models as well as the cell model, I find these products to be preliminarily safe, and worthy of further investigation in larger studies, including human studies.

Sincerely,

Michael Levine MD, FACEP, FACMT

3

# CURRICULUM VITAE

## Michael Levine

ADDRESS:

535 11th Street.  Hermosa Beach, CA 90254
Telephone:  (818) 426-0300
e-mail:  michaeldlevine@gmail.com;
michaellevine@mednet.ucla.edu

EDUCATION:

National Oceanic and Atmospheric Administration/Undersea and Hyperbaric Medicine Society Physicians Training in Diving Medicine. 2012

Fellowship in medical toxicology.  Banner Good Samaritan Medical Center.  Phoenix, AZ.  2008-2010.

Chief Resident. Brigham and Women's Hospital/Massachusetts General Hospital.  The Harvard Affiliated Emergency Medicine Residency.  Boston, MA.  7/1/2007-6/30/2008

Residency in Emergency Medicine.  Brigham and Women's Hospital/Massachusetts General Hospital.  The Harvard Affiliated Emergency Medicine Residency.  Boston, MA.  7/1/2004-6/30/2008

Finch University and the Chicago Medical School.
Degree:  Medical Doctorate 2004

University of Southern California
Degree:  BS Gerontology.  December, 1999

UCLA Center for Prehospital Care EMT Certification.  1996

BOARD CERTIFICATIONS

American Board of Emergency Medicine, Medical Toxicology. 2010, 2020

American Board of Emergency Medicine.  2009, 2019

MEDICAL LICENSES:

Physician.  Arizona Medical Board.  License #37870.  2007-current.

Physician and Surgeon.  The Medical Board of California.  License #A97381.  2006-current.

Controlled Substance Registration Certificate.  Department of Justice.  License.  FL0046234.  2006-current.

Physician.  Commonwealth of Massachusetts Board of Registration in Medicine.  License #230370.  2006-2012.

|  | Controlled Substance Registration Certificate. Department of Justice. License. FL0830403. 2008-current. |
|---|---|
| HONORS/AWARDS: | Golden-Olive Teaching Award. UCLA-Olive View Faculty Teaching Award. 2023. |
|  | UCLA Ronald Reagan-Olive View Faculty Teaching Award, 2022. |
|  | Best ToxIC Abstract. American College of Medical Toxicology's Toxicology Investigator's Consortium. American College of Medical Toxicology Annual Scientific Meeting. March, 2022. |
|  | UCLA Ronald Regan-Olive View Faculty Teaching Award, 2021. |
|  | Fellow, American College of Emergency Physicians. October, 2018 |
|  | Listed in "Top Docs, 2017" Pasadena Magazine. |
|  | Fellow, American College of Medical Toxicology. 19 March, 2016 |
|  | Faculty Teaching Award. 2nd year medical school class. University of Southern California. 14 August, 2015 |
|  | University of Arizona School of Medicine. Academic Excellence Day. First place, oral presentation of research. May, 2010 |
|  | Brigham and Women's Hospital. Department of Emergency Medicine. Physician Assistant Award for teaching. 2008 |
|  | Richard C. Wuerz, M.D. Scholarship for Emergency Medicine Research. Brigham and Women's/Massachusetts General Hospital's Harvard Affiliated Emergency Medicine Residency. 2007 |
|  | Richard C. Wuerz, M.D. Scholarship for Emergency Medicine Research. Brigham and Women's/Massachusetts General Hospital's Harvard Affiliated Emergency Medicine Residency. 2006 |
|  | American College of Medical Toxicology's Michael P. Spadafora Medical Toxicology Scholarship. 2006 |
|  | Emergency Medicine Clerkship award, Chicago Medical School. 2004 |
|  | Board of Trustees Scholarship Award, Chicago Medical School. 2004 |

Alpha Omega Alpha (AOA), Medical Honor Society

Phi Beta Kappa

Phi Kappa Phi Honor Society

Golden Key National Honor Society

PROFESSIONAL ORGANIZATIONS:    American Academy of Clinical Toxicology (AACT)

American Academy of Emergency Medicine (AAEM)

American College of Emergency Physicians (ACEP)

American College of Medical Toxicology (ACMT)

Arizona Chapter American College of Emergency Physicians (AzCEP)

Society for Academic Emergency Medicine (SAEM)

EMPLOYMENT:    University of California, Los Angeles.  Los Angeles, CA 2020-currrent

University of Southern California.  Los Angeles, CA 2011-2020

North Valley Emergency Specialists.  Emergency Medicine Physician, Thunderbird Medical Center. Phoenix, AZ. 2008-2011.

Emergent Medical Associates.  Emergency Medicine physician, Encino Medical Center.  Encino, CA. 2008-2010

Banner Health.  July 2008-current

Brigham and Women's Hospital.  Boston, MA.  June 2004 - June 2008

Encino Hospital.  Department of Emergency Medicine. Emergency Dept. Tech.  Dec, 1999 – July, 2000

ACADEMIC POSITIONS:    2020-current.  Associate professor of emergency medicine, health sciences.  University of California, Los Angeles.  Los Angeles, CA

2017-20.  Associate professor of Emergency Medicine. University of Southern California. Los Angeles, CA

2015-20. Division Chief. Division of Medical Toxicology. Department of Emergency Medicine. University of Southern California. Los Angeles, CA.

2011-17. Assistant professor of Emergency Medicine. University of Southern California. Los Angeles, CA

2017-20 Director of hyperbaric medicine. University of Southern California. Catalina Island.

COMMITTEES:

2023-current. Director. Pharmacy and Therapeutics committee. University of California, Los Angeles.

2022-23. Member, Pharmacy and Therapeutics committee. University of California, Los Angeles.

2016-20. Vice Chairman. Pharmacy and Therapeutics Committee. LA County-USC Medical Center. Los Angeles, CA

2015-20. Member, Pharmacy and Therapeutics Committee. USC-Verdugo Hills Medical Center. Glendale, CA.

2013-20. Chairman. Medication Safety Subcommittee; Pharmacy and Therapeutics Committee. LA County-USC Medical Center. Los Angeles, CA.

2013-15. Member. Pharmacy and Therapeutics Committee. LA County-USC Medical Center. Los Angeles, CA.

2013-20. Member. Antimicrobial subcommittee; Pharmacy and Therapeutics Committee. University of Southern California. Los Angeles, CA.

2012-14. Member. Clinical Translational and Science Institute. University of Southern California. Pilot Funding Review Committee.

2011-current. Member, American Association of Poison Control centers. Fatality reviewer.

2011-current. Member. American College of Medical Toxicology. Research Committee.

2011-20. Member. University of Southern California, Department of Emergency Medicine Research Committee

2010-current. Member. American College of Medical Toxicology. Toxicology Investigator's Consortium (ToxIC).

2011-19. Member. Institutional Review Board 2; Health Science Campus. University of Southern California.

2011. Member. Pharmacy and Therapeutics (P&T) committee. Banner Good Samaritan Medical Center. Phoenix, AZ

2010-11. Chairman. Delirium work-group; subgroup on alcohol withdrawal. Banner Health.

2010-11. Member. Institutional Review Board. Banner Health

| | |
|---|---|
| JOURNAL EDITORIAL BOARD | Journal of Medical Toxicology (2016-curent) |
| | Wilderness and Environmental Medicine (2022-current) |
| JOURNAL/PEER REVIEWER | Annals of Emergency Medicine (2023-current) |

Substance abuse (2021-current)

BMJ Open (2020)

International and Emergency Medicine (2020)

American Journal of Public Health (2017)

Prehospital Emergency Care (2017)

Expert Reviews in Clinical Pharmacology (2015-16)

Academic Emergency Medicine (2014-current)

Neuropsychiatric Disease and Treatment (2013)

British Medical Journal (2014-15)

Clevland Clinic Journal (2013)

Pediatrics (2013-15)

New England Journal of Medicine (2012)

Clinical Toxicology (2012-current)

CNS drugs (2012-16)

Critical Care Medicine (2012-current)

BMC Psychiatry (2012-current)

International Journal of Emergency Medicine (2012)

Western Journal of Emergency Medicine (2011-current)

Journal of Medical Toxicology (2008-current)

Journal of Emergency Medicine (2008-current)

Journal of Addiction Medicine (2007)

ORAL RESEARCH PRESENTATION AT REGIONAL OR NATIONAL CONFERENCES:

"Tranq dope opioid overdose: clinical outcomes for emergency department patients with illicit opioid overdose adulterated with xylazine." North American Congress of Clinical Toxicology. San Francisco, CA. 18 September, 2022

"Prevalence of adulterants in acute opioid toxic patients" American College of Medical Toxicology's Annual Scientific Meeting. (virtual meeting) 11 March, 2022

"Adulteration of illicit drugs in ED patients with acute opioid overdose: A multicenter cohort." North American Congress of Clinical Toxicology. (meeting virtual) 18 October, 2021

"Prospective cohort study of intravenous lipid emulsion for resuscitating critically-ill poisoned patients." Presented at the American College of Medical Toxicology's Annual Scientific Meeting. 18 March, 2016. Huntington Beach, CA

"Failure of Aminocaproic acid and Tranexamic acid to reverse dabigatran-induced coagulopathy." Presented at the Western Regional meeting for the Society of Academic Emergency Medicine. 15 March, 2014. Irvine, CA.

"Risk of intracranial injury in patients with minor head trauma with pre-injury use of clopidogrel." Presented at the Western Regional meeting for the Society of Academic Emergency Medicine." 23 March, 2013. Long Beach, CA."

"Cost savings associated with poison center consultation on EMS dispatch." Presented at the Western Regional meeting for the Society of Academic Emergency Medicine. 23 March, 2013. Long Beach, CA

"Assessing the prevalence of pancreatitis following resuscitative use of intravenous lipid emulsion." Presented at the North American Congress of Clinical Toxicology. 5 October, 2012. Las Vegas, NV

"Hypoglycemia following accidental pediatric sulfonylurea ingestions." Presented at the Western regional meeting of the Society of Academic Emergency Medicine. 20 March, 2010. Sonoma, CA

"Effect of calcium in digoxin toxicity." 13 May, 2008. Presented at the Massachusetts College of Emergency Physicians (MACEP) annual meeting. Waltham, MA

"Hyperglycemia following calcium channel blocker overdose."  9 May, 2007.  Presented at the Massachusetts College of  Emergency Physicians (MACEP) annual meeting.  Waltham, MA

LECTURES:

"Heartbreakers: TCA overdose and the ED and PICU response."  Combined Pediatric and Emergency Medicine Ground Rounds.  Cedars Sinai Medical Center.  Los Angeles, CA.  12 June, 2025

"Analgesic toxicity."  Surgical Critical Care fellows.  University of California, Los Angeles.  1 May, 2025.

"Psychiatric emergencies in the ICU: Part 2"  Department of Medicine, Division of Pulmonary and Critical Care.  University of California, Los Angeles.  1 May, 2025

Panel Discussion on shock.  All LA conference.  University of California, Los Angeles.  24 April, 2025

"Psychiatric emergencies in the ICU: Part 1"  Department of Medicine, Division of Pulmonary and Critical Care.  University of California, Los Angeles.  15 April, 2025

"Toxic Alcohols."  Department of Emergency Medicine.  Grand Rounds.  Kern Medical Center.  Bakersfield, CA.  9 January, 2025

"Psychiatric Drug Toxicity.'  Department of Emergency Medicine. Grand Rounds.  Kern Medical Center.  Bakersfield, CA.  9 January, 2025

"Analgesic Toxicity."  Department of Emergency Medicine.  Grand Rounds.  Kern Medical Center.  Bakersfield, CA.  9 January, 2025

"Analgesic toxicity"  Department of Pediatrics.  Olive View Medical Center.  Sylmar, CA.  5 December, 2024

"Inhalational toxins."  Department of Anesthesia.  Grand Rounds.  University of California, Los Angeles.  Los Angeles, CA.  27 November, 2024.

"Don't touch that!  Marine, arthropod, and reptile envenomation.  Total Tox Course.  American College of Medical Toxicology.  Virtual.  15 November, 2024.

"Toxic alcohols."  Department of Emergency Medicine.  University of California, Los Angeles.  Los Angeles, CA.  21 August, 2024

"Cardiovascular toxins."  West Anaheim Medical Center. Virtual.   6 September, 2024.

"Metals and Metalloids."  American College of Medical Toxicology's Board Review Course.  Virtual.  23 August, 2024.

"Hematologic Toxins."  American College of Medical Toxicology's Board Review Course.  Virtual.  23 August, 2024

"Envenomations."  American College of Medical Toxicology's Board Review Course. Virtual.  23 August, 2024.

"Cyanide toxicity."  Case conference.  Pulmonary and Critical Care Medicine.  University of California, Los Angeles.  Los Angeles, CA.  21 August, 2024

"Cyanide toxicity."  Department of Emergency Medicine. University of California, Los Angeles.  Los Angeles, CA.  13 August, 2024.

"Teratogens."  Department of Medical Toxicology.  Banner University Medical Center, Phoenix.  Phoenix, AZ.  13 July, 2024

"Thrombotic and hemostatic drug toxicities."  Division of Medical Toxicology.  University of California at San Diego. San Diego, CA.  31 May, 2024

"Avoiding pitfalls in anticoagulation."  Glendale Adventist Medical Center.  Glendale, CA.  22 May, 2024

"Intravenous lipid emulsion therapy."  Western Toxicology Fellows Conference.  Hosted by University of California at Davis.  Sacramento, CA 3 May, 2024

"Analgesic toxicity."  Department of Surgery, Division of Surgical Critical Care.  University of California, Los Angeles. Los Angeles, CA. 28 March, 2024

"Toxic Alcohols."  Department of Internal Medicine. University of California, Los Angeles.  Los Angeles, CA.  19 March, 2024.

"Arsenic toxicity"  Department of Emergency Medicine. University of California, Los Angeles.  Los Angeles, CA 11 March, 2024.

"Thallium toxicity."  Department of Medical Toxicology. Banner University Medical Center, Phoenix.  Phoenix, AZ.  1 March, 2024.

"Drug induced seizures." Department of Emergency Medicine, Division of Medical Toxicology. University of California, San Diego. San Diego, CA. 2 February, 2024

"Envenomations." Providence St. Joseph's Medical Center. Burbank, CA. 30 January, 2024

"Update on the Fentanyl Crisis and the new screening law. Humbold-Del Norte Consortium for CME. (virtual) 18 January, 2024.

"Acetaminophen toxicity." Department of Pediatrics. Olive View Medical Center. Sylmar, CA. 5 December, 2023

"Checkpoint inhibitors and immunomodulators. Department of Emergency Medicine. University of California, Los Angeles. Los Angeles, CA. 21 November, 2023

"Metals." University of California, San Diego, Division of Medical Toxicology. San Diego, CA 13 November, 2023

"Marijuana: The good and the bad." Scripps Memorial Hospital, La Jolla (virtual). 7 November, 2023.

"Envenomations." Pacific Northwest University of Health Sciences. (virtual). 6 November, 2023

"VTE and anticoagulation update." Grand Rounds. Glendale Adventist Medical Center. Glendale, CA. 6 September, 2023

"Don't get bitten by envenomation conundrum." Northwest Seminars. Orlando, FL 16 June, 2023.

"Taking the pain out of analgesic overdose." Northwest Seminars. Orlando, FL. 16 June, 2023

"Benzodiazepines: how they work and how to withdrawal." West Anaheim Medical Center. (Virtual). 12 May, 2023

"Checkpoint inhibitors and immunomodulators." Western Fellows Toxicology Conference. Denver, CO. 14 April, 2023

"Update on the Fentanyl Crisis and the New Drug Screening Law." St. Charles Health System, Bend Oregon (virtual). 7 April, 2023

"Xylazine" American College of Medical Toxicology's Annual Scientific Meeting. La Jolla, California. 31 March, 2023

"Update on the Fentanyl Crisis and the New Drug Screening Law." Eisenhower Medical Center. Rancho Mirage, California. 16 March, 2023

"Update on the Fentanyl Crisis and the New Drug Screening Law." Orange Coast Medical Center (virtual). 13 March, 2023

"Update on the Fentanyl Crisis and New Drug Screening Laws." Providence St. Joseph's Medical Center. Burbank, California. 7 March, 2023

"Benzodiazepines: how they work and how to withdrawal." Emanate Health Intercommunity Hospital. Covina, California. 28 February, 2023

"Cardiovascular toxins." Department of Surgery, division of surgical critical care. University of California, Los Angeles. 2 February, 2023.

"Drug Abuse Patient in the ER" Emanate Health Inter-Community Hospital. (Virtual). 24 January, 2023

"Miscellaneous toxins." Grand rounds. Department of Emergency Medicine. University of California, Los Angeles. 10 January, 2023

"Cardiovascular toxins" Pulmonary and Critical Care fellows. University of California, Los Angeles. Los Angeles, CA. 22 November, 2022

"Putin: Not a good guy: A history of poisonings." Grand Rounds. Department of Emergency Medicine. University of California, Los Angeles. 22 November, 2022

"Envenomations." Total Tox Course. Sponsored by American College of Medical Toxicology. (virtual) 18 November, 2022

"Bupropion and other drug induced seizures." Grand Rounds. University of San Francisco division of medical toxicology. 6 September, 2022

"Introduction to toxicology." All-LA conference. Harbor UCLA medical Center. Torrance, California. 1 September, 2022

"Envenomations." American College of Medical Toxicology's Board Review Course. 25 August, 2022

"Metals and metalloids." American College of Medical Toxicology's Board Review Course. 23 August, 2022

"Envenomations." Pediatric critical care. University of California, Los Angeles. 16 August, 2022

"An interesting case: thallium:" Department of Emergency Medicine. University of California, Los Angeles. 9 August, 2022

"Analgesics" Pediatric critical care. University of California, Los Angeles. 4 August, 2022

"Putin: Not a good guy: A history of poisonings." Western Toxicology Fellows Conference. La Jolla, California. 5 May, 2022

"Benzodiazepines: how they work and how to withdrawal." Grand Rounds. St. Charles Medical Center. Bend, Oregon. 8 April, 2022

"Toxic alcohols" Department of Emergency Medicine. University of California, Los Angeles. 5 April, 2022

"Toxicology cases involving suicides." Los Angeles County Medical Examiners. 17 March, 2022

"Snake envenomations." Los Angeles Zoo; lecture to curators and animal handlers. 10 March, 2022

"Cardiovascular toxins." Emanate Health. Grand Rounds. Covina, California. 8 February, 2022

"Opioids." Grand Rounds. Department of Emergency Medicine. University of California, Los Angeles. 21 December, 2021

"Analgesic toxicity." Faculty Development. Department of Emergency Medicine. University of California, Los Angeles. 15 December, 2021

"Angioedema." Grand Rounds. Department of Emergency Medicine. University of California, Los Angeles. 2 November, 2021

"Alcohol withdrawal" Grand Rounds at Anaheim Medical Center. Anaheim, CA. 10 September, 2021,

"Envenomations." UCLA Emergency Medicine faculty development conference. Los Angeles, CA 11 August, 2021

"Alcohol use disorder." West Hills Medical Center. West Hills, CA. 9 July, 2021

"Drug induced rigidity syndromes. NMS and serotonin syndrome." OakBend Medical Center. Richmond, TX. 8 July 2021

"Toxicity of Covid treatments." Western Fellows Conference. University of Oregon. 7 May, 2021

"Toxicologic causes of metabolic acidosis." Department of Emergency Medicine, University of Vermont. 8 April, 2021

"Drug abuse patient in the emergency department" Hackensack Medical Center. New Jersey. 7 April, 2021.

"Pediatric toxicities."  Department of Pediatrics; division of pediatric hospitalists.  University of California, Los Angeles.  Los Angeles.  17 March, 2021

"Toxicology in the surgical ICU"  Department of Surgery.  Division of Critical Care.  University of California, Los Angeles.  Los Angeles, CA. 11 February, 2021.

"Don't touch that! Marine, arthropod, and reptile envenomations."  American College of Medical Toxicology's Total Tox Course.  19 February, 2021

"Toxin-induced hemoglobinopathies."  Department of Emergency Medicine.  University of California, Los Angeles.  Los Angeles, CA 12 January, 2021

"Pediatric Toxicology."  Grand Rounds. Department of Emergency Medicine. University of California, Los Angeles.  1 December, 2020.

"Drug toxicities in the Pediatric ICU: Part I"  Pediatric Critical Care.  University of California, Los Angeles.  10 November, 2020

"Drug abuse patients in the emergency department."  Anaheim Medical Center.  6 November, 2020

"Dive Medicine Cases."  Grand Rounds.  Department of Emergency Medicine. University of California, Los Angeles.  20 October, 2020

"Alcohol use disorder."  Grand rounds.  St. Charles Medical Center.  Bend, OR.  9 October, 2020

"Psychiatric drug toxicity."  Grand Rounds.  Department of Pediatrics.  UCLA.  22 September, 2020.

"Toxicology: Drugs of Abuse."  Pediatric EM Fundamentals:  Presented by EM:RAP.  10 September, 2020

"Toxicology: Common ingestions: Salicylates"  Pediatric EM Fundamentals:  Presented by EM:RAP.  10 September, 2020

"Common ingestions:  Acetaminophen."  Pediatric EM Fundamentals:  Presented by EM:RAP.  10 September, 2020

"Common ingestions: Anticholinergics."  Pediatric EM Fundamentals:  Presented by EM:RAP.  10 September, 2020

"Common Ingestions – Hypoglycemics."  Pediatric EM Fundamentals:  Presented by EM:RAP.  10 September, 2020

"Common ingestions – Iron."  Pediatric EM Fundamentals:  Presented by EM:RAP.  10 September, 2020

"Drowning." Pediatric EM Fundamentals: Presented by EM:RAP. 10 September, 2020

"Envenomations." American College of Medical Toxicology's Board Review Course. 26 August, 2020

" Metals and metalloids." American College of Medical Toxicology's Board Review Course. 25 August, 2020

"Common pediatric ingestions." Grand Rounds. Department of Pediatrics. University of California, Los Angeles. 16 August, 2020

"Toxic Alcohols" Grand Rounds. Department of Emergency Medicine. University of California, Los Angeles. 14 July 2020

"Introduction to toxicology." David Geffen School of Medicine. Los Angeles, CA. 22 May, 2020

"Aquatic toxicities" Grand Rounds. Department of Emergency Medicine. University of California, Los Angeles. Los Angeles, CA 28 April, 2020

"Tox in the news: Cleaning products." Grand Rounds. Department of Emergency Medicine. University of California, Los Angeles. Los Angeles, CA. 28 April, 2020

"Hydroxychloroquine" Grand Rounds. Department of Emergency Medicine. University of California, Los Angeles. Los Angeles, CA. 31 March, 2020

"Toxicology board review." Grand Rounds. Department of Emergency Medicine. University of Southern California, Los Angeles, CA. Los Angeles, CA. 20 February, 2020

"Alcohol withdrawal: Past, present, future" Department of Medicine. Providence St. Joseph's Medical Center. Burbank, CA. 21 January, 2020

"Salicylate toxicity." Lecture with Claudius I, Grock A, Levine M. EM:RAP. January, 2020

"Recreational substances" Grand Rounds. Department of Internal Medicine. University of California, Los Angeles. Los Angeles, CA 14 October, 2019

"Legal aspects of Recreational Marijuana." Grand Rounds. Dignity Northridge Hospital. Northridge, CA. 15 October, 2019

"Drug Induced Seizures." Grand Rounds. Department of Emergency Medicine, University of Southern California. Los Angeles, CA. 23 August, 2019

"Introduction to toxicology."  David Geffin School of Medicine.  University of California, Los Angeles (UCLA).  Los Angeles, CA.  22 May, 2019

"California Envenomations."  Grand Rounds.  USC Verdugo Hills Hospital.  Glendale, CA.  2 May 2019

"Teratogens." Western Fellow Conference.  1 May, 2019.  Phoenix, AZ

Pediatric Pearls: Caustic Ingestions.  Lecture with Claudius I, Levine M.  EMRAP. April, 2019

"Cardiovascular toxins."  Pick your poison conference. 22 March, 2019.  Phoenix, AZ

"The pill that can kill: Fatal ingestions in the pediatric population."  Grand Rounds.  Fountain Valley Medical Center.  7 April, 2019

"Introduction to hyperbarics."  Grand Rounds. Department of Emergency Medicine. University of Southern California.  17 January, 2019

"Antithrombotic and anticoagulant medications."  Grand Rounds.  Department of Emergency Medicine. University of Southern California.  15 November, 2018.

"Analgesic toxicity." Grand Rounds. USC Verdugo Hills Hospital.  Glendale, CA.  15 November, 2018.

"Combating opiate deaths."  Providence, St. Joseph's Medical Center.  Burbank, CA.  8 October, 2018

"Alcohol withdrawal."  USC Verdugo Hills Hospital.  Glendale, CA.  4 October, 2018.

"Drugs of Abuse."  Addiction, Drug Abuse, and the Opiate Crisis."  Providence St. John's Health Center and the Rand Corporation.  Santa Monica, CA.  8 September, 2018.

"Combating opiate deaths." Addiction, Drug Abuse, and the Opiate Crisis."  Providence St. John's Health Center and the Rand Corporation.  Santa Monica, CA.  8 September, 2018.

"Adverse health effects of marijuana."  Addiction, Drug Abuse, and the Opiate Crisis."  Providence St. John's Health

Center and the Rand Corporation. Santa Monica, CA. 8 September, 2018.

"What's new in your neighborhood: Drugs of Abuse. American College of Medical Toxicology's Total Toxicology Course, Chicago, IL. 7 September, 2018.

"Envenomations." American College of Medical Toxicology's Board Review Course. Chicago, IL. 7 September, 2018.

"Drugs of Abuse." American College of Medical Toxicology's Board Review Course. Chicago, IL. 7 September, 2018.

"Don't touch that: Marine, arthropod, and reptile envenomations." American College of Medical Toxicology's Total Toxicology Course. 6 September, 2018.

"Out of balance: Toxicity of endocrine agents." American College of Medical Toxicology's Total Toxicology Course. Chicago, IL. 6 September, 2018.

"Metals and Metaloids." American College of Medical Toxicology's Board Review Course. Chicago, IL 5 September, 2018.

"Endocrine agents." American College of Medical Toxicology's Board Review Course. Chicago, IL. 5 September, 2018.

"Methemoglobinemia." Grand Rounds. University of Southern California. 9 August, 2018

"Drugs of abuse in the trauma ICU." Noon Conference. Department of Surgery, Division of Trauma. University of Southern California. 18 June, 2018.

"Psychiatric drug toxicity." Grand Rounds, Department of Medicine. University of Southern California. 22 May, 2018

"Drug induced seizures" Grand Rounds. Providence St. Joseph's Medical Center. Burbank, CA. 15 May, 2018

"Pediatric Pearls: Marijuana in kids" Claudius I, Levine M. EM: RAP. May, 2018

"Alternatives to antivenom." Baylor College of Medicine. Houston, TX. 11 April, 2018

"Naturopathic nightmares." Presented at the American College of Medical Toxicology's Annual Scientific Meeting. Washington, DC. 6 April, 2018

"Anticoagulants" Presented at the University of Arizona/Banner University Medical Center Phoenix's Pick Your Poison conference." 23 March, 2018

"Advanced Antidotes" Grand Rounds. Department of Emergency Medicine. University of Southern California. Los Angeles, CA. 15 March, 2018

"Heavy metal toxicity." Grand Rounds. Department of Emergency Medicine, University of Southern California. Los Angeles, CA. 4 January, 2018

"Analgesic drug toxicity." Grand Rounds. Department of Emergency Medicine, University of Southern California. Los Angeles, CA. 19 October, 2017

"Vasopressors vs. insulin" Presented at the North American Congress of Clinical Toxicology annual meeting. Vancouver, Canada. 12 October, 2017

"Adverse effects in lipid emulsion. The low fat approach – against lipid emulsion therapy. Presented at the American College of Medical Toxicology pre-meeting symposium for the North American Congress of Clinical Toxicology. Vancouver, Canada. 11 October, 2017.

"Psychiatric drug toxicities." Grand Rounds. Department of Emergency Medicine. Massachusetts General Hospital. Boston, MA. 19 August, 2017

"Analgesic drug toxicity." Grand Rounds. Department of Emergency Medicine, Massachusetts General Hospital. Boston, MA. 19 August, 2017

"Do heroin overdose patients require observation after receiving naloxone?" EM:RAP. August, 2017

"Introduction to toxicology." Department of Internal Medicine, University of Southern California. Los Angeles, CA. 11 May, 2017

"Antiplatelet and Anticoagulant Drug Toxicity" Grand Rounds. Department of Medicine. USC Verdugo Hills Hospital. Glendale, CA. 20 April, 2017

"Alcohol withdrawal: Past, present, future." Grand Rounds, Department of Emergency Medicine, University of Southern California. Los Angeles, CA 9 March 2017.

"Toxicology Board Review." Grand Rounds, Department of Emergency Medicine, University of Southern California. Los Angeles, CA. 16 February, 2017.

"Toxin-induced seizures." Grand Rounds, Department of Emergency Medicine. University of Southern California. Los Angeles, CA. 27 October, 2016.

"Marijuana:  Health benefits, health risks."  Grand Rounds. Department of Pediatrics. LA County-USC Medical Center. Los Angeles, CA.  25 October, 2016.

"Envenomations"  Presented at the American College of Medical Toxicology's Board Review Course.  30 September, 2016.  Salt Lake City, Utah.

"Plants and herbals." Presented at the American College of Medical Toxicology's Board Review Course.  30 September, 2016.  Salt Lake City, Utah.

"Opioid addiction and withdrawal."  Grand Rounds.  Citrus Valley Medical Center.  Covina, CA.  20 September, 2016

"Recognizing and managing intoxications with drugs of abuse"  Grand Rounds. Department of Pediatrics. LA County-USC Medical Center.  Los Angeles, CA.  20 September, 2016.

"Cardiovascular toxins."  Grand Rounds, Department of Emergency Medicine, University of Southern California. Los Angeles, CA.  15 September, 2016

"Envenomations."  Grand Rounds, Providence Saint Joseph's Medical Center.  Burbank, CA.  15 September, 2016

"Emerging drugs of Abuse."  EDAP course.  LA County-USC Medical Center.  14 September, 2016

"Toxidromes."  Grand Rounds, Department of Medicine, Huntington Memorial Hospital.  13 September, 2016.

"Heavy metal toxicity."  Grand Rounds, Department of Emergency Medicine, University of Southern California. Los Angeles, CA.  19 July, 2016.

"Novel Antidotes."  University of Arizona/Banner University Medical Center. Pick your Poison: Current trends in toxicology.  Phoenix, AZ.  22 April, 2016.

"Emerging Recreational Drugs."  West Coast Training Conference.  Los Angeles, CA.  22 April, 2016

"Acetaminophen toxicity."  Grand Rounds, Department of Emergency Medicine, University of Southern California.  Los Angeles, CA.  14 April, 2016

"Cardiovascular drug toxicity."  Department of Medicine, Huntington Memorial Hospital, Pasadena, CA.  14 April, 2016

"Palytoxin and other marine toxins: Human exposure and toxicity."  American College of Medical Toxicology's Annual Scientific Meeting.  Huntington Beach, CA.  20 March, 2016

"Envenomations."  Grand Rounds, Department of Emergency Medicine, University of Southern California.  Los Angeles, CA.  10 March, 2016.

"Cardiovascular toxins,"  Grand Rounds, Department of Pediatric Emergency Medicine, Children's Hospital, Los Angeles.  9 March, 2016

"Psychiatric Drug toxicities."  Grand Rounds, Department of Medicine, Huntington Memorial Hospital.  Pasadena, CA.  3 March, 2016

"Drug induced seizures." Grand Rounds, Department of Emergency Medicine, Children's Hospital, Los Angeles, Los Angeles, CA.  24 February, 2016

"Pediatric toxicology in the ICU." Society of Critical Care Medicine, Pediatric Pre-conference.  Orlando, FL.  19 February, 2016.

"Toxicology: Board review for emergency physicians." Grand Rounds.  Department of Emergency Medicine, University of Southern California. Los Angeles, CA.  10 February, 2016

"Antidotes."  Noon conference, Department of Medicine, Huntington Memorial Hospital. Passadena, CA.  2 February, 2016.

"Toxin induced hemoglobinopathies."  Department of Emergency Medicine, Children's Hospital, Los Angeles.  Los Angeles, CA.  2 December 2015

"Psychiatric Drug Toxicity."  Department of Emergency Medicine, Children's Hospital, Los Angeles.  Los Angeles, CA.  2 December, 2015

"Introduction to Toxicology, Nursing Education, USC-Verdugo Hills Medical Center. Glendale, CA. 1 December, 2015

"Decompression sickness." Grand Rounds. Department of Emergency Medicine. University of Southern California. Los Angeles, CA. 5 November, 2015.

"Toxicology Emergencies."  USC Verdugo Hills Medical Center. Glendale, CA. 30 October, 2015.

"Emerging Drugs of Abuse."  Glendale Fire Department. Glendale, CA.  20-22 October, 2015.

"Toxic Alcohols."  Noon Conference.  Department of Medicine.  Huntington Memorial Hospital.  Passadena, CA. 15 October, 2015.

"Toxidromes." Grand Rounds. Department of Medicine. Huntington Memorial Hospital. Passadena, CA. 12 October, 2015

"Toxic Alcohols." Grand Rounds. Department of Emergency Medicine. University of Southern California. Los Angeles, CA. 24 September, 2015.

"Psychiatric drug toxicity." Grand Rounds. Department of Emergency Medicine. University of California, Los Angeles. Los Angeles, CA. 4 August, 2015.

"Thrombotic and hemostatic drugs: an update." Grand Rounds. Department of Emergency Medicine. University of Oklahoma. Tulsa, OK. 30 July, 2015.

"Psychiatric drug toxicity." Grand Rounds. Department of Emergency Medicine. University of Oklahoma. Tulsa, OK. 30 July, 2015.

"Thrombotic and hemostatic drugs: an update" Grand Rounds. USC-Verdugo Hills Medical Center. Glendale, CA. 16 July, 2015

"Acute NSAID toxicity." Grand Rounds, Department of Emergency Medicine. University of Southern California. Los Angeles, CA. 16 July, 2015.

"Thrombotic and hemostatic drugs: an update." Grand Rounds. Citrus Valley Medical Center. 23 June, 2015. Covina, CA

"Toxic Gases." West Coast Training Conference. Los Angeles, CA. 5 June, 2015

"Intravenous lipid emulsion." Western Toxicology Fellows' conference. San Diego, CA 16 April, 2015.

"Reptile Envenomations." Los Angeles Zoo Reptile staff and zoo curator staff. Los Angeles, CA, 18 February, 2015

"Psychiatric Drug Toxicity." 25 February, 2015. Department of Pediatric Emergency Medicine. Children's Hospital, Los Angeles. Los Angeles, CA

"Diabetic Medications." 25 February, 2015. Department of Pediatric Emergency Medicine. Children's Hospital, Los Angeles. Los Angeles, CA.

"Analgesic toxicity" 4 February, 2015. Department of Medicine, Section of pulmonary and critical care. University of Southern California. Los Angeles, CA

"Cardiovascular toxins" 8 January, 2015. Grand Rounds, Department of Emergency Medicine, University of Southern California, Los Angeles, CA

"Anticholinergics and sympathomimetics." 13 November, 2014. Grand Rounds, Department of Emergency Medicine, University of Southern California, Los Angeles, CA

"Opiates." 20 November, 2014. Grand Rounds, Department of Emergency Medicine, University of Southern California, Los Angeles, CA

"Analgesic toxicity." 14 May, 2014. Grand Rounds, Department of Medicine, Section of pulmonary and critical care. University of Southern California. Los Angeles, CA

"Psychiatric drug toxicity." 8 May, 2014. Grand Rounds, Department of Medicine, Section of pulmonary and critical care. University of Southern California. Los Angeles, CA

"You took what? Emerging drugs of abuse." 31 March, 2014. Resuscitation conference. Las Vegas, NV.

"Sodium channel blocking plants" 27 March, 2014. Natural Toxins Academy. American College of Medical Toxicology. Phoenix, AZ.

"Drug induced rigidity in the psychiatric patient." 20 March, 2014. Grand Rounds, Department of Emergency Medicine, University of Southern California, Los Angeles, CA

"Envenomations." 13 March, 2014. Grand Rounds. USC Verdugo Hills Hospital. Glendale, CA.

"Psychiatric drug toxicity." 13 February, 2014. Grand Rounds. USC Verdugo Hills Hospital. Glendale, CA.

"Antidotes." 6 February, 2014. All LA conference. Los Angeles, CA

"Analgesic toxicity." 16 January, 2014. Grand Rounds. USC Verdugo Hills Hospital. Glendale, CA

"Pulmonary embolism." 16 January, 2014. Grand Rounds. Department of Emergency Medicine. University of Southern California. Los Angeles, CA

"Stopping the shakes: advanced concepts in alcohol withdrawal management," 5 December, 2013. Grand Rounds. Department of Emergency Medicine. University of Southern California. Los Angeles, CA

"Alcohol withdrawal and toxic alcohols." 25 November, 2013. Grand Rounds. Department of Emergency Medicine. Olive View UCLA Medical Center. Sylmar, CA

"Psychiatric Drug toxicity." 29 October, 2013. Grand Rounds. Department of Emergency Medicine. Brigham and Women's Hospital. Boston, MA

"Spine injuries."  24 October, 2013.  Grand Rounds. Department of Emergency Medicine.  University of Southern California.  Los Angeles, CA.

"Psychiatric drug toxicity."  3 October, 2013.  Grand Rounds. Department of Emergency Medicine.  UCSF-Fresno.  Fresno, CA.

"Psychiatric drug toxicity."  26 September, 2013. Department of Emergency Medicine.  Grand Rounds. University of Southern California.  Los Angeles, CA.

"Dangerous ingestions in the pediatric population." Department of Pediatrics.  Grand Rounds.  Olive View-UCLA Medical Center.  Sylmar, CA. 14 August, 2013

"Salicylate toxicity."  8 August, 2013 Grand Rounds. University of Oklahoma.  Tulsa, OK.

"Drug induced rigidity."  8 August, 2013.  Grand Rounds. University of Oklahoma.  Tulsa, OK.

"Dangerous ingestions in the pediatric population." 10 May, 2013.  EDAP course.   LA County-USC Medical Center.  Los Angeles, CA.

"Pitfalls in the management of the poisoned patient."  25 April, 2013.  Department of Emergency Medicine.  Grand Rounds.  University of Southern California.  Los Angeles, CA.

"Teratogens."  Presented at the Western Toxicology Fellows' Conference.  11 April, 2013.  Phoenix, AZ.

"Stopping the shakes:  Advanced concepts in alcohol withdrawal management.  14 March, 2013.  Presented at "Alcohol Abuse Academy:  Current Perspectives on Impairment, Dependence, and Withdrawal."  Sponsored by the American College of Medical Toxicology.  San Juan, Puerto Rico.

"Toxicology Board Review for the Emergency Physician." Grand Rounds.  University of Oklahoma.  Tulsa, OK.  7 February, 2013.

"Envenomations."  Grand Rounds.  31 January, 2013. Department of Emergency Medicine.  Grand Rounds. University of Southern California.  Los Angeles, CA.

"Thrombostatic and Hemostatic Drug Toxicities."  22 January, 2013.  Department of Emergency Medicine. Grand Rounds. Olive View Medical Center.  Sylmar, CA.

"Neck trauma."  17 January, 2013.  Department of Emergency Medicine, Grand Rounds.  University of Southern California. Los Angeles, CA

"Acetaminophen Toxicity." 28 November, 2012. Department of Emergency Medicine, Grand Rounds. University of Oklahoma. Tulsa, OK

"Cocaine Toxicity: An algorithmic approach." 9 November, 2012. Essentials of Emergency Medicine. Las Vegas, NV

"Ethylene Glycol Toxicity." 9 November, 2012. Essentials of Emergency Medicine. Las Vegas, NV

"Best Tox Papers, part II." 9 November, 2012. Essentials of Emergency Medicine. Las Vegas, NV

"Alternative Drug Routes" 8 November, 2012. Essentials of Emergency Medicine. Las Vegas, NV

"Sedating the Agitated Patient" 8 November, 2012. Essentials of Emergency Medicine. Las Vegas, NV

"Aquatic toxicities." 18 October, 2012. Department of Emergency Medicine. Grand Rounds. University of Southern California. Los Angeles, CA

"Cardiovascular toxins" 20 September, 2012. Department of Emergency Medicine. Ground Rounds. University of Southern California. Los Angeles, CA

"Toxic Gases." 26 July, 2012. Los Angeles County Medical Examiner's Office. Ground Rounds. Los Angeles, CA

"Sympathomimetics." 19 July, 2012. Department of Emergency Medicine. Ground Rounds. University of Southern California. Los Angeles, CA

"Toxic alcohols." 3 May, 2012. Department of Emergency Medicine. Grand Rounds. University of Oklahoma. Tulsa, OK.

"Toxicology in the Emergency Department." 2 May, 2012. School of Pharmacy. University of Oklahoma. Tulsa, OK.

"Psychiatric drug toxicity." 5 April, 2012. Department of Emergency Medicine. Grand Rounds. University of Southern California. Los Angeles, CA

"Critical care gone awry." 18 March, 2012. Presented at the American College of Medical Toxicology's Spring Conference. San Diego, CA.

"No harm intended: Opioid use in chronic pain and the non-narcotic option." 15 March, 2012. Presented at "Prescription Opioid Misuse Academy: The dark side of prescription opioids." Sponsored by the American College of Medical Toxicology. San Diego, CA

"Hard conversations with drug-seeking patients." 15 March, 2012. Presented at "Prescription Opioid Misuse Academy: The dark side of prescription opioids." Sponsored by the American College of Medical Toxicology. San Diego, CA

"Cocaine associated chest pain." 12 January, 2012. Department of Emergency Medicine. Grand Rounds. University of Southern California. Los Angeles, CA.

"Drug induced seizures." 10 November, 2011. Department of Emergency Medicine. Grand Rounds. University of Southern California. Los Angeles, CA.

"Toxicity of diabetic medications." 4 November, 2011. Grand Rounds. LA-County Coroner's Office/Office of the Medical Examiner. Los Angeles, CA

"Toxicity of Diabetic Medications." 3 November, 2011. Grand Rounds. Department of Emergency Medicine, University of Southern California, Los Angeles, CA

"Acetaminophen toxicity." 13 October, 2011. Department of Emergency Medicine. Grand rounds. University of Oklahoma. Tulsa, OK.

"Drug induced seizures." 9 October, 2011. EM in the 21st century. Harvard CME course. Boston, MA.

"Toxicity of diabetic medications." 8 September, 2011. Grand Rounds. Department of Emergency Medicine. University of Southern California. Los Angeles, CA.

"Acetaminophen and salicylates." Grand Rounds. Department of Pediatrics. 1 June, 2011. Phoenix Children's Hospital. Phoenix, AZ.

"Geriatric toxicology." Grand Rounds. Banner Boswell Medical Center/Sun Health Research Institute. 24 May, 2011. Sun City, AZ

"Hematologic toxins. New drugs and updates on old drugs." Western Toxicology Fellows conference. 14 April, 2011. Sacramento, CA.

"Cardiovascular toxins." 24 March, 2011. Department of emergency medicine. Grand rounds. University of Oklahoma. Tulsa, OK

"Emergency use of chelators" 17 March, 2011. Presented at "Update on new antidotes and drug safety in the emergency department." Sponsored by the American College of Medical Toxicology. Clearwater, FL

"Intravenous lipid therapy: is it the panacea for lipophilic poisons." 17 March, 2011. Presented at "Update on new antidotes and drug safety in the emergency department."

Sponsored by the American College of Medical Toxicology. Clearwater, FL

"Vitamin K in warfarin toxicity:  When a pressure bandage just ain't enough.  17 March, 2011.  Presented at "Update on new antidotes and drug safety in the emergency department." Sponsored by the American College of Medical Toxicology. Clearwater, FL

"Bites and Stings."  27 February, 2011.  Snowbird EMS conference.  Lincoln, NH

"Toxic gases."  27 February, 2011.  Snowbird EMS conference.  Lincoln, NH

"Drug induced rigidity in the psychiatric patient."  25 February, 2011.  Grand Rounds.  Department of psychiatry. Banner Good Samaritan Medical Center.  Phoenix, AZ

"Lead toxicity."  17 February, 2011.  Grand Rounds. Department of Medicine.  Phoenix Children's Hospital. Phoenix, AZ

"Cardiovascular toxins."  14 February, 2011.  Banner Good Samaritan Medical Center. Department of medicine.  Phoenix, AZ

"Anticonvulsants: Interactions and adverse side effects."  13 December, 2010.  University of Arizona, College of Medicine. Phoenix, AZ.

"Toxicology pearls:  Pitfalls in management."  10 October, 2010.  EM in the 21st century; Harvard CME  Course.  Boston, MA

"Drugs of abuse:  Not as designed."  7 October, 2010. American College of Medical Toxicology.  Pre-meeting symposium for the North American Congress of Clinical Toxicology.  Denver, CO.

"Endocrine Drugs."  15 September, 2010.  Department of emergency medicine.  Maricopa Medical Center. Phoenix, AZ.

"Bites and stings." 18 August, 2010.  Grand Rounds.  Yavapai Regional Medical Center.  Prescott, AZ.

"Toxin-induced seizures" 11 August, 2010.  Department of emergency medicine.  Maricopa Medical Center.  Phoenix, AZ

"Bites and stings."  9 August, 2010.  Grand Rounds. Department of internal medicine.  Banner Good Samaritan Medical Center.  Phoenix, AZ.

"Environmental emergencies."  30 June, 2010.  Department of Emergency Medicine.  Maricopa Medical Center.  Phoenix, AZ.

"The pill to kill:  Fatal ingestions in the pediatric population."  Lecture for Peace Through Health; sponsored by Brigham and Women's Hospital under a grant via US State Department.  16 June, 2010.  Boston, MA

"Hand injuries."  28 April, 2010.  Department of emergency medicine.  Maricopa Medical Center.  Phoenix, AZ.

"Spine injuries."  28 April, 2010.  Department of emergency medicine.  Maricopa Medical Center.  Phoenix, AZ.

"Rodenticides"  14 April, 2010.  Department of emergency medicine.  Maricopa Medical Center.  Phoenix, AZ

"Killer bees."  Presented at "Bites, stings, and Arizona desert poisonings for the desert enthusiast.  A conference sponsored by the American College of Medical Toxicology and the Banner Good Samaritan Poison and Drug Information Center.  13 March, 2010.  Scottsdale, AZ

"Heat illness."  Presented at "Bites, stings, and Arizona desert poisonings for the desert enthusiast.  A conference sponsored by the American College of Medical Toxicology and the Banner Good Samaritan Poison and Drug Information Center.  13 March, 2010.  Scottsdale, AZ.

"Intravenous lipid therapy:  is it the panacea for lipophilic poisons.  11 March, 2010.  Presented at "Update on new antidotes and drug safety in the emergency department."  Sponsored by the American College of Medical Toxicology, Arizona College of Emergency Physicians, and the Arizona Pharmacy Alliance. Scottsdale, AZ.

"Vitamin K in warfarin toxicity:  When a pressure bandage just ain't enough.  11 March, 2010.  Presented at "Update on new antidotes and drug safety in the emergency department."  Sponsored by the American College of Medical Toxicology, Arizona College of Emergency Physicians, and the Arizona Pharmacy Alliance. Scottsdale, AZ.

"Management of common toxicities"  3 February, 2010.  Grand Rounds, Department of internal medicine.  Banner Del E. Webb Medical Center.  Sun City, AZ

"Cardiology literature update."  20 January, 2010.  Department of emergency medicine.  Maricopa Medical Center, Phoenix, AZ

"Toxin induced peripheral neuropathies"  1 December, 2009.  Department of Internal Medicine.  Banner Good Samaritan Medical Center.  Phoenix, AZ

"Management of common toxicities"  17 November, 2009.  Grand Rounds, Department of internal medicine.  Providence Tarzana Medical Center.  Tarzana, CA

"Serotonin Syndrome." 21 October, 2009. Department of emergency medicine. Maricopa Medical Center. Phoenix, AZ

"Infectious diseases in the toxicology setting." 1 September, 2009 Department of internal medicine. Banner Good Samaritan Medical Center. Phoenix, AZ.

"The pill to kill: Fatal ingestions in the pediatric population." 27 August, 2009. Grand Rounds. Department of emergency medicine. University of Oklahoma. Tulsa, OK.

"Ethanol." 8 July, 2009. Department of Emergency Medicine. Maricopa Medical Center. Phoenix, AZ

"Allergy and immunology." 9 June, 2009. Department of internal medicine. Banner Good Samaritan Medical Center. Phoenix, AZ

"Aquatic toxicities." 3 June, 2009. Department of emergency medicine. Maricopa Medical Center. Phoenix, AZ

"Lead toxicity" 19 March, 2009. Department of medicine. Phoenix Children's Hospital. Phoenix, AZ.

"Toxicologic issues with gastrointestinal presentations." 5 January, 2009. Department of internal medicine. Banner Good Samaritan Medical Center. Phoenix, AZ.

"Anticholinergic toxicity." 15 October, 2008. Department of emergency medicine, Maricopa Medical Center. Phoenix, AZ

"The Pill to kill: Fatal ingestions in the pediatric population" 12 October, 2008. EM in the 21st century; Harvard CME Course. Boston, MA.

"Salicylate Toxicity." 8 October, 2008. Department of emergency medicine. Maricopa Medical Center. Phoenix, AZ

"Toxicologic issues in the infectious disease setting." 2 September, 2008. Department of internal medicine. Banner Good Samaritan Medical Center. Phoenix, AZ

MEDIA INTERVIEWS

7 July, 2025. Heat related illness. KNX news.

7 June, 2025. Methemoglobinemia. Los Angeles Times

11 April, 2025. Poisonous Flowers. CNET.

7 April, 2025. Toxins in The White Lotus. Time Magazine.

12 March, 2025  Heat Stroke.  Costco Connect Magazine

10 September, 2024.  Delta-8 THC.  Parents.com.

5 August, 2024.  Head injuries and helmets.  Yahoo News.

31 July, 2024.  Heat illness.  Yahoo News.

29 May, 2024.  Flame retardant material.  NBC News.

21 December, 2023.  Dangerous toys.  CNN Max.

29 August, 2023.  Heat related illness.  Santa Monica Daily Press.  Santa Monica, CA

1 February, 2023.  Marijuana use in elderly.  KFOX News.  Los Angeles, CA

3 May, 2022.  Rattlesnake envenomation.  KABC News.  Los Angeles, CA

5 April, 2022.  Rattlesnake envenomation.  KABC News.  Los Angeles, CA

21 January, 2020.  Fentanyl toxicity. KERO.  Bakersfield, CA

31 December, 2019.  Fentanyl toxicity  KCBS News. Los Angeles, CA

5 April, 2019.  Cadmium toxicity.  CBS National News.

18 November, 2018.  Healthline.  Lead and hair dye.  Available at https://www.healthline.com/health-news/fda-banning-lead-from-hair-dye-after-40-years

13 December, 2017.  Good Morning America.  E coli contaminated flour.  ABC National News

10 Nobember, 2017.  Fentanyl exposures.  WFMY News, Greensboro, NC

6 November, 2017.  "Magic mushrooms."  Los Angeles, KFI 640

27 September, 2017.  Promethazine and codeine abuse.  Fox News, Los Angeles.  KTTV

13 May, 2017.  Los Angeles Times.  Synthetic cannabinoids

19 August, 2016.  LA Daily News.  Synthetic cannabinoids

5 August, 2016.  KPCC .  Southern California Public Radio, "Kratom"

1 August, 2015.  "Bee venom."  Pasadena Star-News

22 November, 2013.  "The Doctors"  Interview on Brittney Murphy's death.

1 April, 2013.  Reuters News.  Comment on article in JAMA Medicine on methemoglobinemia

8 January, 2013.  CBS This Morning.  Testing for cyanide.

KTVK, Arizona Family Channel.  Drinking automobile products.  14 February, 2011.

Cronkite News/PBS.  Bath salts.  31 January, 2011

Telemundo News, Phoenix.  K2.  30 November, 2010

Arizona Republic.  Alternative therapies.  23 November, 2010

KSAZ, Fox News.  Phoenix.  Caffeine in alcoholic beverages.  17 November, 2010

KNXV, ABC News.  Phoenix.  Alternative medications.  3 November, 2010

KNXV, ABC News.  Phoenix.  K2.  29 October, 2010

KNXV, ABC News. Phoenix.  Poisonous plants.  12 October, 2010

KNXV, ABC News.  Phoenix.  K2.  14 September, 2010

KTXV, ABC News.  Phoenix.  K2.  5 March, 2010

KTXV, ABC News, Phoenix.  Ethanol.  30 December, 2009

KTAR News Radio.  Phoenix.  Ethanol.  30 December, 2009

KTVK, Arizona Family Channel.  Heat deaths following sweat lodge deaths.  12 October, 2009.  5 PM

KNXV, ABC News, Phoenix.  Heat illness in athletes.  24 July, 2009.  10 PM

Telemundo News, Phoenix.  Scorpion envenomations.  15 July, 2009.  10 PM

KPNX, NBC News, Phoenix.  Ethanol intoxication.  10 PM.  9 July, 2009. 10 PM

KTAR News Radio.  Phoenix.  Inhalant Abuse.  6 July, 2009

KPHO, CBS News, Phoenix.  Rattlesnake bites.  10 PM.  4 May, 2009

KNXV, ABC News.  Phoenix.  Rattlesnake bites. 10 PM.  4 May, 2009

KTVK, Arizona Family Channel.  Hypothermia.  15 January, 2009.

KTAR News Radio.  Phoenix.  Caffeine toxicity.  7 January, 2009.

KSAZ, Fox News, Phoenix.  Hangovers.  9 PM.  31 December, 2008

KTAR News Radio.  Phoenix.  Poisonous plants.  23 December, 2008

STUDY PUBLICATIONS:

Papers (with authorship byline):

Shastry S, Carpenter J, Krotulski A, Brent J, Wax P, Aldy K, Campleman S, Culbreth R, Falise A, Hughes A, Hendrickson RG, Amaducci A, Judge B, Meaden C, Calello DP, Buchanan J, Shulman J, **Levine M**, Schwarz E, Manini AF.  Disparities in treatment and referral after an opioid overdose among emergency department patients.  JAMA Netw Open.  2025; 1:8:e2518569

Aldy K, Krotulski A, Brent J, Campleman S, Culbreth R, Logan B, Wax P, Amaducci A, Judge B, **Levine M**, et al.  Emergency department patients with para-fluorofentanyl overdose.  J Emerg Med.  2025; 72:56-69.

Spungen HH, Sherman JB, Ryan K, Kruger JJ, **Levine M**, Spyres MB.  Vasopressor use, critical care management, and outcomes in dihydropyridine calcium channel blocker toxicity.  J Med Toxicol.  2025; 21:304-11.

Dicker F, Lothet E, Schwarz E, Aldy K, Brent J, Wax P, Culbreth R, Campleman S, Krotulski A, Logan B, Amaducci A, Judge B, **Levine M**, et al.  Tramadol as a fentanyl adulterant: prevalence and management in a ToxIC Fentalog study prospective cohort.  Am J Emerg Med. 2024; 89:169-73

**Levine M**, Culbreth R, Amaducci A, et al.  Prevalence and predictors of HIV among patients presenting to US emergency departments with opioid overdose.  Drug Alcohol Depend. 2024; 264:112423.

Shastry S, Lin J, Aldy K, Brent J, Wax P, Krotulski A, Campleman S, Li S, Meyn A, Abston S, Logan B, Amaducci A, Judge B**, Levine M**, et al.  Heroin or fentanyl.  Prevalence of confirmed fentanyl in ED patients with suspected heroin overdoses.  J Am Coll Emerg Physicians Open.  2024; 5:e13235.

**Levine M**, Finkelstein Y, Trautman WJ, et. al.  Is EGD needed   in all patients after suicidal or exploratory caustic ingestions?  J Med Toxicol.  2024; 2024; 20:256-62.

Schimmel J, Epperson LC, Aldy K, Wax P, Brent J, Buchanan J, **Levine M**, Burkhart K. Remdesivir discontinuation decisions based on thresholds of Aminotransferase in an observational registry. Drugs. 2024; 84:209-17

**Levine M**, Brent J, Wiegand T, et. al. Lipid emulsion therapy during management of the critically-ill poisoned patient: a prospective cohort study. Clin Toxicol. 2023; 61:584-90

Cohen N, Matthew M, Brent J, Wax P, Davis AL, Obilom C, Burns MM, Canning J, Baumgartner K, Koons AL, Wiegand TJ, Judge B, Hoyte C, Chenoweth JA, Froberg B, Farrar H, Carey JL, Hendrickson RG, Hodgman M, Caravati EM, Christian MR, Wolk BJ, Seifert SA, Bentur Y, **Levine M**, et. al. Severe outcomes following pediatric cannabis intoxication: a prospective cohort study of an international toxicology surveillance registry. Clin Toxicol. 2023; 21:1-8.

Love JS, **Levine M**, Aldy K, Brent J, et. al. Opioid overdoses involving xylazine in emergency department patients: a multicenter study. Clin Toxicol. 2023; 61:173-80

**Levine, M**, Tashman D, Recchio I, et. al. Neurotoxicity associated with the Southern Pacific rattlesnake (Crotalus oreganus helleri). Ann Emerg Med. 2023; 81:318-27

Hodson DZ, Repetti GG, Hoesterey DT, Mempin RL, Wang TS, **Levine M**. A 77-year old woman with capillary hypoxia and perioral cyanosis. Chest. 2022; 162:E295-9

**Levine M**, Spungen H, Pizon AF. Failure of crotalidae immune F(ab')2 Equine antivenom to achieve control in a Southern Pacific (C. helleri) rattlesnake envenomation. Ann Emerg Med. 2022.80:525-7

Mittelstaedt R, Kretz A, **Levine M**, et. al. Data on safety of intravaginal boric acid use in pregnant and non-pregnant women: a narrative review. Sex Transm Dis. 2021; 48:e241-7

Jenkins C, **Levine M**, Sanko S, et. al. Use of naloxone in 9-1-1 patients without respiratory depression in Los Angeles County. Prehosp Disaster Med. 2021; 36:543-6

**Levine M**, Friedman N. Terrestrial envenomations in pediatric patients: identification and management in the emergency department. Pediatr Emerg Med Pract. 2021; 18:1-24.

**Levine M**, Lovecchio F. New designer drugs. Emerg Med Clin N Am. 2021; 39:677-87

Ontiveros ST**, Levine MD**, Cantrell FL, et. al. Despair in the time of COVID: A look at suicidal ingestions reported to the California Poison Control System during the pandemic. Acad Emerg Med. 2021; 28:300-5.

Crow E, Spyres MB, Boley SP, **Levine M,** Stellpflug SJ. Delayed peaks of acetaminophen in overdose patients with concomitant abdominal trauma. Clin Toxicol. 2021; 59:65-68.

**Levine M**, Minns A, Ontiveros S, et. al. Evaluating the impact of home quarantine during the coronavirus pandemic on pediatric exploratory ingestions. Clin Toxicol. 2020; 59:673-74 (research letter)

**Levine M**, Jontz A, Dabrowski P, et. al. Prevalence of marijuana use among trauma patients before and after legalization of medical marijuana: The Arizona experience. Substance Abuse. 2020; 21:1-6

Offerman S, Gosen J, Thomas SH, Padilla-Jones A, Ruha AM, **Levine M**. Bupropion associated seizures following acute overdose. Who develops late seizures? Clin Toxicol. 2020;58:1306-12

Baugh CW, **Levine M**, Cornutt D, et. al. Anticoagulant reversal strategies in the emergency department setting: recommendations of a multidisciplinary expert panel. Ann Emerg Med. 2020; 76:470-85.

**Levine M**, Ruha AM, Wolk B, et. al. Rattlesnake envenomations: A comparison of pediatric and adult patients. J Med Toxicol. 2020; 16:444-51

**Levine M**, Pizon A, Beuhler M, et. al. Exploratory ingestions of novel anticoagulants and antiplatelets: what is the risk? Peds Emerg Care; 2020; 36:283-5.

Leventhal AM, Mason TB, Kirkpatrick MG, Anderson MK, **Levine MD**. E-cigarette device power moderates the effects of non-tobacco flavors and nicotine on product appeal in young adults. Addictive Behaviors. 2020; 107:106403

Offerman S, **Levine M**, Gosen J, et. al. Pediatric bupropion ingestions in teenagers vs. younger children – a tale of two populations. J Med Toxicol. 2020; 16; 6-11

Claudius IA, Jontz A, **Levine M**, et. al. Marijuana self-report compared with testing in trauma patients before and after legalization. Clin Toxicol. 2020; 801-3.

Maguire M, Fuh L, Goldstein JN, Marshal AL, **Levine M**, et. al. Thromboembolic risk of 4-factor prothrombin complex concentrate versus fresh frozen plasma for urgent warfarin reversal in the emergency department. West J Emerg Med. 2019; 20:619-25.

**Levine M**, Offerman S, Vohra R. Assessing the effect of a medical toxicologist in the care of rattlesnake envenomated patients. Acad Emerg Med. 2018; 25:921-6.

**Levine M**, Beuhler MC, Pizon A, et. al Assessing bleeding risk in patients with intentional overdoses of novel antiplatelet and anticoagulant medications. Ann Emerg Med. 2018; 71:273-8.

**Levine M**, Stellpflug SJ, Pizon AF, et. al. Hypoglycemia and lactic acidosis outperforms King's College criteria for predicting death or transplant in acetaminophen toxic patients. Clin Toxicol. 2018; 5:1-4

**Levine M**, Stellpflug S, Pizon A, et. al. Estimating the impact of adopting the revised United Kingdom acetaminophen treatment nomogram in the US population. Clin Toxicol. 2017; 55:569-72.

Traub SJ, **Levine MD**. Acute neurotoxicology of drugs of abuse. Handb Clin Neurol. 2017; 141:485-505.

**Levine M**, Flores J, Seabury SA, et. al. Impact of the use of a regional poison center in an urban EMS dispatch system. J Med Toxicol. 2017; 13:47-51.

Gosselin S, Hoegberg LCG, Hoffman RS, Graudins A, Stork CM, Thomas SHL, Stellpflug SJ, Hayes B, **Levine, M**, et. al. Evidence-based recommendations on the use of intravenous lipid emulsion therapy in poisoning. Clin Toxicol. 2016; 54:899-23

**Levine M**, Huang M, Henderson SO, et. al. Aminocaproic acid and tranexamic acid fail to reverse dabigatran-induced coagulopathy. Am J Ther. 2016; 23:e1619-22.

**Levine M**, Sanko S, Eckstein M. Assessing the risk of prehospital administration of naloxone with subsequent refusal of care. Prehosp Emerg Care. 2016; 20:566-9

Marshall A, **Levine M**, Howell ML, et. al. Dose-related pulmonary complication rates after fresh frozen plasma administration for warfarin reversal. J Thromb Haemost. 2016; 14:324-30

**Levine M**, Hoffman RS, Lavergne V, et. al. A systematic review of lipid emulsion therapy for non-local anesthetics. Clin Toxicol. 2016; 54:194-221.

**Levine M**, O'Connor AD, Padilla-Jones A, et. al. Comparison of prothrombin time and aspartate aminotransferase in predicting hepatotoxicity after acetaminophen overdose. J Med Toxicol. 2016; 12:100-6.

Gosselin S, Morris M, Miller-Nesbitt A, et. al. Methodology for AACT evidence-based recommendations on the use of intravenous lipid emulsion therapy in poisoning. Clin Toxicol. 2015; 53:557-64.

O'Connor AD, Padilla-Jones A, Gerkin RD, **Levine M**. Prevalence of rhabdomyolysis in sympathomimetic toxicity: a comparison of stimulants. J Med Toxicol. 2015; 11:195-200

Froberg BA, **Levine M**, Beuhler MC, et. al. Acute methylenedioxypyrovalerone toxicity. J Med Toxicol. 2015; 11:185-94

Curry SC, Padilla-Jones A, O'Connor AD, et. al. Prolonged acetaminophen-protein adduct elimination during renal failure, lack of adduct removal by hemodiafiltration, and urinary adduct concentrations after acetaminophen overdose. J Med Toxicol. 2015; 11:169-78.

Harter K**, Levine M**, Henderson SO. Anticoagulation drug therapy: A review. West J Emerg Med. 2015; 16:11-17.

**Levine M**, Goldstein JN. Bleeding complications of targeted oral anticoagulants. Hematology Am Soc Hematol Educ Program. 2014; 1:504-9.

**Levine M**. Pediatric envenomations: don't get bitten by an unclear plan of care. Pediatr Emerg Med Pract. 2014; 11:1-12.

Abdi A, Rose E, **Levine M**. Diphenhydramine overdose with intraventricular conduction delay treated with hypertonic sodium bicarbonate and IV lipid emulsion. West J Emerg Med. 2014; 15:855-8.

**Levine M**, Goldstein JN. Emergency reversal of anticoagulation: novel agents. Curr Neurol Neurosci Rep. 2014; 14:471-8.

**Levine M**, Pizon AF, Padilla-Jones A, et. al. Warfarin overdose: a 25 year experience. J Med Toxicol. 2014; 10:156-64

Ruha AM, **Levine M**. Central nervous system toxicity. Emerg Med Clin North Am. 2014; 32:205-21

**Levine M**, Ruha AM, Padilla-Jones A, et.al. Bleeding following rattlesnake envenomation in patients with pre-envenomation use of antiplatelet or anticoagulant medications. Acad Emerg Med. 2014; 21:301-7.

**Levine M**, Skolnik AB, Ruha AM, et. al. Complications following antidotal use of intravenous lipid emulsion therapy. J Med Toxicol. 2014; 10:10-4.

**Levine M**, Wyler B, LoVecchio F, et. al. Risk of intracranial injury after minor head trauma in patients with pre-injury use of clopidogrel. Am J Emerg Med. 2014; 32:71-4.

**Levine M**, O'Connor AD, Tasset M.  Methemoglobinemia following a mediastinal stab wound.  J Emerg Med.  2013; 45:e153-6.

**Levine M**, Curry SC, Padilla-Jones A, Ruha AM.  Critical care management of verapamil and diltiazem overdose with a focus on vasopressors:  A 25 year experience at a single center.  Ann Emerg Med.  2013; 62:252-8.

**Levine M**, Levitan R, Skolnik A.  Compartment syndrome following "Bath Salts" Use: A case series.  Ann Emerg Med. 2013; 61:480-3.

**Levine M**, Froberg B, Ruha AM, et. al.  Assessing the toxicity and associated costs among pediatric patients admitted with unintentional poisonings of attention deficit-hyperactivity disorder drugs in the United States.  Clin Toxicol (Phila). 2013; 51:147-50.

Bosak A, LoVecchio F, **Levine M**.  Recurrent Seizures and Serotonin Syndrome Following 2C-I ingestion.  J Med Toxicol.  2013; 9:196-8.

**Levine M**, Mihalic J, Ruha AM, French RE, Brooks DE. Heavy metal contaminants in yerberia shop products.  J Med Toxicol.  2013; 9:81-4.

**Levine M**, Swenson S, McCormick T, Henderson SO, Thomas  SH, Markland FS.  Reversal of thienopyridine-induced platelet dysfunction following desmopressin administration.  J Med Toxicol.  2013; 9:139-43.

McCormick T, **Levine M**, Knox O, Claudius I.  Ethanol ingestion in two infants under two months old; a previously unreported cause of an ALTE.  Pediatrics.  2013; 131:e604-7.

Wiegand TJ, Wax PM, Schwartz T, et. al. The Toxicology Investigators Consortium case registry—the 2011 experience. J Med Toxicol.  2012; 8:360-77.

**Levine M**, O'Connor AD.  Obstetrical toxicology: Teratogens.  Emerg Med Clin N Am.  2012; 30:977-90.

**Levine M**, LoVecchio F, Ruha AM, Chu G, Roque P. Influence of drug use on morbidity and mortality in heat stroke.  J Med Toxicol.  2012; 8:252-7.

**Levine M**, Brooks DE, Franken A, Graham R.  Delayed onset seizure and cardiac arrest following amitriptyline overdose, treated with intravenous lipid emulsion therapy.  Pediatrics. 2012; e432-8.

**Levine M**, Ruha AM.  Overdose of atypical antipsychotics:  clinical presentation, mechanisms of toxicity, and management.  CNS Drugs.  2012; 26 (7): 601-611

Levine M, Brown DFM.  Succinylcholine-induced hyperkalemia in a patient with multiple sclerosis.  J Emerg Med. 2012; 43:279-82.

Levine M, Curry SC, Ruha AM, Pizon AF, Boyer E, Burns J, Bilin D, Gerkin RD.  Ethylene glycol elimination kinetics and outcomes in patients managed without hemodialysis.  Ann Emerg Med.  2012; 59:527-31.

Levine M, Ruha AM, Goldstein JN.  Can asymptomatic patients with a supratherapeutic INR be safely treated as outpatients?  Ann Emerg Med. 2012; 59:318-20.

Levine M, Truitt CA, O'Connor AD.  Cardiotoxicity and serotonin syndrome complicating a milnacipran overdose.  J Med Toxicol.  3022; 7:312-6.

Levine M, Ruha AM, Graeme K, Brooks DE, Canning J, Curry SC.  Toxicology in the ICU; part 3:  Natural Toxins.  Chest.  2011;140:1357-70.

Brooks DE, Levine M, O'Connor AD, et. al.  Toxicology in the ICU; part 2:  Specific toxins.  Chest.  2011; 140:1072-85.

Levine M, Brooks DE, Truitt CA, et. al.  Toxicology in the ICU; part 1:  A general overview and approach to treatment.  Chest.  2011; 140:795-806.

 Levine M, Ruha AM, LoVecchio F, et. al.  Hypoglycemia following accidental pediatric sulfonylurea ingestions.  Peds Emerg Care.  2011; 27:846-9.

Levine M, Adler J.  Acute diaphragmatic rupture in a patient with Ehlers-Danlos syndrome.  J Emerg Med.  2011; 41:366-8.

Canning J, Levine M.  Case Files of the Medical Toxicology Fellowship at Banner Good Samaritan Medical Center in Phoenix, AZ:  Methemoglobinemia following Dapsone Exposure.  J Med Toxicol.  2011; 7:139-146.

Levine M, LoVecchio F, Tafoya P, et. al.  Paliperidone overdose with delayed onset of toxicity.  Ann Emerg Med. 2011; 58:80-2.

Levine M, Nikkanen H, Pallin DJ.  The effects of intravenous calcium in patients with digoxin toxicity.  J Emerg Med. 2011; 40:41-6.

Levine M, Canning J, Chase R, Ruha AM.  Cardiomyopathy following Latrodectus envenomation.  West J Emerg Med. 2010; 11:521-3.

Levine M, Khaurana A, Ruha AM.  Polyuria, acidosis, and coma following massive ibuprofen ingestion.  J Med Toxicol. 2010; 6:315-7.

Gresham C, **Levine M**, Ruha AM.  Case files of the medical toxicology fellowship at Banner Good Samaritan Medical Center in Phoenix, AZ:  A Non-warfarin anticoagulant overdose.  J Med Toxicol.  2009; 5:242-9.

**Levine M**, Boyer EW, Pozner CN et. al.  Assessment of hyperglycemia following calcium channel blocker overdoses involving diltiazem or verapamil 2007; Crit Care Med.  2007; 35:2071-5.

Katzin LW, **Levine M**, and Singhal AB.  Dural puncture headache, postpartum angiopathy, pre-eclampsia and cortical vein thrombosis after an uncomplicated pregnancy. Cephalgia.  2007; 27:461-4.

**Levine M**, Nikkanen H, Nadel ES, et. al.  Weakness and Mental Status Change.  Case Presentations of the Harvard Affiliated Emergency Medicine Residency.  J Emerg Med. 2006; 30:341-4.

**Levine M**, Iliescu ME, Margellos-Anast H, Estarziau M, Ansell DA.  The effects of cocaine and heroin use on Intubation rates and hospital utilization in patients with acute asthma exacerbation.  Chest.  2005; 128:1951-7.

Pozner CN, **Levine M**, Zane R.  The cardiovascular effects of cocaine.  J Emerg Med.  2005; 29:173-8.

**Levine M**, Wong D, Brown DF, Nadel ES.  Chest pain and arthritis.  Case Presentations of the Harvard Affiliated Emergency Medicine Residency.  J Emerg Med.  2005; 29: 91-5.

**Levine M**, Traub S, Burns MJ.  The pharmacology and toxicology of aripiprazole.  Int J Med Toxicol.  2004; 7:5.

Pozner CN, Zane R, Nelson SJ, **Levine M**.  International EMS systems:  The United States:  past, present, and future. Resuscitation.  2004; 239-44.

Pozner C,  **Levine M**, Shapiro N, Hanrahan JP.  Concordance of field and Emergency Department assessment in the prehospital management of patients with dyspnea.  Prehosp Emerg Care.  2003; 7:440-4.

**Levine M**, Siegel LB. A swollen joint:  Why all the fuss?  Am J Therap. 2003; 10:219-24.

Li J, Brown J, **Levine M**.  Mild head injury, anticoagulants, and risk of intracranial injury.  Lancet.  2001; 357:771-2.

**Levine M**, Burns M.  The pharmacology and toxicology of nateglinide.  Int J Med Toxicol.  2001; 4:25.

Li J, Kennedy D, **Levine M**, Kumar A, Mullen J.  Absent hematuria and expensive computerized tomography:  Case characteristics of emergency urolithiasis. J Urol.  2001; 165:782-4.

Papers (part of study group; indexed in PubMed as collaborator)

Cembellin-Kao A, Aldy K, Brent J, Culbreth R, LaBozzetta C, Turcios MA, Wax P, Yonamine C, Stolbach A.  Toxicology Investigators Consortium Drug Overdose Toxico-Surveillance Reporting Program Study Group.  Clin Toxicol.  2025; 63:330-6.

Ruha AM, Spyres MB, Culbreth R, Wolk B, Hoyte C, Campleman S; ACMT ToxIC Snakebite Study Group.  Toxicon.  2025; 258:108292

Hughes AM, Amaducci A, Campleman SL, et. al.  The Toxicology Investigators Consortium 2023 Annual Report.  J Med Toxicol.  2024;20:350-80

Amaducci AM, Campelman SL, Li S, et. al.  The Toxicology Investigators Consortium 2022 Annual Review.  J Med Toxicol.  2023; 19:313-40 (Toxicology Investigators Consortium Study Group)

Amaducci A, Aldy K, Campelman SL, et. al.  Naloxone use in novel potent opioid and fentanyl overdoses in emergency department patients.  JAMA Net Open.  2023; 6:e2331264

Devgun JM, Zhang R, Brent J, et. al. Identification of bradycardia following remdesivir administration through the US food and Drug Administration American College of Medical toxicology COVID-19 Pharmacovigilance Project. JAMA Netw Open.  2023; 6:e2255815 (Toxicology Investigators Consortium FACT study group)

Love JS, Karshenas DL, Spyres MB, et. al.  The toxicology investigators consortium case registry – The 2021 Annual Report.  J Med Toxicol.  2022; 18:267-96

Spyres MB, Aldy K, Farrugia LA, et. al.  The Toxicology Investigators Consortium 2020 Annual Report.  J Med Toxicol.  2021; 17:333-62.

Curry SC, Padilla-Jones A, Ruha AM, et. al.  The relationship between circulating acetaminophen-protein adduct concentrations and alanine aminotransferase activities in patients with and without acetaminophen overdose toxicity.  J Med Toxicol.  2019; 15:143-55 (Acetaminophen Adduct Study group)

Farrugia LA, Rhyee SH, Calello DP, et. al.  The Toxicology Investigators Consortium Case Registry – the 2016 experience.  J Med Toxicol.  2017; 13:203-26

Farrugia LA, Rhyee SH, Campleman SL, et. al. The Toxicology Investigators Consortium Case Registry – the 2015 Experience. J Med Toxicol 2016; 12:224-47.

Rhyee SH, Farrugia L, Wiegand T, et. al. The Toxicology Investigators Consortium case registry – the 2013 experience. J Med Toxicol.. 2014; 10:342-59.

Wiegand TJ, Wax PM, Schwartz T, et. al. The toxicology investigators consortium case registry – the 2011 experience. J Med Toxicol. 2012; 8:360-77.

Editorials/Letters to the Editor:

Levine M, Beuhler M, Brent J, et. al. Response to OK SH, Wiedmer SK, Sohn JT. Comment on "lipid emulsion therapy during management of the critically-ill poisoned patient: a prospective cohort study. Clin Toxicol. 2023; 61:711-2

**Levine M**, Manini AF, Love J. Medical and public health imperatives of xylazine. N Engl J Med. 2023; 389:770

**Levine M**, Spungen H, Pizon AF. In rely to Michael Levine, Published December 2022, pages 525-572. Ann Emerg Med. 2023; 81:766-7

**Levine M**, Spyres M. Fire-related inhalational injury. N Engl J Med. 2016; 375:1905.

**Levine M**, O'Connor AD, Padilla-Jones A, et. al. Comparison of Prothrombin Time and Aspartate Aminotransferase in Predicting Hepatotoxicity After Acetaminophen Overdose: A Response. J Med Toxicol. 2016; 12:218

Ruha AM, Curry SC, **Levine M**. In reply: Critical care management of verapamil and diltiazem overdose with a focus on vasopressors: A 25 year experience at a single center. Ann Emerg Med. 2014; 63:93.

**Levine M**, Curry S, Ruha AM, et. al. In reply: Critical care management of verapamil and diltiazem overdose with a focus on vasopressors: A 25 year experience at a single center. Ann Emerg Med. 2014; 63:90-1.

**Levine M**, Curry SC, Ruha AM, Pizon AF. Ethylene glycol elimination kinetics and outcomes in patients managed without hemodialysis. In reply. Ann Emerg Med. 2012; 60:540-1.

O'Connor AD, Ruha AM, **Levine M**. Pressure immobilization bandages not indicated in the pre-hospital management of North American snakebites. J Med Toxicol. 2011; 7:251

Canning JE, **Levine M**, Smith J, Truitt CA. Articles you may have missed. J Med Toxicol. 2010; 6:367-9.

Levine M, Ruha AM. Images in Clinical Medicine: Rattlesnake Envenomation. N Engl J Med. 2010; 362:2212.

Levine M, Lovecchio F. Diphenhydramine-induced Brugada pattern. Resuscitation. 2010; 81:503-4.

Levine M, Nikkanen H, Pallin DJ. Response to letter to the editor. J Emerg Med. 2010; 39:102-3.

Levine M, Ruha AM. Buprenorphine withdrawal in a toddler. Ann Emerg Med. 2009; 54:477-8.

Levine M, Boyer EW, Pozner CN, et. al. Inclusion of patients who overdose with dihydropyridine calcium channel blockers would potentially increase clinical utility of hyperglycemia. Crit Care Med. 2008; 36:662-3.

Levine M. Re: Critical review and recommendations for nesiritide use in the Emergency Department. J Emerg Med. 2007; 32:207-9.

Levine MD, Boyer E. Hyperinsulinemia-euglycemia therapy: a useful tool in treating calcium channel blocker poisoning. Crit Care. 2006; 10:149.

| | |
|---|---|
| Abstracts: | Schwarz ES, Culbreth R, Buchanan J, Aldy K, Brent J, Wax P, **Levine, M**, et al. Precipitated withdrawal in emergency department patients following a presumed opioid overdose. J Med Toxicol. 2024; 20:36-7 |

Levine M, Culbreth R, Buchanan J, et. al. Prevalence of HIV among patients presenting with acute opioid toxicity. Clin Toxicol. 2023; 61:S28-9.

Levine M, Culbreth R, Buchanan J, et. al. Use of naloxone upon discharge. Clin Toxicol. 2023; 61:S29-30.

Aldy K, Culbreth R, Love J, Wax P, Campelman S, Brent J, Krotulski A, **Levine M**, et. al. Clinical and demographic correlates of confirmed xylazine and levamisole exposure among ED patients with acute fentanyl overdose. Clin Toxicol. 2023; 61:S4-5.

Levine M, Culbreth R, Buchanan J, et. al. Xylazine trends over time. Clin Toxicol. 2023; 61:S28

Goodrich WR, Wax P, Aldy K, Culbreth R, Krotulski A, Brent J, Campleman S, Logan B, Amaducci A, Li S, Meyn AI, Abston S, Judge B, **Levine M**, et. al. Levamisole: a classic adulterant with a novel association. J Med Toxicol. 2023; 19:107

Aldy K, Wax P, Culbreth RE, Krotulski A, Brent J, Campleman S, Logan B, Meyn A, Li S, Abston S, Amaducci A, Judge B, **Levine M**, et. al. The prevalence of novel

psychoactive substances in opioid overdose patients. J Med Toxicol. 2023; 19:117-8.

Culbreth RE, Aldy K, Wax P, Krotulski A, Brent J, Campleman S, Logan B, Li S, Meyn Al, Abston S, Amaducci A, Judge B, **Levine M**, et. al. Geographical differences in opioid, stimulant, and benzodiazepine use among suspected opioid overdoses presenting to the emergency department. J Med Toxicol. 2023; 19:119-20

Wax P, Culbreth RE, Brent J, Aldy K, Krotulski A, Campleman S, Logan B, Abston S, Amaducci A, Judge B, **Levine M**, et. al. Yearly trends in regional patterns of novel psychoactive substances in opioid overdose patients. J Med Toxicol. 2023; 119:127-8.

Schimmel J, Epperson LC, Aldy K, Wax P, Brent J, Buchanan J, **Levine M**. Remdesivir discontinuation based on thresholds of transaminase elevation in an observational registry. J Med Toxicol. 2023; 119:139

**Levine M**, Pizon A, Boyle K, Schwarz E, et. al. Adverse drug events associated with remdesivir among Hispanic populations. J Med Toxicol. 2023; 19:142-3

Juraro AR, Spyres MB, Wolk BJ, **Levine MD**, et al. Characteristics of Crotalid venom-induced neurotoxicity in the North American Snakebite Registry. J Med Toxicol. 2023; 119:146

**Levine M**, Brent J, Maguire B, et. al. Lipid emulsion therapy during resuscitation of the critically-ill poisoned patient: A prospective cohort study. Ann Emerg Med. 2022; 80:S51-2

**Levine M**, Cao D, Schwarz E, et. al. Caustic ingestions: Acids bases. Does it matter? Ann Emerg Med. 2022; 80:S74

**Levine M**, Finkelstein Y, Yanta J, et. al. Caustic ingestions: Does intent matter? Ann Emerg Med. 2022; 80:S126

Love J, **Levine M**, Aldy K, et al. "Tranq dope" opioid overdose: clinical outcomes for emergency department patients with illicit opioid overdose adulterated with xylazine. Clin Toxicol. 2022; 60:Suppl 2; 7

Spungen H, Kurth J, Cook L**, Levine M**. Cardiovascular collapse and prolonged EKG changes in an adolescent with mixed nortriptyline/nadolol overdose. Clin Toxicol. 2022; 60: Suppl 2; 23

Cook L, **Levine M**. Challenges in diagnosing an environmental cause of recurrent methemoglobinemia. Clin Toxicol. 2022; 60:Suppl 2; 122-3

**Levine M**, Aldy K, Meyn A, et. al. Prevalence of adulterants in acute opioid toxic patients. J Med Toxicol. 2022; 18:76-7.

**Levine M**, Meyn A, Wax P, et. al. Adulteration of illicit drugs in emergency department patients with acute opioid overdose: A multicenter cohort. Ann Emerg Med. 2021; 78:S29.

**Levine M**, Aldy K, Meyn A, et. al. adulteration of illicit drugs in ED patients with acute opioid overdose: a multicenter cohort. Clin Toxicol. 2021; 59:31

Spungen H, Thomas S, **Levine M**. Serum CK trend as a predictor of rhabdomyolysis and renal failure in patients with sympathomimetic toxicity. Clin Toxicol. 2021; 59:38-9

**Levine M**, Pathan S, Cao D, et. al. Caustic ingestions: does the reason for ingestion matter? Clin Toxicol. 2021; 59: 80

**Levine M**, Thhomas C, Schwarz E, et. al. Caustic ingestions: acidic vs. basic ingestions. Clin Toxicol. 2021; 59:146

**Levine M**, Schwarz ES, Pizon A, et. al. Assessing the impact of legislative changes on the rates of acetaminophen-induced hepatotoxicity. J Med Toxicol. 2020; 16:119

Bruccoleri R, Davey M, Spyres M, Manini A, Cruz D, **Levine M**, et. al. The ToxIC sodium bicarbonate subregistry: Treatment recommendations and clinical outcomes on behalf of the ToxIC investigators Consortium (ToxIC). Clin Toxicol. 2019; 10:886

**Levine M**, Jontz A, Dabrowski P, et. al. Prevalence of marijuana use among adolescent trauma patients before and after legalization of medical marijuana. Acad Emerg Med. 2019; 26:S134-5

**Levine M**, Claudius I, LoVecchio F, et. al. Prevalence of cocaine, methamphetamine, and ethanol use among marijuana-using trauma patients. Acad Emerg Med. 2019; 26:S282

**Levine M**, Jontz A, Dabrowsky P, et. al. Prevalence of marijuana use among trauma patients before and after medical marijuana became legal. J Med Toxicol. 2019; 53:78

Offerman S, Goshen J, Padilla-Jones A, Ruha AM, Thomas SH, **Levine M**. Bupropion associated seizures following an acute overdose. J Med Toxicol. 2019; 53:53

**Levine M**, Spyres M, Wertheimer A, et. al. Severe, early thrombocytopenia with late recurrence following rattlesnake envenomation. Clin Toxicol. 2017; 55:736-7.

Case 4:25-cv-00917-RK    Document 8-2    Filed 12/11/25    Page 70 of 297

Spyres M, Ruha AM, Finkelstein Y, **Levine M**, et. al. Pediatric marijuana ingestions: The ToxIC experience. 2010-2016. Clin Toxicol. 2017; 55:798

**Levine M**, Ruha AM, Kleinschmidt K. Rattlesnake envenomation in pediatric and adult patients. Acad Emerg Med. 2016; 23:S108

**Levine M**, Brent J, Wax P, et. al. Prospective cohort study of intravenous lipid emulsion for resuscitating critically ill poisoned patients. J Med Toxicol. 2016; 12:4

**Levine M**, Skolnik A, Spyres M, et. al. Assessment of bleeding risk in patients with intentional overdoses of novel anticoagulants and antiplatelet agents. J Med Toxicol. 2016; 12:25

Chang J, Vohra R, **Levine M**. Acetaminophen poisoning: effect of a toxicology consultation service on length of stay on a single academic medical center. J Med Toxicol. 2016; 12:9

**Levine M**, Pizon AF, Stellpflug SJ, et. al. Hypoglycemia in acetaminophen-induced hepatic failure: What is the significance? Ann Emerg Med. 2015; 66:S140

**Levine M**, Marshall A, Howell ML, et. al. Thromboembolism after emergency warfarin reversal with fresh frozen plasma. Ann Emerg Med. 2015; 66:S148

**Levine M**, Thomas SH, Pizon AF, et. al. Estimating the financial impact of adopting the revised United Kingdom acetaminophen treatment nomogram in the US population. Clin Toxicol. 2015; 53:754

**Levine M**, McCormick T, Santillanes G, et. al. Proceduraal sedation using intranasal ketamine in pediatric patients. Acad Emerg Med. 2015; 22:S232.

**Levine M**, Sanko SG, Eckstein MK. Risk of death in prehospital patients who receive naloxone and sign out against medical advice. Acad Emerg Med. 2015; 22:S257

**Levine M**, Finkelstein Y, Rhyee SH, et. al. Antidotal therapy by intravenous lipid emulsion: observations from the Toxicology Investigators Consortium (ToxIC). J Med Toxicol. 2015; 11:26

**Levine M**, Pizon AF, Stellpflug SJ, et. al. Estimating the impact of adopting the revised UK acetaminophen treatment nomogram in the US population. J Med Toxicol. 2015; 11:26

**Levine M**, Brooks DE. Clinical characteristics and treatment practices in patients with acute insulin overdose. J Med Toxicol. 2015; 11:26-7

Tabatabai R, Harter K, Lam CN, **Levine M**. Emergency Medicine practice patterns in the treatment of hyperkalemia. Ann Emerg Med. 2014; 64:S142.

Joseph D, Joseph M, **Levine M**. Stress induced cardiomyopathy after ingestion of Garcinia cambogia. Clin Toxicol. 2014; 52:739-40.

**Levine M**, Huang M, Carmelli G, et. al. Failure of aminocaproic acid and tranexamic acid to reverse dabigatran-induced coagulopathy. Acad Emerg Med. 2014; 21:S179

Bosak AB, Heise CW, **Levine M**, et, al. Clinical presentations with different glyphosate-containing herbicides. J Med Toxicol. 2014; 10:72

Tran A, Grimaldi L, Shah A, Menon S, **Levine M**. Inverse Takotubo cardiomyopathy after methamphetamine use. J Med Toxicol. 2014; 10:97

**Levine M**, Iwanicki J, Leikin JD, et. al. Intravenous lipid emulsion therapy use in the Toxicology Investiators Consortium (ToxIC). J Med Toxicol. 2014; 140:85

Jhun P, **Levine M**, Schoenberger J. Teaching common clinical procedures to emergency medicine residents: efficacy of simulation task trainers versus fresh tissue cadavers. Ann Emerg Med. 2013; 62:S178

**Levine M**, O'Connor AD, Padilla-Jones A, et. al. Prevalence of rhabdomyolysis in sympathomimetic toxicity: a comparison of stimulants. Clin Toxicol. 2013; 51:678-9.

**Levine M**, Bosak A, Yee B, et. al. Carbamazepine induced seizures and ventricular dysrhythmias. Clin Toxicol. 2013; 51:653-4.

**Levine M**, Ruha AM, Froberg BA, et. al. Increasing prevalence of ADHD drug toxicity. Ann Emerg Med. 2012; 60:S124

**Levine M**, Swenson S, McCormick T, et. al. Clopidogrel-induced platelet dysfunction following desmopresin administration in an overdose model. Ann Emerg Med. 2012; 60:S123-4.

**Levine M**, Skolnik A, Levitan R, Pizon AF. Assessing the prevalence of pancreatitis following resuscitative use of intravenous lipid emulsion. Clin Toxicol. 2012; 50:681

**Levine M**, Ruha AM, Pizon AF, et. al. Case series of patients presenting with warfarin overdose. Clin Toxicol. 2012; 50:682-3.

**Levine M**, O'Connor AD, Padilla-Jones A, et. al. Occurrence of thrombocytopenia following acetaminophen toxicity. Clin Toxicol. 2012; 50:587-8.

Froberg BA, **Levine M**, Engebretsen KM, et. al. Clinical presentations and medical complications after exposure to substances labeled as "Bath Salts." A ToxIC preliminary report. Clin Toxicol. 2012; 50:704-5.

**Levine M**, Ruha AM, Curry SC, et. al. Critical care management of verapamil and diltiazem overdoses at a single center. Clin Toxicol. 2012; 50:586-7.

**Levine M**, O'Connor A, Padilla-Jones A, et. al. Effect of acetaminophen overdose on prothrombin time. Clin Toxicol. 2012; 50:587

**Levine M**, Graeme K, Skolnik A. Pancreatitis following treatment with intravenous lipid emulsion therapy for severe TCA toxicity. Clin Toxicol. 2012; 50:684

**Levine M**, Lovecchio F. Paraspinal compartment syndrome and acute kidney injury complicating MDPV ingestion. Clin Toxicol. 2012; 50:688

**Levine M**, Truitt CA, O'Connor AD. Acute cardiomyopathy following a milnacipran overdose. Clin Toxicol. 2011; 50:205-6.

Curry SC, **Levine M**, French R, Skolnik A. Cardiovascular collapse and shock following ibuprofen ingestion. Clin Toxicol. 2011; 50: 211.

**Levine M**, Canning J, Garcia-Orr R, Shinar B. Acute colchicine toxicity following fibromyalgia treatment. Clin Toxicol. 2011; 50:93-4.

**Levine M**, Ruha AM, Stein V, Byrne T. Myocardial infarction and refractory thrombocytopenia complicating rattlesnake envenomation. Clin Toxicol. 2011; 50:115.

Ruha AM, Champagne L, Truitt CA, **Levine M**. Finger debriedment and amputation after rattlesnake envenomation: a case series. Clin Toxicol. 2011; 50:117-118.

**Levine M**, Ruha AM, LoVecchio F, Chu G, Roque P. Drug-associated heat illness. Clin Toxicol. 2011; 50:134-5.

Frankin A, Graham R, **Levine M**, et. al. Delayed onset seizure and cardiac arrest following amitriptyline overdose, treated with intravenous lipid emulsion therapy. Crit Care. 2010; 38 (Suppl):921.

**Levine M**, Ruha AM, Curry S, et. al. Ethylene glycol serum elimination half-life in patients treated with fomepizole but without hemodialysis. Ann Emerg Med. 2010; 56:S124.

**Levine M**, French R, Ruha AM. Rattlesnake envenomations in patients on anticoagulants and antiplatelet agents. Clin Toxicol. 2010; 48:627.

**Levine M**, Ruha AM. Massive acetaminophen ingestion resulting in hepatic injury despite early use of N-Acetylcysteine. Clin Toxicol. 2010;48:656.

**Levine M**, Mihalic J, Ruha AM, et. al. Heavy metal contaminants in yerberia shop products. Clin Toxicol. 2010; 48:628.

**Levine M**, Gresham H, Brooks D, et. al. Acid base status as a predictor of severity in salicylate toxicity. Ann Emerg Med. 2009; S114-5.

**Levine M**, Zorn E, O'Connor A, Truitt C. Use of dexmedetomidine in the treatment of scorpion envenomations. Clin Toxicol. 2009;42:763.

**Levine M**, Ruha AM, Canning J. Buprenorphine withdrawal in a toddler. Clin Toxicol. 2009;42:754.

**Levine M**, Nikkanen H, Pallin DJ. Intravenous calcium administration in digoxin toxic patients. Ann Emerg Med. 2008; 83:S27.

**Levine M**, Thomas S, Geib AJ, Thomsen T, Pozner C. Serum Glucose Concentrations as a Marker of Severity in Calcium Channel Blocker Overdose. Ann Emerg Med. 2006; 48:S80.

Pozner CN, **Levine M**, Listwa T, Barker T, Zane R, Pallin D. Does the presence of physicians at professional football games reduce the number of patient transports? Ann Emerg Med. 2006; 48:S55.

Brown J, Li J, **Levine M**, Rosen M. Do anticoagulated patients with minor head trauma need CT? Results from the COSH (anticoagulants and the Study of Head injury). Phase I trial. Acad Emerg Med. 2000; 7:495.

Lin K, Barela AJ, Chang M, Dicus E, Garett S, **Levine M**, Orai S, McClure WO. Prenatal stress generates adult rats with behavioral and neuroanatomical similarities to human schizophrenics. Society for Neuroscience. 1998; 24:746.

| | |
|---|---|
| Textbooks | Case studies in Medical Toxicology: From the American College of Medical Toxicology. Dye LR, Murphy C, Calello DP, **Levine MD**, Skolnik A (Eds). Springer International Publishing. 2017 |
| Textbook Chapters: | |

**Levine M**, LoVecchio F. Antipsychotics. In: Tintinalli's Emergency Medicine: A comprehensive Study Guide. Tintinalli JE (Ed). 9th Edition. McGraw Hill. New York. 2020; 1208-12

**Levine M,** Skolnik A. **Ditalis Glycosides.** In: Tintinalli's Emergency Medicine: A comprehensive Study Guide. Tintinalli JE (Ed). 9th Edition. McGraw Hill. New York. 2020; 1267-70

**Levine M** Vitamins and herbals. In: Tintinalli's Emergency Medicine: A comprehensive Study Guide. Tintinalli JE (Ed). 9th Edition. McGraw Hill. New York. 2020; 1323-7

**Levine MD**. Envenomation, Snake. 5 Minute Pediatric Emergency Medicine Consult. Hoffman RJ, Wang VJ (Eds). 2nd edition. Wolters Kluwer. Philadelphia. 2020; 258-9.

**Levine MD**. Envenomation, Spider 5 Minute Pediatric Emergency Medicine Consult. Hoffman RJ, Wang VJ (Eds). 2nd edition. Wolters Kluwer. Philadelphia. 2020; 260-1

**Levine MD**. Poisoning, beta blocker. 5 Minute Pediatric Emergency Medicine Consult. Hoffman RJ, Wang VJ (Eds). 2nd edition. Wolters Kluwer. Philadelphia. 2020; 698-9

**Levine, MD.** Poisoning, calcium channel blocker. 5 Minute Pediatric Emergency Medicine Consult. Hoffman RJ, Wang VJ (Eds). 2nd edition. Wolters Kluwer. Philadelphia. 2020; 704-5

**Levine MD**. Poisoning, cocaine. 5 Minute Pediatric Emergency Medicine Consult. Hoffman RJ, Wang VJ (Eds). 2nd edition. Wolters Kluwer. Philadelphia. 2020; 712-3

**Levine MD**, Poisoning, Digoxin. 5 Minute Pediatric Emergency Medicine Consult. Hoffman RJ, Wang VJ (Eds). 2nd edition. Wolters Kluwer. Philadelphia. 2020; 714-5

**Levine MD.** Poisoning, ethanol. 5 Minute Pediatric Emergency Medicine Consult. Hoffman RJ, Wang VJ (Eds). 2nd edition. Wolters Kluwer. Philadelphia. 2020;716-7

**Levine MD**. Poisoning, hypoglycemic agents. 5 Minute Pediatric Emergency Medicine Consult. Hoffman RJ, Wang VJ (Eds). 2nd edition. Wolters Kluwer. Philadelphia. 2020;722-3

**Levine MD**. Poisoning, inhalant abuse. 5 Minute Pediatric Emergency Medicine Consult. Hoffman RJ, Wang VJ (Eds). 2nd edition. Wolters Kluwer. Philadelphia. 2020; 724-5

**Levine MD**.  Poisoning, lead.  5 Minute Pediatric Emergency Medicine Consult.  Hoffman RJ, Wang VJ (Eds).  2nd edition. Wolters Kluwer.  Philadelphia.  2020;728-9

**Levine M**.  Anticoagulants and antithrombotics.  In. Comprehensive Pediatric Hospital Medicine.  Zaoutis LB, Chiang VW (Eds.).  2nd Edition.  McGraw Hill.  New York. 2018; 972-81.

**Levine M**, Ruha AM.  Antidepressants.  In:  Rosen's Emergency Medicine Concepts and Clinical Practice.  Walls RM (Ed).  Elsevier.  9th Edition. 2018; 1868-76

**Levine M**.  Chemical Injuries.  In: Rosen's Emergency Medicine Concepts and Clinical Practice.  Walls RM (Ed). Elsevier.  9th Edition. 2018. 724-36

**Levine M**.  Alcohols.  In: Tintinalli's Emergency Medicine Manual.  Cydulka RK, Fitch M, Joing SA (Eds).  8th Edition. McGraw Hill.  2018; 580-3

**Levine M**.  Cardiac Medications.  In: Tintinalli's Emergency Medicine Manual.  Cydulka RK, Fitch M, Joing SA (Eds).  8th Edition.  McGraw Hill.  2018; 602-12

**Levine M**.  Bites and Stings.  In: Tintinalli's Emergency Medicine Manual.  Cydulka RK, Fitch M, Joing SA (Eds).  8th Edition. McGraw Hill.  2018; 658-665.

**Levine M.**  Coma and metabolic acidosis.  In: Case Studies in Medical Toxicology.  Dye LR, Murphy C, Callelo DP, et. al, (Eds).  Sprinter International.  2017; 9-14

**Levine M**.  Glyphosate toxicity. In: Case Studies in Medical Toxicology.  Dye LR, Murphy C, Callelo DP, et. al, (Eds). Sprinter International.  2017; 245-50.

**Levine M**, Ruha AM.  North American Scorpions. In Critical Care Toxicology: Diagnosis and Management of the Critically Poisoned Patient.  Brent J (ed).  Springer International Publishing.  2017; 2269-75

Brent J, **Levine M**.  Lipid resuscitation therapy.  In Critical Care Toxicology: Diagnosis and Management of the Critically Poisoned Patient.  Brent J (ed).  Springer International Publishing.  2017;2859-65.

**Levine M**, Brent J.  Beta-receptor antagonist.  In Critical Care Toxicology: Diagnosis and Management of the Critically Poisoned Patient.  Brent J (ed).  Springer International Publishing.  2017; 771-86.

**Levine M**.  Management of acetaminophen (paracetamol) poisoning.  In:  Oxord textbook fo critical care.  Webb A, Angus DC, Finfer S, et al.  (Eds).  2nd edition.  Oxford University Press.  Oxford.  2016; 1518-21

**Levine M.**  Hemodialysis: Who needs it now?  In: Avoiding common errors in the emergency department.  Mattu A, Chanmugam AS, Swadron SP, et. al. (Eds).  Lippincott, Williams, and Wilkins.  New York.  2016.

**Levine M**, Quan D.  Nonbenzodiazepine sedatives.  In: Tintinalli's Emergency Medicine.  A Comprehensive Study Guide.  Tintinalli JE (Ed).  8th Edition.  McGraw Hill.  New York. 2016; 1240-2

**Levine M,** LoVechio F.  Antipsychotics.  In: Tintinalli's Emergency Medicine. A Comprehensive Study Guide.  Tintinalli JE (Ed).  8th Edition. McGraw Hill.  New York.  2016; 1228-31.

**Levine M**, Goldstein JN.  Bleeding complications of targeted oral anticoagulants: what is the risk?  Hematology. 2014.  Anderson KC, Bauer KA, Tallman MS, (Eds.).  American Society of Hematology.  2014; 504-9

**Levine M**, Ruha AM.  Antidepressants.  In:  Rosen's Emergency Medicine: Concepts and Clinical Practice.  Marx JA, Hockberger RS, Walls RM (Eds).  Elsevier Sanders.  Philadelphia.  2013; 1975-81

**Levine MD**, Zane R.  Chemical injuries.  In:  Rosen's Emergency Medicine: Concepts and Clinical Practice.  Marx JA, Hockberger RS, Walls RM (Eds).  Elsevier Sanders.  Philadelphia.  2013; 818-27

**Levine M**, Goldstein JN.  Bleeding disorders.  In:  Emergency Medicine Clinical Essentials. Adams JG (Ed).  2nd Edition.  Elsevier Sanders.  Philadelphia.  2013; 1721-6.

**Levine M**.  Rhabdomyolysis.  In: Tintinalli's Emergency Medicine:  Just the Facts.  Cline DM, Ma OJ, Cydulka RK, et. al. (Eds).  McGraw Hill.  New York.  2013; 188-9

**Levine MD**.  Rhabdomyolysis.  In:  Tintinalli's Emergency Medicine Manual.  Cline DM, Ma OJ, Cydulka RK, et.al. (Eds).  7th Edition.  McGraw Hill.  New York.  2012; 256-7.

**Levine M**, Quan D.  Nonbenzodiazepine sedatives.  In: Tintinalli's Emergency Medicine; A Comprehensive Study Guide.  Tintinalli JE, Stapczynski JS, Ma OJ, etl. al. (Eds).  7th Edition.  McGraw Hill.  New York.  2011; 1219-21

**Levine M**, LoVechio F.  Antipsychotics:  In:  Tintinalli's Emergency Medicine; A Comprehensive Study guide.

Case 4:25-cv-00917-RK     Document 8-2     Filed 12/11/25     Page 77 of 297

Tintinalli JE, Stapczynski JS, Ma OJ (Ed). 7th Edition. McGraw Hill. New York. 2011; 1207-10

**Levine M**, Zane R. Chemical Injuries. In: Rosen's Emergency Medicine: Concepts and Clinical Practice. Marx JA, Hockberger RS, Walls RM (Eds). 7th Edition. Mosby Elsevier. Philadelphia. 2010; 767-77.

Burns MJ, **Levine M**. Diabetic Control Agents. In: Clinical Management of Poisoning and Drug Overdose. Shannon MW, Borron SW, Burns MJ (Eds). 4th Edition. Saunders/Elsevier, Inc. Philadelphia. 2007;1019-34.

**Levine M**, Burns MJ. Antipsychotics. In: Clinical Management of Poisoning and Drug Overdose. Shannon MW, Borron SW, Burns MJ (Eds). 4th Edition. Saunders/Elseiver, Inc. Philadelphia. 2007; 703-20.

Burns MJ, **Levine M**. Toxic Ingestions, Approach to. In: Signs and Symptoms in Emergency Medicine. Votey SR, Davis MA. 2nd Edition. Mosby Elsevier. Philadelphia. 2006; 496-535.

Pozner CN, Cranmer H, **Levine M**. Trauma, Approach to. In: Signs and Symptoms in Emergency Medicine. Votey SR, Davis MA. 2nd Edition. Mosby Elsevier. Philadelphia. 2006; 553-73.

Pozner CN, Lewiss R, **Levine M**. Trauma, Burns. In: Signs and Symptoms in Emergency Medicine. Votey SR, Davis MA. 2nd Edition. Mosby Elsevier. Philadelphia. 2006; 574-80.

**Levine M**, Braun RE. Intravenous fluid requirements and blood products. In: Handbook of Bioterrorism and Disaster Medicine. Antosia RE, Cahill JD (Eds). Springer Sicence + Business Media, LLC. New York. 2006; 211-6.

**Levine M**, Pozner CN. Abdominal Trauma. In: Handbook of Bioterrorism and Disaster Medicine. Antosia RE, Cahill JD (Eds). Springer Sicence + Business Media, LLC. New York. 2006; 319-23.

Electronic Book Chapters:

**Levine MD**. General approach to drug poisoning in adults. UpToDate. 2020-current

**Levine M.** Digoxin Toxicity. Corependium. 2020-current

**Levine M.** Calcium channel and beta blocker. 2020-current

**Levine MD** Phencyclidine (PCP) intoxication in children and adolescents. UpToDate.

**Levine M**, O'Connor AD.  Digitalis Toxicity.UpToDate. 2012-current

**Levine M**, O'Connor AD.  Antidotes:  Digoxin Immune Fab Fragment UpToDate.  2012-current

**Levine MD**, Gresham C. Toxicity, Hydrocarbons. eMedicine from WebMD. Updated April 30, 2009 (original publication June 19, 2006). Available at: http://emedicine.medscape.com/article/821143-overview.

**Levine MD**, Brown DF. Heart Block, Third Degree. eMedicine from WebMD. Updated April 13, 2009. (original publication March 16, 2006).  Available at: http://emedicine.medscape.com/article/758454-overview.

**Levine MD**, Brown DF. Heart Block, Second Degree. eMedicine from WebMD. Updated April 10, 2009. (original publication March 21, 2006).  Available at: http://emedicine.medscape.com/article/758383-overview.

**Levine MD**, Brown DF. Heart Block, First Degree. eMedicine from WebMD. Updated March 9, 2009. (original publication March 20, 2006).  Available at: http://emedicine.medscape.com/article/758322-overview.

**Levine M**, Barker TD.  Toxicity, Alcohols.  E medicine. http://emedicine.medscape.com/article/812411-overview.  27 August, 2008.

MISC:

Course co-organizer.  American College of Medical Toxicology Board Review Course.  Virtual.  August 2024.

Abstract reviewer.  North American Congress of Clinical Toxicology's Annual Scientific Meeting.  2024

Abstract reviewer.  American College of Medical Toxicology. Annual Scientific Meeting.  2024.

Abstract reviewer.  North American Congress of Clinical Toxicology's Annual Scientific Meeting.  2023

Abstract reviewer.  American College of Medical Toxicology. Annual Scientific Meeting.  2023

Abstract reviewer.  American College of Emergency Physician research forum.  2023

Abstract reviewer.  North American Congress of Clinical Toxicology's Annual Scientific Meeting.  2022

Abstract reviewer.  American College of Emergency Physician research forum. 2022

Abstract reviewer.  American College of Medical Toxicology. Annual Scientific Meeting.  2022

Course co-organizer.  Board Review Course. American College of Medical Toxicology.  August 23-26, 2022

Abstract reviewer.  American College of Medical Toxicology. Annual Scientific Meeting.  2021.

Abstract reviewer.  North American Congress of Clinical Toxicology's Annual Scientific Meeting.  2021

Course co-organizer. Board Review Course.  American College of Medical Toxicology.  August 25-28, 2020.

Abstract reviewer.  American College of Medical Toxicology. Annual Scientific Meeting.  2020

Abstract reviewer.  North American Congress of Clinical Toxicology's Annual Scientific Meeting.  2019

Abstract reviewer.  North American Congress of Clinical Toxicology's Annual Scientific Meeting.  2018

Course co-organizer.  Board Review Course.  American College of Medical Toxicology.  September 5-7, 2018. Chicago, IL

Abstract reviewer.  American College of Medical Toxicology. Annual Scientific Meeting.  2019

Abstract reviewer.  American College of Medical Toxicology. Annual Scientific Meeting.  2018

Abstract reviewer.  North American Congress of Clinical Toxicology's Annual Scientific Meeting.  2017

Abstract reviewer.  American College of Medical Toxicology. Annual Scientific Meeting.  2017

Course organizer. USC Hyperbaric Medicine Course. Catalina Island, CA.  13-15 June, 2016.

Abstract reviewer.  American College of Medical Toxicology. Annual Scientific Meeting.  2015

Course organizer.  USC Hyperbaric Medicine Course. Catalina Island, CA 8-10 June, 2015

Course organizer, Fellow in Training Research symposium. American College of Medical Toxicology.  March 28, 2014. Clearwater Beach, FL

Course organizer. USC Hyperbaric Medicine Course. Catalina Island, CA. 8-10 June, 2014

Course organizer. USC Hyperbaric Medicine Course. Catalina Island, CA. 18-20 June, 2013

Course organizer, Fellow in Training Research symposium. American College of Medical Toxicology. March 16, 2013. San Juan, Puerto Rico

Course co-organizer. Alcohol Academy. Sponsored by the American College of Medical Toxicology. San Juan, Puerto Rico. 14 March, 2013.

Course organizer, Fellow in Training Research symposium. American College of Medical Toxicology. March 17, 2012. San Diego, CA

Course co-organizer. Prescription Opioid misuse academy: The dark side of prescription opioids." Sponsored by the American College of Medical Toxicology. San Diego, CA. March 15, 2012

Position Statement: American College of Medical Toxicology, American Academy of Clinical Toxicology, American Association of Poison Control Centers, European Association of Poison Control Centers and Clinical Toxicologists, International Society of Toxinology, Asia Pacific Association of Medical Toxicology. Pressure immobilization after North American Crotaline snake envenomation. 2012

Secondary independent safety monitor for Maricopa Medical Center's study site for the STOP-MRSA study, based out of UCLA-Olive-View Medical Center.

Abstract reviewer. American College of Medical Toxicology's annual meeting. 2012.

Abstract reviewer. American Academy of Emergency Medicine Resident Research Competition. 2011

Abstract reviewer. Society for Academic Emergency Medicine's annual meeting. 2010-current

GRANTS:

Drug Overdose Toxico-Surveillance (DOTS) Reporting Program. Subcontract from Food and Drug Administration (FDA) to American College of Medical Toxicology (ACMT) to University of California at Los Angeles. Contract ID 75F40122D00028.

Food and Drug Administration/American College of Medical Toxicology COVID-19 (FACT) Pharmacovigilance Project.

|  | Subcontract from ACMT to Olive View Research Institute. Project contract ID 75F40119D10031 FDA) |
|---|---|

National institute of Heath/National Institute of Drug Abuse. Predicting medical consequences of novel fentanyl analog overdose using ToxIC.  Subcontract from Mt. Sinai and American College of Medical Toxicology to University of California, Los Angeles. Project grant3RO1DA048009-01A1S1 NIH/NIDA/Icahn School of Medicine

Interdepartmental:

Evaluation of aminocaproic acid and tranexamic acid in a rodent model to reverse dabigatran induced coagulopathy. USC Department of Emergency Medicine.  $5000.

Use of desmopressin to reverse thienopyridine induced platelet dysfunction in a rodent overdose model.  $5000.

CLINICAL TRIALS

Sub-Investigator for  open-labeled study of Idarucizumab for reversal of dabigatran. Sponsored by Boehringer Ingelheim. 2015.

Optimal Vancomycin Dosing.  University of Southern California.  2012.

Intranasal ketamine for pediatric sedations.  University of Southern California.  2012-2014

Sub-Investigator for acetaminophen-adduct study following acetaminophen overdose.  Banner Good Samaritan Medical Center.  2011-2014

Sub-Investigator for multicenter clinical trial of Anascorp ® scorpion $Fab_2$ antivenom against *Centuroides* venom in Arizona. 2008-2011

Sub-Investigator for multicenter clinical trial of Anavip ® rattlesnake $Fab_2$ antivenom. 2009-2011

INVESTIGATIONAL NEW DRUG DEVICE:

Intranasal ketamine. IND. 116045.  28 August, 2012

**Report of Jackob Moskovitz**

**Description of the preclinical studies of Mitragynine (MG), 7-hydromitragynine (7HMG) and mitragynine pseudoindoxyl (MGP)**

<u>Introduction</u>

Mitragyna speciosa (Kratom) is a common therapeutic agent for opioid withdrawal, and alleviation of chronic pain. Mitragynine (MG), the main active therapeutic reagent of M. speciosa is transformed into 7-hydroxymitragynine (7HMG) that is further oxidized to form mitragynine pseudoindoxyl (MGP). Both compounds demonstrate much higher effectiveness in their therapeutic function compared to MG (like analgesic effects and treatment for anxiety, depression, fatigue, and symptoms of opioid withdrawal). Several studies have been conducted to provide more information about their safety profile, as summarized below.

<u>Experiments using cell culture (<i>In vitro</i> studies)</u>

1. Mitragynine (MG) was isolated and purified (95% homogeneity) from a commercially available alkaloid-rich kratom extract. The 7-Hydroxymitragynine (7HMG) is a metabolite of mitragynine. NMR and MS analysis confirmed the chemical structures and purity of these compounds.
2. Three human cell model lines were used for cytotoxicity assays: WI-38 (lung fibroblasts) and 293FT (kidney cells) and primary hPBMCs (human <u>peripheral</u> blood mononuclear cells), which were grown under commonly used conditions and growth media. The cells were exposed to the three compounds above (with three different physiological concentrations) and their effect on cell-viability was determined.
3. <u>Cell viability</u> was assessed using a WST-8 colorimetric assay (CCK-8 kit, Dojindo), in which a tetrazolium salt was added to a cell culture and subsequently reduced to formazan dye by cellular dehydrogenases in viable cells. <u>Results and discussion</u>. The acquired viability data overall showed that MG exhibits the highest cytotoxicity compared to the other two products (i.e., MGP and 7HMG), especially in WI-38 and 293FT cells. In hPBMCs, MGP showed a similar toxicity to MG, while 7HMG exhibited the lowest toxicity. The MG demonstrated moderate to high cytotoxicity in kidney derived 293FT cells, which is consistent with previously rodent studies demonstrating that high doses of mitragynine caused renal abnormalities. In conclusion, the data suggest that the oxidative metabolized MG products (i.e., 7HMG and MGP) may be a better choice compared to MG with respect to renal toxicity.
4. <u>Genotoxicity</u> was tested using the hPNMCs that were exposed to the three compounds in the culture media and no adverse effect on DNA integrity was observed in the treated cells compared to controls, following the application of the Comet assays (ABCAM) protocol for determining DNA damage.

<u>Pharmacological profiling</u> was performed across a comprehensive panel of 78 assays, identifying significant receptor and enzyme interactions relevant to their therapeutic and safety profiles. Assay results were considered insignificant if the maximum response was less than

50% of the control and the EC50 was greater than 10 µM. The following acquired data show that with respect to the adrenergic activity of the three compounds: MG reacts as a complete antagonist to ADRα1A receptor, while 7HMG and MGP exhibit only partial antagonism at this receptor. With respect to the Opioidergic Activity of these three compounds, it was found that all of them have a relatively similar function towards the receptors (i.e., the compounds showed to be partial agonists to the human µ-opioid receptor (hMOR) and competitive antagonists to the KOR and DOR opioid receptors). Non-steroidal anti-inflammatory drugs (NSAIDS) exert their analgetic and anti-inflammatory action through the inhibition of cyclooxygenases (COX-1 mainly). Accordingly, it was determined that the three compounds (MG, 7HMG, and MGP) acted as COX-1 inhibitors. Serotonergic Activity. MG has shown interactions with 5-HT1 and 5-HT2 family of receptors that are involved for the reported mood-enhancing and stimulant effects. Further studies have demonstrated that MG acts at both 5-HT1B and 5-HT2B receptors (subtypes of the above receptors), while 7HMG and MGP exhibited minimal to no activity. Thus, the effect of 7HMG and MGP on serotonergic activity seems to be negligible compared with the activity of MG, respectively. Cardiotoxicity is the leading cause of drug attrition during preclinical and clinical trials. Cardiac ion channel dysfunction involving NAV1.5 and hERG plays an important role in drug-induced QT interval prolongation and arrhythmogenic risk. Thus, their activity was assessed for their dose response on NAV1.5 and hERG targets. Accordingly, MG, 7HMG, and MGP did not elicit a significant inhibitory response on hERG channels and partial inhibition of the NAV1.5channels, respectively. In conclusion it seems that all three compounds are relatively safe when considering their effect on cardio-electric function. Microsomal stability of the three compounds was assessed using human liver microsomal preparation. As expected, the stability of the three compounds (as measured by their 50% remaining level following the incubation with the microsomes) was as follows: 7HMG 3X > MG> 7X MGP. The compound 7HMG is more stable than the other two compounds because its production is the result of the relative fast oxidative conversion of GM (through the CYP3A enzyme) to both 7HMG and MGP, while MGP is not as stable as 7HMG. Thus, it seems that the relative higher stability of 7HMG compared to other two compounds may contribute to its observed higher treatment-effect potency. In summary, it seems that both 7HMG and MGP are at least as safe as MG, with respect to their interaction with cardiac, hepatic, and renal-associated proteins, and lower toxicity in human cell models.

Experiments using animal models (*In vivo* studies)

Study #1 (Rodent Study).  Kampmeyer, Patrick, *Acute Toxicity Assessment of 7-Hydroxymitragynine in Rodents* (June 25, 2025).

To assess the toxic and safety effects of 7HMG, mice (C57Bl6, wild type strain, *n*=5 mice per sex) were treated with 3 separate doses of the compound and vehicle only (via oral gavage) at the beginning of the experiment (i.e., at day "0", 0.025, 0.125, and 0.250 mg of 7HMG were administered to 3 groups of mice and vehicle only to the control group).  The animals were monitored and observed daily for the following 14 days for adverse effects.

Body weight

All animals gained weight throughout the period of the experiment, and no difference was observed in the body weights of the compound-treated mice versus the controls.

Toxicity assessment

All mice exhibited normal scoring for their interaction within their environment (i.e., toxicity monitoring score of 3: active with spontaneous motility; interact with environment; normal posture and respiration; quickly move upon stimulation). No clinical signs of in-life toxicity were observed in any animal throughout the study.

Study #2 (Dog Study). Reinemeyer, Craig, Final Report, Study No. MGN-25-001, *Pilot Safety Study of Escalating Doses of 7-Hydroxymitragynine and Mitragynine Pseudoindoxyl Administered Daily for 7-day Intervals to Mature Dogs* (Aug. 13, 2025).

Sixteen healthy dogs were divided into three groups in which group 1 was treated with escalating doses of 7HMG ($n$=6), group 2 with escalating doses of Pseudo-indoxyl MG ($n$=6), and group 3 with escalating doses of saline ($n$=4, vehicle/placebo). The doses of the two compounds were given each day to the dogs per week one, two, and three as follows: 0.130, 0.260 or 0.544 mg/kg, respectively. The dogs were evaluated for clinical and adverse effects after the completion of the study.

Results of the Dog Study.

The only adverse event that was considered probably related to MGN administration was drooling in three dogs receiving the compound formulations. The frequency of adverse events (AE) was calculated as the total number recorded per group divided by the number of dogs in the group. The comparative frequency of AEs for the various groups were:

Group 1 (7-hydroxy mitragynine) 21/6 = 3.5/dog
Group 2 (Pseudoindoxyl mitragynine) 23/6 = 3.83/dog
Group 3 (placebo) 2/4 = 0.5/dog

Besides the drooling effect of the compounds, some minor excursions beyond the normal range for several hematologic and chemistry parameters were observed but all were considered not clinically significant (i.e., hematologic analysis (CBC) and common clinical chemistry, urinalysis, and body weights measures that were taken on several days before and on several separated throughout the duration of the study).

<u>Body weight</u>

The body weights of most compound-treated dogs remained or increased during the duration of the study in a similar manner to the control dogs. The few dogs show a decrease in their weights in all groups, their weight decreased by ~5% only.

<u>Summary</u>

The performed animal toxicity studies (i.e., the Rodent Study and the Dog Study) provide the basis for the toxicity assessment of 7HMG in comparison to its related compounds (i.e., MG (precursor) and MGP (derivative)). Overall, it seems that the safety of 7HMG is mostly as good or better than relative to the other two compounds.

<u>Conclusion</u>

Based on all the obtained data (i.e., *In vitro* studies, mice and dogs' models), it seems that the therapeutic potency and safety profile of 7HMG are either the same or better compared to the other related two compounds (i.e., MG and MGP).  At a minimum, I can say that the in vitro cell culture studies, pharmacological profiling, and preclinical studies discussed above do not support a conclusion that there is a significant or serious safety concern with 7HMG.


_____
Jackob Moskovitz, Ph.D.
August 18, 2025

**Appendix**

**Jackob Moskovitz**

**Qualifications to review preclinical studies**
- 1992, Ph.D., Medical Sciences. Faculty of Medicine, Unit of Biochemistry, Technion-Israel Institute of Technology, Haifa, Israel. Mentors: Dr. A. Hershko and Dr. A Ciechanover, 2004 Nobel Prize Laureates in Chemistry.

**Academic Appointments**
- 2010-present: Associate Professor with tenure, University of Kansas, School of Pharmacy, Department of Pharmacology and Toxicology, 5064 Malott Hall, Lawrence, Kansas.
  2006- present: Member the Kansas University Center for Mental Retardation and Developmental Disabilities (KUCDD).
  2004-2009: Assistant Professor, University of Kansas, School of Pharmacy, Department of Pharmacology and Toxicology, 5064 Malott Hall, Lawrence, Kansas.
- 1996-2003: Research Fellow, National Institute of Health, National Heart Lung and Blood Institute, Lab of Biochemistry, Bethesda, Maryland.
- 1992 – 1995:  Post-doctoral fellow, Roche Institute of Molecular Biology, Nutley, New Jersey.

**Research Interests**
- Oxidation-stress in aging and neurodegenerative diseases, receptors of neurotransmitters, methionine sulfoxide reductase system, methionine oxidation, post-translational modifications, protein-degradation, signal transduction. Preclinical studies on methionine sulfoxide-based active immunization against Alzheimer's disease.

**Academic and Industrial activities**
- 2022-       Associate editor of "Frontiers in Aging Neuroscience"
- 2021-       Member of the editorial board of "Frontiers in Pharmacology"
- 2018-       Member of the editorial board of "Antioxidants"
- 2014-        Member of the University of Kansas Alzheimer Disease Center
- 2014-        Member of the Editorial board of "Journal of Addiction and Neuropharmacology (JANP)".
- 2013-        Member of the Editorial board of "Austin Journal of Pharmacology and Therapeutics".
- 2013-        Member of the Editorial board of "ISRN Oxidative Medicine, International Scholarly Research Notices".
- 2010-2011.   Guest Editor for the special issue of the journal "Amino Acids" on:    "Oxidative Modifications of Proteins in Neurodegenerative Diseases".
- 2010-2011.   External adviser to ROCKLAND Immunochemicals Inc. Boyertown, PA on antibody development against carbonyl adducts.
- 2005-        Member of the Society for Neuroscience, USA.

- 2002- 2010.  Consultant to Upstate Biotechnology Institute (UBI) on MsrA antibodies.
- 2000-2001.   Consultant to Amgen Inc. on methionine oxidation and methionine sulfoxide reductase.

**Grants reviewer**
- 2019: Alzheimer's Research UK's Major Project grant scheme
- 2016: "The Czech Science Foundation grants
- 2016: "MOVE-IN Louvain" post-doctoral fellowship program (Belgium)
- 2015: Worldwide Cancer Research (formerly known as AICR); General Direction for Scientific Research and Health Innovation, Italian Minister of Health grants
- 2008: France's National Research Agency –ANR
- 2007: Philip-Morris research grants
- 2006: SHERT Scottish grant program
- 2006: The Austrian Science Fund
- 1999-2000: reviewer for USDA grants
- **Ad-Hoc journal reviewer (selected):** *Proc. Natl. Acad. Sci. U.S.A*, *J. Bio. Chem, Life sciences, Mol. Microbiol.*, *J. of bacteriol.*, *Mol. Cel. Biol., Toxicology and Applied Pharmacology, BMC Molecular Biology, FEBS Lett., J. Cellular and Molecular Medicine, Biochemistry, Redox Sig, Expert Opinion On Therapeutic Targets, Archives of Biochemistry and Biophysics, Hepatology.*

**Book reviewer**
- 2012: Primer to the Immune Response 2nd edition By Mak, Saunders and Jett , ELSEVIER
- 2010: Molecular Aspects of Oxidative Stress on Cell Signaling in Vertebrates and Invertebrates. Editors: Drs. Tahira Farooqui and Akhlaq A. Farooqui; Wiley-Blackwell Publishers.
- 2009: Oxidation of Amino Acids, Peptides, and Proteins: Kinetics and Mechanism. Editor: Dr. Virender K. Sharma; John Wiley & Sons, Inc.

**Funded grants and Awards in the last 3 years (Direct costs)**
- 2025-2027: NIH STTR phase I grant for MetoImmune LLC, $500,000 (PI, Founder and CEO), pending NIH council review (recommended for funding).
- 2025: NIH STARTUP Central Proof of Concept (POC) Program grant: $25,000 (PI, Moskovitz J).
- 2023-2024: NIH-KU-Alzheimer 's Disease Center pilot Grant: $25,000 (PI, Moskovitz J)

**Patents**
- U.S. Divisional patent for methionine sulfoxide antibodies; publication #US8409824 B2 Year, 2013.
- U.S. Provisional patent for immunization against memory loss and learning deficits. EFS ID: 44214670; Application #: 63276382. Year, 2021.
- U.S. Provisional patent Methionine Sulfoxide-Clusterin detection in blood plasma. Application: 63/852,352. Year, 2025.

**Publications**

- 90 publications in peer review journals: Google Scholar information: <u>Citation:</u> 8,519; <u>h-index</u>: 40; <u>i10-index</u>: 74.

# APPENDIX 4

Edward W Boyer MD PhD
Edward Boyer LLC
387 South Parkview Ave
Bexley, OH  43209

## STATEMENT OF EDWARD W BOYER MD PhD

### QUALIFICATIONS

I am a board-certified emergency physician.  Emergency medicine is an Accreditation Council for Graduate Medical Education (ACGME)-approved medical specialty that focuses on the first 30 minutes of any life-threatening condition.  One notable aspect of emergency medical practice involves resuscitation of patients, identification of the cause of acute illness, and providing appropriate interventions.

I am a board-certified medical toxicologist.  Medical toxicology is an ACGME-approved medical subspecialty that focuses on toxicity, poisoning, substance abuse, overdose, adverse effects, and drug interactions from all manner of potential intoxicants, including dietary supplements, herbal products, and medications.  As a medical discipline, medical toxicology is particularly concerned with the adverse effects of psychoactive substances.  A significant portion of medical toxicology practice and experience is related to the clinical effects of substances with mu-opioid receptor ("MOR") activity such as 7-hydroxymitragynine and other psychoactive substances, as well as the signs, symptoms and outcomes of diversion, misuse, abuse and withdrawal of each of these agents.

I have over 25 years of clinical practice experience (including internship, residency, and subspecialty training) in which I have treated several thousand patients with a wide variety of

1

adverse drug events, drug interactions, toxicities, and withdrawal symptoms. I have treated anticipated and unanticipated side effects of xenobiotics, including prescription medications, illicit substances, illegal drugs, dietary products, herbal remedies, and novel psychoactive substances, alone and in combination with each other. As a clinician focusing on the treatment of adverse effects of xenobiotics, I have treated several hundred patients with adverse effects, drug interactions, and toxicity from all manner of MOR agonists and their metabolites.

I have served on the medical staff of UMass Memorial Medical Center (2001-2016), Brigham and Women's Hospital (2016-2022), the Toxicology Service at Children's Hospital, Boston (1999-2021), and the Regional Center for Poison Control and Prevention Serving Massachusetts and Rhode Island (1999-2021). I now serve on the medical staff of The Ohio State University Wexner Medical Center (2021-present), Nationwide Children's Hospital (2024-present), and the Central Ohio Poison Control Center (2024-present).

I was a 2018 Fulbright Scholar funded to study the pharmacophysiologic outcomes in kratom users in Malaysia. In addition, I have received funding from the National Institute on Drug Abuse, part of the National Institutes of Health ("NIH"), to conduct original research investigations related to opioid analgesic medications (2001-present). I have also served as an NIH-funded research mentor for international trainees from Thailand, Malaysia, and Indonesia on kratom use. My research studies examine psychoactive substance use (including kratom), opioid abuse, innovative technologies, and HIV.

In addition, I have served as an expert consultant to the Community Epidemiology Work Group, the National Institute on Drug Abuse organization that monitors trends in substance use, including kratom (2004-2007). I have served on the scientific advisory board for the National Drug Early Warning System (2016-2020). I have conducted research for National Institutes on

2

Drug Abuse subcontractors related to opioid analgesic overdose, toxicity, misuse, and abuse (2004).

Because of my expertise, I have been invited to deliver expert lectures on kratom and the clinical effects of alkaloid components of kratom including 7-hydroxymitragynine at national conferences, including the North American Congress on Clinical Toxicology (2025), American Society of Addiction Medicine (2009), College on Problems of Drug Dependence (2018), Northeastern University's conference on Chemistry and Pharmacology of Drug Abuse (2019), to members of the United States Congress, and the University of Florida's International Kratom Symposium (2025). In 2024 I was invited to author the Kratom card for UpToDate, the leading medical information database. Finally, I was the 2008 NIH Distinguished Scientist in Natural Products Neuroscience for my formative work describing the clinical effects of kratom.

I have extensive experience in assessing the quality of medical literature as well as in determining whether published findings apply to specific patient care questions. I served on the Massachusetts Medical Society's Committee on Publications, which oversees the Editorial Board of New England Journal of Medicine (2016-2021). I have served as associate editor for the Journal of Medical Toxicology and been a member of the editorial board of ToxED, an online clinical database resource that assists clinicians in identifying adverse effects of numerous substances. In this capacity, I have reviewed the literature describing the toxicity, adverse events, and drug interactions of numerous substances, including kratom.

I have considerable expertise in the assessment of the scientific validity of research investigations. I have participated extensively in the NIH scientific review process—one of the most rigorous and objective scientific review processes in existence. I am a member of the College of CSR Reviewers, and in my service with NIH Scientific Review Groups I have examined grant

3

applications submitted to NIH that are related to behavioral and social science, substance abuse, and HIV (2005-present). The FDA has recognized my experience in medical toxicology and invited me to participate in Advisory Committees related to opioid REMS and to review the scientific validity of applications for funding of clinical trials (2004, 2022). I have also assessed the scientific validity of grant applications submitted to the US Centers for Disease Control ("CDC") related to HIV testing in emergency departments (2006). Related to these activities are my service as an expert reviewer for journals such as New England Journal of Medicine; Neuropsychopharmacology; Drugs, Drug and Alcohol Dependence; American Journal on Addictions; Academic Emergency Medicine; Journal of Medical Toxicology; Chest – Critical Care Medicine; Clinical Toxicology; Journal of Forensic Science; and Forensic Science International, among others.

I have expertise in the toxicology of MOR agonists including mitragynine, 7-hydroxymitragynine, mitragynine pseudoindoxyl, and other kratom alkaloids. This experience is drawn from education in medical school, internship, residency, post-graduate work, editorial assignments, continuous reading, teaching, and postgraduate instruction. I supervised the University of Massachusetts Medical Toxicology fellowship training program (2002-2015), where I was responsible for teaching fellows, residents, and clinical pharmacists from six different academic medical centers the adverse effects, drug interactions, and toxicity of all manner of potential intoxicants. I was a member of the Division of Toxicology of Harvard Medical School (2016-2021). In addition, I was a core faculty member of the Brigham and Women's Hospital Department of Psychiatry Training Program in Addiction Medicine (2020-2021). I am now Professor with Tenure at The Ohio State University and a member of the staff of the Central Ohio Poison Control Center (2024-present).

4

As part of these academic assignments, I teach basic and applied medical toxicology to medical students, residents, fellows, physicians-in-practice, behavioral science practitioners, Doctor of Pharmacy students, and pharmacy practice residents. I have taught courses on clinical presentations and outcomes of overdose at the Boston and Worcester campuses of the Massachusetts College of Pharmacy (1999-2003), and the Central Ohio Poison Center (2023-present). I have been invited to lecture to psychiatry physicians-in-training at Harvard Medical School teaching hospitals on pharmacology-related topics, including kratom toxicity (2005, 2019). As an instructor in CME courses offered by Harvard Medical School and Albert Einstein College of Medicine, I lectured on adverse effects of drugs with central nervous system ("CNS") activity, substance abuse, and addiction.

I have published in peer-reviewed journals. In particular, I have authored publications in Drug and Alcohol Dependence and Journal of Medical Toxicology that are related to human experience with 7-hydroxymitragynine. My work related to kratom has appeared in Addiction, Drug and Alcohol Dependence; American Journal on Addictions; Journal of Medical Toxicology; Current Topics in Medicinal Chemistry; Journal of Psychoactive Drugs, Journal of Addictive Diseases, Frontiers of Psychiatry, Journal of Toxicology and Pharmacology; Malaysian Journal of Medicine and Health Sciences; International Journal of Drug Policy; and Journal of Ethnopharmacology. My other original research, literature reviews, case reports, and perspectives have been published in the New England Journal of Medicine; Journal of the American Medical Association ("JAMA"); Pediatrics; Drug and Alcohol Dependence; and Academic Emergency Medicine, among others. Those articles have covered a range of issues pertaining to drug and dietary supplement toxicity, substance abuse, drug side effects, and behaviors of patients with chronic pain.

5

My general understanding of medical toxicology is based upon the length and scope of my graduate and post-graduate education, including the study of scientific methodology at Vanderbilt and Columbia Universities, pre-clinical pharmacology and neurosciences as well as clinical courses at Columbia College of Physicians and Surgeons, and the scope of my post-graduate training in medical toxicology at Children's Hospital Boston/Harvard Medical School. My ongoing study of medical toxicology continues with literature assessment and epidemiological analysis, including those instances where medications are involved in overdose and toxicity.

In my work as an academic physician, research scientist, and practicing toxicologist, I have compiled and analyzed data related to chronic pain and opioid analgesic overdose, toxicity, misuse and abuse, as well as the pharmacology and toxicology of numerous substances including 7-hydroxymitragynine. This work has enabled me to render conclusions about the likely factors that explain, to a reasonable degree of medical certainty, the toxicology of substances such as 7-hydroxymitragynine.

## IDENTIFYING ADVERSE EFFECTS AND TRENDS

7-Hydroxymitragynine has long been recognized as being present in trace amounts in kratom leaf and as a metabolite of mitragynine due to action of cytochrome CYP3A4. Vendors now formulate the metabolite 7-hydroxymitragynine into commercial formulations. To identify emerging trends associated with use these formulations, clinicians review the medical literature and evaluate epidemiologic databases. While a clinician at the bedside can play an important role in identifying potential new adverse events, clinical observations are less important because emerging adverse events are typically rare events that demand population-based data.

6

**Medical Literature**

Initial descriptions of new adverse effects typically are published in case report form; these reports are often limited to 1-3 individuals presenting with a new adverse event. To identify these case reports, clinicians perform keyword searches using scientific publication databases (i.e., Pubmed, Google Scholar, Embase). Entering search terms into any of these search engines produces a list of citations that must be reviewed for relevance.

**Results:** To date, no published case reports in the peer-reviewed literature describe acute poisoning or overdose death from 7-hydroxymitragynine.

**Assessment:** A leading component of medical toxicology academic practice involves publication of case reports that highlight emerging adverse events and make other clinicians aware of these toxicities. Case reports also constitute the observation in the scientific method, that initial finding that serves as a means to generate one or more hypotheses to be tested. Case reports, therefore, can function as a signal; conversely, the absence of case reports might plausibly be considered to constitute a lack of signal.

**Importance:** The medical subspecialty that focuses on identifying new adverse effects from emerging use of substance, medical toxicology, has yet to publish acute poisoning or overdose death from 7-hydroxymitragynine. *Medical toxicologists are remarkably adept at identifying emerging adverse events from emerging substances.* For example, an oral anticoagulant poisoning outbreak among synthetic cannabinoid users from March 2018 was identified *within 2 weeks* by toxicologists at the Illinois Poison Control Center. Medical toxicologists are also adept at

7

prospectively identify poisoning cases.  Medical toxicologists in New Jersey identified the onset of the 2023 tianeptine outbreak in June, followed by prospective surveillance for the next several months.  This prospective surveillance found 4.6 tianeptine cases per month compared against a background rate of 0.5 tianeptine cases per year.  *Given the proven skill of medical toxicologists in identifying adverse events from a wide variety of potential intoxicants including opioids, the lack of a published signal suggests not that 7-hydroxymitragynine poisonings are missed, but that a signal does not exist.* As both of these outbreaks entailed new substances, the argument that medical toxicologists must know about a new drug class before its outbreak can be identified lacks merit.

## Epidemiologic Databases

Several data sources inform physicians, treatment clinicians, and policymakers regarding acute adverse effects, including overdose and death, from emerging substances. Each of them has advantages and disadvantages. Leading databases are:

1. National Poison Data System (NPDS). This system provides nearly nationwide reporting of overdose, interactions between substances, and adverse medication events. Data is derived from members of the public as well as bedside clinicians who seek up-to-date toxicologic information.  A leading advantage of NPDS is that its data, being crowdsourced, is less prone to reporting bias. In addition, poison centers collect data such as the name, location, and contact information of the caller, all procedures that minimize the threat of spoofing. Unfortunately, NPDS has several disadvantages. First, calls made to a poison center are recorded as "exposures" because the actual ingestion of a specific

8

substance cannot often be proven to lead to the observed clinical findings.[1] Second, clinicians may misattribute clinical symptoms to an incorrect substance. Furthermore, the nurses and pharmacists who enter patient information may enter an inappropriate severity code that does not comport with degree of patient illness. Systemic misattribution can arise from programming errors. For example, for a physician who calls the poison control center, reports an event related to "7-hydroxymitragynine", and the specialist enters all data correctly, the NPDS data system in months past would default to "kratom" as the substance of interest. *This shortcoming was corrected on February 15, 2025 to make 7-hydroxymitragynine a specific substance in the NPDS; all poison control centers were notified of the correction to optimize accuracy of reporting.*

2. The National Drug Early Warning System (NDEWS). Now located at University of Florida, NDEWS expands the capabilities of the Community Epidemiology Working Group. Data inputs come from sentinel sites cast across the US bolstered with community-based experts, poison control data, 911 dispatch content, funeral directors, wastewater epidemiology, street intercepts, anonymous drug testing, web surveillance, as well as Canadian treatment sites. NDEWS can identify new substance use practices but may not identify the actual substance involved. In addition, NDEWS should be resistant to spoofing (for example, NDEWS is designed to identify new psychoactive substances, so the only way this surveillance system can miss an emerging problem is if no signal exists). Nonetheless, NDEWS has been aware of the difference between kratom and 7-hydroxymitragynine for several months

---

[1] For example, an individual found comatose in a room with empty bottles of sleeping pills would be classified as an exposure because ingestion is suspected but not proven, despite clinical signs and symptoms consistent with sleeping pill overdose.

9

(https://ndews.org/wordpress/files/2024/11/6.21.24_7-OH_PDF.pdf). While NDEWS monitors online threads for 7-hydroxymitragynine mentions, the system still lumps kratom and 7-hydroxymitragynine together in other surveillance efforts. This approach can lead to loss of precision in published NDEWS data and skewed interpretation of results.

3. FDA Adverse Event Reporting System (FAERS). A leading advantage of FAERS is that data is crowdsourced with minimal barrier to reporting. Unfortunately, FAERS has striking disadvantages: FAERS is highly susceptible to spoofing and factual inaccuracies. Submission of cases are anonymous; no confirmation of information or validation of report is performed. Researchers have noted that FAERS's data quality is "affected by the the…reporters' perception of the drug/natural product." (Li X, Ndungu P, Taneja SB et al. An evaluation of adverse drug reactions and outcomes attributed to kratom in the US Food and Drug Administration Adverse Event Reporting System from January 2004 through September 2021. Clin Trans Scie 2023; 16:1002-1011) *Importantly, FAERS does not identify a signal of an adverse event; FAERS suggests whether an investigation should be undertaken to determine if a signal exists.* Because of ambiguity in the FAERS dataset, the FDA correctly did not analyze FAERS data in their 7-hydroxymitragynine toxicologic assessment.[2] *Notably, none of the FAERS quarterly reports through Q1 2025—up to the time when the FDA 7-hydroxymitragynine report was being drafted—designate 7-hydroxymitragynine as presenting a safety signal for serious risk.*

4. DEA TOX. This DEA-funded, government-academic partnership (https://www.deadiversion.usdoj.gov/dea_tox/dea-tox.html) tests leftover or previously collected samples submitted voluntarily to a university laboratory for analysis. The

---

[2] *7-Hydroxymitragynine (7-OH): An Assessment of the Scientific Data and Toxicological Concerns Around an Emerging Opioid Threat* (Reissig et al, 2025)

10

academic lab is capable of detecting mitragynine and 7-hydroxymitragynine as well as other kratom alkaloids. DEA Tox details emerging toxicologic threats in its publicly available content.

5. State Unintentional Drug Overdose Reporting System (SUDORS). The US Centers for Disease Control and Prevention (CDC) funds 32 states and the District of Columbia to abstract into SUDORS detailed data on unintentional, intentional, and undetermined opioid overdose deaths from death certificates and medical examiner and coroner reports. SUDORS is heavily dependent on forensic testing; because few laboratories detect 7-hydroxymitragynine, SUDORS is of limited utility.

6. RADARS System. The RADARS System comprises an array of synergistic surveillance programs which offer a "mosaic" approach to understanding current trends in substance abuse, misuse, and diversion. The RADARS System programs systematically collect de-identified instances/reports for specific drug products occurring in a 3-digit ZIP code. Rates of abuse in each 3-digit ZIP code are then calculated based upon population and drug availability. RADARS System data is timely and allows for emerging trends to be discovered relatively quickly. RADARS System data have been used by manufacturers, regulatory agencies and medical/public health officials to characterize and monitor prescription drug abuse, misuse and diversion. RADARS System data have provided pivotal information for regulatory submissions and presented at several FDA advisory committee meetings and public hearings.

Results: While the number of 7-hydroxymitragynine exposures (N=118) reported in NDPS

11

increased by 58% between April 1-July 31, 2025[3], the number of kratom reports (N=1116) increased at a greater rate (69.9%) over the same period. The NPDS contains no reports of death attributable to 7-hydroxymitragynine, whereas 14 kratom deaths were reported April 1-July 31, 2025. No deaths identified by NPDS either before or after listing 7-hydroxymitragynine as a specific substance can plausibly be attributed to 7-hydroxymitragynine.[4] Even the NPDS August 12, 2025 alert ("Health Advisory: Serious Illnesses Associated with 7-OH Use") failed to identify a single death following ingestion of 7-hydroxymitragynine products.

Publicly available content on DEA Tox describes increased kratom and 7-hydroxymitragynine findings since 2020 (the laboratory conducting the analyses can detect 7-hydroxymitragynine, mitragynine pseudoxindoxyl, speciociliatine, as well as other kratom alkaloids). DEA Tox details emerging toxicologic threats in its publicly available content such as tianeptine, xylazines, and other substances, but 7-hydroxymitragynine, even after oral single-product formulations entered the marketplace, has never received comparable recognition. Because of dramatic selection bias in case identification, DEA Tox is not useful as an epidemiologic source, but certain trends appear. For example, the measured concentration of 7-hydroxymitragynine is comparable to or lower than mitragynine, suggesting that 7-

---

[3] The dates in this analysis are different from those in the FDA assessment "*Hydroxymitragynine (7-OH): An Assessment of the Scientific Data and Toxicologic Concerns Around an Emerging Opioid Threat*" (Reissig et al., 2025). A specific product code for 7-hydroxymitragynine was added on 2-15-2025 to Toxicall (and added to NDPS on 7-16-2025). This document compares kratom and 7-hydroxymitragynine mentions in the NPDS for the period April 1-July 31. This range of dates was selected in this analysis to allow full training of poison center staff to the new product codes and become familiar with its use. The method in this report is intended to produce greater precision in the data than the methods in the FDA report; by selecting a range of dates when 7-hydroxymitragynine could not be properly coded, the FDA has adopted a methodology that exaggerates the rate of rise of 7-hydroxymitragynine exposures reported to poison centers.

[4] A single death was recorded in the NPDS 7-hydroxymitragynine dataset in June 2025, but this individual had ingested clonidine, amphetamines, gabapentin, benzodiazepines, and 7-hydroxymitragynine. Reported clinical effects in this patient included (among others) hematemesis, cerebrovascular accident, and fever, as well as hyperventilation and alkalosis. The last two findings, in particular, are inconsistent with opioid effect from kratom and mitragynine, either alone or used together. Because of the number of involved substances and the clinical findings that are unrelated with known toxic effects of opioids, this case is not included in this analysis.

12

hydroxymitragynine was not the ingested substance.[5]

NDEWS content related to 7-hydroxymitragynine is heavily related to reporting of online material, research publications, and background material. One NDEWS data collection effort focusing on EMS run data combines kratom and 7-hydroxymitragynine. NDEWS releases do not describe acute poisoning and overdose deaths.

**Assessment**: No clear signal for overdose death from 7-hydroxymitragynine exists. This finding holds true across multiple nationwide overdose surveillance systems.

The lack of a signal is important. In general, multiple overdoses do not go unnoticed; multiple overdoses generate signals. (MMWR 2008; 57:793-796; New England Journal of Medicine 2018; 379:1216-1223; MMWR 2024; 73:89-90) The lack of signal from even a single 7-hydroxymitragnine overdose death is important. Prior research has identified that notification of upcoming scheduling of a substance leads to increased overdose from that substance; for example, the DEA announcement in 2001 that gamma-hydroxybutyrate (GHB) as a Schedule I substance led to an immediate surge of severe GHB overdoses in the weeks prior to scheduling. (Journal of Toxicology-Clinical Toxicology 2001; 39:541-542). Paradoxically, NPDS data demonstrates that the July 25 FDA warning letter has not triggered a comparable surge of severe 7-hydroxymitragnine poisoning, overdose, or death.

---

[5] Very little, if any, ingested 7-hydroxymitragynine reverts to mitragynine, but 7-hydroxymitragynine is unstable in biological matrices. In vitro studies in human plasma treated to prevent destruction of the 7-hydroxymitragynine identified that some 7-hydroxymitragynine rearranges to form mitragynine pseudoindoxyl. This finding seems to suggest that a more reasonable measure of ingested 7-hydroxymitragynine exposure might involve the sum of potential metabolites—but this represents a hypothesis that awaits testing. Nonetheless, any finding where more mitragynine is present than 7-hydroxymitragynine is likely to be from kratom ingestion; cases where more 7-hydroxymitragynine (along with mitragynine pseudoindoxyl) is present than mitragynine suggests ingestion of a substance other than mitragynine.

13

The argument that data collection systems being unaware of 7-hydroxymitragynine leads to missed adverse events lacks merit. Leading surveillance systems (i.e., poison control centers, DEA Tox, and NDEWS) are well aware of the distinction between kratom and 7-hydroxymitragynine.  Furthermore, the way in which NPDS operates *increases* the accuracy of identifying death from a specific chemical. For example, poisoning death in a patient in a healthcare facility (i.e., the sort of individual about whom NPDS collects data) is rarely immediate. The period from presentation to death allows medical toxicologists time to obtain substantial information about the intoxication; this, in turn, leads to greater precision in attributing poisoning death—and minimizing underreporting—to a specific substance. NPDS has not identified a single death solely attributable to 7-hydroxymitragynine. Furthermore, NDEWS investigators knew of the differences between the two compounds but provided only aggregated data of "kratom/7-OH" exposure. This research strategy potentially overrepresents the impact of 7-hydroxymitragynine in their reporting.

**Summary**: A signal arising from overdose death from 7-hydroxymitragynine is absent. Based upon data available at this time, the lack of findings suggests that 7-hydroxymitragynine carries no undue or unreasonable risk of overdose death.

**Comments on the 2025 FDA report on 7-hydroxymitragynine entitled**

*"7-Hydroxymitragynine (7-OH): An Assessment of the Scientific Data and Toxicologic*

*Concerns Around an Emerging Opioid Threat"*

14

The FDA document entitled "7-Hydroxymitragynine (7-OH): An Assessment of the Scientific Data and Toxicologic Concerns Around an Emerging Opioid Threat" contains several misstatements of science and epidemiology.

**Science:** The FDA report conflates 7-hydroxymitragynine MOR receptor affinity with lack of safety. *Exposure, not potency of binding alone, predicts toxicity.*[6] As FDA guidance documents flatly state, "[e]xposure-response information is at the heart of any determination of…safety…." ("Guidance for Industry. Exposure-Response Relationships—Study Design, Data Analysis, and Regulatory Applications, published 11/30/2024, available at: https://www.hhs.gov/guidance/document/exposure-response-relationships-study-design-data-analysis-and-regulatory-applications) While binding of a substrate to its receptor is useful to know, it is but one aspect of considering potential adverse effects including acute poisoning and overdose death.[7] The FDA not only overlooks the importance of assessing human exposure to 7-hydroxymitragynine following ingestion of that substance in its analysis, but they also disregard existing data that could better inform policymaking decisions.

The FDA assessment, recognizing that data related to administration of 7-hydroxymitragynine in humans are limited, relied upon existing studies and animal models to infer

---

[6] "Exposure" in this context is different from NPDS usage; here, exposure refers to the concentration and persistence of a substance in the body. The amount of drug that is absorbed into the body, how long the body takes to metabolize and excrete it, metabolite-to-parent ratio, protein binding, and how long a substance persists in target organs, among other parameters, all contribute to extent of exposure to that substance. Response can be assessed in terms of therapeutic effect or safety.

[7] The same features that make 7-hydroxymitragynine difficult to detect in forensic testing—its instability in plasma—*also limit the exposure of the person ingesting 7-hydroxymitragynine.* 7-Hydroxymitragynine contains a conjugated methyl ester that is of heightened chemical reactivity, hence the observed instability of 7-hydroxymitragynine in plasma, blood, urine, and gastric fluid. The stability of orally administered 7-hydroxymitragynine is actually worse than research suggests; incubation of 7-hydroxymitragynine without protease inhibitors led to greater-than-expected destruction of the molecule than from simple ester hydrolysis alone. Moreover, this analysis (ACS Pharmacol Transl Sci 2020; 3:1063-68) did not include the impact on hepatic metabolism—a recognized pathway for 7-hydroxymitragynine metabolism. Together, these effects, unconsidered by the FDA, limit human exposure to ingested 7-hydroxymitragynine.

15

(rather than prove) the potential for toxicity in humans. Unfortunately, the FDA makes in their assessment two errors. First, the FDA attempts to extend information derived from *kratom* administration studies to oral 7-hydroxymitragynine. Substantial differences exist in several pharmacokinetic and pharmacodynamic parameters in animal models between 7-hydroxymitragynine from kratom administration and oral administration of 7-hydroxymitragynine. Many of these parameters arising from oral 7-hydroxymitragynine administration in animal models (e.g., the limited bioavailability of <3%, limited volume of distribution, short elimination half-life, brief Mean Residence Time (the time a molecule such as 7-hydroxymitragynine spends in the body), and poor brain penetrance could contribute to an understanding of the observed lack of signal for acute poisoning and overdose death. Second, the FDA relies upon animal studies with unclear translational value to identify respiratory depression. The relied-upon study compared intravenous 7-hydroxymitragynine administration—a route of administration of 7-hydroxymitragynine that has not been observed among consumers. At no point does the FDA 7-hydroxymitragynine assessment acknowledge the importance of pharmacokinetic and pharmacodynamic parameters that limit exposure and mitigate toxicity from 7-hydroxymitragynine, or rely upon optimal scientific methodology in attempts to demonstrate toxicity.

**Epidemiology**: The FDA in their 7-hydroxymitragynine toxicology assessment notes considerable shortcomings of several epidemiologic datasets—and ignore some appropriate ones. For example, the FDA notes, correctly, that FAERS is not worthy of further analysis. Notably, however, the FDA assessment ignores that none of the FDA's own quarterly reports through Q1 2025 describe 7-hydroxymitragynine as presenting a safety signal for serious risk

16

(https://www.fda.gov/drugs/fdas-adverse-event-reporting-system-faers/potential-signals-serious-risksnew-safety-information-identified-fda-adverse-event-reporting-system).   The FDA places greatest emphasis on NPDS data but report only 7-hydroxymitragynine exposures.  This approach contains considerable bias because of the lack of a comparator. A more scientifically rigorous approach would have compared the number and rate of change of NPDS-reported exposures to 7-hydroxymitragynine versus another psychoactive substance—such as ingestible delta-9 tetrahydrocannabinol ($\Delta$-9 THC) formulations.  For example, between April 1 and July 31, $\Delta$-9 THC edibles were reported in NDPS over 7900 times—with six deaths (and no 7-hydroxymitragynine exposures in the cohort). Comparing the reports for 7-hydroxymitragynine to other substances would likely have identified a much stronger signal for other substances than 7-hydroxymitragynine.

I am able to defend rigorously these conclusions, made within a reasonable degree of medical and toxicologic certainty. I reserve the right to supplement, amend, or addend these conclusions based upon new information, including other expert reports.

_____
Edward W. Boyer, M.D., Ph.D.

August 18, 2025

17

# Edward W Boyer MD PhD
## Curriculum Vitae

**Date Prepared:**    May 9, 2025

**Name:**    Edward Wright Boyer

**Office Address:**    410 West 10th Ave
Prior Hall
Columbus, OH 43210

**Home Address:**    387 South Parkview Avenue
Bexley, OH  43209

**Work Phone:**    617 413 0924

**Work Email:**    Edward.boyer@osumc.edu

**Place of Birth:**    Memphis, Tennessee

## Education:

| | | | |
|---|---|---|---|
| 1979-1983 | BS, *magna cum laude* | Chemistry | Vanderbilt University, Nashville, TN |
| 1983-1984 | MA | Organic Chemistry | Columbia University, New York, NY |
| 1984-1986 | MPhil | Organic Chemistry | Columbia University |
| 1984-1987 | PhD | Organic Chemistry (Dissertation Advisor: WC Still) | Columbia University |
| 1991-1995 | MD | Medicine | Columbia University College of Physicians and Surgeons, New York, NY |
| 2021 | AB | Honorary degree | Harvard College, Cambridge, MA |

## Postdoctoral Training:

| | | | |
|---|---|---|---|
| 1987 – 1989 | NIH Postdoctoral Fellow (Emil T Kaiser) | Bioorganic Chemistry and Biochemistry | The Rockefeller University, New York, NY |
| 1995 – 1996 | Intern | Emergency Medicine | The Medical College of Pennsylvania, Philadelphia, PA |
| 1996 – 1999 | Resident | Emergency Medicine | Hospital of the University of Pennsylvania, Philadelphia, PA |

1

Case 4:25-cv-00917-RK    Document 8-2    Filed 12/11/25    Page 107 of 297

| 1999 – 2001 | Fellow | Medical Toxicology | Boston Children's Hospital, Boston, MA |

**Faculty Academic Appointments:**

| 1999 – 2001 | Clinical Fellow | Pediatrics | Harvard Medical School, Boston, MA |
| 2001 – 2005 | Assistant Professor | Emergency Medicine | University of Massachusetts Medical School, Worcester, MA |
| 2001 – 2015 | Lecturer | Pediatrics | Harvard Medical School, Boston, MA |
| 2005 – 2011 | Associate Professor | Emergency Medicine | University of Massachusetts Medical School |
| 2011 – 2016 | Professor | Emergency Medicine | University of Massachusetts Medical School |
| 2015 – 2017 | Lecturer, Part Time | Pediatrics | Harvard Medical School, Boston, MA |
| 2016 – present | Professor, Adjunct (Non-Voting) | Emergency Medicine | University of Massachusetts Medical School |
| 2017 – 2019 | Lecturer on Emergency Medicine | Pediatrics | Harvard Medical School |
| 2017 – 2021 | Associate Professor, full time | Emergency Medicine | Harvard Medical School, Boston, MA |
| 2021 – 2022 | Professor, full time | Emergency Medicine | Harvard Medical School, Boston, MA |
| 2022 – present | Visiting Professor | Emergency Medicine | Harvard Medical School, Boston, MA |
| 2022 – present | Professor with Tenure | Emergency Medicine | Ohio State College of Medicine, Columbus, OH |

**Appointments at Hospitals/Affiliated Institutions:**

| 1999 – 2001 | Attending Physician | Emergency Medicine | Northeast Hospital Corporation, Beverly, MA |
| 2001 – 2016 | Attending Physician | Emergency Medicine | UMass-Memorial Medical Center, Worcester, MA |
| 2001 – 2016 | Attending Physician | Medical Toxicology Consulting Service | UMass-Memorial Medical Center, Worcester, MA |
| 2001 – 2021 | Attending Physician | Emergency Medicine (Toxicology) | Children's Hospital, Boston, Boston, MA |

2

| | | | |
|---|---|---|---|
| 2010 – 2014 | Research Staff | Addiction Medicine | Edith Nourse Rogers Memorial Veteran's Administration Medical Center |
| 2012 – 2017 | Consultant | Infectious Diseases | Massachusetts General Hospital |
| 2016 – 2021 | Attending Physician | Emergency Medicine | Brigham and Women's Hospital |
| 2016 – 2021 | Attending Physician | Emergency Medicine | Brigham and Women's Faulkner Hospital, Boston, MA |
| 2018 – present | Adjunct Faculty | Behavioral Medicine | The Fenway Institute, Boston, MA |
| 2021 – present | Attending Physician | Emergency Medicine | Ohio State University Wexner Medical Center |

**Other Professional Positions:**

| | | |
|---|---|---|
| 1989–1990 | Patent Agent Trainee | Fish & Neave, New York, NY |
| 2014-2017 | Chair, Data Safety Monitoring Board | Brown University |

**Major Administrative Leadership Positions:**

**Local**

| | | |
|---|---|---|
| 2002 – 2016 | Chief, Division of Medical Toxicology | UMass-Memorial Medical Center |
| 2008 – 2009 | Acting Chief, Division of Research | UMass-Memorial Medical Center |
| 2008 – 2016 | Core faculty member | Addiction Medicine Fellowship Training Program, UMass-Memorial Medical Center |
| 2016 – 2018 | Director of Academic Development | Department of Emergency Medicine, Brigham and Women's Hospital Boston, MA |
| 2018 – 2021 | Director of Research and Academic Development | Department of Emergency Medicine, Brigham and Women's Hospital Boston, MA |
| 2019 – 2021 | Director of Vaping Toxicology | Division of Pulmonary Medicine, Boston Children's Hospital Boston, MA |
| 2019 – 2021 | Core Faculty Member | Core faculty, Addiction Medicine Fellowship Program Brigham and Women's Hospital Boston, MA |
| 2021 – present | Director, Grantsmanship series | Nationwide Childrens Hospital Columbus, OH |
| 2024 – present | Director, Postgraduate Workforce Development | The Ohio State University Columbus, OH |

3

| | | |
|---|---|---|
| 2024 – present | Member, Strategic Planning, OSU CTSI | The Ohio State University Columbus, OH |

**National**

| | | |
|---|---|---|
| 2013 – 2018 | Scientific Advisory Board | NIDA P50 Center for Technology and Behavioral Health, Dartmouth College, Hanover, NH |
| 2016 – 2020 | Scientific Advisory Board | NIDA Drug Early Warning System (NDEWS) |
| 2020 – 2021 | Executive Advisory Board | Mary Horrigan Connors Center for Women's Health and Gender Biology |

**Committee Service:**

**Local**

| | | |
|---|---|---|
| 2001 – 2003 | Institutional Review Board | University of Massachusetts Medical School |
| 2001 – 2012 | Graduate Medical Education Committee | University of Massachusetts Medical School |
| 2005 – 2016 | Division Directors Committee | UMass-Memorial Medical Center |
| 2007 – 2012 | Recruitment Committee | UMass-Memorial Medical Center |
| 2008 – 2016 | Research Committee | UMass-Memorial Medical Center |
| 2011 – 2016 | Morbidity and Mortality Committee | UMass-Memorial Medical Center |
| 2012 – 2016 | Junior Faculty Development Committee 2012 – present | University of Massachusetts Medical School Steering Committee Member |
| 2012 –2016 | K-Award Writing Committee 2012-2016 | UMass-Memorial Medical Center Senior Member |
| 2012 – 2013 | Overdose Management Committee | UMass-Memorial Medical Center |
| 2012 – 2015 | Technology Assessment Committee | UMass-Memorial Medical Center |
| 2016 - 2021 | K Review Group | Division of Infectious Diseases, Massachusetts General Hospital |
| 2017 - 2021 | iHub advisor | Brigham and Women's Hospital |
| 2017 - 2021 | Academic Mentoring Committee | Department of Emergency Medicine |
| 2017 - 2021 | Departmental Leadership Committee | Department of Emergency Medicine |
| 2019 - 2021 | Clinical Investigation Committee | Brigham and Women's Hospital |
| 2020 - 2021 | Covid Research Review Committee | Brigham and Women's Hospital |
| 2020 - 2021 | Research Recovery Executive Advisory Committee | Brigham and Women's Hospital |

**Regional**

| | | |
|---|---|---|
| 2014 – 2017 | Chair, Data Safety Monitoring Board | Brown University |

**National**

| | | |
|---|---|---|
| 2003 | Drugs and Crime Practitioners' Workshop | National Institute of Justice |

4

Case 4:25-cv-00917-RK    Document 8-2    Filed 12/11/25    Page 110 of 297

| | | |
|---|---|---|
| 2003 | "Black Hat" Expert Advisory Panel on Chemical Terrorism Agents of Opportunity | US Centers for Disease Control & Agency for Toxic Substances and Diseases Registry |
| 2005 | Expert Advisor | NIDA CEWG |
| 2005 | Expert Advisory Panel on Dextromethorphan Abuse | Rand Corporation |
| 2005 | Expert Advisory Panel on Prescription Drug Abuse | Rand Corporation |
| 2005 | Expert Advisory Panel on Club Drug Abuse | Rand Corporation |
| 2007 | Consultation and Debriefing Meeting on the Response to Fentanyl-Related Overdose and Death 2007 | Substance Abuse and Mental Health Services Administration Co-Chair |
| 2008 | Drug Interaction Work Group | Substance Abuse and Mental Health Services Administration |
| 2009 | Buprenorphine in the Treatment of Opioid Addiction: Balancing Medication Access with Quality Care 2009 | Department of Health and Human Services Invited Expert |
| 2009 | Public Health Emergency Preparedness 2009 | Agency for Healthcare Research and Quality Invited Expert |
| 2009 | Uniform Case Definitions Work Group | Substance Abuse and Mental Health Services Administration |
| 2010 – 2015 | Drug Safety and Risk Management Advisory Committee 2010 | US Food and Drug Administration Temporary Voting Member |
| 2010 | Translating Screening and Intervention Research for Implementation in Emergency Departments | National Institutes on Drug Abuse |
| 2017 | Abuse Deterrent Formulation Meeting | US Food and Drug Administration/National Institutes on Drug Abuse Invited Participant |
| 2017 | Smart and Connected Health Visioning Meeting 2017 | National Science Foundation Invited Participant |

**International:**

| | | |
|---|---|---|
| 2017 | Oversight Committee, Poison Control Development Project | Ramaiyah Medical School, Bangalore, India |

**Professional Societies:**

| | | |
|---|---|---|
| 2001 – present | American College of Medical Toxicology | |

5

| | | | |
|---|---|---|---|
| | 2001-present | Member | |
| | 2007 | Fellow | |
| 2001 – 2010 | American College of Emergency Physicians | | |
| | 2001-2010 | Member | |
| | 2007-2010 | Research Committee Member | |
| 2001 –present | Society for Academic Emergency Medicine | | |
| | 2001-present | Member | |
| 2012 – 2021 | Massachusetts Medical Society | | |
| | 2012-2022 | Member, Committee on Publications | |
| 2014 – 2016 | Massachusetts Hospital Association | | |
| | 2014-2016 | Member, Opioid Overdose Prevention Committee | |
| 2018 –present | College on Problems of Drug Dependence | | |
| | 2018-present | Member | |

**Grant Review Activities:**

| | | | |
|---|---|---|---|
| 2004 – 2005 | Orphan Drug Project Review Panel | Food and Drug Administration | |
| | 2004-2005 | Ad hoc Member | |
| 2006 | HIV III Review Committee | Centers for Disease Control | |
| | 2006 | Ad hoc Member | |
| 2006 | Review panel ZRG1 AARR 15 | National Institutes of Health | |
| | 2006 | Ad hoc Member | |
| 2009 | Challenge Grant Review Panel 4 | National Institutes of Health | |
| | 2009 | Ad hoc Member | |
| 2009 | Challenge Grant Review Panel 27 | National Institutes of Health | |
| | 2009 | Ad hoc Member | |
| 2009 | Challenge Grant Review Panel 37 | National Institutes of Health | |
| | 2009 | Ad hoc Member | |
| 2009 – 2010 | Behavioral & Social Consequences of HIV/AIDS (BSCH) | National Institutes of Health | |
| | 2009 - 2010 | Ad hoc Member | |
| 2009 | Special Emphasis Review Panel ZRG1 AARR G15 | National Institutes of Health | |
| | 2009 | Ad hoc Member | |
| 2010 | NIDA Center (P30) and Center of Excellence (P50) Awards | National Institutes of Health | |
| | 2010 | Ad hoc Member | |
| 2011 | Special Emphasis Review Panel ZRG1 AARR-F-(02) | National Institutes of Health | |
| | 2011 | Ad hoc Member | |
| 2011 | Special Emphasis Review Panel ZRG1 HDM-K-(55) | National Institutes of Health | |
| | 2011 | Ad hoc Member | |
| 2011 | Special Emphasis Review Panel ZRG1 GXM-A-(06) | National Institutes of Health | |
| | 2011 | Ad hoc Member | |

6

| | | |
|---|---|---|
| 2011 | Special Emphasis Panel SBIR Topic 137 | National Institutes of Health |
| | 2011 | Ad hoc Member |
| 2011 | Special Emphasis Panel SBIR Topic 143 | National Institutes of Health |
| | 2011 | Ad hoc Member |
| 2011 | Special Emphasis Panel SBIR Topic 39 | National Institutes of Health |
| | 2011 | Ad hoc Member |
| 2012 | Cutting Edge Basic Science Research Award (CEBRA) 2012/05 ZDA1 SXC-E | National Institutes of Health |
| | 2012 | Ad hoc Member |
| 2012 | NIDA Conference Grant Review Committee 2012/05 ZDA1 MXL-F (09) | National Institutes of Health |
| | 2012 | Ad hoc Member |
| 2013 – 2019 | Behavioral and Social Science Approaches to Preventing HIV/AIDS (BSPH) 2013 – 2018; name changed in 2019 to Population and Public Health Approaches to HIV/AIDS (PPAH) | Standing member National Institutes of Health |
| 2015 | Avenir Mechanism Grant Review | National Institutes of Health |
| | 2015 | Ad hoc Member |
| 2015 | Smart and Connected Health Review Panel | National Institutes of Health and National Science Foundation |
| | 2015 | Ad hoc Member |
| 2018 | PPAH | National Institutes of Health |
| | 2018-2019 | Standing Member |
| 2019 | Smart and Connected Health NSF 18-541 | National Science Foundation |
| | 2019 | Ad hoc Member |
| 2019 | Work and Education NSF 19-541 | National Science Foundation |
| | 2019 | Ad hoc Member |
| 2020 | Fulbright Scholars Review Committee | The Fulbright Commission |
| 2024 | NIDA Project Grant Review Committee 2024/05 ZRG1 IIDB-R (40) | National Institutes of Health |
| | 2024 | Ad hoc Member |

**Editorial Activities:**

**Ad hoc Reviewer**
New England Journal of Medicine
Lancet
Pediatrics

Drug and Alcohol Dependence
Pediatric Emergency Care
Journal of Toxicology
Critical Care Medicine
Critical Care
Journal of Clinical Psychopharmacology
Chest
Dermatology
Neuropsychopharmacology
Academic Emergency Medicine
Journal of Medical Toxicology
Forensic Science International

## Other Editorial Roles

| | | |
|---|---|---|
| 2005 | Associate Editor | Aghababian's Textbook of Emergency Medicine |
| 2007 | Associate Editor | Gold Standard Online Toxicology Text |
| 2010 – 2013 | Associate Editor | Journal of Medical Toxicology |
| 2018 - 2020 | Associate Editor | Smart Health |

## Honors and Prizes

| | | | |
|---|---|---|---|
| 1999 | Resident Teaching Award | Hospital of the University of Pennsylvania, Department of Emergency Medicine | |
| 2008 | NIH Distinguished Lecturer in Natural Products Neurosciences | University of Mississippi, Oxford, MS | |
| 2010 | College of CSR Reviewers | National Institutes of Health, Bethesda, MD | Awarded for Exceptional Service to Center for Scientific Review |
| 2011 | National Research Award | American College of Medical Toxicology, Phoenix, AZ | |
| 2012 | Champions of Excellence | UMass-Memorial Medical Center | Awarded for quality of care service |
| 2013 | Best User Experience Award | Health and Wellness Innovations MIT Media Lab, Cambridge, MA | Overall Winner |
| 2015 | Nominee, Best paper in mHealth | IEEE 48th Annual Hawaii International Conference on Systems Science, Maui, HI | Nominee |

8

| 2015 | Citation Award | Society of Behavioral Medicine, Milwaukee, WI | Awarded to the top three research submissions to the annual SBM national conference |
|------|----------------|------------------------------------------------|--------------------------------------------------------------------------------------|
| 2016 | Innovations in Healthcare | Medstro, Boston, MA | Overall Winner |
| 2018 – 2019 | Fulbright Scholarship | William J Fulbright International Scholarship Board | Recipient |
| 2021 | Nominee, Best paper in mHealth | IEEE 54th Annual Hawaii International Conference on Systems Science, Maui, HI | Nominee |
| 2021 | Pillars of Excellence Awardee | Brigham and Women's Hospital | Awardee |

## **Report of Funded and Unfunded Projects**

**Funding Information:**

**Past**

1988 – 1989    Design and synthesis of a peptide model of the Trp repressor
NIH F32GM12200
Role: Principal Investigator
Real time detection of cocaine use in natural environments

2002 – 2005    Examining the relationship between the internet and illicit drug use
NIH R21DA14929
Role: Principal Investigator
Sought to determine the role of the internet in initiation of illicit drug use

2005 – 2010    Club drugs, adulterants, coingestants, and associated HIV risk
NIH R01DA18572
Role: Principal Investigator
Examined the impact of club drugs, adulterants and coingestants on HIV risk

2007 – 2008    Risk factors for severe opioid-related overdose
NIH R01DA020030
Role: co-investigator (Wines, PI)
Examined the impact of depression on the risk of opioid overdose requiring naloxone for reversal

2007 – 2010    Opioids, internet pharmacies, self-treated chronic pain, and HIV/AIDS
NIH R21DA022677
Role: Principal Investigator
Examines the extent to which internet pharmacies contributed to opioid misuse

9

| | |
|---|---|
| 2008 – 2011 | The Sentinel Events Model: A dynamic model of substance use cessation<br>NIH R01DA023170<br>Role: Co-investigator<br>A new behavioral model to guide substance abuse treatment development |
| 2008 – 2011 | Computer-assisted interventions for drug abuse in the ED<br>NIH R42DA021455<br>Role: Co-Investigator (Boudreaux, PI)<br>Assists drug abusers, while patients in the ED, find drug treatment |
| 2010 – 2011 | Bioinformatic Generated and Learned Acute Assessment Models (BIOGLAAM)<br>DoD SBIR A09A-027-0201<br>Role: Consultant (Gorman, PI)<br>learning approaches to the detection of shock |
| 2010 – 2012 | A mobile Enabling Technology to enhance adherence to behavioral therapy<br>NIH RC1028428 (ARRA Challenge Grant)<br>Role: Principal Investigator<br>Machine learning approaches to detection of drug craving based on wearable biosensor data |
| 2011 – 2014 | iMStrong, an innovative remote monitoring system for detecting cocaine use<br>NIH R01DA033769<br>Role: Principal Investigator<br>Real time detection of cocaine use in natural environments using wearable biosensors |
| 2011 – 2016 | A mobile, personalized intervention with real-time adaptation to HAART adherence<br>NIH R01DA031081<br>Role: Principal Investigator<br>mHealth interventions to support antiretroviral adherence |
| 2015 – 2016 | NIDA National Early Warning Network (iN3): An innovative approach<br>NIH R56DA38266<br>Role: Principal Investigator (multi-PI proposal)<br>Social media-based detection of emerging drugs of abuse using machine Learning |
| 2014 – 2017 | Trending: Social media analyses to monitor cannabis & synthetic cannabinoid use<br>NIH R01DA39454<br>Role: Co-investigator (Danuilaityte PI); $67,434<br>Used social media and web semantic approaches to identify changes in cannabinoid use |
| 2014 – 2026 | Mentoring in advanced mHealth interventions for drug abuse & ART adherence<br>NIH K24DA027109<br>Role: Principal investigator; $879,845 |

10

Provides for mentoring of junior faculty in mHealth interventions

| | |
|---|---|
| 2017-2018 | 2017 National Institute on Drug Abuse (NIDA) International Visiting Scientists and Technical Exchange Program<br>INVEST Program<br>Role:  Principal investigator. Darika Saingam PhD, mentee; $60,084<br>Pharmacokinetics of kratom |
| 2018-2019 | Wearable biosensors to detect kratom use in Malaysian heroin users<br>Fulbright Scholars Program<br>Role:  Principal Investigator; $15,630<br>Used wearable biosensors in heroin users seeking drug treatment to ascertain the pharmacophysiology of kratom |
| 2018-2019 | Sentanyl: Emergency department-based surveillance for clandestine opioids<br>NIH R21DA46734<br>Role:  Co-investigator (Babu, PI); $265,269<br>Used advanced testing protocols to identify unrecognized opioids such as fentanyl congeners in heroin overdose victims |
| 2018-2019 | Feasibility and Acceptability of wireless biometric monitoring using a novel wearable sensor<br>Philips Healthcare PCMS-CSV-G10BWH-2018-10290<br>Role:  Co-investigator (Chai, PI); $194,956<br>This grant investigates the operational barriers and usability of a novel wireless biosensor that collects real-time biometric data in emergency department patients. |
| 2018-2019 | Feasibility and Acceptability of Digital Pills to Monitor PrEP adherence in MSM with Substance Abuse (DigiPrEP)<br>Gilead ISR-17-10189<br>Role: Co-investigator (Chai, PI); $150,000<br>This grant investigates the use of digital pills to measure real-time PrEP adherence in MSM with substance use disorders. |
| 2018-2020 | Feasibility and Acceptability of wireless biometric monitoring using a novel wearable sensor in respiratory illness<br>Philips Healthcare<br>Role: Co-investigator (Raby, PI); $194,956<br>Investigates the operational barriers and usability of a novel wireless biosensor that collects real-time biometric data in emergency department patients with respiratory illness. |
| 2019-2020 | Sound cancelling earbuds to improve transition to night shifts<br>Bose Health<br>Role: Principal Investigator.<br>This project examines the utility of Bose Sleepbuds in assisting residents transition to and recover from night shifts. |
| 2017 – 2021 | MyTPill: A Novel Strategy to Monitor Antiretroviral Adherence among HIV+ Prescription Opioid Users/Diversity Supplement<br>R01DA047236-S1 |

11

Role: Principal investigator; $187,334
Compares two electronic adherence measures for antiretroviral adherence.

2018 – 2021 CUPID: Context-aware Unobtrusive Prediction of Indicators for Diagnosis of Health Risks
DARPA FA8750-18-C-0025
Role: Principal investigator; $1,505,752
Uses digital phenotyping to identify traumatic brain injury and acute febrile illness

## Current

2018 – 2025 Violence and depressive symptoms among at-risk adolescents
NIH HD093655
Role: Co-investigator (PI: Megan Ranney)
Seeks to develop mobile health-based behavioral interventions directed toward adolescents with depression and exposure to violence

2018 – 2024 Systematic assessment of geriatric elements in atrial fibrillation (SAGE-AF)
NIH R01 HL126911
Role: Co-Investigator (David McManus, PI)
Seeks to optimize the design of a machine learning-based approach to detection of paroxysmal atrial fibrillation in the elderly

2019 – 2024 MyTPill: A Novel Strategy to Monitor Antiretroviral Adherence among HIV+ Prescription Opioid Users
R01DA047236
Role: Principal investigator; $3,185,724
Compares two electronic adherence measures for antiretroviral adherence.

2021 – 2026 Digital phenotyping, machine learning and biosensing: NextGen mentoring in HIV/drug abuse research
NIH K24DA37109
Role: Principal investigator; $879,845
Provides for mentoring of junior faculty in advanced technologies

## Projects Submitted for Funding

2022 – 2025 Advanced learning systems for triage
DARPA
Role: Principal investigator; $879,845
Uses machine learning to refine mass casualty triage

## Training Grants and Mentored Training Grants

2003 – 2007 fMRI assessment of organophosphate neurotoxicity
K08 ES012897
Role: Mentor. Steven B Bird, PI; $505,056
Uses fMRI to characterize the neuronal basis of organophosphate neurotoxicity

2013 – 2018 Text message-based depression prevention for high risk youth in the ED
K23MH095866
Role: Mentor. Megan Ranney, PI; $730,889

12

|  |  |  |
|---|---|---|
| | Develops mHealth depression prevention methods in adolescents suffering peer violence | |
| 2014 – 2017 | Understanding atrial remodeling and fibrillation using miRNA<br>KL2 TR001455<br>Role: Mentor. David McManus, PI; $458,100<br>Uses wearable biosensors and machine learning to distinguish cardiac rhythm (eg, atrial fibrillation) from smartphone camera-based pulse characteristic detection | |
| 2016 – 2019 | iSense: Wearable biosensors to evaluate the evolution of opioid tolerance<br>KL2 TR001455<br>Role: Primary mentor. Stephanie Carreiro, PI; $458,100<br>Uses mobile biosensors to detect the development of opioid tolerance | |
| 2018 – 2023 | Development of ingestible biosensors to enhance PrEP adherence in substance users.<br>K23 DA044874<br>Role: Primary mentor. Peter Chai, PI; $979,800<br>Uses fMRI to characterize the neuronal basis of organophosphate neurotoxicity | |

**Unfunded Projects**

| | | |
|---|---|---|
| 2015-present | Co-Investigator. Drones in mass casualty events<br>This project evaluated operational characteristics of drones in mass casualty simulations (UMass-Memorial Medical Center) | |
| 2016-present | Co-Investigator. Fentanyl and heroin<br>This project examined the presence of fentanyl and congeners in heroin (UMass-Memorial Medical Center) | |
| 2017-present | Mentor. Detection of extrapyramidal TB using ultrasound<br>This project examined the utility of ultrasound in detecting extrapulmonary TB in resource limited settings (Brigham and Women's Hospital) | |
| 2017-present | Principal Investigator. Music in ART adherence and drug abuse<br>This project examined the utility of machine learning-derived music in improving affect to improve drug use and ART adherence (Brigham and Women's Hospital) | |

## <u>Report of Local Teaching and Training</u>

**Teaching of Students in Courses:**

**Columbia University**

| | | |
|---|---|---|
| 1983 – 1985 | Organic chemistry laboratory<br>30 undergraduate students | Columbia University, New York, NY<br>3-hr session per week x 18 weeks |
| 1985 – 1986 | Honors organic chemistry recitation<br>25 undergraduate students | Columbia University<br>1-hr session per week x 18 weeks |

**Massachusetts College of Pharmacy**

| | | |
|---|---|---|
| 1999 | Street drugs<br><br>200 Pharmacy Students | Massachusetts College of Pharmacy, Boston, MA<br>8 hours/year |

13

| | | |
|---|---|---|
| 2000 | Medical Information 200 Pharmacy Students | Massachusetts College of Pharmacy One hour lecture |

**Harvard College**

| | | |
|---|---|---|
| 2018 | Frontiers in Therapeutics: Poisoning 50 Undergraduate Students | Harvard College One hour guest lecture |

**Harvard Medical School**

| | | |
|---|---|---|
| 2002 | Independent study, illegal drugs 3 MPH Students | Harvard School of Public Health Three hour discussion group |
| 2002 – 2004 | Occupational Toxicology: Heavy Metals 25 MPH Students | Harvard School of Public Health One hour lecture |
| 2017 | Health Sciences Technology Introduction to Clinical Medicine Second year HMS medical students | Brigham and Women's Hospital 6, 1.5 hour precepting sessions |
| 2017 | Epidemiology 208 Workshop Summer Program in Clinical Effectiveness | Harvard School of Public Health One 2 hour precepting session |
| 2018 | Health Sciences Technology Introduction to Clinical Medicine Second year HMS medical students | Brigham and Women's Hospital 6, 1.5 hour precepting sessions |

**University of Massachusetts Medical School**

| | | |
|---|---|---|
| 2006 | Emergency Medicine mini-elective 20 Medical Students | University of Massachusetts Medical School 30 hours |
| 2008 – 2012 | Pharmacology course: Herbal products 150 Medical Students | University of Massachusetts Medical School Two hour lecture |

**Formal Teaching of Residents, Clinical Fellows and Research Fellows (post-docs): Harvard Medical School**

| | | |
|---|---|---|
| 2001 – 2016 | Toxicology Case Conference Emergency Medicine residents from BIDMC, BWH/MGH, BMC, Brown University and Kent Hospital | UMass-Memorial Medical Center 2-hr sessions per wk x 44 weeks |
| 2001 – 2021 | "Tox Tuesday" Toxicology Lecture Series 10 EM residents, fellows, & faculty | Boston Children's Hospital 2-hr sessions per wk x 4 weeks |
| 2016 – 2021 | Toxicology Conference 20 EM residents, fellows, & faculty | Brigham and Women's Hospital 2-hr sessions per month x 6 months |

14

## University of Massachusetts Medical School

| | | |
|---|---|---|
| 2001 – 2016 | Toxicology Case Conferences<br>20 EM residents, fellows, & faculty | UMass-Memorial Medical Center<br>2-hr sessions per wk x 44 weeks |
| 2001 | Introduction to toxicology<br>75 Internal Medicine residents | UMass-Memorial Medical Center<br>Six one-hour lectures |
| 2003 | Serotonin Syndrome<br>20 Neurology residents | UMass-Memorial Medical Center<br>One hour lecture |
| 2007 | Drugs of abuse<br>10 Psychiatry residents | UMass-Memorial Medical Center<br>One hour lecture |
| 2007 | Aspirin toxicity<br>30 EM residents | UMass-Memorial Medical Center<br>One hour lecture |
| 2010 | Medicolegal case review<br>50 EM residents and faculty | UMass-Memorial Medical Center<br>One hour lecture |

## Clinical Supervisory and Training Responsibilities

| | | |
|---|---|---|
| 1999 – 2001 | Attending Physician, Emergency Medicine | Northeast Hospital Corporation<br>600 hours per year |
| 2001 – 2016 | Attending Physician, Emergency Medicine | UMass-Memorial Medical Center<br>800-1000 hours per year |
| 2001 – 2021 | Consulting Physician, Medical Toxicology | Boston Children's Hospital<br>250 hours per year |
| 2016 – 2021 | Master Physician, Emergency Medicine | Brigham and Women's Hospital<br>479 hours per year |
| 2021 – present | Attending Physician | Ohio State Wexner Medical Center<br>400 hours per year |
| 2024 – present | Attending Physician | Nationwide Childrens Hospital<br>400 hours per year |

## Laboratory and Other Research Supervisory and Training Responsibilities

| | | |
|---|---|---|
| 2001 – 2021 | Supervision of post-doctoral research fellows / UMass-Memorial Medical Center | One group meeting per week and 1:1 supervision three hours per week |
| 2018 – 2021 | Supervision of research team studying Bose Sleepbuds | One group meeting per week and 1:1 supervision three hours per week |
| 2019 – 2021 | Supervision of research team studying pain and anxiety in oncology patients in the ED | One group meeting per week and 1:1 supervision three hours per week |
| 2023 – present | Supervision of grantsmanship efforts of junior faculty | One group meeting per month and 1:1 supervision three hours per week |

## Formally Mentored Harvard Medical, Dental and Graduate Students

| | |
|---|---|
| 2010 – present | Kathleen L Boyle MD (MPH candidate, HSPH 2019)<br>Currently conducting research into geocoding naloxone administration in heroin/fentanyl overdoses. Successfully received NIH LRP funding in 2016 |

15

Case 4:25-cv-00917-RK    Document 8-2    Filed 12/11/25    Page 121 of 297

| | |
|---|---|
| 2017 – present | Jamaji Nwanaji-Enwerem (MD-PhD student, HMS)<br>Currently completing the clinical portion of his training.  Successfully received T32 and F31 funding. Served on dissertation defense committee for toxicity of nanoparticles, HSPH |
| 2017 – 2018 | Octavio Viramontes (MD student, HMS)<br>Currently beginning the clinical portion of his training; conducting research into the use of drones to perform the physical examination |

**Other Trainees and Mentored Faculty**

| | |
|---|---|
| 2002 – 2016 | **Steven B Bird, MD / Professor and Vice Chair for Education; Chief Experience Officer, University of Massachusetts Medical Center**<br>*Career Stage*: **fellow, faculty.  *Mentoring Role*:  Academic and research mentor*. *Accomplishments*:  Mentoring in grantsmanship has led to NIH-funded K08, R21, UO1 grants; six publications** |
| 2002 – 2016 | D. Eric Brush, MD / Associate Professor, University of Massachusetts Medical Center.<br>*Career Stage*:  Resident, faculty. *Mentoring Role*:  Academic and career mentor<br>*Accomplishments*:  Four publications<br>*Career Stage*: fellow, faculty. *Mentoring Role*: academic mentor. |
| 2004 – present | **Kavita Babu, MD / Professor, University of Massachusetts Medical Center; Chief Opioid Officer, UMass; Chief, Division of Medical Toxicology.**<br>*Career Stage*: **fellow, faculty. *Mentoring Role*: academic and research mentor. *Accomplishments*:  Eleven publications, risk management research grants, NIH R21** |
| 2004 – 2007 | James Courtney, MD / Attending Physician, Milford Regional Hospital<br>*Career Stage*: fellow. *Mentoring Role*: academic mentor.<br>*Accomplishments*: one publication |
| 2004 – 2007 | Michael Ganetsky, MD / Assistant Professor, Harvard Medical School<br>*Career Stage*: fellow, faculty.  *Mentoring Role*: academic mentor*.<br>*Accomplishments*: Two publications |
| 2006 – 2016 | Richard Church, MD / Associate Professor, University of Massachusetts Medical Center.<br>*Career State:* Fellow, faculty. *Mentoring role*: Academic<br>*Accomplishments*: one publication |
| 2006 – 2010 | Michael Levine MD / Assistant Professor, University of Southern California School of Medicine.<br>*Career Stage*:  resident, fellow, faculty. *Mentoring role*: Research mentor.<br>*Accomplishmontes*: four publications<br>*Career Stage*: resident, fellow, faculty. *Mentoring Role*: academic mentor*. |
| 2007 – 2009 | Najla Khoja, RPh / Director, Poison Service, King Faisal Medical Center, KSA<br>*Career Stage*: fellow. *Mentoring Role*: academic supervisor.<br>*Accomplishments*:  Mentoring in approaches to the academic medical center led to the creation of the first poison control center in the Kingdom of Saudi Arabia |
| 2007 – 2009 | Kevin Kent, MD / Attending, Milford Regional Hospital<br>*Career Stage*: fellow. *Mentoring Role*: Fellowship director.  Instrumental in guiding his career path based on prolonged discussions. |
| 2007 – 2015 | **Chad Darling, MD / Assistant Professor, University of Massachusetts Medical School**<br>*Career Stage*: **faculty. *Mentoring Role*: academic advisor.** |

16

| | |
|---|---|
| | ***Accomplishments*: Mentoring led to Dr. Darling receiving NIH K23, R21 awards** |
| 2007 – 2012 | Richard Ribon Fletcher, PhD / Research Scientist, MIT<br>*Career Stage*: research scientist. *Mentoring Role*: research supervisor.<br>*Accomplishments*: Mentoring in health applications of biosensor technologies led to a Gates Foundation award and three publications |
| 2008 –present | **Andrew Monte, MD PhD / Professor, University of Colorado Medical Center; Medical Director, Rocky Mountain Drug Information Center**<br>***Career Stage*: fellow, faculty. *Mentoring Role*: academic and research mentor. *Accomplishments*: Mentoring in grantsmanship, the structure of manuscripts, and presentation of results led to one publication, NIH K23, and NIH R01** |
| 2008 - 2013 | Kathryn Weibrecht, MD / Associate Chief of Emergency Medicine, Morton Hospital.<br>*Career Stage*: fellow. *Mentoring Role*: career supervisor.<br>*Accomplishments*: One publication |
| 2008 – 2012 | Christopher Rosenbaum, MD / Attending Physician, Newton-Wellesley Hospital<br>*Career Stage*: fellow. *Mentoring Role*: academic supervisor.<br>*Accomplishments*: Six publications |
| 2008 – 2012 | Jeanine Ward, MD, PhD / Attending Physician, York Hospital<br>*Career Stage*: fellow. *Mentoring Role*: academic supervisor.<br>*Accomplishments*: one industrial grant, two publications |
| 2009 – 2010 | Jennifer Englund, MD / Attending Physician, Regions Hospital<br>*Career Stage*: fellow. *Mentoring Role*: fellowship director. Instrumental in guiding her career path based on prolonged discussions. |
| 2009 – 2011 | Jarrett Burns, DO / Associate Chief of Emergency Medicine, Heywood Hospital<br>*Career Stage*: fellow. *Mentoring Role*: academic supervisor.<br>*Accomplishments*: Four publications |
| 2010 – 2012 | Brian Wolk, MD / Assistant Professor, Loma Linda Medical School<br>*Career Stage*: fellow. *Mentoring Role*: academic supervisor.<br>*Accomplishments*: One publication |
| 2011 – 2017 | **Keith Horvath, PhD / Professor, San Diego State University**<br>***Career Stage*: faculty. *Mentoring Role*: academic mentor**<br>***Accomplishments*: Two publications; NIH R34 award; one R01 submitted** |
| 2011 – 2016 | **David McManus, MD / Professor, University of Massachusetts Medical School; Chair, Department of Medicine**<br>***Career Stage*: faculty. *Mentoring Role*: research mentor.**<br>***Accomplishments*: Mentoring in grantsmanship for submissions involving innovative technologies related to cardiac care culminated two publications; NIH KL2, R01, and UO1 awards** |
| 2011 – present | **Megan Ranney, MD MPH / Winslow Professor of Public Health, Yale; Dean, Yale School of Public Health**<br>***Career Stage*: faculty. *Mentoring Role*: research and academic mentor.**<br>***Accomplishments*: Fourteen publications, a NIH K23 award, a PCORI R01 award; three NIH R01s** |
| 2011 – 2016 | Mark Neavyn, MD / Assistant Professor, University of Massachusetts Medical School<br>*Career Stage*: fellow, faculty. *Mentoring Role*: academic mentor.<br>*Accomplishments*: One publication, fellowship director |
| 2011 – 2016 | Jennifer Carey, MD / Associate Professor, University of Massachusetts Medical School |

17

*Career Stage*: fellow. *Mentoring Role*: academic mentor.
*Accomplishments*: UMass Faculty Development award, SAEM and Holyoke Foundation awards

2011 – 2015 Matthew Zuckerman, MD / Assistant Professor, University of Colorado Medical School
*Career Stage*: fellow. *Mentoring Role*: academic mentor.
*Accomplishments*: one publication; development of ToxNow podcast series

2011 – 2015 Lynn Farrugia, MD / Assistant Professor, University of Florida Medical School
*Career Stage*: fellow. *Mentoring Role*: academic supervisor. Instrumental in guiding her career path based on prolonged discussions
*Accomplishments*: Chief of Medical Toxicology Service, Hartford Hospital

**2013 – present** **Stephanie Carreiro, MD / Associate Professor, University of Massachusetts Medical School; Director of ToxInnovation Lab**
***Career Stage*: fellow, faculty. *Mentoring Role*: research supervisor.**
***Accomplishments*: 4 publications; LRP; NIH KL2 and K23 awards**

2013 – 2016 **Alex Manini, MD / Associate Professor, Mount Sinai School of Medicine**
***Career Stage*: faculty. *Mentoring Role*: research advisor.**
***Accomplishments*: 2 publications; NIH R01, R56 awards**

2013 – 2016 **Raminta Daniuliatyte, PhD / Assistant Professor, Wright State University**
***Career Stage*: faculty. *Mentoring Role*: academic advisor.**
***Accomplishments*: 4 publications; NIH R01, R21, R56 awards**

2013 –2015 **Lisa Hightow-Weidman, MD / Professor, University of North Carolina School of Medicine.**
***Career Stage*: faculty. *Mentoring Role*: academic advisor.**
***Accomplishments*:  Mentoring in grantsmanship for submissions related to innovative technologies in HIV care culminated in Dr Hightow's successful $18M NIH award**

2013 – 2016 **John Haran, MD / Associate Professor, University of Massachusetts Medical School**
***Career Stage*: faculty. *Mentoring Role*: research mentor.**
***Accomplishments*: My mentoring  led to 4 publications; NIH LRP award, a SAEM career development and K23 awards**

2014 – 2019 Kelley Wittbold, MD / Harvard Affiliated Emergency Medicine Residency
*Career stage*: resident. *Mentoring Role*: research supervisor.
*Accomplishments*:  2 publications; Winner, 2015 Society for Behavioral Medicine Citation Award for application of wearable biosensors for the identification of cocaine use in natural environments

2014 – present **Peter Chai, MD, MMS / Associate Professor, Brigham & Women's Hospital**
***Career stage*: faculty. *Mentoring Role*: research supervisor.**
***Accomplishments*: 35 publications, five invited international lectures related to google glass*,* drones, digital pills, biosensors, and music-based interventions, as well as a K23, R21, and DP5 awards**

2015 – 2018 **Jose Castillo-Mancilla, MD / Associate Professor, University of Colorado Medical School**
***Career Stage*: faculty. *Mentoring Role*: academic advisor.**
***Accomplishments*: 2 publications and a NIH R01 award**

2016 – 2019 **Kelli O'Laughlin, MD / Assistant Professor, University of Washington Medical School**
***Career Stage:* faculty. *Mentoring Role:* academic advisor.**
***Accomplishment:*  K23 award.**

18

| | |
|---|---|
| 2016 – 2019 | Lubabah Ben-Ghaly, MD / Resident, Harvard Affiliated Emergency Medicine Residency<br>*Career stage*: Resident. *Mentoring role*: Research supervisor. *Accomplishments*: One paper in progress |
| 2016 – 2021 | **Scott Weiner, MD / Associate Professor, Harvard Medical School**<br>***Career Stage*: faculty. *Mentoring Role*: research and academic mentor**<br>***Accomplishments*: two publications; R01 award; R01 renewal in progress** |
| 2016 – 2018 | John Broach, MD / Assistant Professor, University of Massachusetts Medical School<br>*Career stage*: faculty. *Mentoring role*: Research supervisor.<br>*Accomplishments*:  1 paper in progress |
| 2016 – present | **Kei Ouchi MD MPH / Assistant Professor, Harvard Medical School**<br>***Career stage*: faculty. *Mentoring role*: Research advisor**<br>***Accomplishments*: One paper published; R03 award, NIA Beeson K76 award** |
| 2017 – 2021 | Haipeng Zhang DO / Instructor, Harvard Medical School<br>*Career stage*: Faculty. *Mentoring role*: research advisor. *Accomplishments*: Two publications |
| 2017 – 2018 | **Naomi Green / Lecturer, Harvard Medical School**<br>***Career stage:* Assistant Professor*. Mentoring role:* research supervisor*.***<br>***Accomplishments:*  NIH LRP award** |
| 2017 – present | **Patricia Henwood MD / Assistant Professor, Thomas Jefferson Medical School**<br>**Career stage: Assistant Professor. Mentoring Role: Academic mentor**<br>**Accomplishments: Two publications, DARPA award.** |
| 2018 – present | **Roland Merchant MD DSc / Professor, Mount Sinaii School of Medicine**<br>**Career stage: Associate Professor. Mentoring Role: Academic mentor**<br>**Accomplishments: NIH K24** |
| 2019 – present | **Eric Nilles MD / Assistant Professor, Harvard Medical School**<br>**Career stage: Assistant professor. Mentoring Role: Academic mentor**<br>**Accomplishments: LRP, seven CDC grants on emerging viral infections** |
| 2019 – present | **Desire Azizoddin PhD / Assistant Professor, University of Oklahoma**<br>**Career stage: Instructor. Mentoring Role: Academic mentor**<br>**Accomplishments: Cancer foundation career development award; one R34** |
| 2020 – 2022 | Eric Kaczor MD / Fellow, UMass-Memorial Medical Center<br>Career stage: Instructor. Mentoring Role: Academic mentor |
| 2018 – present | **Michael Chary MD / Assistant Professor, Mount Sinaii School of Medicine**<br>**Career stage: Assistant Professor. Mentoring Role: Academic mentor**<br>**Accomplishments: Two publications, two grants submitted; LRP.** |
| 2018 – present | Emily Cleveland MD / Assistant Professor, Boston Medical Center<br>Career stage: Resident. Mentoring Role: Academic mentor<br>Accomplishments: Industrial research grant |
| 2019 – present | Nicole Duggan MD / Instructor, Harvard Medical School<br>Career stage: Faculty. Mentoring Role: Academic mentor<br>Accomplishments: MassLifeSciences Research Grant |
| 2020 – present | **Anita Chary MD / Assistant Professor, Baylor School of Medicine**<br>**Career stage: Faculty. Mentoring Role: Academic mentor.  One publication; one R03; One K76 in progress** |
| 2020 – 2022 | Charlotte Goldfine MD / Instructor, Harvard Medical School<br>Career stage: Faculty. Mentoring Role: Academic mentor |
| 2020 – present | Andrew Marshall MD / Instructor, Harvard Medical School<br>Career stage: Instructor. Mentoring Role: Academic mentor |

19

Case 4:25-cv-00917-RK    Document 8-2    Filed 12/11/25    Page 125 of 297

| | | |
|---|---|---|
| 2020 – 2021 | Onyekachi Otugo MD / Instructor, Harvard Medical School Career stage: Instructor. Mentoring Role: Academic mentor | |
| 2020 – present | Farah Dadabhoy MD / Resident, Harvard Affiliated Emergency Medicine Residency Career stage: Fellow. Mentoring Role: Academic mentor | |
| 2020 – present | Dana Im MD / Instructor, Harvard Medical School Career stage: Faculty. Mentoring Role: Academic mentor | |
| 2021 – present | **Katherine Buck MD / Assistant Professor, Ohio State College of Medicine Career stage: Assistant Professor. Mentoring Role: Academic mentor. One K08** | |
| 2021 – present | Jason Bischof MD / Assistant Professor, Ohio State College of Medicine Career stage: Assistant Professor. Mentoring Role: Academic mentor | |
| 2021 – present | **Nana Zhang MD / Assistant Professor, Ohio State College of Medicine Career stage: Assistant Professor. Mentoring Role: Academic mentor. One R03** | |

**Formal Teaching of Peers (e.g., CME and other continuing education courses):**
*No presentations below were sponsored by outside entities*

| | | |
|---|---|---|
| 2001 | What's new on the street Harvard Medical School Department of Continuing Medical Education Addiction Medicine Course | One hour lecture Boston, MA |
| 2002 | The Internet and Drug Use Harvard Medical School Department of Continuing Medical Education Addiction Medicine Course | One hour lecture Boston, MA |
| 2002 | What's new on the street Harvard Medical School Department of Continuing Medical Education Addiction Medicine Course | One hour lecture Boston, MA |
| 2003 | Evidence-based toxicology Harvard Medical School Department of Continuing Medical Education Addiction Medicine Course | One hour lecture Boston, MA |
| 2005 | Emerging drugs of abuse Harvard Medical School Department of Continuing Medical Education Addiction Medicine Course | One hour lecture Boston, MA |
| 2019 | Street drugs Harvard Medical School Department of Continuing Medical Education Toxicology Course | One hour lecture Boston, MA |
| 2023 | Environmental disasters OSU APP CME course | One hour lecture Columbus, OH |

**Local Invited Presentations**

   *No presentations below were sponsored by outside entities*

20

Case 4:25-cv-00917-RK    Document 8-2    Filed 12/11/25    Page 126 of 297

| | |
|---|---|
| 1998 | 9 month old girl with somnolence / Grand Rounds |
| | Dept of Emergency Medicine, Hospital of the University of Pennsylvania |
| 1998 | 8 Year old boy with somnolence / Grand Rounds |
| | Dept of Emergency Medicine, Hospital of the University of Pennsylvania |
| 2004 | Space toxicology / Grand Rounds |
| | Occupational and Environmental Health Residency, Harvard School of Public Health |
| 2005 | Club drugs / Residency didactic lecture |
| | Dept of Psychiatry, Brigham & Women's Hospital. |
| 2005 | Chemical mass casualty events / Society for Critical Care Medicine lecture series |
| | UMass-Memorial Medical Center. |
| 2005 | Drug testing / Addiction Practitioners Conference |
| | Cambridge Health Alliance. |
| 2005 | Legal highs for adolescents / Grand Rounds |
| | Department of Pediatrics, Cambridge Health Alliance. |
| 2007 | Calcium Channel Blockers / Grand Rounds |
| | Boston MedFlight Grand Rounds. |
| 2009 | A case of acute trifluoroacetic acid exposure / Grand Rounds |
| | Occupational and Environmental Health Residency, Harvard School of Public Health |
| 2010 | From case report to R01 / Residency Lecture Series |
| | Dept of Emergency Medicine, Beth Israel Deaconess Medical Center. |
| 2015 | Opioid overdose / Interdisciplinary Grand Rounds |
| | UMass-Memorial Medical Center. |
| 2016 | Senior Scholars Keynote Address |
| | University of Massachusetts Medical School |
| 2016 | Innovative research/Educational Lecture |
| | Media Fellows, University of Massachusetts Medical School |

## Report of Regional, National and International Invited Teaching and Presentations

*No presentations below were sponsored by outside entities*

**Regional**

| | |
|---|---|
| 1999 | Pediatric Case Studies: Toxicology / Didactic Residency Lecture |
| | Dept of Emergency Medicine, Boston Medical Center. |
| 1999 | Toxicology / Grand Rounds |
| | Dept of Emergency Medicine, Alpert Medical School-Brown University. |
| 1999 | Toxicology / Grand Rounds |
| | Dept of Emergency Medicine, Alpert Medical School-Brown University. |
| 2000 | Toxicology / Grand Rounds. |
| | Dept of Emergency Medicine, Alpert Medical School-Brown University. |
| 2000 | Toxicology Case Studies / Didactic Residency Lecture |
| | Dept of Emergency Medicine, Boston Medical Center. |
| 2001 | Drug use in adolescents |

21

Annual Meeting of the Eastern Massachusetts Nursing Association; Pharmacy Course, Newton, MA
2003    Developing a sustainable research program / Grand Rounds
Dept of Emergency Medicine, Boston Medical Center.
2003    The internet, adolescent, and drugs / Grand Rounds
Dept of Psychiatry, Tufts-New England Medical Center.
2003    The internet, adolescent, and drugs / Grand Rounds
Dept of Psychiatry, Tufts-New England Medical Center.
2003    Incorporating the internet into theories of drug use / Grand Rounds
Dept of Psychiatry, Tufts-New England Medical Center.
2008    The Serotonin Syndrome / Grand Rounds
Dept of Emergency Medicine, Hartford Hospital.
2014    Opioid overdose / Presentation to House Ways and Means Chief of Staff
Massachusetts Hospital Association Overdose Task Force.
2015    Neurontin, medical toxicology, and plaintiff's attorneys: How to create your own product liability lawsuit / Knight Science Journalism Seminar Series
Massachusetts Institute of Technology.
2015    Emergency Medicine Research / Plenary Speaker
Research Day, Dept of Emergency Medicine, Warren Alpert Medical School/Brown University. Providence, RI.
2019    Fentanyl: Facts and Myths
Massachusetts Emergency Preparedness Annual Conference, May 8, Quincy, MA
2019    Two Truths and a Lie
Harvard Longwood Psychiatry Grand Rounds, October 31, Boston, MA.


**National**

*No presentations below were sponsored by outside entities*

2002    Psychoactive drugs and the internet. Bethesda, MD
National Institutes on Drug Abuse Conference
2002    Rhabdomyolysis and HMG CoA reductase inhibitors / Pre-meeting Symposium speaker
North American Congress of Clinical Toxicology. Palm Springs, CA
2002    New antipsychotic agents / Pre-meeting Symposium speaker
North American Congress of Clinical Toxicology.  Palm Springs, CA
2003    Establishing a successful track record on obtaining federal grants / Session speaker
American College of Medical Toxicology Fellow's Conference. Atlanta, GA
2005    Use of the Internet for ethnographic identification of drug use trends /
North American Congress of Clinical Toxicology. Orlando, FL
2006    Serotonin Syndrome / Grand Rounds
Salem Hospital, Salem, OR.
2006    Serotonin Syndrome (CME)/Lecture
Pediatric Neuropsychopharmacology Series, Albert Einstein College of Medicine
2007    Opioids, chronic pain, and Internet pharmacies / Plenary speaker
RADARS Scientific Meeting, Bethesda, MD Toxicology.
2008    Establishing a research career in emergency medicine / Grand Rounds
Dept of Emergency Medicine, Washington University, St Louis, MO.

22

| | |
|---|---|
| 2008 | The role of the medical toxicologists in addiction medicine: Harm reduction and Research opportunities / Session speaker<br>6th Annual American College of Medical Toxicology Spring Course. San Diego, CA. |
| 2008 | NIDA Panel on emerging drugs of abuse / Panel<br>American Psychiatric Association. Washington, DC. |
| 2008 | NIH Distinguished Scientist in Natural Products Neuroscience / Plenary Lecture<br>Dept of Pharmacy, University of Mississippi, Oxford, MS. |
| 2009 | Linkage between basic and clinical sciences:  New Directions / Plenary lecturer<br>Dept of Pharmacy, University of Mississippi, Oxford, MS. |
| 2009 | Internet pharmacies and substance abuse / Session speaker<br>North American Congress of Clinical Toxicology. San Diego, CA |
| 2009 | Snus and kratom: The self-treatment of addiction / Plenary lecturer<br>State-of-the-Art Conference in Addiction Medicine, American Society of Addiction Medicine. Washington, DC. |
| 2009 | Buprenorphine diversion / Plenary lecturer<br>State-of-the-Art Conference in Addiction Medicine, American Society of Addiction Medicine. Washington, DC. |
| 2010 | Toward mobile detection of changes in affective states / Invited lecture<br>Annual Meeting of the Association of Behavioral and Cognitive Therapists. San Francisco, CA |
| 2012 | Generation X to Z and emergency medicine research: Using computer-based technology for recruitment, consent intervention, and follow up / Session speaker<br>Annual Meeting of the Society of Academic Emergency Medicine.  Chicago, IL. |
| 2012 | Prescription drug misuse / Session speaker<br>Annual Meeting of the Society of Academic Emergency Medicine.  Chicago, IL. |
| 2012 | Opioid drugs: 21st Century killers / Keynote Speaker<br>Annual Meeting of the Society of Forensic Toxicology.  Boston, MA. |
| 2012 | Opioids / Grand Rounds<br>Dept of Emergency Medicine, Methodist Hospital / University of Indiana School of Medicine.  Indianapolis, IN |
| 2012 | Biosensing / Works-in-Progress Lecture Series<br>Reigenstrief Institute, University of Indiana School of Medicine. Indianapolis, IN. |
| 2013 | Biomonitoring and behavioral interventions / Seminar<br>Behavioral Science Seminar Series, NIDA P30 Center of Excellence in Technology and Behavioral Health, Dartmouth College School of Medicine.  Hanover, NH. |
| 2013 | Advanced behavioral interventions / Seminar<br>Behavioral Science Seminar Series, Behavioral Pharmacology Research Unit, Johns Hopkins School of Medicine, Baltimore, MD. |
| 2015 | Opioids / Plenary speaker<br>Frank Dunham Federal Criminal Defense Conference, Eastern and Western Districts of Virginia. Charlottesville, VA (Sponsored by Public Defender's Office, 4th Federal Circuit) |
| 2015 | Hidden Populations / Session speaker<br>Society of Academic Emergency Medicine Didactic Series Annual Meeting of the Society of Academic Emergency Medicine, San Diego, CA. |
| 2016 | NIH funding workshop / Workshop<br>Society of Academic Emergency Medicine Faculty Development Series.  Annual Meeting of the Society of Academic Emergency Medicine, New Orleans, LA. |
| 2018 | Clinical effects of kratom<br>College on Problems of Drug Dependence. Annual Meeting, San Diego, CA |

23

| 2018 | Oncogenesis |
|---|---|
| | American College of Medical Toxicology Board Review Course, Chicago, IL |
| 2018 | Psychomimetic drugs |
| | American College of Medical Toxicology Board Review Course, Chicago, IL |
| 2018 | Anticonvulsants |
| | American College of Medical Toxicology Board Review Course, Chicago, IL |
| 2019 | Kratom—Clinical effects and toxicity in humans |
| | Chemistry and Pharmacology of Drug Abuse, Boston, MA |
| 2024 | Kratom Pharmacology and Toxicology |
| | Utah Department of Agriculture and Forestry |
| 2025 | Kratom: Examining acute toxicity in humans |
| | 4th International Kratom Science Symposiu, Orlando, FL |

## International

### *No presentations below were sponsored by outside entities*

| 2015 | You need to get them where they feel it: Conflicting perspectives on how to Maximize the structure of text-message psychological interventions for adolescents / Presentation selected from submitted paper |
|---|---|
| | 48th Hawaii International Symposium on System Science. |
| 2015 | Formative research for mHealth HIV adherence: The iHAART App / Presentation selected from submitted paper |
| | 48th Hawaii International Symposium on System Science. |
| 2016 | Synthesizing effective research groups comprising behavioral scientists, software engineers, and computer scientists / Symposium leader |
| | 49th Hawaii International Symposium on System Science. |
| 2016 | Ingestible biosensors for real-time medication adherence: MyTMed presentation / Selected from submitted paper |
| | 49th Hawaii International Symposium on System Science. |
| 2017 | Social media in clinical toxicology practice - Current topics in drug abuse research / Session speaker |
| | European Association of Poison Centres and Clinical Toxicologists, Basel, Switzerland. |
| 2017 | The potential use of ketum in opioid addiction / Plenary lecture |
| | International Symposium on Ketum, Penang, Malaysia. (Sponsored by NIDA) |
| 2017 | Emerging topics in drug use / Plenary lecture |
| | Society for Emergency Medicine India, Jaipur, India. |
| 2018 | Drugs of Abuse Critical Care Update |
| | Asia-Pacific Critical Care Conference, New Delhi, India |
| 2018 | Drugs of Abuse Toxicology Update: Emphasis on Club Drugs |
| | Asia-Pacific Critical Care Conference—Toxicology Pre-Meeting, New Delhi, India |
| 2018 | Toxicology of antidepressants, antipsychotics, and sedative hypnotics |
| | Asia-Pacific Critical Care Conference—Toxicology Pre-Meeting, New Delhi, India |
| 2018 | Update on drug testing |
| | Asia-Pacific Critical Care Conference—Toxicology Pre-Meeting, New Delhi, India |
| 2018 | Novel challenges in the opioid epidemic in the USA |

24

International Symposium for Research Development in Clinical Toxicology, Taipei, Taiwan

2019    Using emergency department data and wastewater analysis to detect club drugs, Institute of Strategic and International Studies Malaysia, Kuala Lumpur, Malaysia

2019    Cannabis, recreational or medicinal use, Asia-Pacific Association of Medical Toxicology, Putrajaya, Malaysia

2023    Grantsmanship for toxicologists, North American Congress of Clinical Toxicology, Montreal, Canada

2023    Ethics in toxicology research, North American Congress of Clinical Toxicology, Montreal, Canada

2024    Forensic Toxicology of Club Drugs
Christian Medical College, Vellore, India

2024    Kratom Pharmacology
Christian Medical College, Vellore, India

2025    Kratom toxicology
World Health Organization, Vienna, Austria

## <u>Report of Clinical Activities and Innovations</u>

### Current Licensure and Certification:

| | |
|---|---|
| 1999 – 2021 | Massachusetts State Medical License (#159310) |
| 1999 – 2021 | Massachusetts State Controlled Substance License |
| 1999 – present | United States Drug Enforcement Administration Controlled Substance License |
| 2000 – present | Board certification in emergency medicine |
| 2002 – present | Board certification in medical toxicology |
| 2021 – present | Ohio State Medical License (#35.143041) |

### Practice Activities:

| | | | |
|---|---|---|---|
| 1999 –present | Staff Toxicologist, Medical Toxicology | Massachusetts Poison Center | Level of activity: 25 days per year |
| 1999 – 2001 | Attending Physician, Emergency Medicine | Beverly Hospital | |
| 2001 – 2016 | Attending Physician, Emergency Medicine | UMass-Memorial Medical Center | |
| 2001 – 2016 | Consultant in Toxicology, Medical Toxicology | UMass-Memorial Medical Center | |
| 2001 –2021 | Consultant in Toxicology, Medical Toxicology | Boston Children's Hospital | 20 days per year |
| 2016 –2021 | Master Physician, Emergency Medicine | Brigham and Women's Hospital | 479 hours/year |
| 9/2021 – present | Professor, Emergency Medicine | Ohio State University | 800 hours/year |

25

Case 4:25-cv-00917-RK    Document 8-2    Filed 12/11/25    Page 131 of 297

## Clinical Innovations

| | |
|---|---|
| Hyperinsulinemia-euglycemia therapy (2001) | In 2001, I published, in NEJM and the pediatrics literature, the use of hyperinsulinemia-euglycemia therapy for calcium channel blocker poisoning. This intervention, which is directed toward an overdose that is unresponsive to conventional treatment, has been internationally adopted by medical toxicologists as the preferred management of calcium channel blocker overdose. |
| Dietary supplement safety (2001) | I observed the severe poisoning from a dietary supplement that was administered to a hospitalized child.  In response to this preventable poisoning, I developed protocols that define the handling of the dietary supplements drawn from home supply that are administered to inpatients. These recommendations were published and adopted locally. |
| Fomepizole without hemodialysis (2001) | I was the first to recognize that ethylene glycol poisoning, historically managed with the antidote Fomepizole and hemodialysis, could be safely and more economically treated without extracorporeal removal of the toxin.  Moreover, I recognized that this approach could be safely used in children. This intervention strategy has been internationally adopted by medical toxicologists. |
| Suboxone poisoning in children (2006) | I recognized that preclinical pharmacokinetic studies of buprenorphine had limited relevance to children—and that the clinical predictors of opioid overdose had never been defined in the pediatric population.  My recommendation that all toddlers exposed to buprenorphine be observed for 24 hours irrespective of clinical status has become the national standard of care, and contributed to the voluntary withdrawal of a buprenorphine formulation by the manufacturer |
| Suboxone diversion (2008) | In 2008, I published the first study examining diversion of Suboxone among individuals with problematic opioid use. The breadth of abuse highlighted in this study contributed to calls for greater medication-assisted treatment of opioid addiction. |
| Kratom use (2008) | I was one of the first to report the use of kratom to self-treat opioid withdrawal in patients with chronic pain. This knowledge contributed to the 2016 federal regulatory decision to delay scheduling kratom as an illicit substance. |
| Kratom adverse effects (2008) | I was the first to define the adverse effect profile of kratom with a report of seizures in a user of the drug.  My initial report, published in 2008 and replicated internationally, contributed to federal regulatory decision-making surrounding the scheduling of kratom in 2016. |
| Opioid analgesic overdose (2012) | In my NEJM review on management of opioid analgesic overdose, I presented the rationale for minimum dosing of the antidote, naloxone, as a means to avoid precipitating severe opioid withdrawal and promote engagement with care.  My recommendations have been widely adopted by the emergency medicine and medical toxicology community. |

26

Case 4:25-cv-00917-RK     Document 8-2     Filed 12/11/25     Page 132 of 297

| | |
|---|---|
| Digital pills to prevent substance abuse (2015) | In 2015 I was Principal Investigator of a study examining ingestible biosensors (eg, digital pills that measure their own adherence) to measure directly medication-taking events. Data from the digital pills demonstrates that patients in the Emergency Department with extremity fractures often require only three days of PRN oxycodone before the need for opioid-level analgesia ceases. |
| Google Glass (2015) | Beginning in 2015, I directed the efforts to use Google Glass as a simple, inexpensive telemedicine platform capable of transmitting clinical information with sufficient validity to change treatment approaches to the poisoned patient. This approach has been adopted nationally by medical toxicology groups working in hospitals with geographically huge catchment areas. |
| Vaping Service (2019) | Beginning in 2019, I helped develop responses to the vaping-associated pulmonary injury epidemic; as a result of my efforts, I was asked to join the new Vaping Clinic at Boston Children's Hospital as the Director of Vaping Toxicology. As part of our initial work, we have developed diagnostic and treatment guidelines that have been adopted nationally by pediatricians and medical toxicologists. |

## Report of Teaching and Education Innovations

| | |
|---|---|
| Serotonin syndrome (2005) | I synthesized, in a 2005 NEJM publication, a large volume of disparate medical information to generate a coherent clinical description of serotonin syndrome as well as its treatment. My teachings embodied in this review have been included in educational content offered in emergency medicine and medical toxicology training programs, and has been cited in over 1300 subsequent publications in journal such as NEJM, JAMA, and Addiction. |
| Writing retreat (2013) | I developed the concept of a "writing retreat" as a method to improve academic productivity. This approach, which improved grantsmanship and accelerated scholarly output, has been adopted regionally by academic departments of emergency medicine at Brigham and Women's Hospital and UMass-Memorial Medical Center. This work has also been highlighted by Insights, a publication of Harvard Medical School. |
| Improving productivity of clinician scientists (2018) | I improved on the writing retreat concept by establishing writing groups of clinician-scientists, many of whom were unfunded. This group would meet on an iterative basis to accelerate academic output by establishing short deadlines for crafting manuscripts. This finding has been replicated at multiple academic medical centers across New England. |

## Report of Technological and Other Scientific Innovations

27

| | |
|---|---|
| Role of the Internet in substance abuse (2001) | In 2001, I became one of the first NIH-funded researchers to explore the role of the Internet on emerging drug use behaviors. I developed new qualitative methods to identify 1) the range of media that individuals used to learn about drugs of abuse; 2) the use of mobile technologies to disseminate drug use information; and 3) new psychoactive substances, abuse of which was poorly described. The data from my research affected the assessment of and treatment for problematic substance use in adolescents in drug treatment facilities locally and nationally |
| Kratom for Opioid withdrawal (2008) | US patent application number US 12/623,064 This patent application described a method for treating withdrawal from addictive compounds using kratom, a southeast Asian plant. |
| Wearable Biosensors in health (2009) | In 2009, I became a NIH-funded Principal Investigator of a study that integrated wearable biosensors and wireless connectivity to 1) collect continuous real-time biological, affective, and behavioral data, 2) recognize health risk behaviors, and 3) respond with individualized, evidence-based interventions designed to enhance compliance with behavior modification strategies. My use of machine learning methods to interpret wearable sensor data are now used internationally by investigators in the United States, Europe, and Asia. |
| Detection of cocaine use (2013) | In a follow up study, I was Principal Investigator of a study used wearable biosensors to identify relapse to cocaine in real time and in natural environments. By obtaining continuous, real-time measures of the timing and duration of substance use, my methods overcame shortcomings of urine drug screens or self-report. Ultimately, detecting episodes of drug use as they occur will help establish the efficacy of drug abuse interventions by allowing researchers to reliably discern drug use patterns over time that may reflect the positive effects of treatment. My approach won the Citation Award at the 2015 Annual Meeting of the Society of Behavioral Medicine. My methods have been adopted in a NIH-funded clinical trial (NCT02915341) to detect relapse to drug use. |
| Combinatorial Linguistics (2012) | In 2012, I was a Principal Investigator on a NIH-funded study to prevented fatigue from repeated administration of behavior interventions through the use of combinatorial linguistics to automate the creation of tens of millions of personalized intervention messages that are couched in evidence-based theory, to support medication adherence. Directed toward improving treatment outcomes in HIV-positive stimulant abusers, this investigation also uses advanced graphical interventions to overcome the effects of poor numeracy in treatment populations. My approach received the award for Best User Experience at the MIT Media Lab's Health and Wellness Innovations 2013 conference. |
| Identification of new drugs | In 2014, I was Principal Investigator on one of the first NIH-funded studies to use Web Semantic approaches, a brand of natural |

28

| | |
|---|---|
| of abuse (2014) | language process, to identify the emergence of new drugs of abuse. Our methods also are capable of identifying the location in which new drugs are being used. The findings from this work were incorporated into NIDA's Drug Early Warning System (NDEWS). |
| Drones (2016) | In 2016, I was Principal Investigator of a study examining the use of drones in mass casualty environments. My co-investigators and I demonstrated that paramedics with no flight training were capable of flying the devices and identifying victims of mass casualty environments. |
| Music, Machine-Learning, & Interventions (2017) | I became one of the first NIH-funded Principal Investigators to explore the use of the musical features of songs (identified by machine learning, a branch of artificial intelligence) as a method to improve affect, decrease pain, control anxiety, and elevate mood. |
| DNA methylation age and tobacco use (2018) | In 2018, I supervised a study examining the impact of smoking and smokeless tobacco use on DNA methylation age. My co-investigators and I demonstrated that buccal cells may be a more sensitive measure of smoking index, itself a predictor of health outcomes from tobacco use. This work was recognized with the 2019 Best Student Paper Award from the International Association of Exposure Science |
| Smartphone detection of traumatic brain injury (2018) | In 2018, I initiated a study examining the ability to use all lines of smartphone data collection to diagnose mild traumatic brain injury as well as malaria. My co-investigators and I will use machine learning to identify variations in usage—speech patterns, texting rates, mistake frequency, locomotion, and other measures of activity—to diagnose these conditions in absence of a clinician. |
| Drones in the physical exam (2018) | In 2018, I directed a study examining the use of drones to perform the physical examination. My co-investigators and I demonstrated that drones could transmit information regarding physical examination findings as well as change in patient condition to remotely located treating physicians. |
| Improving sleep in shift workers (2019) | In 2019, I directed a study examining the use of sleepbuds to assist in the transition to and the recovery from night shifts. My co-investigators and I demonstrated that smart sleepbuds could improve the duration and quality of sleep in resident physicians working overnight shifts. |
| Robots for remote vital sign measurement (2020) | In 2020, I helped develop a study using "Dr. Spot", a walking robot, to remotely measure vital signs on patients at risk for Covid. |
| Machine learning inter- | In 2021, I helped the Brigham and Women's Point of Care Ultrasound group navigate several institutional barriers so they could receive |

29

Case 4:25-cv-00917-RK    Document 8-2    Filed 12/11/25    Page 135 of 297

| pretation of POCUS images (2021) | MassLife Science funding for machine learning-driven interpretation of POCUS images. This has translated into additional NIH funding under a R21 mechanism |
|---|---|

## Report of Education of Patients and Service to the Community

*No presentations below were sponsored by outside entities*

### Activities

| | |
|---|---|
| 2001 – 2021 | Staff Toxicologist, Center for Poison Prevention and Control Serving Massachusetts and Rhode Island. Provided on-call support for poison control center operations |
| 2023 – present | Affiliated Toxicologist, Central Ohio Poison Center Provided educational support for rotating residents and staff |

### Recognition

| Year | Topic | Role | Source |
|---|---|---|---|
| 2003 | Debate on recreational drug web sites | Interviewee | CBS Evening News, Jan 27, 2003 |
| 2004 | Teens using cold medicine to get high | Interviewee | ABC 20/20, http://abcnews.go.com/2020/story?id=124334&page=1 |
| 2005 | University of Massachusetts Hospital's Boyer discusses "Skittling", abusing Coricidin tablets which resemble the candy and contain dextromethorphan | Interviewee | The Today Show, Media ID: NY-TDY-20050322-0001 |
| 2010 | Officials: Fishermen caught mustard gas off NY | Interviewee | Boston.com, June 8, 2010 |
| 2010 | NJ fisherman caught mustard gas in Atlantic | Interviewee | Deseret News, June 8, 2010 |
| 2010 | Local man hurt as Atlantic City Clam boat dredges up mustard gas munitions in Massachusetts | Interviewee | Press of Atlantic City, June 9, 2010 |
| 2010 | Mustard gas on fishing boat confirmed | Interviewee | Cape Cod Times, June 9, 2010 |
| 2010 | A soft spot for circuitry | Interviewee | New York Times, July 4, 2010 |
| 2011 | Bath salts | Interviewee | ToxNow podcast, October 1, 2011, available at the ToxNow website |
| 2011 | Agitated delirium and NACCT | Interviewee | ToxNow podcast, October 14, 2011 |
| 2011 | Halloween and dabigatran | Interviewee | ToxNow podcast, November 22, 2011 |
| 2011 | Medical marijuana and more | Interviewee | ToxNow podcast, December 30, 2011 |

30

| | | | |
|---|---|---|---|
| 2012 | Best articles of 2011 | Interviewee | ToxNow podcast, February 7, 2012 |
| 2012 | UMass Medical uses smart phones to treat drug abuse | Interviewee | BizJournal, February 23, 2012 |
| 2013 | Should kratom be legal? | Interviewee | Scientific American, September 30, 2013 |
| 2015 | Vitamix blenders spin off shards of Teflon—but it's probably OK | Interviewee | Buzzfeed, February 18, 2015 |
| 2015 | How google glass could save lives in the ER | Interviewee | Huffington Post, June 6, 2015 |
| 2015 | Mobile Biosensors | Interviewee | ToxNow podcast, October 23, 2015 |
| 2015 | Massachusetts doctor on the power and limitations of narcan | Interviewee | WBUR, November 13, 2015 |
| 2016 | Kratom, an addict's alternative, is found to be addictive itself | Interviewee | New York Times, January 2, 2016 |
| 2016 | Universities researching drone technology to deliver aid | Interviewee | Drone Life, August 9, 2016 |
| 2016 | Kratom: Natural painkiller of addictive drug? | Interviewee | CNN, August 31, 2016 |
| 2016 | Banning a promising cure of opioid addiction is a bad idea | Interviewee | Wired, September 13, 2016 |
| 2016 | What is kratom? Why has the DEA wanted to ban it? | Interviewee | WebMD, September 19, 2016 |
| 2016 | If DEA blocks kratom, promising research on opioid alternative may suffer | Interviewee | Public Broadcasting Service, September 29, 2016 |
| 2016 | DEA backs down on plan to ban Kratom | Interviewee | The Seattle Times, October 13, 2016 |
| 2016 | Room for Debate: Is kratom the plant that heals, or kills? | Interviewee | The New York Times online opinion section, October 19, 2016 |
| 2016 | Opioid Plant | Interviewee | Canadian Broadcasting Corporation (http//:www.cbc.ca/radio/asith appens/as-it-happens-Thursday-edition 1.4824041) October 20, 2016 |
| 2016 | Is Kratom a deadly drug or a life-saving medicine? | Interviewee | Bloomberg Businessweek, December 12, 2016 |
| 2017 | Experts say some slime ingredients may be harmful | Interviewee | NECN March 16, 2017 |
| 2017 | In between life and death, opioid use can cause dozens of injuries | Interviewee | WBUR March 17, 2017 |
| 2017 | The queen of poisons strikes in San Francisco | Interviewee | Forbes March 17, 2017 |
| 2017 | Digital pills successfully monitor opioid use after injury | Interviewee | Science Daily November 20, 2017 |

31

| 2017 | Digital pills track how patient use opioids | Interviewee | MIT Technology Review December 11, 2017 |
|------|---------------------------------------------|-------------|------------------------------------------|
| 2017 | Why it's so hard to cure your hangover, according to experts | Interviewee | Time December 29, 2017 |
| 2018 | How opioids kill | Interviewee | Scientific American January 9, 2018 |
| 2018 | Kratom saved me | Interviewee | Stand up/speak up podcast Feb 12, 2018 |
| 2018 | Kratom is hailed as a natural pain remedy, assailed as an addictive killer. The US want to treat it like heroin | Interviewee | Washington Post Feb 10, 2018 |
| 2018 | Liquids nicotine is a poison, so why is it packaged like junk food? | Interviewee | The Verge May 1, 2018 |
| 2018 | PA prisons spend $15M after guards were sickened by K2. But what if it was all in their heads? | Interviewee | Philadelphia Inquirer September 6, 2018 |
| 2018 | Ohio pushed kratom ban with disputed claims about deaths, use trends | Interviewee | Huffington Post September 6, 2018 |
| 2019 | Is kratom safe during pregnancy? Researchers start to investigate | Interviewee | The Scientist July 26, 2019 |
| 2019 | Why the vaping lung illness crisis is exploding now, according to Boston doctors | Interviewee | Boston Globe September 17, 2019 |
| 2023 | Here's why people are so concerned about the Ohio train derailment | Interviewee | Buzzfeed February 18, 2023 |
| 2023 | How over-the-counter Narcan can help reverse opioid overdoses | Interviewee | Scientific American April 11, 2023 |
| 2023 | Wife of Ukraine's top military intelligence official hospitalized with apparent heavy metals poisoning | Interviewee | CNN November 28, 2023 |

## <u>Report of Scholarship</u>

**Peer-Reviewed Scholarship in print or other media:**

**Research Investigations**

1. Weber JE, Chudnofsky CR, Boczar M, **Boyer EW**, Wilkerson MD, Hollander JE. Cocaine-associated Chest Pain: How Common Is Myocardial Infarction? Acad Emerg Med 2000;7: 873-87.
2. **Boyer EW**, Mejia M, Woolf A, Shannon M. Severe Ethylene Glycol Ingestion Treated without Hemodialysis. Pediatrics 2001;107: 172-174. (See comment, Pediatrics

32

2001;10:7 170-171).

3. **Boyer EW**, Shannon M.  Treatment of Calcium Channel Blocker Intoxication with Insulin Infusion. NEJM. 2001; 344:1721-1723.
4. **Boyer EW**, Shannon M, Hibberd PL.  Misinformation on Illicit Drugs Available on the Internet.  NEJM.  2001;3 45: 469-471.
5. Dickson E, *Bird S, Gaspari R, **Boyer EW**, Ferris C. Diazepam attenuates central respiratory depression due to organophosphate poisoning.  Acad  Emerg Med  2004; 10:1303-6.
6. **Boyer EW**, Shannon M, Hibberd, PL.  The Internet and psychoactive substance use among innovative drug users.  Pediatrics, 2005; 115:302-5.
7. Cohen MH, Hrbek A, Davis RB, Schacter SC, Kemper K, **Boyer EW**, Eisenberg DM. Emerging credentialing practices, malpractice liability policies, and guidelines governing complementary and alternative medical practices and dietary supplement recommendations.  A descriptive study of 19 integrative health care centers in the United States.  Arch. Int. Med, 2005:165;289-296.
8. Quang LS, Levy HL, Law T, Desai MC, Maher TJ, **Boyer EW**, Shannon MW, Woolf AD. Laboratory diagnosis of 1,4-BD and GHB overdose by routine urine organic acid analysis. Clin Toxicol 2005; 43:321-3.
9. Geib AJ, *Babu KM, Burns-Ewald M, **Boyer EW**.  Adverse effects in children after unintentional buprenorphine exposure. Pediatrics 2006; 118 (4): 1746-1751.
10. **Boyer EW**, Lapen PT, Macalino G, Hibberd PL. Dissemination of Internet information on psychoactive substances. Cyberpsych Behav. 2007; 10(1): 1-6.
11. Levine MD, **Boyer EW**, Geib AJ, Mick N, Pozner A, Thomas SD.  Assessment of hyperglycemia following calcium channel blocker overdoses involving diltiazem or verapamil. Crit Care Med 2007; 35(9): 2071-75 (see editorial: Crit Care Med 2007; 35(9) 2216-17).
12. **Boyer EW**, *Babu KM, Macalino G. Self-treatment of opioid withdrawal with a dietary supplement, Kratom. Am J Addiction, 2007; 16(5):352-56.
13. *Ali FM, **Boyer EW**, *Bird SB. Estimated risk of hepatotoxicity after an acute acetaminophen overdose in alcoholics. Alcohol, 2008; 42: 213-8.
14. **Boyer EW**, *Babu, KM, Adkins S, McCurdy C, Halpern, JH. Self-treatment of opioid withdrawal using kratom. Addiction, 2008; 103: 1048-50.
15. **Boyer EW**, Wines JH. Impact of Internet pharmacy regulation on opioid analgesic availability. J Stud Alc Drugs 2008; 69:703-8.
16. *Monte AA, Mandel T, Wilford BB, Tennyson J, **Boyer EW**.  Diversion of buprenorphine/naloxone coformulated tablets in a region with high prescribing prevalence. J Addict Dis 2009; 28:226-31.
17. **Boyer EW**, McCance-Katz EF, Marcus S. Methadone and buprenorphine toxicity in children.  Am J Addiction 2009; 19:89-95.
18. **Boyer EW**, Fay, RJ, Cook A, Buckosh M, Hibberd, PL, Case P. Conducting drug abuse investigations in natural environments:  Potential directions for medical toxicology research. J Med Tox, 2010; 6:56-62.
19. **Boyer EW**, Smelson D, Fletcher R, Ziedonis D, Picard R. Wireless technologies, ubiquitous computing, and mobile health: Application to drug abuse treatment and compliance with HIV therapies. J Med Tox, 2010; 6: 212-16.
20. *Moore, JO, **Boyer EW**, Safren S, Robbins GK, Boudreaux ED, Rosen R, Barton B, Moss F. Designing interventions to overcome poor numeracy and improve medication adherence in chronic illness, including HIV/AIDS.  J Med Tox, 2011; 7:133–138.
21. **Boyer EW**, Fletcher RR, Fay RJ, Smelson D, Ziedonis D, Picard RW. Preliminary efforts directed toward the detection of craving of illicit substances: The iHeal Project. J Med Tox , 2012; 8: 5-9.
22. *Levine M, Curry SC, Ruha AM, Pizon AF, **Boyer EW**, Burns J, Bikin D, Gerkin RD.

33

Ethylene glycol elimination kinetics and outcomes in patients managed without hemodialysis. Ann of Emerg Med 2012; 59:527-31.

23. Abar B, Baumann BM, *Rosenbaum CR, **Boyer EW**, Ziedonis D, Boudreaux ED. Profiles of importance, readiness, and confidence in quitting tobacco use. J Subst Use. 2013; 18:75-81.

24. Abar B, Baumann, BM, *Rosenbaum CR, **Boyer EW**, Boudreaux ED. Readiness to change alcohol and illicit drug use among a sample of emergency department patients. J Subst Use 2012; 17:260-68.

25. Cable C, Boyer DM, Colbert CY, **Boyer EW**. The writing retreat: A high-yield faculty development opportunity in academic writing. J Grad Med Ed, 2013: 299-302.

26. *Horvath KJ, Carrico AW, Simoni J, **Boyer EW**, Amico R, Petroll, AE. Engagement in HIV medical care and technology use among stimulant-using and nonstimulant-using men who have sex with men. AIDS Res Treat 2013, Article ID 121352, http://dx.doi.org/10.1155/2013/121352.

27. *Haran JP, Hoaglin DC, Chen H, **Boyer EW**, Lu S. Antigen-specific H1N1 influence antibody responses in acute respiratory tract infections and their relation to influenza infection and disease course. J Clin Virol, 2014; 60:367-73. DOI: 10.1016/J.JCV.2014.04.017.

28. *Haran JP, Hayward G, Skinner S, Merritt C, Hoaglin DC, Hibberd PL, Lu S, **Boyer EW**. Factors influencing the development of antibiotic-associated diarrhea in ED patients discharged home: Risk of administering IV antibiotics. Am J Emerg Med, 2014; 32:1195-99.

29. *Carreiro S, Smelson D, *Ranney M, *Horvath KJ, Picard RW, Boudreaux ED, Hayes R, **Boyer EW**. Real-time mobile detection of drug use with wearable biosensors: A pilot study. J Med Tox, 2015; 11:73-9.

30. *Chai PR, *Babu KM, **Boyer EW**. The feasibility and acceptability of Google Glass for teletoxicology consults. J Med Tox, 2015; 11:283-7.

31. *Carreiro S, Fang H, Zhang J, *Wittbold K, Weng S, Mullins R, Smelson D, **Boyer EW**. iMStrong: Deployment of a biosensor system to detect cocaine use. J Med System, 2015; 39:186. doi: 10.1007/s10916-015-0337-9.

32. *Haran JP, Wu G, Bucci V, Fischer A, **Boyer EW**, Hibberd PL. Treatment of bacterial skin infections in ED observation units: Factors influencing prescribing practice. Am J Emerg Med, 2015; 33:1780-5.

33. *Chai PR, *Castillo-Mancilla J, Buffkin E, *Darling C, Rosen RK, *Horvath KJ, Boudreaux ED, Robbins GK, Hibberd PL, **Boyer EW**. Utilizing an ingestible biosensor to assess real-time medication adherence. J Med Tox, 2015, 11:439-44.

34. *Daniulaityte R, Nahhas RW, Wijertatne S, Carlson RG, Lamy RF, Martins SS, **Boyer EW**, Smith GA, Sheth A. "Time for dabs": Analyzing Twitter data on marijuana concentrates across the U.S. Drug Alcohol Depend, 2015; 155:307-11.

35. Rosen, R.K., *Ranney, M. and **Boyer, EW**. Formative research for mHealth HIV adherence: the iHAART app (2015). *Proc 48th Hawaii Int Conf System Sci*, IEEE & Computer Society Press, 2015: 2779-2785. DOI 10.1109/HICSS.2015.3.

36. *Ranney ML, Thorsen M, Patena JP, Cunningham R, **Boyer EW**, Walton M, Spirito A, Zatzick D, Morrow K. "You need to get them where they feel it': Conflicting Perspectives on How to Maximize the Structure of Text-Message Psychological Interventions for Adolescents." *Proc 49th Hawaii Int Conf System Sci*, IEEE & Computer Society Press, 2015: 3247-3255. DOI 10.1109/HICSS.2015.391.

37. *Chai PR, Rosen RK, **Boyer EW**. Ingestible Biosensors for Real-Time Medication Adherence: MyTMed. *Proc 49th Hawaii Int Conf System Sci*, IEEE & Computer Society Press, 2016, Jan; 2016:3416-23.

38. *McManus D, Chong JW, Saczynski J, Esa J, Naplitano C, Darling C, **Boyer EW**, Rosen

R, Floyd R, Chon K. PULSE-SMART: Pulse-based Arrhythmia Discrimination Using a Novel Smartphone Application.  J Cardio. Electrophys., 2016; 27:51-7.

39. *Ranney ML, Patena JV, Nugent N, Spirito, **Boyer EW**, Zatzick D, Cunningham R. PTSD, cyberbullying, and peer violence: Prevalence and correlates among adolescent emergency department patients. Gen Hosp Psychiat, 2016 Mar-Apr; 39:32-8.

40. *Haran JP, Wu G, Bucci V, Fischer A, Keang L, **Boyer EW**, Hibberd PL. Antibiotic-Associated diarrhea in emergency department observation unit patients.  Epidemiol. Infect. 2016: 1-8.

41. Lamy FR, *Daniulaityte R, Nahhas, RW, Martins SS, **Boyer EW**, Sheth, Carlson R. Those edibles hit hard: Exploration of Twitter data on cannabis edibles in the US.  Drug Alcohol Depend, 2016; 164:64-70.

42. *Ranney ML, Freeman JR, Connell G, Spirito A, **Boyer EW**, Walton M, Guthrie K, Cunningham RM, A Depression Prevention Intervention for Adolescents in the Emergency Department, J Adol Health, 2016; 59:401-10.

43. Riederer AM, Campleman SL, Carlson RG, **Boyer EW**, *Manini AF, Wax PM, Brent JA. Acute poisonings from synthetic cannabinoids—50 US Toxicology Investigators Consortium Sites, 2010-2015.  MMWR 2016; 65:692-695.

44. *Lydecker AG, Sharma A, McCurdy CR, Avery BA, *Babu KM, **Boyer EW**.  Suspected adulteration of commercial kratom products with 7-hydroxymitragynine. J Med Tox, 2016; 12:341-49.

45. *Carreiro S, *Wittbold K, Indic P, Fang H, Zhang J, **Boyer EW**.  Wearable biosensors to detect physiologic change during opioid use. Journal of Medical Toxicology 2016; 12:255-262.

46. *Chai PR, Lewis DM, Rosen RK, *Ranney RL, **Boyer EW**. Crowd-sources focus groups on Twitter:  140 characters of research insight.  *Proc 50th Hawaii Int Conf System Sci*. 2017;3746-5.

47. *Chai PR, *Carreiro S, *Innes B, Rosen R, O'Cleirigh C, Mayer K, **Boyer EW**.  Digital pills to measure opioid ingestion patterns in emergency department patients with acute fracture pain:  A pilot study.  J Med Internet Res. 2017; 19:1-10.

48. *Danuilaityte, R, Lamy FR, Barratt M, Nahhas RW, Martins SS, **Boyer EW**, Sheth A, Carlson R.  Characterizing marijuana concentrate users:  A web-based survey. Drug Alc Depend. 2017; 178:399-407

49. Griswold MK, Chai PR, Krotulski AJ, Friscia M, Chapman B, Varma N, **Boyer EW,** Logan BK, Babu KM*.  A novel oral fluid assay (LC-QTOF-MS) for the detection of fentanyl and clandestine opioid in oral fluid after reported heroin overdose. J Med Tox 2017; 13:287-92

50. Griswold M, Chai PR*, Krotulsky AJ, Friscia M, Chapman B, **Boyer EW**, Babu KM. Self-identification of nonpharmaceutical fentanyl exposure following heroin overdose. J Clin Tox. 2017; 56:37-42

51. Daniulaityte R*, Lamy FR, Martins SS, **Boyer EW**, Carlson R. "Retweet to pass the blunt": Analyzing geographic and content features of cannabis-related tweeting across the US. J Stud Alc Drugs. 2017; 78:910-15

52. Hart A, Chai PR, Griswold MK, Lai J*, **Boyer EW**, Broach J. Acceptability and Perceived Utility of Drone Technology among EMS Responders and Incident Commanders for Mass Casualty Incident Management. American Journal of Disaster Medicine. 2017; 12:261-65.

53. Chai PR*, Carreiro S, Innes BJ, Schreiber KL, Edwards RR, Carrico AW, **Boyer EW**. Oxycodone ingestion patterns in acute fracture pain with digital pills. Anesth Analg 2017; 125: 2105-2112.

54. Chai PR*, Carreiro S, Ranney ML, Karanam K, Ahtisaari M, Edwards R, Schreiber KL, Ben-Ghaly L, Erickson TB, **Boyer EW**. Music as an Adjunct to Opioid-Based Analgesia. J

Med Toxicol. 2017; 13:249-54

55. Lamy FR, Daniulaityte R*, Martins SS, **Boyer EW,** Carlson R. You got to love rosin: Solventless dabs, pure, clean, natural medicine." Exploring Twitter Data on Emerging Trends in Rosin Tech Marijuana Concentrates. Drug and Alcohol Dependence 2018; 182:248-52

56. Broach J, Hart A, Griswold M*, Lai J*, **Boyer EW**, Skolnick AB, Chai PR. Usability and reliability of smart glasses for secondary triage during mass casualty incidents. *Proc 51th Hawaii Int Conf System Sci*, IEEE & Computer Society Press, 2018; 2018:1416-22.

57. Chintha KK, Indic P, Chapman B, **Boyer EW**, Carreiro S. Wearable biosensors to evaluates recurrent opioid toxicity after naloxone administration: A Hilbert Tranform approach. *Proc 51th Hawaii Int Conf System Sci*, IEEE & Computer Society Press, 2018; 2018:3247-52.

58. Lai JT, Chapman BP, Boyle KL, **Boyer EW**, Chai PR* Low-energy Bluetooth for detecting real-world penetrance of bystander naloxone kits: A pilot study. *Proc 51th Hawaii Int Conf System Sci*, IEEE & Computer Society Press. 2018; 2018:3253-58.

59. Chai PR*, Carreiro S, Cary J, Boyle KL, Chapman B, **Boyer EW**. Faculty writing groups supporting productivity. The Clinical Teacher. 2018; 15:1-5

60. Ranney ML, Pittman SK, Dunsiger S, Guthrie KM, Spirito A, **Boyer EW**, Cunningham RM. Emergency department for adolescent violence and depression prevention: A pilot randomized controlled trial. Psychol Serv. 2018 Nov; 15(4):419-428

61. Ouchi K*, Lindvall C, Chai PR*, **Boyer EW**. Machine learning to predict, detect, and intervene in older adults vulnerable for adverse drug events in the emergency department. J Med Tox, 2018, 14(3):248-252

62. Nwanaji-Enwerem JC*, Cardenas A, Chai PR, Weisskopf MG, Baccarelli AA, **Boyer EW**. Relationship of long-term smoking and moist snuff consumption with a DNA methylation age relevant smoking index: An analysis of buccal cells. Nicotine Tobac Res 2018 *(Winner, Best 2019 Student Research Award, International Society of Exposure Science).* https://doi.org/10.1093/ntr/nty156

63. Jin H, Ogunbajo A, Mimiaga MJ, Duncan DT, **Boyer EW**, Chai PR*, Dilworth SE, Carrico AW. Over the influence: The HIV care continuum among methamphetamine-using men who have sex with men. Drug Alc Dependence 2018; 192:125-128

64. Singh D, Chye Y, Suo C, Yucel M, Grundmann O, Ahmad MZ, Ho ETW, Mansor SM, Yusof SR, McCurdy CR, Muller C, **Boyer EW**, Vicknasingam B. Brain magnetic resonance imaging of regular kratom (*Mitrayna speciose* Korth) users: A preliminary study. Malaysian J Med Health Sci 2018; 14(Supp1): 65-70

65. Saref A, Surava S, Singh D, Grundmann O, Naravanan S, Swogger MT, Prozialeck WC, **Boyer EW**, Chear HJY. Self-reported prevalence and severity of opioid and kratom (Mitragyna speciose korth.) side effects. J Ethnopharm 2019; 238:111876

66. Chai PR, Schreiber KL, Taylor SW, Jambaulikar GD, Hasdianda MA, **Boyer EW**. The feasibility and acceptability of a smartphone-based music intervention for acute pain. *Proc 52nd Hawaii Int Conf Syst Sci*. 2019, 3917-25

67. Chai PR*, Pereira LM, Jambaulikar GD, Carrico AW, O'Cleirigh C, Mayer KH, **Boyer EW**. Bioequivalence of tenofovir component of tenofovir/rilpivirine/emtricitabine in digital pills. AIDS Res Hum Retroviruses 2019, March 13. PMID: 3069381

68. Ranney ML, Patena JV, Spirito A, Cunningham R, **Boyer E**, Nugent N. A technology-augmented intervention to prevent peer violence and depressive symptoms among at-risk emergency department adolescents: Protocol for a randomized control trial. Contemp Clin Trials 2019; 82:106-14

69. Singh D*, Narayanan S, Grundman O, **Boyer EW**, Vicknasingam B. The use of benzodiazepines among Kratom (Mitragyna speciosa Korth) users. Journal of Psychoactive Drugs, 2019 June 20:1-7. https://doi.org/10.1080/02791072.2019.1632505

36

70. Chai PR*, Zhang H, Jambaulikar GD, **Boyer EW**, Shrestha L, Kitmitto L, Wickner PG, Salmasian H, Landman AB. An Internet of Things buttons to measure and respond to restroom cleanliness in a hospital setting: Descriptive study. JMIR, 2019 Jun 19;21(6):e13588. doi: 10.2196/13588

71. Prozialeck WC, Avery BA, **Boyer EW**, Grundmann O, Henningfield JE, Kruegel AC, McMahon LR, McCurdy CR, Swogger MT, Veltri CA, Singh D*. Kratom policy: The challenge of balancing therapeutic potential with public safety. Int J Drug Policy. 2019 May 16;70:70-77. doi: 10.1016/j.drugpo.2019.05.003

72. Mahmud S, Fang H, Carreiro S*, Honggang W, **Boyer EW**. Wearables technology for drug abuse detection: A survey of recent advancement. Smart Health. 2019; 13:100062

73. Shumbusho JP, Duanmu Y, Kim SH, Bassett IV, **Boyer EW**, Ruutiainen AT, Riviello R, Ntirenganya F, Henwood PC*. Accuracy of resident-performed point-of-care ultrasound examinations versus chest radiography in pneumothorax follow up after tube thoracostomy in Rwanda. J Ultrasound Med 2019; Sep 6. doi: 10.1002/jum.15126

74. Saref A, Suraya S, Singh D, Grundman O, Narayanan S, Swogger MT, Prozialeck WC, **Boyer EW**, Vicknasingam B. Self-report data on regular consumption of illicit drugs and HIV risk behaviors after Kratom (Mitragyna speciose korth) initiation among illicit drug users in Malaysia. J Psychoactive Drugs 2019; Nov 4:1-7

75. Singh D, Narayanan S, Grundmann O, **Boyer EW**, Vicknasingam B. The use of benzodiazepines among Kratom (Mitragyna speciose Korth.) users. J Psychoactive Drugs. 2020; 52:86-92.

76. Chai PR*, Gale JY, Patton ME, Schwartz E, Jambaulikar GD, Taylor W, Edwards RR, **Boyer EW**, Schreiber KL*. The impact of music on nociceptive processing. Pain Medicine. 2020; 21:3047-54.

77. Nwanaji-Enwerem JC*, Colicino E, Specht, AJ, Gao X, Wang C, Vokona P, Weisskopf M, **Boyer EW,** Baccarelli AA, Schwartz J. Individual species and cumulative mixture relationships of 23-hour urine metal concentrations with DNA methylation age variables in older men. Environ Res. 2020;186:109573

78. Bruendl SA, Fang H, Ngo H, Boyer EW, Wang H. 2020 IEEE Conference on Information Reuse and Integration, IEEE & Computer Society Press.

79. Chai PR*, Schwartz E, Hasdianda MA, Azizoddin DR*, Kikut A, Jambaulikar GD, Edwards RR, **Boyer EW**, Schreiber KL*. The effect of a brief music application to address pain in the emergency department: a prospective study. Journal of Medical Internet Research. 2020. Accepted.

80. Bennett CL, Salinas RY, Locascio JL, **Boyer EW**. Two decades of little change: An analysis of US medical school basic science faculty by sex, race/ethnicity, and academic rank. PLoS One. 2020 ePub ahead of print.

81. Chai PR, Carreiro S, Chapmann BP, **Boyer EW**, O'Laughlin KN. Federal funding in emergency medicine: Demographics and perspectives of awardees. West J Emerg Med 2020; 21:304-12

82. Nwanaji-Enwerem JC*, Jenking TG, Colicino E, Cardenas A, Baccarelli AA, **Boyer EW**. Serum dioxin levels and sperm DNA methylation age: Findings in Vietnam War veterans exposed to Agent Orange. Reproduct Toxicol 2020; 96:27-35

83. Bennett CL, Salinas RY, Locasco JJ, Boyer EW. Two decades of little change: An analysis of US medical school basic science faculty by race/ethnicity, and academic rank. PLOS One, https://doi.org/10.1371/journal.pone.0235190, July 31, 2020.

84. Wilson LL, Harris HM Eans SO, Brice-Tutt AC, Cirino TJ, Stacy HM, Simons CA, Leon F, Sharma A, **Boyer EW**, Avery BA, McLaughlin JP, McCurdy CR. Lyophilized kratom tea as a therapeutic option for opioid dependence. Drug and Alcohol Dependence 2020; 216:108310.

85. Kass AP, Overbeek DL, Chiel LE, Boyer EW, Casey AMH. Pediatr Pumonol 2020;

55:1224-36. Case series: Adolescent victims of the vaping public health crisis with pulmonary complications.

86. Tonellato DJ, Ransohoff JR, Nash C, Melanson SEF, Petrides AK, Tolan NV, Goldberg SA, **Boyer EW**, Chai PR, Erickson TB. Traumatic pedestrian and bicyclisht injuries associated with intoxication. Am J Emerg Med. 2020;S0735-6757.

87. Lai JT, Chapman BP, Carreiro SP, Babu KM, Boyer EW, Chai PR. Understanding Naloxone uptake from an emergency department program using low-energy Bluetooth real-time location systems. J Med Toxicol 2020; 16:405-15.

88. Wilson LL, Harris HM, Eans SO, Brice-Tutt AC, Cirino TJ, Stacy HM, Simons CA, Leon F, Sharma A, **Boyer EW**, Avery BA, McLaughlin JP, McCurdy CR. Lyophilized kratom tea as a therapeutic option for opioid dependence. Drug Alcohol Depend. 2020, 216:108310.

89. Tebo C, Mazer-Amirshahi, Wax P, Campleman S, **Boyer EW**, Brent J, Sheth A, Danuilaityte R, Carlson R. Characterizing trends in synthetic cannabinoid receptor agonist use from patient clinical evaluations during medical toxicology consultation. J Psychoactive Drugs. 2020; Nov:1-8.

90. Chai PR, Goodman G, Bustamante M, Mendez L, Mohamed Y, Mayer KH, **Boyer EW**, Rosen RK, O'Cleirigh C. Design and delivery of real-time adherence data to men who have sex with men using antiretroviral pre-exposure prophylaxis via an ingestible electronic sensor. AIDS and Behavior 2020, accepted.

91. Chai PR, Goodman G, Bustamante MJ, Mohamed Y, Castillo-Mancilla J, **Boyer EW**, Mayer KH, Rosen RK, Baumgartner SL, Buffkin E, O'Cleirigh C. Long-term stability of the electronic sensor component of a digital pill system in real-world storage settings. Journal of Pharmacy Technology. 2020. Accepted.

92. Miller K, Hasdianda AM, Jambaulikar GD, Baugh CW, Divatia S, **Boyer EW**, Chai PR. Deployment of a wearable biosensor system in the emergency department: A technical feasibility study. Proceedings of the Hawaii International Conference on System Sciences 2021; 54:3567-72

93. Chai PR Dadabhoy FZ, Huang HW, Chu NJ, Feng A, Le HM, Collins J, DaSilva M, Raibert M, Hur C, **Boyer EW**, Traverso G. Assessment of the acceptability and feasibility of using mobile robotic systems for patient evaluation. JAMA Open 2021; 4; e210667

94. Chary M, **Boyer EW**, Burns MB. Diagnosis of poisoning using probabilistic logic networks. Proceedings of the Hawaii International Conference on System Sciences 2021; *in press*.

95. Bartsch Y, Fischinger, S, Siddiqui S, Chen A, Yu J, Gebra M, Atyeo C, Gorman M, Zhu A, Kang J, Burke J, Slein M, Gluck M, Beger, Hu Y, Rhee J, Petersen E, Mormann B, de St. Aubin M, Hasdianda MA, Jambaulikar G, **Boyer EW**, Sabeti P, Barouch D, Julg B, Musk E, Menon A, Laffenburger D, Nilles E, Alter G. Discrete SARS-CoV-2 antibody titers track with functional humoral stability. Nature Communications 2021, *in press*.

96. Chai PR, Bustamante MJ, Goodman G, Mohamed Y, Najarro J, Sullivan MC, Castillo-Mancilla J, Coyle RP, Mayer KH, Rosen RK, Baumgartner SL, Alpert PE, **Boyer EW**, O'Cleirigh C. A brief training program to support use of a digital pill system for medication adherence. JMIR: Formative Research 2021, Accepted.

97. Chai, PR, Mohamed Y, Goodman G, Bustamante MJ, Sullivan MC, Najarro J, Mendez L, Mayer KH, **Boyer EW**, O'Cleirigh C, Rosen RK. Development of a digital pill and respondent behavioral intervention (PrEPSteps) for HIV pre-exposure prophylaxis adherence among stimulant-using men who have sex with men. Transl Behav Med. 2022 Jan 18; 12(1)

98. Azizoddin D, Schreiber K, Beck MR, Enzinger AC, Hruschak V, Darnall BD, Edwards RR, Allsop MJ, Tulsky JA, **Boyer E**, Mackey S. Chronic pain severity, impact, and opioid use among patients with cancer: An analysis of biopsychosocial factors using the CHOIR

38

learning health care system. Cancer. 2021 Sep 01; 127(17):3254-3263

99. Chary M, **Boyer EW, Burns MM.** Diagnosis of Acute Poisoning using explainable artificial intelligence. Comput Biol Med. 2021 07; 134:104469.

100. Nwanaji-Enwerem JC, Colicino E, Gao X, Wang C, Vokonas P, **Boyer EW**, Baccarelli AA, Schwartz J. Associations of Plasma Folate and Vitamin B6 With Blood DNA Methylation Age: An Analysis of One-Carbon Metabolites in the VA Normative Aging Study. J Gerontol A Biol Sci Med Sci. 2021 04 30; 76(5):760-769.

101. Jasim KR, Hassan A, Singh DA, Boyer EW, Gam L-H. Characterization of urinary protein profile in regular kratom (Mitragyna speciosa korth) users in Malaysia. J Addictive Dis. 2021. https://doi.org/10.1080/10550887.2021.1981122

102. Nwanaji-Enwerem JC, **Boyer EW**, Olufadeji A. Polypharmacy exposure, aging populations, and COVID-19 exposure: Considerations for healthcare providers and public health practitioners in Africa. International Journal of Environmental Research and Public Health, 2021; Sep 29, 18(19) 2021 Sep 29; 18(19)

103. Chai PR, Mohamed Y, Bustamante MJ, Goodman G, Najarro J, Castillo-Mancilla J, Baez A, Bronzi O, Sullivan MC, Pereira L, Baumgartner SL, Carnes C, Mayer KH, Rosen RK, **Boyer EW**, O'Cleirigh C. DigiPrEP: A pilot trial to evaluate the feasibility, acceptability, and accuracy of a digital pill system to measure PrEP adherence in men who have sex with men who use substances. JAIDS. 2021. Accepted.

104. Nilles EJ, Siddiqui SM, Fischinger S, Bartsch YC, de Saint Aubin M, Zhou G, Gluck MJ, Beger S, Rhee J, Petersen E, Mormann B, Loesche M, Hu Y, Chen Z, Yu, Gebre JM, Atyeo C, Gorman MJ, Zhu AL, Burke J, Slein M, Hasdianda MA, Jambaulikar G, **Boyer EW**, Sabeti PC, Barouch DH, Julg B, Kucharski AJ, Musk ER, Lauffenburger DA, Alter A, Menon AS. Epidemiological and immunological features of obesity and SARS-CoV-2. Viruses 2022

105. Chapman BP, Lucey E, Boyer EW, Babu KM, Smelson D, Carreiro S. Perceptions on wearable sensor-based interventions for monitoring opioid therapy: A qualitative study. Frontiers in Digital Health 2022. 4:96942.

106. Duggan NM, Hasdianda AH, Baker O, Jambaulikar G, Goldsmith AJ, Condella A, Azizoddin D, Landry A, **Boyer EW**, Eyre AJ. The Effect of Noise-masking Earbuds (SleepBuds™) on Reported Sleep Quality and Tension in Health Care Shift Workers: a Prospective, Single-Subject Design Study. *JMIR Form Res.* 2022, Accepted. http://dx.doi.org/10.2196/2835

107. Chai PR, Vaz C, Goodman G, Albrechta H, Huang H, Rosen RK, **Boyer EW,** Mayer KH, O'Cleirigh C. Ingestible electronic sensors to measure instantaneous medication adherence: a narrative review. Digital Health. 2022;8:1-13.

108. Goodman GR, Kikut A, Bustamante MJ, Mendez L, Mohamed Y, Shachar C, Gohen IG, Gerke S, Boyer EW, Rosen RK, Mayerk KH, O'Cleirigh C, Chai PR. "I'd feel like someone was watchin' me... watching for a good reason": Perceptions of data privacy, access, and sharing in the context of real-time PrEP adherence monitoring among HIV-negative MSM with substance use. AIDS and Behavior. 2022. Accepted.

109. Chary A, Liu SW, Southerland L, Cameron-Comasco L, Ouchi K, Carpenter CR, **Boyer EW**, Naik AD, Kennedy M. Emergency department policies to improve care experiences for older adults during the COVID-19 pandemic. J Geri Emerg Med. 2022; 3:1-5

110. Ouchi K, Joshi C, Kaithamattam J, Gale SA, Marshall GA, Pietras A, Wang W, **Boyer EW**, Tulsky JA, Block SD, Rentz D, Schonberg MA. Refinement of an emergency department-based, advance care planning intervention for patients with cognitive impairment and their caregivers. Gerontologist. 2023 Feb 27:gnad020.

111. Lucassen RT, Jafari MH, Duggan NM, Jowkar N, Mehrtash A, Fischetti C, Bernier D, Prentice K, Duhaime EP, Jin M, Abolmaesumi P, Heslinga FG, Veta M, Duran-Mendicuti MA, Frisken S, Shyn PB, Golby AJ, **Boyer E**, Wells WM, Goldsmith AJ, Kapur T. Deep

39

Learning for Detection and Localization of B-Lines in Lung Ultrasound. IEEE J Biomed Health Inform. 2023 Jun 5;PP. doi: 10.1109/JBHI.2023.3282596. Epub ahead of print. PMID: 37276107.

112. Punches BE, Brown JL, Taul NK, Sall HA, Bakas T, Gillespie GL, Martin-Boone JE, **Boyer EW**, and Lyons MS. (2023). Patient motivators to use opioids for acute pain after emergency care. *Frontiers in Pain Research, 4*: 1151704

113. Goodman G, Carnes C, Albrechta H, Alpert P, Hokayem J, Lee J, **Boyer EW**, Rosen R, Mayer K, O'Cleirigh, Chai PR. Real world implementation challenges associated with a digital pill system to measure adherence to HIV pre-exposure prophylaxis from two studies of men who have sex with men. Proc Annu Hawaii Int Conf Sys Sci 2024. 57; 3211-21.

114. Armstrong M, Groner JI, Samora J, Olbrecht VA, Tram NK, Noffsinger D, **Boyer EW**, Xiang H. Impact of opioid law on prescriptions and satisfaction of pediatric burn and orthopedic patients: An epidemiologic study. PLoS ONE 18(22): e0294279

115. Hunold KM, Schwaderer AL, Exline M, Hebert C, Lampert BC, Southerland LT, Stephens JA, B**oyer EW**, Gure TR, Mion LC, Hill M, Chu CB, Lee G, Caterino JM. Functional Decline in Older Adults with Suspected Pneumonia at Emergency Department Presentation. 2024.

116. Chai PR, Goodman G, Mohamed Y, Bustamante MJ, Albechta H, Lee JS, Glynn TR, Boland K, Hokayem J, **Boyer EW**, Rosen RK, Mayer KH, O'Cleirigh C. Leveraging a digital pill system to understand prevention-effective adherence to oral HIV pre-exposure prophylaxis among men who have sex with men with substance use. AIDS and Behavior. 2024. 28; 3373-80

117. Hunold KM, Mion LC, Gure TR, Schwaderer AL, Exline M, Hebert C, Lampert BC, Southerland LT, Stephens JA, **Boyer EW**, Hill M, Chu CB, Reider C, Caterino JM. Clinical Performance of Existing Diagnostic Criteria for Pneumonia in Older Adult Emergency Department Patients: A Prospective Cohort Study. JAGS. 2024. 72; 3068-77

118. Goodman GR, Overstreet DS, Wilson JM, O'Cleirigh C, **Boyer EW**, Meints SM, Taylor SW, Mayer KH, Schreiber KL, Chai PR. Acceptability of a smartphone-based music intervention for chronic pain and problematic opioid use among people with HIV: a mixed methods pilot study. AIDS Research and Human Retroviruses. December 2023.

119. Ouchi K, Block SD, Rentz DM, Berry DL, Oelschlager H, Shiozawa Y, Rossmassler S, Berger AL, Hasdianda, MA, Wang W, **Boyer EW**, Sudore RL, Tulsky JA, Schonber MA. Effect of serious illness conversations in the emergency department for older adults with advanced illnesses: A randomized clinical trial. JAMA Open. 2025.

120. Hill, K, **Boyer EW**, Grundmann O, Smith KE. De Facto Opioids: Characterization of Novel 7-Hydroxymitragynine and Mitragynine Pseudoindoxyl Product Marketing. Drug and Alcohol Dependence. 2025.

121. Punches BE, Brown JL, Gillespie GL, **Boyer EW**, Anderson AR, Carreiro S, Bischof JJ, Kauffman E, Young H, Spatholt D, Tan A, Donneyong M, Ni A, Bakas T. Development and validation of the decisions to use opioids measure. Pain Manag Nurs 2025. 26; 149-55.

122. Veliky C, Ghazi EM, Shahzad H, Ambreen Y, **Boyer EW**, Quatmen C. The association between diagnosed cannabis use disorder and post-operative outcomes in lower extremity trauma patients: A retrospective database review. J Orthopaedic Experience and Innovation 2025; 6:1

**Other peer-reviewed scholarship**

40

**Scholarship without named authorship**

1. Davis GG, National Association of Medical Examiners and American College of Medical Toxicology Expert Panel on Evaluating and Reporting Opioid Deaths. National Association of Medical Examiners Position Paper: Recommendations for the Investigation, Diagnosis, and Certification of Deaths Related to Opioid Drugs. Acad Forensic Pathol 2013;3(1):77-83. Role: Recommendation Review Consultant Panel
2. Davis GG, National Association of Medical Examiners and American College of Medical Toxicology Expert Panel on Evaluating and Reporting Opioid Deaths. Recommendations for the Investigation, Diagnosis, and Certification of Deaths Related to Opioid Drugs. Acad Forensic Pathol 2013; 3:62-76. Role: Recommendation Review Consultant Panel
3. Ting SA, Sullivan AF, Miller I, Camargo CA, Boudreaux, on behalf of the ED-Safe Investigators. Multicenter study of predictors of suicide screening in emergency departments. Acad Emerg Med 2012; 19:239-43
4. Betz M, Sullivan AF, Manton AP, Epinola JA, Miller I, Camargo CA, Boudreaux ED, on behalf of the ED-Safe Investigators. Knowledge, attitudes and practices of emergency department providers in the care of suicidal patients. Depress Anxiety 2013; 00:1-8. Role: Site Principal Investigator
5. Betz M, Miller M, Barber C, Miller I, Sullivan AF, Carmargo AC, Boudreaux ED, on behalf of the ED-Safe Investigators. Lethal means restriction for suicide prevention: Beliefs and behaviors of emergency department providers. Depress Anxiety 2013; 30:1013-1020. Role: Site Principal Investigator
6. Boudreaux ED, Miller I, Goldstein AB, Sullivan AF, Allen MH, Manton AP, Arias SA, Camargo CA, for the ED-Safe Investigators. The Emergency Department Safety Assessment and Follow-up Evaluation (ED-Safe): Methods and design considerations. Contemp Clin Trials 2013; 36:14-24. Role: Site Principal Investigator.
7. Caterino JM, Sullivan AF, Betz ME, Espinola, JA, Miller I, Camargo, CA, Boudreaux ED on behalf of the ED-Safe Investigators. Evaluating Current Patterns of Assessment for Self-Harm in Emergency Departments, A Multicenter Study. Acad Emerg Med. 2013;20: 807-815. Role: Site Principal Investigator.
8. Arias SA, Sullivan AF, Miller I, Camargo CA, Boudreaux ED, for the ED-Safe Investigators. Implementation and use of a crisis hotline during the treatment as usual and universal screening phases of a suicide prevention study. Contemp Clin Trials 2015; 45:147-150. Role: Site Principal Investigator
9. Betz ME, Arias SA, Miller M, Barber C, Espinola JA, Sullivan AF, Manton AP, Miller I, Camargo CA, Boudreaux ED, for the ED-Safe Investigators. Change in emergency department provides beliefs and practices after new protocols for suicidal patients. Psych Serv 2015; 66:625-31. Role: Site Principal Investigator
10. Arias SA, Dumas O, Sullivan AF, Boudreaux ED, Miller I, Camargo CA, on behalf of the ED-Safe Investigators. Substance use as a mediator of the association between demographics, suicide attempt history, and future suicide attempts in emergency department patients. Crisis: The Journal of Crisis Intervention and Suicide Prevention 2016; 37:385-91. Role: Site Principal Investigator
11. Betz ME, Miller M Barber C, Beaty B, Camargo CA, Boudreaux ED, for the ED-Safe Investigators. Lethal means access and assessment among suicidal emergency department patients. Depress Anxiety 2016; 33;502-511. Role: Site Principal Investigator
12. Boudreaux ED, Camargo CA, Arias SA, Sullivan AR, Allen MH, Goldstein AB, Manton AP, Espinola JA, Miller IW, for the ED-Safe Investigators. Improving suicide risk screening and detection in the emergency department. Am J Prev Med 2016; 50:445-53. Role: Site Principal Investigator.
13. Miller IW, Camargo CA, Arias SA, Sullivan AF, Allen MH, Goldstein AB, Manton AP, Espinola JA, Jones R, Hasegawa K, Boudreaux ED, for the ED-Safe Investigators. Suicide

41

prevention in an emergency department population: The ED-Safe Study.  JAMA Psychiatry 2017; 74:563-570


**Non-peer reviewed scholarship in print or other media:**

**Proceedings of meetings or other non-peer reviewed scholarship**
1. Kelly JW, **Boyer EW**, Kaiser ET.  Analytical Problems Encountered in the Design of Biologically Active Proteins.  Proceedings of the Texas Symposium of Mass Spectroscopy; 1988; John Wiley and Sons, New York, 1988.
2. Wang J, Fang H, Carreiro S, Wang H, **Boyer EW**.  A new data mining method to detect real time substance use events from wearable biosensor data stream. Int Conf Comput Netw Commun. 2017;465-70


**Reviews, chapters, monographs and editorials**
1. **Boyer EW**.  In Memoriam:  Professor Emil Thomas Kaiser.  BioTechnology 1988;*6*:1140.
2. **Boyer EW**.  Sequencing and Synthesis:  A Unified Approach.  BioTechnology 1988;*6*:1300.
3. **Boyer EW**.  Octreotide.  Clin Tox Rev 1999;21:13.
4. **Boyer EW**, Woolf A.  What's New on the Street.  Clin Ped Emerg Med 2000;1:13-17.
5. **Boyer E**.  Issues in the management of dietary supplement use among hospitalized patients. J Med Tox. 2005; 1:30-4.
6. **Boyer EW**.  Chapter 43.  Antituberculosis Agents.  In:  Goldfrank, L, editor.  Goldfrank's Toxicologic Emergencies, Seventh Edition, Appleton and Lange, Stamford, CT 2002.
7. **Boyer EW**, Duic P, Evans E.  Calcium Channel Blocker Poisoning.  Ped Emerg Care 2002;18: 36-38.
8. Tong T, **Boyer EW**.  Club drugs, smart drugs, raves, and circuit parties: an overview of the club scene. Ped Emerg Care 2002;18: 216-18.
9. **Boyer EW**.  Dextromethorphan abuse, Pediatric Emergency Care 2004; 20:858-63.
10. Babu K, **Boyer EW**, Hernon C, Brush DE. Emerging drugs of abuse. Clin Ped Emerg Care, 2005; 6:81-84.
11. Lai M, **Boyer EW**, Kleiman M, Rodig N, Burns M.  Acute arsenic poisoning in two siblings. Pediatrics 2005; 116:249-57.
12. **Boyer EW**, Shannon M.  The Serotonin Syndrome, NEJM, 2005; 352:1111-1119.
13. *Levine MD, **Boyer EW**.  Hyperinsulinemia-euglycemia: A useful tool in treating calcium channel blocker poisoning. Crit Care 2006; 10: 149.
14. Babu KM, McCurdy CR, **Boyer EW**.  Opioid receptors and legal highs: Salvia divinorum and Kratom. Clin Toxicol, 2007; 42:146-152.
15. *Courtney JC, **Boyer EW**.  Case files of the University of Massachusetts Fellowship in Medical Toxicology: Heroin-tainted vancomycin container. J Med Tox 2008; 4: 192-6.
16. *Church, RJ, **Boyer EW**.  Case files of the University of Massachusetts Fellowship in Medical Toxicology: Stumbling through a blue haze. J Med Tox 2009; 5: 40-5.
17. Wachholtz A, Gonzalez G, **Boyer EW**, Naqvi ZN, *Rosenbaum C, Ziedonis D. Intersection of chronic pain and opioid analgesic misuse: Causes, treatments, and policy strategies. Subst Abuse Rehab, 2011; 2:145-162.
18. *Ward J, *Rosenbaum C, *Hernon C, McCurdy, CR, **Boyer EW**. Herbal medicines for the management of opioid addiction: Safe and effective alternatives to conventional pharmacotherapy?  CNS Drugs, 2011; 25:999-1007.
19. *Ward J, Szabo Y, McManus D, **Boyer EW**.  Advanced Molecular Biologic Techniques in Toxicologic Disease. J Med Tox. 2011; 7: 288–94.

42

20. *Ganetsky M, *Babu KM, Salhanick SE, Brown RS, **Boyer EW**. Dabigatran: Review of pharmacology and management of bleeding complication of this novel oral anticoagulant. J Med Tox. 2011; 7: 281-87.

21. *Levine M, Brooks DE, Truitt CA, *Wolk BJ, **Boyer EW**, Ruha AM. Toxicology in the ICU. Chest, 2011; 140: 795-806.

22. *Zuckerman MD, **Boyer EW**. HIV and club drugs in emerging adulthood. Curr Opin Pediatr 2012; 24:219-24.

23. **Boyer EW**. The management of opioid analgesic overdose. NEJM 2012; 367:146-56.

24. Quail MT, **Boyer EW**. Acetaminophen Toxicity. J Legal Nurse Consult 2013; 24:2.

25. *Neavyn MJ, **Boyer EW**, Bird SB, Babu KM. Sodium acetate as a replacement for sodium bicarbonate in medical toxicology: A review. J Med Tox 2013; 9:250-4.

26. *Burns JM, **Boyer EW**. Antitussives and Substance Abuse. Subst Abuse Rehab 2013; 4:75-82.

27. *Chai PR, *Blohm E, **Boyer EW** . Opioid Analgesics and Narcotic Antagonists. In: Ray SD editor. Side Effects of Drugs Annual, Oxford, UK, 2014. vol. 36, pp. 107-117.

28. Quail MT, **Boyer EW**. Acetylcysteine (N-acetyl-L-cysteine): Antidote and toxic agent. J Legal Nurse Consult 2014; 25:1.

29. *Carey J, **Boyer EW**. Heavy Metals. In: Scientific American-Emergency Medicine (2015); DFM Brown, R Walls (Eds.) available at www.sciamemerg.com.

30. Faust J, **Boyer EW**. Jan 23, 2018. Opioid hysteria comes to Massachusetts courts. New York Times. https://www.nytimes.com/2018/01/23/.../opioid-fentanyl-hysteria-massachusetts.html

31. Kunzler N, Babu KM, **Boyer EW**. Chapter 4: Opioid Overdose. In: Opioids, eds Compton. American Psychiatric Association, Washington DC.

32. *Chai PR, ***Boyer EW.** Serotonin Syndrome. In: Critical Care Toxicology. Brent J, Burkhart K, Dargan P, Hatten B, Megarbane B, Palmer R, editors. 2016 doi:10.1007/978-3-319-20790-2_128-1.

33. Carreiro S, Chai PR, Carey J, Chapman B, **Boyer EW**. Integrating personalized technology in toxicology: Sensors, smart glass, and social media applications in toxicology research. J Med Tox 2017; 13:166-72

34. Chai PR, **Boyer EW**, Al-Nahhas H, Erickson TB. Toxic weapons of assassination and warfare: Nerve agents VX and Sarin. Toxicol Comm. 2017; 1:21-23

35. Condella A, **Boyer EW**. Extracorporeal Membrane Oxygenation. In: Principles and Practice of Critical Care Toxicology. Singh, O and Juneja D, Editors. Jaypee Brothers Medical Publishing, New Delhi. pp. 288-92.

36. Carreiro S, Chai PR, Carey J, Lai J, Smelson D, **Boyer EW**. mHealth for the detection and intervention in adolescent and young adult substance abuse disorder. Current Addiction Reports. Published online 15 February 2018. DOI: 10.1007/s40429-018-0192-0

37. Chai PR, **Boyer EW**, Erickson TE. Novichok agents: A historical, current, and toxicologic perspective. Toxicology Communications, 2018, 2: 45-48.

38. Toce MS, Chai PR, Burns MB, Boyer EW. Pharmacologic treatment of opioid use disorder: A review of pharmacotherapy, adjuncts, and toxicity. J Med Toxicol 2018, https://doi.org/10.1007/s13181-018-0685-1

39. Chai PR*, Zhang H, Baugh CW, Jambaulikar GD, McCabe JC, Gorman JM, **Boyer EW**, Landman A. Internet of Things buttons for real-time notification in hospital operations. JMIR. 2019; 2(8): e251

40. Chary M, Parikh S, Manini AF, **Boyer EW**, Radeos M. A review of natural language processing in medical education. West J Emerg Med 2019, 20:78-86 https://cloudfront.escholarship.org/dist/prd/content/qt7nk7039h/qt7nk7039h.pdf?t=pjmyrk

41. Baymon DE, **Boyer EW**. Chimeric antigen receptor T-cell toxicity. Curr Opin Pediatr. 2019, 31:251-55.

43

42. **Boyer EW**, Levy S, Smelson D, Vargas S, Casey A.  The clinical assessment of vaping. Journal of Addiction Medicine. 2020, J Addict Med. 2020 Feb 6. doi: 10.1097/ADM.0000000000000634

43. Frydman GH, **Boyer EW**, Nazarian RM, van Cott EM, Piazza G.  Coagulation status and venous thromboembolism risk in African Americans: A potential risk factor for COVID-19 Clin Appl Thromb Hemost. 2020; 26:107602962094.

44. Chary MA, Manini AF, **Boyer EW**, Burns M. The role and promise of artificial intelligence in medical toxicology.  2020; 16:458-64

45. Overbeek DL, Kass AP, Chiel LE, Boyer EW, Casey AMH.  A review of toxic effects of electronic cigarettes/vaping in adolescents and young adults. Crit Rev Toxicol 2020; 50:531-38.

46. Erickson TB, Chai PR, **Boyer EW**.  Chloroquine, hydroxychloroquine and COVID-19. Toxicol Comm 2020; 4:40-42.

47. Mostaghimi A, Antonini MJ, Plana D, Anderson PD, Beller B, **Boyer EW**, Fannin A, Freake J, Oakley R, Sinha, MS, Smith L, Van C, Yang H, Sorger PK, LwBoeuf NR, Yu, SH. Regulatory and safety considerations in deploying a locally fabricated, Reusable face shield in a hospital responding to the COVID-19 pandemic. Med (NY). 2020; doi:10.1016/j.medj.2020.06.003.

48. Picard RW, **Boyer EW**. Smartwatch biomarkers and the path to clinical use. Med 2021; 2:797-799

49. Grundmann O, Smith KE, Prozialeck WC, Veltri CA, Boyer EW. Commentary: Presence of kratom in opioid overdose deaths: Findings from coroner postmortem toxicological report. Front Psychiatry 2024. 15:1411964.

50. Smith KE, **Boyer EW**, Grundman O, McCurdy CR, Sharma A.  The rise of novel, semi-synthetic 7-hydroxymitragynine products. Addiction 2025; 120(2):387-88

## Books/textbooks for the medical or scientific community

1. Aghababian R, Allison EJ, **Boyer EW,** Braen GR, Manno MM, Moorehead MC, Volturo GA. Essentials of Emergency Medicine. Jones and Bartlett, 2006.

## Case reports

1. Brown M, Woolf A, Shannon M, **Boyer EW**.  Childhood Methanol Ingestion Treated with Fomepizole and Hemodialysis.  Pediatrics 2001;108:e77.

2. **Boyer EW**, Kearney S, Woolf AW, Shannon M, Kemper KH.  Poisoning from a Dietary Supplement Administered During Hospitalization.  Pediatrics 2002; 109;e49.

3. *Brush DE, *Bird SB, **Boyer EW**.  Monoamine oxidase inhibitor poisoning resulting from Internet misinformation on illicit substances.  Clin Tox 2004; 42:191-5.

4. *Brush DE, **Boyer EW**.  Gamma hydroxybutyrate poisoning in the elderly.  Ann Int Med; 2004; 140:W70-2.

5. *Bird SB, Orr PG, Mazzola JL, Brush DE, **Boyer EW**.  Levofloxacin-related seizure activity in a patient with Alzheimer's disease:  Assessment of potential risk factors.  J Clinical Psychopharmacol, 2005; 25:287-88.

6. *Hernon C, **Boyer EW**, Christensen D, Sugarman S. Case Files of the University of Massachusetts Fellowship in Medical Toxicology: Three Patients with an Industrial Radiography Source Exposure. J Med Tox 2006, 2:163-165.

7. Weizberg M, Su M, Mazzola, JF, *Bird S, *Brush DE, **Boyer EW**.  Altered mental status following olanzapine overdose treated with physostigmine. Clin Tox 2006; 44 (3): 319-325.

8. *Ganetsky M, *Babu KM, **Boyer EW**. Serotonin syndrome in dextromethorphan ingestion responsive to propofol therapy. Ped Emerg Care 2007; 23:829-31.

44

Case 4:25-cv-00917-RK    Document 8-2    Filed 12/11/25    Page 150 of 297

9. Vitale C, George M, Sheroff A, *Hernon CM, **Boyer EW**. Pulmonary complications from aspiration of methacrylate glue. Clin Tox, 2008;46:560-64.
10. *Babu KM, *Rosenbaum CR, **Boyer EW**. Head CT in a patient with metabolic acidosis. J Med Tox 2008; 4:375-276.
11. Gener B, *Burns JM, Griffin S, **Boyer EW**. Administration of ondansetron associated with lethal outcome. Pediatrics 2010; 125:e1-e4.
12. *Weibrecht K, Rhyee S, Manuell ME, Longo C, **Boyer EW**, *Brush E. Sulfur mustard exposure presenting to a community emergency department. Annals Emerg Med, 2011; 59: 70-74.
13. *Rosenbaum CR, *Boyle K, **Boyer EW**. Nasopharyngeal necrosis after chronic opioid (oxycodone/acetaminophen) insufflation. J Med Tox 2012; 8:240-1.
14. *Burns JM, Marino A, Manno M, Rhyee S, **Boyer EW**. Status epilepticus in a child secondary to ingestion of skin-lightening cream. Pediatric Emergency Care 2013; 29:662-4.
15. *Zuckerman M, Weisberg SN, **Boyer EW**. Pitfalls of Intranasal Naloxone. Prehosp Emerg Care 2014; 18:550-54.
16. *Lydecker AH, *Zuckerman MD, Hack JB, Becker B, Cherkes JK, **Boyer EW**, *Babu MB. Intravenous Kratom use in a patient with opioid dependence. J Tox Pharmacol 2017; 1:003.
17. Blohm E, Goldberg A, Salerno A, Jenny C, **Boyer EW**, Babu KM. Recognition and management of pediatric salt toxicity. Peds Emerg Care. 2018; 34(11):820-824
18. Griswold MK, Nordberg A, Babu KM, **Boyer EW**, Chai PR. Accidental copper sulfate toxicity after flame colorant ingestion. Clin Tox 2017; 55:943-45
19. Griswold MK, Blohm E, Cross R, **Boyer EW**, Carey JL. Unsuspected clenbuterol toxicity in a patient using intramuscular testosterone. Clinical Practice and Cases in Emergency Medicine 2017; 1:1-4
20. Griswold MK, Chapman BP, Krotulski A, Friscia M, Boyer EW, Logan BK, Babu KM. Cryptomarket drug acquisition leading furanyl fentanyl overdose. Forensic Toxicology 2018; 36:534-36
21. Reale SC, Gray KJ, **Boyer EW**, Arce DY, Farber MK. Toxic Ingestion of Acetaminophen and Acetylsalicylic Acid in a Parturient at 33 Weeks Gestation: A Case Report. A A Pract. 2018 Oct 11.
22. Jaffe TA, **Boyer EW**, Erickson TB, Studley H, Hayes BD, Chai PR. Acute and delayed toxicity from co-ingestion of methylene chloride and methanol. Tox Comm. 2019. 3; 79-84.
23. Grundmann O, Brown PN, **Boyer EW**, Swogger MT, Walsh Z, Prozialeck W, Kruegel AC, Veltri CA, Dudley S. Critique of "Kratom use and toxicities in the United States" Pharmacotherapy 2019; 39:1119-20.
24. Chai PR, Ferro EG, Kirshenbaum MJ, Hayes BD, Culbreth SE, **Boyer EW**, Erickson TB. Intentional hydroxychloroquine overdose treated with high dose diazepam: an increasing concern in the COVID-19 pandemic. Journal of medical toxicology. 2020. Accepted.
25. Severe colchicine poisoning treated successfully with kidney replacement therapy and plasmapheresis: A case report. Tox Comm 2022; 6:47-51.


**Letters to the Editor**
1. **Boyer EW**, Quang L, Woolf A, Shannon M, Magnani BJ. Dextromethorphan and Ecstasy Pills. JAMA 2001;285: 409-410.
2. **Boyer EW**, Quang L, Woolf A, Shannon MW. Use of physostigmine in the management of gamma-hydroxybutyrate overdose. Ann Emerg Med. 2001; 38:346.
3. **Boyer EW**, Shannon MW. Which drug tests in medical emergencies? Clin Chem 2003;

45

49:353-4.
4. *Brush DE, **Boyer EW**.  Intravenous N-acetylcysteine for children. Ped Emerg Care 2004; 20:649-50.

**Professional educational materials or reports, in print or other media:**

1. **Boyer EW**, Shepherd SM.  Hypoglycemic Plant Intoxications.  Emergency Medicine On-Line Reference.  Ed., Scott Plantz.  Boston Medical Publishing Corp, 1997.  URL no longer available.
2. **Boyer EW**, Stahmer S:  Angina.  Emergency Medicine On-Line Reference.  Ed., Scott Plantz.  Boston Medical Publishing Corp, 1997. URL no longer available.
3. **Boyer EW**, Stork C, Wang R.  The Pharmacology and Toxicology of Dofetilide. Int J Med Toxicol, 2001;4: 16. URL no longer available.
4. **Boyer EW**.  The Serotonin Syndrome. UpToDate, available at www.uptodate.com .
5. **Boyer EW**, Hernon C. Methamphetamine toxicity. UpToDate, available at www.uptodate.com.
6. **Boyer EW**, Babu K. Psychosis in children. UpToDate, available at www.uptodate.com.
7. Barnett AK, **Boyer EW**, Traub S. Aspirin intoxication. UpToDate, available at www.uptodate.com.
8. Babu KM, Boyer EW. Kratom health effects from acute and chronic use. UpToDate, available at www.uptodate.com.

*Published with Trainee(s)

**Clinical Guidelines and Reports:**

1. **Boyer EW**, Fitch J, Shannon M. Pediatric hospital surge capacity in public health emergencies. AHRQ Publication No. 09 0014. Rockville, MD: Agency for Healthcare Research and Quality. January 2009.
2. Gold MS, Milas B, Cutchins C, Walsh SL, Piotrowski J, Boyer EW. Overdose reversal challenges an priorities in the era of synthetic opioids: Insights from the Respire Expert Forum. Current Addiction Reports. 2025; 12:39.

**Thesis:**

1. **Boyer EW**.  Preliminary Investigation of Rationally Designed Receptors for Peptide Substrates [dissertation].  New York (NY):  Columbia University. 1987.

## Narrative Report

Clinical innovation and research investigations have formed the twin pillars of my academic career. My clinical contributions, the most important of which have been published in high-impact general medical journals, have been adopted internationally by clinicians working in emergency medicine, medical toxicology, pediatrics, infectious diseases, psychiatry, addiction medicine, and behavioral science.  My body of work has substantively improved the treatment of highly lethal poisonings, identified the economic benefit of antidotes, increased the safety of dietary supplements, prevented pediatric overdose, informed management of opioid overdose, and boosted adherence to medications for common, intractable, and expensive medical conditions.

46

My research career, supported continuously by NIH since 2001 and informed by observations I make as a bedside clinician, has emphasized two main areas of investigation. In a series of studies from 2007, I have pioneered the use of signal processing and machine learning to identify, in real time and in natural environments, relapse to cocaine use, behavioral transitions to increased health risk, emerging population-wide drug use behaviors, and the opioid sparing effect of machine learning-tagged music. My second field of study involves advanced technologies in health. My studies related to mobile biosensors have provided vivid, indisputable evidence of medication ingestion, detected opioid use as well as the development of opioid tolerance, and apps that modulate pain and anxiety.

Recognizing the innovativeness of my science and its impact on multiple scientific disciplines, NIH awarded me a K24 mid-career award—the first emergency physician to be so funded—so that I could mentor junior faculty into skilled clinician-scientists. This funding led to a flowering of my academic career as the scope of my research expanded even further. My research grown to include web semantic learning to identify new patterns of psychoactive substance use, Bluetooth-labeled naloxone syringes to determine the fate of opioid antidote distributed into the community, and ingestible biosensors that measure, rather than infer, the actual time at which patients take their medications, and the study of machine learning-tagged music as an intervention for pain and anxiety.

One outgrowth of my mentoring efforts has been improvements in academic practice and the study of methods to accelerate academic productivity. My initial effort in this area emphasized writing retreats that focused on providing a linkage of junior authors to senior faculty; follow up work focused on establishing iterative writing periods where participating junior faculty provided critiques and writing suggestions for others' work. By replacing a didactic approach to authorship with faster support and editorial review, this fundamental advance accelerated the academic careers of junior faculty, particularly those of female faculty. I have also extended my mentoring work to the study of resident wellness where I led a study evaluating commercial sound-cancelling sleepbuds to help clinicians transition to and recover from overnight shifts.

The innovation of my work has been recognized by four different academic disciplines. First, I was named the 2008 NIH Distinguished Lecturer in Natural Products Neurosciences, an award from the medicinal chemistry community for my studies related to adverse effects of kratom. Then, in 2011, I received the American College of Medical Toxicology's annual Research Award for career accomplishments in research investigations. In 2013, my work related to graphical presentations of complex clinical data was recognized by the engineering and mHealth communities with the Best User Experience Award at MIT Media Lab's Health and Wellness Innovations 2013. My studies to extend the capacity of wearable biosensors into drug abuse treatment was applauded by the Society of Behavioral Medicine with the 2015 Citation Award. In 2016, I was the overall winner of the Medstro Innovations in Healthcare Challenge for my work related to digital pills for medication ingestion monitoring. Finally, in 2018 I was named a Fulbright Scholar to Malaysia to study the pharmacophysiology of kratom in Malaysian heroin injectors. Few emergency physicians have been recognized by such disparate academic disciplines, and I look forward to creating a pipeline of clinician scientists capable of making my own accomplishments look small.

47

## EXPERT REPORT OF KIRSTEN E. SMITH, Ph.D.

I am providing this report on kratom, mitragynine (MG), 7-hydroxymitragynine (7-OH), and mitragynine pseudoindoxyl (MGP) based on my review of the published literature and publicly available information from public health monitoring systems. This review is an overview and is not exhaustive. My expert opinion is also based on my ongoing work and direct experience I have as a researcher in this area, including interactions with my scientific colleagues. Likewise, it includes interactions with people who use or sell kratom, MG, 7-OH, and MGP and clinicians who would be expected to interact with consumer populations.

The views expressed in this opinion are my own. They do not necessarily reflect the views or positions of Johns Hopkins Medicine or any professional or non-professional organization to which I belong.

Based on my evaluation of the relevant existing evidence on kratom, MG, 7-OH, and MGP, there is inadequate information to assert that products containing these ingredients present a significant or unreasonable risk of illness or injury in the oral forms currently marketed to consumers in the United States.

### Relevant Background Training, Expertise, and Experience

I earned my bachelor's degree in social work, with minors in psychology and history, from the University of Kentucky in 2014. In 2015, I graduated from the University of Kentucky with a clinical master's in social work (MSW). My undergraduate and graduate clinical training included clinical practicums at addiction treatment centers in Kentucky. I was a legally certified MSW in Kentucky (CMSW; License #7399), and I am a licensed MSW in Maryland (LMSW; License #30641).

After earning my MSW, I assisted with data projects at the University of Kentucky's Center on Drug and Alcohol Research (CDAR). During that time, I was involved in volunteer work in local substance use disorder (SUD) treatment programs, working with adults seeking help with SUDs related to opioids, stimulants, alcohol, and cannabis, among others. Most of the clients I worked with exhibited complex polydrug use and had psychiatric health histories.

During my graduate clinical training in 2015, I first became aware of the botanical, *Mitragyna speciosa*, commonly referred to in the United States as "kratom." A 27-year-old male client who was in early remission from opioid use disorder (OUD) informed me that he was consuming kratom tea to help with opioid cravings and anxiety. He reported that kratom made him feel good, but not "high," which has important clinical significance. During this time, I continued to work at CDAR and continued my volunteer work. I encountered more individuals in recovery who were using kratom. This use of kratom as a form of harm-reduction and self-management of mood and well-being piqued my interest, just as I was beginning a joint Ph.D. program in social work at the University of Louisville-University of Kentucky. In that program, I focused on social determinants of health related to drug use and criminal justice involvement. My doctoral thesis examined patterns of high-risk opioid and stimulant use among corrections-involved adults using

Case 4:25-cv-00917-RK    Document 8-2    Filed 12/11/25    Page 154 of 297

a behavioral economic framework. Throughout my Ph.D. program, I continued to hear from clients in the centers where I volunteered that they were using kratom as a substitute for illicit opioids and alcohol. As such, I decided to conduct a preliminary investigation into kratom use among adults with SUD histories enrolled in treatment to better understand motivations for and patterns of use (Smith & Lawson, 2017).

After completing my Ph.D. in 2019, I began a 4-year postdoctoral training fellowship at the National Institute on Drug Abuse Intramural Research Program (NIDA IRP) in Baltimore, Maryland. As few at NIDA IRP had heard of kratom, I was asked to speak about the substance. During this time, I began collaborating with other researchers in the United States who wanted to better understand how kratom was being used. As kratom use in the United States appeared to be increasing, I wanted to better understand why people were consuming it. In 2020, while still at NIDA IRP, I began focusing more of my time and attention on kratom, conducting or collaborating on other survey studies and on social media analyses.

Concurrently with my increased research into kratom at NIDA IRP, I also served as the Lead Associate Investigator on a double-blind, randomized, placebo-controlled clinical trial investigating the opioid withdrawal-suppressing effects of an experimental opioid agonist medication. In this capacity, I received training in human laboratory research that I now apply to my ongoing kratom research.

During this time as a postdoctoral fellow at NIDA IRP, I also advised on the initial development of NIDA's webpage on kratom, served on the National Institutes of Health Institutional Review Board, and accepted an invitation to join the NIDA Speaker's Bureau in order to help communicate the current known science of kratom upon request. During this time as a postdoctoral fellow, I was also an adjunct instructor for the University of Kentucky, where I taught a (virtual) graduate level psychopathology course that included training students in the assessment, diagnosis, and treatment of SUDs and other psychiatric or behavioral disorders.

I was awarded my first NIDA research grant (K99DA055571) in 2021 to investigate kratom as part of my postdoctoral fellowship. This consisted of the first ecological momentary assessment study ever conducted on kratom use among a national sample of adults who consumed kratom regularly. Samples of the kratom products used during the study by participants were obtained and assayed for their chemical composition. This grant included a pilot laboratory-based sub-study in which kratom consumers self-administered their typical kratom product under direct observation. Physiological, subjective, and cognitive outcomes were evaluated, along with adverse events (NCT05457803). These studies were conducted at NIDA IRP in collaboration with the University of Florida College of Pharmacy and the Johns Hopkins University School of Medicine. Some of the findings are discussed further below.

I completed my postdoctoral fellowship in July 2023 and began a research faculty position with the Johns Hopkins University School of Medicine. I am currently an Assistant Professor in the Department of Psychiatry and Behavioral Sciences, Behavioral Pharmacology Research Unit (BPRU). Within BPRU, I work nearly exclusively on kratom and kratom-derived products, though I have also published on topics related to cannabis, opioids, kava, tianeptine, and on addiction theory more broadly. After my second NIDA grant (R00DA05571-02) to study kratom

was funded, I formed the Kratom Research Unit within BPRU. This unit specializes in kratom research and is intended to attract students, postdoctoral fellows, or others interested in collaborating on kratom projects and engage public, industry, and government. I hope to grow the scope of the Kratom Research Unit in the coming years to encompass kratom-derived products or constituents of kratom, such as 7-OH and MGP, and to also focus on other botanicals.

My ongoing research at Johns Hopkins is comprised of several projects. The largest is an inpatient (3-day, 2-night) human laboratory study of adults who use commercial kratom products regularly. Specifically, I am conducting a full pharmacokinetic and behavioral pharmacology characterization of kratom's effects over an approximately 36-hour period. This period is then followed by a period of kratom cessation, during which time I systematically evaluate kratom withdrawal symptoms using validated and novel objective and subjective measures (over an approximately 48-hour period). This is the first empirical, direct-observation study of kratom withdrawal and the first full pharmacokinetic (PK)/behavioral pharmacology study of commercial kratom products that includes whole leaf and extract products (NCT06089980). This study is funded by NIDA and Johns Hopkins University departmental start-up funds.

I am also conducting a pilot study investigating the acute effects of leading commercial kratom extract products (NCT06640569). This project is funded through departmental start-up funds from Johns Hopkins University.

I have two recently completed survey projects. The first is on kratom and other botanical-derived products, such as kava and akuamma seed (funded by departmental funds), and another survey and qualitative interview study on 7-OH products funded by Johns Hopkins University departmental start-up funds, with some support from a NIDA subaward (K24 DA037109-10). No industry or philanthropic funds were used for this study, directly or indirectly.

I currently have under review three NIDA R01 grant applications. These include an R01 grant application for over $5.3 million in total costs that was competitively scored (score of 22; 10.0 percentile) on April 7, 2024. If awarded, it would support a rigorous, two-part study comprised of a single ascending dose safety, tolerability, PK, and dose-finding study for a broad-spectrum kratom extract to be followed by a human abuse potential study on the same. This grant includes a subaward to the University of Florida College of Pharmacy. Communication from the NIDA Project Officer is active and ongoing, and a funding decision is expected before the end of the fiscal year.

Since 2023, I have served as a paid scientific advisor and consultant to the International Plant and Herbal Alliance, which is a nonprofit 501(c)(3) organization concerned with advancing the science and policy on kratom. Between October 1, 2023, and March 1, 2024, I served as a paid scientific advisor and consultant to The Kratom Coalition, a 501(c)(4) organization concerned with advancing science and policy on kratom. I have provided oral or written testimony or have made presentations on the subject of kratom and 7-OH for state legislative or regulatory bodies, law firms, and at committee hearings.

In the United States, I am one of very few clinical researchers and trained clinicians focused on the study of kratom and kratom-derived products. To date, and to my knowledge, I am the only researcher at a university funded by NIDA to examine both the PK and clinical and behavioral pharmacology of kratom products in humans. In addition to several book chapters, I have approximately 76 peer-reviewed papers either published or in press, 11 others are currently under review, and 8 others are in active preparation for submission. Most pertain to kratom directly with several others indirectly related. To date, I have been involved with all published research-based assessments of kratom-related physical dependence or DSM-5 SUD diagnostic criteria for kratom. I have also published systematic reviews of clinical case reports on kratom-related physical dependence, SUD, and morbidities.

Related background on my qualifications includes having been accepted as an NIH Early Career Reviewer Program and being an active member of several professional organizations. These include the American Psychological Association (APA; including as an Executive Committee member for APA Division 28 Psychopharmacology and Substance Use and as a member of APA Division 50 Society of Addiction Psychology), Academic Consortium on Criminal Justice Health, the College on the Problems of Drug Dependence, International Society for Substance Use Professionals, National Association of Social Workers, the American Society of Addiction Medicine and the Society for the Study of Addiction. I am also on the organizing committee for the Scientific Symposium on Kratom held annually at the University of Florida Lake Nona Campus. I currently serve on four editorial boards for peer-reviewed academic journals, am a consulting editor for *Experimental and Clinical Psychopharmacology*, and also serve as a Section Editor on kratom for *Current Addiction Reports*. I recently received an author recognition award from the *Journal of Addiction Medicine*, the flagship journal for the American Society of Addiction Medicine, for their most downloaded peer-reviewed paper in 2024, which was on kratom's acute effects.

I regularly present on kratom to students, clinical groups, health departments, professional organizations, and at scientific annual meetings, including over 40 professional talks or presentations on kratom. In doing this, and in the general course of being an expert in the field of kratom, I am often engaged in conversations with medical practitioners who encounter kratom use among their patients or clients. I am also contacted by people who have used or who use kratom or 7OH. I have spoken on kratom at two side panels accepted for the United Nations Commission on Narcotic Drugs (2024 and 2025) and have participated in two data briefings for members of Congress. Since leaving NIDA IRP, I have remained on the NIDA Speaker's Bureau, and I generally welcome any engagement with policymakers, regulators, industry, clinicians, academics, or consumers, as I have found that there is a tremendous amount to both communicate but also a tremendous amount to continually learn.

As I discuss further below, even though I am an appointed research faculty member within the Johns Hopkins School of Medicine, I have always been (and will remain) proactive in seeking information from all available sources. I have found that continued exposure to real-world situations is invaluable for keeping abreast of new phenomena and trends in the use of bioactive substances that often are sold as dietary ingredients or natural products. For instance, I regularly visit vape shops and just recently returned from a self-funded trip to a trade show where kratom, MG, 7-OH, and MGP (among many other products) were sold. As noted, I have recently

completed surveys on kava, tianeptine, akuamma seed, kratom whole leaf, kratom extract, 7-OH, and MGP and have another survey project in development. I have spoken at length with people who use these kratom, mitragynine, 7OH, and MGP products. Given this, I am qualified to discuss them based on the knowledge available to date. My *curriculum vitae* is attached as Exhibit "A" hereto. As new data or knowledge is acquired, my impressions and views will likely be continually refined.

**Background on Kratom**

In Western nations, including the United States, "kratom" refers to the fast-growing tree, *Mitragyna speciosa,* and to the products derived from its harvested leaves (Grundmann et al., 2024; Cinosi et al., 2015; Singh, Narayanan, & Vicknasingam, 2016). Kratom is indigenous to Southeast Asia, primarily Malaysia and Thailand, and is being cultivated throughout Southeast Asia, particularly in Indonesia (Ahmad & Aziz, 2012; Charoenratana, Anukul, & Aramrattana, 2021; Kantor Staf Presiden, 2022; Reuters, 2024). Kratom has been used for centuries in Southeast Asia by chewing the fresh leaves or by boiling them into a tea or juice decoction (Singh, Narayanan, & Vicknasingam, 2016). Kratom is consumed orally in both the United States and Southeast Asia.

The bioactive alkaloids in kratom leaves are approximately 2-4% of the leaf material weight (Leksungnoen et al., 2022; Sengnon et al., 2023). Kratom and kratom products can vary in terms of their alkaloid composition, which can be impacted by agricultural, environmental, or other factors (Laforest et al., 2023; Prozialeck et al., 2020; Sengnon et al., 2023; Smith et al., 2024; Zhang et al., 2022). Commercial kratom products include dried leaf/dried leaf powder consumed loose or encapsulated, leaf material pressed into pellets, gummies, prepared seltzers or teas, concentrated liquids, and other extract formulations that range in their content of kratom's major alkaloid, MG, and minor alkaloids per container and per serving (Grundmann et al., 2024; Sharma et al., 2025). Kratom raw or dried leaf generally contains fewer alkaloids by weight than other forms; however, alkaloids from kratom leaf can be extracted by water (e.g., brewed tea, which is an aqueous extract) and deliver more alkaloids for absorption than by eating the leaf material itself.

Kratom alkaloids have been explored as candidates for therapeutic or drug-development pathways separate from kratom as a natural product, food, dietary supplement, dietary ingredient, etc. (Alford et al., 2025; Gutridge, 2021; McCurdy et al., 2024; Smith et al., 2023; Vijeepallam et al., 2019). The National Institutes of Health has invested in both basic science and clinical research on kratom and kratom alkaloids.

Preclinical (binding affinity in vitro and/or non-human animal in vivo) studies have found that kratom alkaloids have opioidergic, dopaminergic, alpha-adrenergic, serotonergic, and possible adenosinergic activity all of which may interact in complex and differing ways across species (Berthold et al., 2022; Boyer et al., 2007; Gutridge et al., 2020; Hiranita et al., 2020; Hiranita et al., 2022; León et al., 2021; McCurdy et al., 2024; Obeng et al., 2022; Ramanathan et al, 2021). Because MG is the most abundant alkaloid in kratom, it has been the best studied, and many kratom effects have been attributed to it.

*Brief overview of chemical composition and basic pharmacology:*

Products in U.S. commerce derived from *Mitragyna speciosa* (kratom) contain MG (McCurdy et al., 2024; Smith et al., 2023; Sharma et al., 2025). Additional alkaloids found in kratom products tested include: paynantheine, speciogynine, mitraciliatine, corynantheidine, corynoxine, corinoxine-B, and 7-OH (Smith et al., 2024; Sharma et al., 2025). 7-OH develops at low percentages by weight within kratom leaves post-harvest as an artifact of temperature, heat, and oxidization (Chakraborty et al., 2021; Smith et al., 2024; Sharma et al., 2025; Zhang).

MG metabolizes in the human body into 7-OH, and 7-OH is then metabolized into MGP, meaning that both 7-OH and MGP are kratom metabolites (Angyal et al., 2023; Chiang et al., 2025; Chakraborty et al., 2021; Hiranita et al., 2020; McCurdy et al., 2024; Wilson et al., 2021). The MOR (μ-opioid receptor) potency, in terms of in vitro binding affinity is greater than for MG or morphine, although the activity of MG, 7-OH, and MGP in humans has not been elucidated (Kruegel et al., 2016; Obeng et al., 2021).

Both MG and 7-OH have been characterized as partial agonists at MOR, although 7-OH has also been characterized more recently as a full MOR that is highly selective, but with potentially lower plasma protein binding compared to some other kratom constituents and less blood brain barrier permeability relative to MG (Chiang et al., 2025; Kruegel, et al., 2019; Obeng et al., 2020; Obeng et al., 2021; Yusof et al., 2019). As noted in a recent review (Ganasan et al., 2024), "[b]oth MG and 7-[OH] share structural features with morphine, a classic opioid, enabling them to interact with the MOR. The key similarity among these three compounds is the presence of nitrogen atoms and ring structures, which allow them to bind to opioid receptors." However, the structural variations between 7-OH and MG result in differing MOR binding affinity, with 7-OH a generally recognized higher MOR affinity partial agonist relative to MG (Ganasan et al., 2024). Presently it is unclear if 7OH is better characterized as a partial or full MOR agonist or if MG and 7-OH bind to all available MOR receptors. MG and 7-OH may have complex receptor expression that is not fully known. Indeed, the mechanisms, including downstream in vivo mechanisms across a variety of outcomes for kratom, MG, 7-OH, and MGP, are not fully elucidated within or across species.

MG and 7-OH (and other kratom alkaloids) can be administered in animals at well-tolerated doses, and at no observable effect levels with toxicity expected to be dose-dependent (Obeng et al., 2021; Zurath Gonzalez et al., 2025). MG, 7-OH, and MGP may have unique safety profiles given that they do not recruit the β-arrestin pathway and have been recognized as generally having a lower risk profile compared to molecules derived from typical opioid compounds (Chakraborty et al., 2021; Ganasan et al., 2024; Kruegel et al., 2016; Sakamoto et al., 2022; Turnaturi et al., 2023; Váradi et al., 2016). However, the safety profile between kratom or MG extract containing a broad array of alkaloids compared to MG isolate (which metabolizes into 7-OH and MGP) requires continued study (Sabetghadam et al., 2013) if compounds are advanced for drug development rather than as constituents of natural products.

With respect to the clinical and behavioral pharmacology of MG and 7-OH evinced in animal models, it remains unclear if findings will translate to humans who consume kratom, MG, 7-OH, and MGP orally in real-world conditions at self-selected serving sizes and for a variety of reasons. But, to this point, animal testing does not show serious potential safety concerns.

As noted above, in U.S. kratom products, 7-OH is not a major constituent (Smith et al., 2024; Smith et al., 2025; Sharma et al., 2025), which is why 7-OH and MGP may be more appropriately considered kratom-derivatives formed via MG metabolism. It is also why they should be understood as distinct from products comprised of a broad spectrum of kratom alkaloids or from products with high levels of MG in terms of their clinical evaluation.

*Clinical data on kratom:*

Self-report on the perceived benefits of kratom use among U.S. consumers is well documented (Garcia-Romeu et al., 2020; Grundmann, 2017; Smith et al., 2022; Smith et al., 2022a; Smith et al., 2024a). There are currently limited data on kratom's effects derived from human laboratory studies. Two studies that primarily focused on MG pharmacokinetics (with some additional outcomes) conducted in Southeast Asia involved males who consumed fresh kratom leaf tea preparations (Trakulsrichai et al., 2015; Vicknasingam et al., 2020). No clinically significant adverse events occurred.

Another recently published study (Huestis et al., 2024) examined the PK for MG alkaloid and 7-OH metabolite levels among healthy adults following a single oral dose of kratom leaf powder and 15 consecutive daily doses. Servings ranged from 500-4,000 mg of leaf material (6.7-53.2 milligrams MG). Although not all study data appear to be published, there were no serious adverse events or adverse events reported in initial findings.

Another PK study conducted in the U.S. examined 6 healthy adults who were not active kratom consumers (3 male/3 female) and evaluated PK differences between kratom alkaloids (Tanna et al. 2022). This study reported two adverse events of nausea/vomiting when 2g of whole leaf kratom was consumed on an empty stomach. A recent study conducted in the Netherlands (Prevete et al., 2024) examined PK and safety of an MG extract across 5, 10, and 20 milligrams among 8 kratom-naïve adults; 40 milligrams of MG was consumed among 7 participants. No serious adverse events occurred. Of the minor adverse events that occurred in both the placebo and active conditions three had onset after MG administration and resolved. Vitals had some statistically but not clinically significant changes from baseline.

The U.S. Food and Drug Administration has also completed a single ascending dose (SAD) safety and tolerability study among 40 healthy adults with a past-month history of some polydrug use (Reissig et al., 2024). Based on data presented publicly, this study involved administration of a well-characterized kratom powder preparation across 5 cohorts with 8 participants each (2 placebo, 6 active kratom) at doses of 1g, 3g, 8g, 10g, and 12g. No serious adverse events occurred. Two minor adverse events of GI upset/vomiting occurred at a rate greater than placebo, and at a serving of 8 grams or more (Reissig et al., 2024). No doses showed a strong indicator of subjective ratings related to abuse potential and did not significantly differ from the placebo. Subjective ratings for feeling "high" or "drunk" were highest at 12g but still quite low at

33.7/100 and 15.7/100, respectively. To be clear, this was not a human abuse potential study, and these results are preliminary. However it appears that, overall, kratom was well-tolerated. The U.S. FDA is moving forward with a human abuse potential study on kratom (Department of Health and Human Services, 2024).

Lastly, one small pilot study examined subjective, physiological, and cognitive outcomes related to kratom consumption. In this study, participants who self-administered their typical kratom product serving under observation were regular kratom consumers (Smith et al., 2024b). Serving sizes ranged between 1.1-10.9 grams of kratom whole-leaf powder. These consumers had been using kratom between 1-13 years and some reported the development of tolerance to kratom, which some managed by taking occasional breaks (Smith et al., 2024; 2023a). Plasma samples collected from participants following kratom dosing included: MG, 7-OH, speciogynine, speciociliatine, mitraciliatine, paynantheine, corynantheidine, mitraphylline, corynoxine, and corynoxine-B (Smith et al., 2024b). There were no statistically or clinically significant physiological changes from baseline among any participants apart from miosis; specifically, pupil diameter showed a statistically significant decrease 40-80 minutes post-dosing and remained below baseline >160 minutes post-dosing. All vitals were within normal ranges at all times during the study (Smith et al., 2024b). In this study, abuse liability indicators measured using the Drug Effect Questionnaire (DEQ) found that ratings for "feeling effects" from kratom were 40.0 out of 100 (with 100 being "extremely" and 0 "not at all," measured using visual analogue scale [VAS]) at 40 minutes post-dose. These "feeling effects" peaked at a mean of 72.7 out of 100 approximately 80-90 minutes post-dose. For "liking" kratom effects, the mean scores were 63.4 out of 100 at 40 minutes post-dose. For "wanting more" kratom, the mean score was 19.3 out of 100 at 40 minutes post-dose; by >160 minutes, this had increased, indicating that that the acute peak effects of kratom were beginning to dissipate. For "feeling high," the mean score was quite low at 15.2 out of 100 at 40 minutes after taking kratom, remaining constant at the group level thereafter (Smith et al., 2024b). In this study, psychomotor effects measured using validated computer tasks showed that overall response accuracy was high before and after kratom use (i.e., no psychomotor slowness before or after kratom use). Outcomes that indicated impaired driving did not significantly change pre- or post-kratom dosing and at no point during the study was impairment observed or suspected (Zamarripa et al., 2024). No adverse events occurred during this study.

**Physical Dependence and Substance Use Disorder Related to Kratom**

*Some preclinical considerations:*

Nonhuman animals will self-administer both MG and 7-OH (Harun et al., 2021; Hemby et al., 2019; Yusoff et al., 2016). Harun et al. (2021) found that MG at 0.3, 1.0, and 3.0 mg/kg/infusion maintained lever-press responding in rats previously trained to self-administer fentanyl, however, Hemby et al. (2019) found that intravenous self-administration was demonstrated for 7-OH, but not MG, in morphine-maintained and drug-naïve rats. The preclinical literature, while mixed, provides a scaffold for understanding safety and risks of not only MG-containing kratom products sold in the United States. but also kratom-derived products that contain higher amounts of MG, 7-OH and/or MGP constituents than is found in the natural kratom leaf. Understanding the pharmacology of MG, 7-OH, and MGP is important to understanding how MG, 7-OH, and

MGP as alkaloid or metabolite ingredients can be safely consumed by U.S. adults without an unreasonable risk of illness or injury.

Preclinical findings suggest that both MG and 7-OH have some indicators of physical dependence and rewarding properties with some seemingly mediated by MOR agonism (e.g., MG-seeking, MG-conditioned place preference, MG withdrawal, MG and 7-OH reinstatement of morphine-seeking) although the profile between the two differ, with findings indicating that relative to MG, 7-OH may have greater relative abuse liability or adverse effects, but not always (Hassan et al., 2021; Hiranita et al., 2021; Japarin et al., 2023; Yunusa et al., 2024). Yue et al. (2022) found that MG dose-dependently suppressed naloxone precipitated withdrawal signs in a manner similar to that for heroin but with lower potency (Yue et al, 2022). In a series of studies by Behnood-Rod et al. (2020) using an intracranial self-stimulation (ICSS) procedure MG, 7-OH, and morphine all affected reward systems of the brain. Findings from this series of ICSS experiments indicate that MG, 7-OH, and morphine affect the brain reward systems, though the authors concluded that using this well-established procedure for evaluating rewarding or aversive effects, both MG and 7-OH were not rewarding and that "these kratom alkaloids do not have abuse potential."

Manus et al. (2025) examined MG and 7-OH effects on phasic dopamine release in mice nucleus accumbens. The authors noted: "Many psychostimulants, such as cocaine and amphetamine, inhibit DAT and dramatically increase the synaptic half-life of evoked dopamine, but [MG] does not appear to share this mechanism." In terms of binding, the findings suggest that MG acts as a D2 agonist at low doses in males. No sex differences were found for 7-OH but dose-dependent effects were found with low doses of 7-OH significantly increasing dopamine release although "not to the extent of known drugs of abuse" and high dose conditions of 7-OH decreasing dopamine release with 7-OH not altering dopamine auto receptor functioning. The authors concluded: "Findings suggest that [MG and 7-OH] can alter phasic dopamine release, but potentially not to the extent and not in the same patterns as traditional drugs of abuse."

*Some clinical considerations:*

Ultimately, the understanding of the pharmacology of kratom, MG, 7-OH, and MGP remains ongoing and of great interest to scientists. Although animal studies are important for understanding mechanisms, they do not always translate directly to real-world human use. It is unclear if findings of the relative abuse liability of MG or 7-OH translate to humans who, unlike animals, have access to myriad drug and non-drug reinforcers which influence choice and decision-making (Acuff et al., 2024; Bickel et al., 2014; Heather et al., 2022; Pickard & Ahmed, 2019; Venniro et al., 2018; Witkiewitz & Tucker, 2025).

What is now clearly demonstrated is that humans will readily orally self-administer kratom, MG, 7-OH, and MGP compounds. This fact is evinced by patterns of kratom leaf and extract product consumption both in the United States and by historical use of kratom in Southeast Asia (Coe et al., 2019; Grundmann, 2017; Singh et al., 2016; Singth et al., 2018; Smith & Lawson, 2017; Talek et al., 2021). It is also evident by the sale and use of 7-OH and MGP products in the United States over the past 2-3 years (Hill et al., 2025; Smith et al., 2005). As such, demonstrating self-administration, conditioned place preference, discriminative stimulus effects,

or other outcomes indicative of some abuse potential for kratom, MG, 7-OH, or MGP in nonhuman animal models across various routes of administration, while scientifically interesting, does not for me (as a clinical researcher) carry as much weight as human abuse potential studies using these compounds as comparators to one another and against MOR or stimulant comparators.

Kratom, MG, 7-OH, and MGP have been used for years now in the United States, but there appears to be limited evidence for any widespread development of severe SUD or addiction even though it is indeed possible for a person to develop a physical dependence or SUD for any of these. Indeed, rewarding and behaviorally reinforcing compounds or ingredients confer some potential for "misuse" or "abuse" that is typically dose-dependent. Substances with the potential to produce tolerance or withdrawal, including kratom, MG, and 7-OH, also likely confer some abuse liability. It is important to be aware of these characteristics as potential risks, but they cannot be considered a certainty or inevitability given that each product would have its own conditions of use, labeling, recommended serving sizes, etc. Likewise, the consumer will have their own person-level and environmental factors that will influence consumption patterns, including use with other supplements, products, medications, or illicit drugs.

Given the scale and long history of kratom use, there are remarkably few published case reports of kratom-related physical dependence or SUDs globally or in the United States, though they are not absent (Singh et al., 2019; Smith et al., 2023b). Given the millions of kratom consumers in the United States alone (Grundmann et al., 2025), the absence of published medical reports or commentaries from clinicians discussing public health threats related to addiction is striking.

Regarding case reports describing kratom-related physical dependence symptoms (tolerance, withdrawal), "misuse," or "abuse," there are approximately 80-90, with the DSM-5 framework only applied in a minority of cases (Broyan et al., 2022; Kiyokawa et al., 2023; Smith et al., 2022b; Smith et al., 2023b; Stanciu et al., 2019; Schmuhl et al., 2020; Swart, Reznikoff, & Steen, 2024). Some cases have shown that kratom is used nonproblematically or to achieve some benefit (Boyer et al., 2007; Gnanasegaram, Sexton, & Stanciu, 2024; Müller et al., 2020).

As discussed below, I am unaware of any published case report on 7-OH or MGP. Such case reports would have been likely to have been presented or published over the past 2-3 years since these products began being sold in the United States.

One source of information on kratom-related dependence and SUD symptoms comes from social media data (Smith et al., 2021; Rogers et al., 2024a). There are significant challenges and limitations to examining social media data. Still, many posts convey some experiences related to kratom use, kratom-related problems, and discontinuation of kratom use that are not adequately captured in case reports or on surveys. However, as with surveys there is self-selection and recall bias in social media posts. Such limitations notwithstanding, descriptions of perceived or professed kratom problems and kratom-related addiction have been described in some Reddit posts, albeit among a seeming minority (Rogers et al., 2024a). Data related to 7-OH or MGP from social media posts have not yet been fully analyzed and published. However, having personally looked over a significant amount of Reddit data for 7-OH and MGP it appears, at least provisionally, that there are similarities to kratom: there are many consumers who are satisfied

with their experiences and others who have quit or stopped using for a variety of reasons, including those related to adverse events or SUD (Grundman et al., 2022b; Rogers et al., 2024a; Smith et al., 2021). For instance, there are subreddits devoted to quitting or stopping kratom and 7-OH. SUD for kratom evaluated via survey has been mostly mild to moderate (Garcia-Romeu et al., 2020; Hill et al., 2024; Smith et al., 2022c). Continued study of kratom online posts is needed along with analysis of posts related to 7-OH and MGP experiences.

In a survey completed before a 15-day ecological momentary assessment (EMA) of kratom use patterns among 357 regular kratom consumers enrolled into the study, 66.7% had ever met SUD criteria for kratom during their lifetime (Smith et al., 2024a). Commonly DSM-5 symptoms included withdrawal and tolerance, using more than intended, and craving. More frequent kratom consumers within the sample tended to adjust or titrate their kratom consumption to meet their goals, such as focus and productivity, self-managing symptoms of OUD, relieving pain, increasing energy, and improving mood (Mun et al., 2025; Smith et al., 2023a; Smith et al., 2024a). Daily diaries conducted via smartphone app during the EMA phase found that contrary to impaired control or social problems, participants largely rated kratom's acute effects as being both helpful for and compatible with meeting daily roles and obligations (Smith et al., 2024a). This was found even among participants who met SUD criteria for kratom. The psychosocial functioning seems to remain intact among most U.S. kratom consumers studied to date including those who meet SUD criteria. The authors concluded that most kratom use was instrumental and conferring some beneficial effects.

A more detailed analysis of baseline data from this same study examined data for all enrolled participants (N=395; Rogers et al., 2024b) with 46.6% meeting DSM-5 criteria for past-year SUD for kratom, meaning that some who previously met criteria had remitted. When withdrawal was assessed retrospectively, some global withdrawal symptoms (*e.g.*, irritability) as well as more kratom-specific symptoms (*e.g.*, restless legs) were mostly mild-moderate.

As part of this survey and EMA study, 341 commercial kratom products were provided by participants. This study for which participants provided products was conducted between July-November 2022, which largely predates widescale 7-OH and MGP use. All products included in the final analyses were whole-leaf products, not extracts (Sharma et al., 2025). The total milligrams of MG and other alkaloids were estimated per serving with the average milligrams of MG per serving 31.3 (range of 2.0-205.9 milligrams; Sharma et al., 2025). Total alkaloids (MG plus other alkaloids) was 63.9 milligrams per serving on average. The estimated daily intake of MG was 134.6 on average (Sharma et al., 2025). Principle components analysis showed that 7-OH was the most stable and consistent, reflecting its exceptionally low variability. As a minor alkaloid in the kratom leaf products tested, 7-OH was below the lower limit of quantification in several kratom products, with the mean content 0.01% w/w or w/v. The content of 7-OH ranged from BLLOQ-0.21% (w/w or w/v) with a median of 0.01% w/w or w/v. Results indicate that 7-OH, as an alkaloid, is not a major component of the dried kratom leaf products in the United States. As such, 7-OH products converted from kratom or MG extract may be better considered a metabolite and should not be considered kratom (Smeith et al., 2025) or as the authors note, "kratom derivatives" (Sharma et al., 2025).

As with any other substance that has rewarding properties, kratom-related SUD must be assessed on a case-by-case basis and differentiated from normative and nonproblematic consumption

patterns. Ideally, the total alkaloids per serving and the frequency of consumption would be considered along with motivations for use and benefits, which the DSM-5 assessment does not include. Aggregate assessments of U.S. kratom consumers provide signals that an SUD for kratom can develop but such aggregate data are not a replacement for individual assessments that consider comorbidities, health history, other substance use, motivations for use, and other trait or state characteristics needed to contextualize the etiology and trajectory of an SUD. To date, many U.S. adults who use kratom regularly can develop tolerance or withdrawal risks, but most kratom consumers appear to be highly functioning. Normative use and SUD related to kratom, MG, 7-OH, and MGP products require continued scientific study along with clinical assessment of presenting patients. Given significant differences in kratom-derived products, researchers and clinicians must improve assessment methods to account for the variation (Grundmann et al., 2024; Smith, Epstein, & Weiss, 2024; Smith et al., 2025).

**Respiratory Depression**

*Respiratory depression: Some preclinical considerations*

Given the MOR activity of MG and 7-OH it is important to consider possible respiratory depressant effects. In one study investigating this possibility for MG, none of the three blood gas parameters indicating respiratory depression significantly deviated from baseline at the therapeutic 6.75 mg/kg for the oxycodone positive control dose (Henningfield et al. (2022). However, doses of 60 mg/kg and 150 mg/kg oxycodone produced respiratory depressant outcomes as well as behavioral effects and lethargy consistent with prototypical opioids; moreover, 1 death occurred at each oxycodone dose. The large 400 mg/kg MG dose produced milder observable signs, relative to the oxycodone doses, but included changes in locomotor behavior, lethargy, and/or incoordination in a majority (5 of 6); this slowed behavior indicates potentially decreased respiratory rate at 2 and 4 hours in five rats. Approximately 40 minutes after the 400 mg/kg MG dose, one rat displayed "full body spasms" when handled and removed from the home cage. Under observation at approximately 1 hour post-MG dosing, the animal exhibited "seizure-like activity." Henningfield et al. (2022) concluded that MG did not yield significant dose-related respiratory depressant or life-threatening effects and that sedative-like effects of MG, produced at the highest 400 mg/kg dose, were milder than those produced by oxycodone. All findings were dose related.

In Zuarth Gonzalez et al. (2025), MG doses larger than 17.8 mg/kg produced overt signs of toxicity in rats and were not fully tested. This highest dose produced no significant respiratory depression and resulted in seizure-like activity in two out of three male rats, with one rat sustaining physical injury. This adverse reaction established 10 mg/kg the upper safety limit for testing. MG doses were 5.6 and 10 mg/kg administered intravenously. Using whole body plethysmography, MG produced significant increases in respiration but not respiratory depression in the rats tested. The authors found that 7-OH at 1mg/kg dose administered intravenously, the 1 mg/kg 7-OH dose did not produce respiratory depression outcomes, though some indicators were found at higher 3.2 and 10 mg/kg doses administered intravenously. Respiratory frequency decreased for the higher 7-OH doses administered intravenously at 30 minutes and 60 minutes. Post hoc analysis showed that these 3.2 mg/kg and 10 mg/kg 7-OH doses significantly reduced respiratory frequency (i.e., number of breaths per minute) at 30 minutes but that effects were not maintained at 60 minutes. For one respiratory depressant

indicator (tidal volume; amount of air inhaled or exhaled per single breath), 7-OH did not reach statistical significance at 30 minutes or at 60 minutes post-dose. 7-OH statistically significantly reduced minute volume (i.e., total volume of air inhaled or exhaled per minute calculated by multiplying the tidal volume and respiration rate) at 30 minutes, but not 60 minutes, post-dose. Overall, indicators of 7-OH respiratory depressant outcomes resolved in less than an hour, unlike morphine, which persisted at 60 minutes. At 10 mg/kg of 7-OH, the 7-OH x saline administration significantly differed from the 7-OH x naloxone administration, with naloxone successfully antagonizing 7-OH (Zurath Gonzalez et al., 2025).

Elsewhere, the antinociceptive and other effects of MG have been reversed by both opioid (naloxone) and alpha-2 adrenergic receptor antagonists (yohimbine and idazoxan; Harun et al. 2015; Hiranita et al., 2021; Matsumoto et al., 1996; Kruegel et al., 2019; Foss et al., 2020). In mice, naltrexone has also been shown to fully antagonize the antinociceptive effects of MG at 293 mg/kg and to antagonize increases in the maximum possible effect of 7-OH (Berthold et al., 2022). In one seminal paper by Obeng et al. (2021), naltrexone antagonized morphine and 7-OH effects and antagonized MG discriminative stimulus effects.

Hill et al. (2022) examined the respiratory depressant effects of MG, 7-OH, and morphine via oral administration in mice. Although the 1mg/kg of 7-OH administered intravenously by Gonzalez and colleagues (2025) failed to produce respiratory depressant effects, Hill et al. (2022) found that an oral 1.9 mg/kg dose of 7-OH produced effects. For MG administered at doses of 5.6 mg/kg and 10 mg/kg, Gonzalez et al. (2025) found increased respiration rate whereas Hill et al. (2022) demonstrated clear and sustained respiratory depressant effects of oral MG at 5.5 and 10.0 mg/kg with a ceiling effect at 10 mg/kg. Oral administration at equipotent doses for MG (5.5 mg/kg), 7-OH (1.9 mg/kg), and morphine (3.8 mg/kg) induced significant respiratory depression, and this was maintained for the entire 90-minute post-dose observation period. Although some time points differed across respiratory depression outcomes, area under the curve analysis of these equi-effective doses of MG, 7-OH, and morphine did not show significant differences in the overall degree of respiratory depression induced over the observation period. Moreover, all three MOR agonist compounds did not significantly differ at any time point in their degree of antinociception and duration of action (Hill et al., 2022). Although kratom has complex non-opioid mechanisms of action related to analgesia or anti-nociception (Henningfield et al., 2023; Kruegel & Grundmann, 2018; Mat et al., 2023; McCurdy et al., 2024), it is apparent that MG and 7-OH have shown some MOR-mediated effects, including the behavioral effects described above and again below.

The abovementioned findings help explicate possible activity of MG and 7-OH at various doses when administered intravenously in rats and orally in mice, with each study having tradeoffs in terms of understanding potential risks of these molecules. Given the oral bioavailability of 7-OH is quite low, possibly as low as ~2.7-3.0%, (Chiang et al., 2025), the Gonzalez et al. (2025) study likely fails to translate to products containing large amounts of 7-OH, as humans consume 7-OH and MGP products orally. Although rats are generally superior to mice in terms of the species when modeling some physiological outcomes that we wish to extrapolate to humans, the intravenous route of administration makes the findings of unclear practical value for understanding products taken orally which may not have the same systemic exposure. At high enough doses, kratom, MG, and 7-OH may produce toxic or adverse effects (Macko et al., 1972;

Manda et al. 2014; Hill et al. 2022; Sabetghadam et al., 2013; Torrico et al. 2024; Zurath Gonzalez et al., 2025), as would be expected with nearly any bioactive compound.

Again, a nontrivial point is that the 7-OH doses tested in animals may not reflect serving sizes chosen and consumed by humans, for which there will be variety of other considerations to take into account (age, weight, sex, polysubstance use, etc.). As has been shown with kratom (and other substances) most consumers tend to titrate how much they consume in order to achieve desired effects (Smith et al., 2023a; Smith et al., 2024; Smith et al., 2024a). I have come to learn that those decisions may be made by consumers individually in the absence or presence of product labels, serving size recommendations, or other information (Smith et al., 2023a).

There is one interesting point for consideration that has not been widely discussed. MG-related adverse effects or toxicity may not be readily identified in humans nor reversed due to the complex and still not fully elucidated promiscuous pharmacology of MG and kratom. By comparison, the MOR selectivity of 7-OH makes the identification, prevention, mitigation, and reversal of any MOR-mediated adverse event related to 7-OH possible if it were to occur among human consumers. Although the risk of illness or injury for products containing kratom, MG, 7-OH, or MGP appears to be quite low, if a severe adverse event for 7-OH were to occur than those could reasonably be expected to be more easily prevented, identified, and mitigated. It is presently unclear what a kratom or MG toxidrome presents as. Again, adverse events for kratom, MG, 7-OH, and MGP are not widespread, but it is important to consider the full breadth of public health implications for all of these compounds or ingredients.

*Respiratory depression: Some clinical considerations*

To my knowledge there have been no confirmed cases of kratom-induced respiratory depression in humans where it was demonstrated that kratom or its constituents, including MG and 7-OH, were causally related. However, the few cases that do exist merit comment as they mention the possibility of respiratory depression related to kratom.

One case report of a purported kratom overdose that included a low respiration rate describes the administration of naloxone in an emergency department setting which, according to the authors, reversed respiratory effects they associated with kratom followed by patient agitation upon naloxone administration (Overbeek et al., 2019). The patient screened positive for MG without medications, alcohol, or other MOR-acting compounds detected.

Jarka & Gregoire (2023) published a case report of precipitated withdrawal from kratom whole-leaf powder after naloxone wherein the patient reported extreme agitation and presented to the emergency department. Toxicology screens were negative save for a small amount of alcohol.

Palasamudram Shekar et al. (2019) submitted a patient case report in 2018 of an adult male who had been consuming a "green colored herbal supplement" with increasing daily dosage prior to being found unresponsive and with miosis, slowed breathing, and Glasgow Coma Scale of 3; the patient was administered naloxone. The patient was managed in the intensive care unit until he stabilized and was discharged after two weeks to an acute physical rehabilitation center. Suspecting kratom overdose, the patient's urine was tested for kratom and the authors reported

that the urine sample was found to have 500 ng/ml of 7-OH which they suggested indicated a kratom "overdose." As the total volume of urine excreted and last kratom serving amount were unknown, this numerical value has little context or meaning other than to indicate that the patient had likely been consuming kratom. However, for comparison, other crude qualifications to identify the presence of 7-OH in urine can be found in one small observational human laboratory study (Smith et al., 2024c). In this study (which did not involve pharmacokinetic modeling), 7-OH in urine of adult participants who used kratom regularly ranged from 2418.2–88063.5 ng/ml following self-administration of kratom powder at doses between 1.1-10.9 grams (Smith et al., 2024c); pre-dosing of kratom, 7-OH in participant urine ranged from 2587.220–94640.910 ng/ml. In the Palasamudram Shekar et al. (2019) case, the authors did not report testing (or testing results) for other substances in the patient's urine or plasma. As such, this case report of severe adverse event following ingestion of kratom provides little insight into illness or injury related to kratom as a whole or 7-OH in particular.

To my knowledge there have been no reported nor confirmed clinical cases of respiratory depression in humans induced by 7-OH or MGP where it was demonstrated that products containing these constituents were causally related. At this time, I am also unaware of any published case report even correlating 7-OH or MGP with respiratory depression with or without causality being attributed. To date, no cases of 7-OH-related respiratory depression exist in the medical literature.

**Consideration of Other Available Data in Relation to Illness or Injury**

In 2018, Dr. Brett Giroir, the former Assistant Secretary for Health within the Department of Health and Human Services proposed to the Drug Enforcement Administration that further research into MG and 7-OH should be undertaken to inform any scheduling decision of kratom, MG, or 7-OH. There remains what he described back in 2018 as a relative lack of evidence. At the time of this writing, there remains a relative lack of evidence on the risk of kratom, MG, 7-OH. The signal of public health harm in the form of illness or injury has not yet appeared for these or for MGP.

Indeed, there are few morbidities that can be causally attributed to kratom, MG, 7-OH, or MGP. Kratom cases are the only ones published, and many of them involve preexisting physical or psychiatric pathologies or polydrug exposures (Alsarraf et al., 2019; Feldman et al., 2023; Stanciu et al., 2023).

There are 12 cases of MG-only positive mortalities well described with MG toxicity listed as the cause of death; in these cases, blood concentrations ranged from 730 to 5900 ng/ml (median concentration of 2000 ng/ml; Papsun et al., 2023; Brower, 2022). More broadly, ng/ml of MG has ranged from 5.0 to 11,000 in postmortem samples. As no other kratom alkaloids have been widely used as markers of kratom use and quantified, it is unclear what role they may have played in toxic or fatal outcomes. There is no known lethal dose of kratom to my knowledge.

Some kratom metabolites, including 7-OH, are unstable in blood, particularly relative to MG and are metabolized more quickly (Osawa & Johnson, 2025 Smith et al., In Press; Tanna et al., 2022). As a metabolite, 7-OH has a shorter half-life compared to MG (Huestis et al., 2024). It should be expected that both MG and 7-OH could be found in people using kratom or 7-OH

products, with possible intermediary or residual chemicals and secondary metabolites also possibly found, depending on the kratom or 7-OH product and the frequency of consumption (single versus daily). Until clinical and forensic testing improve, collateral information and self-report are critical to understanding all adverse events related to kratom, MG, 7-OH, and MGP. Although there are some published case reports of morbidities or mortalities associated with kratom and MG, they are few and number and confounded by myriad factors (Stanciu et al., 2023; Papsun et al. 2019; Papsun et al., 2023).

I am unaware of any published case reports on 7-OH or MGP products involving mortalities.

I have not, in my role as an academic, been asked to review any clinical case report or data manuscript submitted for peer review publication involving 7-OH or MGP related to morbidities or mortalities.

With respect to monitoring systems, it is unclear if there are trend-level data for either use rates or morbidities related kratom, MG, 7-OH, or MGP, since terms are often combined. Prevalence estimates for kratom use vary considerably (Henningfield et al., 2024), though more recent estimates suggest up to possibly 9.1% past-month consumers (Grundmann et al., 2025).

There are no prevalence estimates for 7-OH or MGP use among U.S. adults. However, based on data that I have collected as part of screening for my two ongoing studies at Johns Hopkins University of active kratom consumers, approximately 16% have reported past-month 7-OH product use at the time of their initial screening. I do not believe it is appropriate to extrapolate from these data as many who screen for my studies are primarily kratom whole-leaf consumers and the prevalence of co-use of kratom with 7-OH may differ between kratom whole-leaf and extract consumers, with use possibly higher among kratom extract consumers. Given the millions of kratom consumers in the United States (Grundmann et al., 2025) if even 16-20% were also using 7-OH then it would be reasonable to estimate that 7-OH use is occurring on a large scale numbering in the millions. Such widespread 7-OH use would, if resulting in widescale illness or injury, be expected to be detected clearly on monitoring systems.

The National Drug Early Warning System (NDEWS) reported 4,233 instances of emergency medical service (EMS) contacts related to what they reported as fatal and nonfatal "kratom/7-OH" overdoses, with a statistically significant increase between January 1, 2023, and April 30, 2025. However, because terms were combined the data are difficult to interpret with respect to use of either kratom or 7-OH or co-use of both. Kratom/7-OH-related EMS encounters were included if the chief complaint/narrative in the narrative text search contained US product names, trade names including "kratom" (or "kratum", "Cratom"), "Gratom", "kratom extract", "kratom shot", "kratom capsule", "Mitragyna speciosa", "7-hydroxymitragynine", "7-OH", "7OH", "7HMZ", "7(omega)MZ", "7OHMZ", "Ketum", "Thang", "Thom", "Kakuam", "Biak", "Katawn" or "Kedemba." As noted by the NDEWS, limitations of their data methods are reflected by the fact that they reflect pre-hospital EMS encounters "and do not include hospital outcomes, toxicology confirmation, medical history, or prescription information," and that "much of the data relies on clinical impressions, self-report, or bystander accounts. Additionally, kratom/7-OH-related overdoses may be underreported or misclassified."

At the time of this writing FDA's Adverse Event Reporting System ("FAERS") shows 13 cases of adverse events and 2 fatalities that were suspected to involve 7-OH. However, the contributing or causal role of 7-OH was ambiguous due to the lack of characterizations of 7-OH products and the possible role of other factors, such as polysubstance exposure or existing health conditions. In their recently released report on 7-OH, *7-Hydroxymitragynine (7-OH): An Assessment of the Scientific Data and Toxicological Concerns Around an Emerging Opioid Threat* (Reissig et al., 2025), FDA acknowledged limitations with existing epidemiological data sources on 7-OH and how these limitations and issues "may complicate real-world assessment of risks associated with use of 7-OH containing products as distinct risks associated with kratom and other mitragynine-containing products" (Reissig et al., 2025).

As also noted in the recently released FDA report, queries to the Drug Enforcement Administration Toxicology Testing Program (DEA TOX) database for an approximately 6-year period between 2019-2025 returned 103 cases related MG, 7-OH, or MGP. Samples are submitted to DEA TOX voluntarily based on suspected overdoses involving novel psychoactive substances. The utility of DEA TOX is limited in this respect. Moreover, the biospecimens that contained 7-OH also contained MG at far higher levels than 7-OH, likely indicating that these cases involved kratom or possibly co-use of kratom and 7-OH (see DEA TOX quarterly reports available https://www.deadiversion.usdoj.gov/dea_tox/dea-tox.html). Using DEA TOX to determine if there is a signal is ultimately challenging, and any signal will be ambiguous at best.

Likewise the National Poison Data System (NPDS) data can be problematic for estimating illness or injury at the population level due to the nature of self-report, which may not be confirmed by assay of either patient biospecimens or the product purportedly used. NPDS data indicate that there are only 37 single-substance exposures for 7-OH between the period for which there are data (2/1/2025-4/30/2025) with most cases resulting in clinically moderate or minor outcomes or outcomes that were not followed but for which "minimal clinical effects" were possible. As the 7-OH product names are not provided, nor serving sizes of 7-OH listed, the data are of limited value.

The aforementioned monitoring and surveillance systems have limitations, but they nonetheless provide indicators when clear public health threats emerge from a particular substance. In the past two years, we have not seen a clear and consistent public health signal emerge for kratom, mitragynine, 7-OH, or MGP.

As public health surveillance systems are updated to better capture both kratom leaf and extract products as well as kratom-derived products containing 7-OH or MGP metabolite ingredients, I have attempted to gain an understanding of 7-OH and MGP use in any way I can. For instance, as part of my job as a clinical researcher focused on kratom, I often interact with practicing clinicians. This occurs at scientific meetings or when I am asked to give a talk on kratom or 7-OH. Over the years, some providers have emailed or called me directly to inquire about kratom. Although I am an LMSW, I do not currently practice and do not give clinical advice, but rather provide information to clinicians based on available data. In my interactions with medical providers who encounter kratom in their practice, it appears that the rate at which SUD for kratom is presenting is generally low relative to other substances (e.g., alcohol, methamphetamines, opioids), and the severity at which it is presenting is mild or moderate

relative to other substances. This is not to say that physical dependence and SUD related to kratom leaf and extract products does not exist but rather that it does not appear to be widespread or consistently severe, as noted above. In giving talks over the past few years, I have been struck by how many public health officials or clinicians do not know what kratom, MG, 7-OH, or MGP are. Although kratom is more widely recognized than MG, 7-OH, or MPG, most people I talk to do not know much about it. This anecdotal account does not reflect hard numbers, but it does reflect the fact that, broadly speaking, kratom, MG, 7-OH, or MGP are not household words.

Since mid-2022/early 2023, which is the time period that that 7-OH products first began to appear on the market at scale, I have had only two healthcare providers reach out to me regarding 7-OH use disorder and/or withdrawal, with one of them contacting me recently after reading a recent media story regarding the proposed scheduling of 7-OH.

Again, in my role as an academic, I have not been asked by any journal to peer review any case report manuscript involving 7-OH or MGP for publication. In clinical talks that I have given, I have urged clinicians to write up case reports on kratom, MG, 7-OH, and MGP.

I am, however, a co-author on two recent case reports describing 7-OH and kratom. Their existence reflects a concerted effort by me and my colleagues to find and write up confirmed 7-OH use. I note this because it underscores the fact that 7-OH-related clinical cases are simply not widespread nor particularly easy to find.

These two cases that I have co-authored have been accepted for publication, both in the *Journal of Addiction Medicine*. These reports have undergone full peer review and are in press, I will provide short overviews.

The first case report involving a 7-OH product describes a patient who doctors based in Ohio identified through the Central Ohio Poison Center (Reif et al., In Press). The patient was a 35-year-old man who presented with supraventricular tachycardia (SVT) and urinary retention. After hospital admission, he described using a 7-OH product. The patient had a history of untreated SVT characterized by recurrent episodes that abated with Valsalva maneuver developed palpitations. After learning of the SVT history, ongoing care by cardiology, and scheduled ablation, emergency providers administered diltiazem (18 mg). The first recorded vitals in the Emergency Department were: a pulse 122 beats per minute; a blood pressure 124/77 mg Hg; a respiratory rate 18 breaths per minute; and he was afebrile. The SVT was the reason for his hospitalization.

At the time of admission, the patient vaped cannabis and nicotine and reported heroin use a decade earlier. He used kratom approximately 6 months before trying the 7-OH product, which began 10 weeks before hospitalization. The patient described tolerance developed from his 7-OH product; within two weeks he was using one 7-OH film every 1-2 hours. The patient met criteria for severe DSM-5 SUD related to his 7-OH product use and was inducted onto buprenorphine by the treating physician. When we evaluated him for SUD, the patient did not report psychosocial impairments related to use and was actively employed as a business owner at the time of his assessment. As part of the case report, 7-OH in the product and blood samples that we obtained from the patient was confirmed. Ultimately, we considered the likelihood of this patient's cardiac

findings being attributable to 7-OH as quite low. The patient had an extensive history of SVT managed by a cardiologist, but he was nonadherent to treatment. However, we did attribute the urinary retention (2.3 liters) to the 7-OH product use along with the SUD, albeit neither were what he sought medical treatment for.

The second case report involving a 7-OH product is of a participant who enrolled in one of my studies on kratom at Johns Hopkins University. In this case report, we presented a 23-year-old man who had been using kratom whole-leaf powder for 3 years and who was enrolled into my ongoing clinical trial evaluating kratom PK, behavioral pharmacology, and withdrawal. This study takes place over 3 days and 2 nights in a locked clinical research unit. This participant typically used 1.5-2g of kratom whole-leaf powder six times/day. At the time of screening (weeks prior to study admission) the participant was evaluated and met DSM-5 criteria for severe SUD for whole leaf kratom but had no prior diagnosis or treatment for other substances. The participant used 30 mg prescribed lisdexamfetamine (Vyvanse) for attention deficit hyperactivity disorder. Urine assay on the participant's study screening and admission days confirmed this and were negative for other substances. No noteworthy conditions were identified during the health and physical screening. Following the participant's scheduled kratom product self-administration during the study, several outcomes were atypical, including blunted subjective kratom effects. For the 7-day period before study admission, the participant was using his kratom powder approximately six times per day. In the afternoon of his first study day, the participant reported recent initiation of what he referred to as a new kratom that was, we found out upon further questioning, a 7-OH product; he reported using the product 20 mg three times/day for four days prior to study admission. The participant reported withdrawal symptoms that he did not wish to tolerate and requested early discharge from the study. At discharge, the participant's Subjective Opiate Withdrawal Scale ("SOWS") and Clinical Opiate Withdrawal Scale ("COWS") scores were 11 (moderate) and 7 (mild), respectively. Because the participant was concurrently using kratom whole leaf and a 7-OH product it is not possible to determine what withdrawal symptoms were attributable to which substance, although the participant had been using whole leaf kratom for a far longer period of time and more frequently than any other substance. A sample of the kratom leaf product used by the participant was obtained along with biospecimens. From the nine blood draws collected prior to the participant's discharge, MG (29.7 ng/ml) plasma concentration peaked at 1.5 hours post-dosing, while 7-OH $C_{max}$ (11.7 ng/ml) occurred before his kratom product self-administration, providing support for his reported prior ingestion of a 7-OH product at 23:30 the night before study admission. Vitals remained stable at all time points during the study.

To my knowledge these are the only two case reports related to 7-OH product use accepted for peer-review publication. In only one of the two cases were adverse events related to 7-OH evident and unambiguous (severe SUD for 7-OH; urinary retention). In the other case, severe SUD for kratom whole leaf was evident. These cases are, in my opinion, reflective of the literature I described above, which is that an SUD for any rewarding substance is possible, including for kratom leaf or extract, MG, 7-OH, and MGP, but that in the past 20 years of use of kratom-derived products in the United States, we have not seen a widescale public health threat emerge.

I have also recently completed an online convenience sample survey of U.S adults who had ever consumed 7-OH products, with a final sample size of 278 valid survey responses. As data are not yet published and as more data are not yet analyzed, I provide only a high-level description of general methods. No kratom or 7-OH industry funds were directly or indirectly involved in this study.

Data were collected between March and May 2025, and the study was approved by the Johns Hopkins University Institutional Review Board ("IRB"). Kratom and 7-OH advocacy groups and vendors promoted the study online and through email. Recruiting materials were also posted on social media, including on subreddits devoted to kratom and 7-OH generally, or quitting 7-OH. Recruitment was as broad and inclusive as possible, though many respondents reported hearing about the study from Reddit (46.8%), the American Kratom Association (23.7%), and online retailers who sell 7-OH products (6.5%).

Prior to enrollment, candidates completed a short online screening questionnaire designed to determine eligibility and protect against bots or malicious actors. Screeners not automatically excluded underwent manual review to ensure the following criteria were met: completed attestations (e.g., agreeing to participate and being contacted); $\geq 18$ years of age; residing in the United States (with verifiable email address and zip code cross-referenced); being English-language proficient; having ever used 7-OH. We did not require any minimum exposure for study inclusion (as some may have only recently tried 7-OH for the first time or may have not used regularly); we wanted to capture a range of use experiences while not inadvertently excluding people who had stopped using. Candidates also had to pass 9 validity checks (e.g., math problems, fake responses). If a screener passed all checks, the candidate was emailed a unique survey link. The survey was hosted on a Qualtrics platform. Respondents were compensated automatically with a $10 digital gift card following survey completion.

In addition to the online survey, a qualitative interview sub-study was conducted. For this I personally interviewed 23 adults with 7-OH experience for approximately 1.5-2.0 hours per interview. Most were active 7-OH consumers at the time of the interview. The audio and text from this sub-study is actively being analyzed. We have approximately four manuscripts that are expected and in preparation. We believe there are likely some self-selection and recall bias, as is the case with many cross-sectional surveys, but we hope these preliminary data provide some signal to help refine research moving forward.

Indeed, I am now working to develop another survey exploring 7-OH and MGP product use among active (past-month) consumers that will also be independently conducted with colleagues at Johns Hopkins University. This survey will be 100% supported using departmental start-up funds; no funds directly or indirectly related to industry or to non-profits concerned with kratom or 7-OH will be used. This includes any philanthropic donations (none of which have been made at this time of this writing). I do hope to gather support from kratom and 7-OH stakeholders, consumers, advocates, or industry in helping recruit for the study, and this will be noted in my study protocol, which is a standard practice in recruiting for survey-based research.

Lastly, as a person genuinely wanting to better understand 7-OH and MGP use, I find it necessary to go out into the community to have conversations with people who use and sell these

products, including people at vape shops or industry trade shows. Between the interviews on 7-OH that I have done for research purposes and informal conversations that I have had with 7-OH consumers and sellers, I have not developed an impression that, to date, 7-OH or MGP should be considered a public health crisis resulting in widespread illness or injury. What I have found through my preliminary research and conversations is that kratom, MG, 7-OH, and MGP are providing many quality-of-life benefits to many people along with some risk.

Overall, it is my opinion that kratom, MG, 7-OH, and MGP are, for those who use them, providing more of a net benefit rather than a net detriment. As science evolves and more data are collected, that opinion is subject to change. Kratom, MG, 7-OH, and MGP are not without risk nor are they devoid of benefit.

To conclude, based on all of my work to date that appears on my CV, both published, in press, and in preparation, and based on my now years' long direct interaction with U.S. adults who use kratom, MG, 7-OH, and MGP, it is my opinion that people who consume these kratom-derived products do so with their own risk-benefit frameworks in mind. It is also my opinion, as evinced by the overall lack of epidemiological and forensic data, that kratom, MG, 7-OH, and/or MGP do not pose an unreasonable risk of illness or injury, particularly relative to many other available substances. Risks that have been identified and therefore are foreseeable, can be mitigated through continued scientific study, good manufacturing processes, and appropriate regulation that will necessarily include adequate labeling based on a product's conditions of use.

*kirsten Tinsmith*

Kirsten E. Smith, Ph.D.

August 18, 2025

# References

Acuff, S. F., Strickland, J. C., Smith, K., & Field, M. (2024). Heterogeneity in choice models of addiction: the role of context. *Psychopharmacology*, *241*(9), 1757-1769.

Ahmad, K., & Aziz, Z. (2012). Mitragyna speciosa use in the northern states of Malaysia: a cross-sectional study. *Journal of Ethnopharmacology*, *141*(1), 446-450.

Alford, A. S., Moreno, H. L., Benjamin, M. M., Dickinson, C. F., & Hamann, M. T. (2025). Exploring the therapeutic potential of mitragynine and corynoxeine: Kratom-derived indole and oxindole alkaloids for pain management. *Pharmaceuticals*, *18*(2), 222.

Alsarraf, E., Myers, J., Culbreth, S., & Fanikos, J. (2019). Kratom from head to toe—case reviews of adverse events and toxicities. *Current Emergency and Hospital Medicine Reports*, *7*, 141-168.

Angyal, P., Hegedüs, K., Mészáros, B. B., Daru, J., Dudás, Á., Galambos, A. R., ... & Soós, T. (2023). Total synthesis and structural plasticity of kratom Pseudoindoxyl metabolites. *Angewandte Chemie International Edition*, *62*(35), e202303700.

Behnood-Rod, A., Chellian, R., Wilson, R., Hiranita, T., Sharma, A., Leon, F., ... & Bruijnzeel, A. W. (2020). Evaluation of the rewarding effects of mitragynine and 7-hydroxymitragynine in an intracranial self-stimulation procedure in male and female rats. *Drug and Alcohol Dependence*, *215*, 108235.

Berthold, E. C., Kamble, S. H., Raju, K. S., Kuntz, M. A., Senetra, A. S., Mottinelli, M., ... & McCurdy, C. R. (2022). The lack of contribution of 7-hydroxymitragynine to the antinociceptive effects of mitragynine in mice: a pharmacokinetic and pharmacodynamic study. *Drug Metabolism and Disposition*, *50*(2), 158-167.

Bickel, W. K., Johnson, M. W., Koffarnus, M. N., MacKillop, J., & Murphy, J. G. (2014). The behavioral economics of substance use disorders: reinforcement pathologies and their repair. *Annual Review of Clinical Psychology*, *10*(1), 641-677

Boyer, E. W., Babu, K. M., Adkins, J. E., McCurdy, C. R., & Halpern, J. H. (2008). Self-treatment of opioid withdrawal using kratom (Mitragynia speciosa korth). *Addiction*, *103*(6), 1048-1050.

Boyer, E. W., Babu, K. M., Macalino, G. E., & Compton, W. (2007). Self-treatment of opioid withdrawal with a dietary supplement, Kratom. *The American Journal on Addictions*, *16*(5), 352-356.

Brower J. Mitragynine-only deaths in North Carolina. In: Society of Forensic Toxicologists Annual Conference. Society of Forensic Toxicologists; 2022.

Broyan, V. R., Brar, J. K., Allgaier, T., & Allgaier, J. T. (2022). Long-term buprenorphine treatment for kratom use disorder: A case series. *Substance Abuse*, *43*(1), 763-766.

Chakraborty, S., Uprety, R., Slocum, S. T., Irie, T., Le Rouzic, V., Li, X., ... & Majumdar, S. (2021). Oxidative metabolism as a modulator of kratom's biological actions. *Journal of Medicinal Chemistry*, *64*(22), 16553-16572.

Chiang, Y. H., Kanumuri, S. R. R., Kuntz, M. A., Senetra, A. S., Berthold, E. C., Kamble, S. H., ... & Sharma, A. (2025). In Vitro and In Vivo Pharmacokinetic Characterization of 7-Hydroxymitragynine, an Active Metabolite of Mitragynine, in Sprague-Dawley Rats. *European Journal of Drug Metabolism and Pharmacokinetics*, *50*(3), 205-218.

Cinosi, E., Martinotti, G., Simonato, P., Singh, D., Demetrovics, Z., Roman-Urrestarazu, A., ... & Corazza, O. (2015). Following "the roots" of Kratom (Mitragyna speciosa): the evolution of an enhancer from a traditional use to increase work and productivity in Southeast Asia to a recreational psychoactive drug in western countries. *BioMed Research International*, *2015*.

Coe, M. A., Pillitteri, J. L., Sembower, M. A., Gerlach, K. K., & Henningfield, J. E. (2019). Kratom as a substitute for opioids: results from an online survey. *Drug and Alcohol Dependence*, *202*, 24-32..

Department of Health and Human Services. (2024, January 23). *RFA-FD-24-025: Cooperative agreement to support a human abuse potential study of botanical Kratom (U01 clinical trial required)*. NIH Grants & Funding website | grants.nih.gov. Retrieved May 18, 2024, from https://grants.nih.gov/grants/guide/rfa-files/RFA-FD-24-025.html

Feldman, J. D., Schriefer, D., Smith, K. E., Weiss, S. T., Butera, G., Dunn, K. E., ... & Epstein, D. H. (2023). Omissions, ambiguities, and underuse of causal assessment tools: A systematic review of case reports on patients who use kratom. *Current Addiction Reports*, *10*(2), 293-303.

Foss, J. D., Nayak, S. U., Tallarida, C. S., Farkas, D. J., Ward, S. J., & Rawls, S. M. (2020). Mitragynine, bioactive alkaloid of kratom, reduces chemotherapy-induced neuropathic pain in rats through α-adrenoceptor mechanism. *Drug and Alcohol Dependence*, *209*, 107946.

Garcia-Romeu, A., Cox, D. J., Smith, K. E., Dunn, K. E., & Griffiths, R. R. (2020). Kratom (Mitragyna speciosa): User demographics, use patterns, and implications for the opioid epidemic. *Drug and Alcohol Dependence*, *208*, 107849.

Gnanasegaram, S. A., Sexton, L., & Stanciu, C. N. (2024). Kratom Consumption–The Tales of Three Patients. *Journal of Psychoactive Drugs*, 1-4.

Grundmann, O. (2017). Patterns of kratom use and health impact in the US—results from an online survey. *Drug and Alcohol Dependence*, *176*, 63-70.

Grundmann, O., Garcia-Romeu, A., McCurdy, C. R., Sharma, A., Smith, K. E., Swogger, M. T., & Weiss, S. T. (2024). Not all kratom is equal: The important distinction between native leaf and extract products. *Addiction*, *119*(1), 202-203.

Grundmann, O., Green, M., Berthold, E., Yoon, S. L., & Ray, D. (2025). Prevalence and Use Patterns of Kratom (Mitragyna speciosa Korth.) in a US Nationally Representative Sample. *Journal of Psychoactive Drugs*, 1-9

Gutridge, A. M., Robins, M. T., Cassell, R. J., Uprety, R., Mores, K. L., Ko, M. J., ... & van Rijn, R. M. (2020). G protein-biased kratom-alkaloids and synthetic carfentanil-amide opioids as potential treatments for alcohol use disorder. *British Journal of Pharmacology*, *177*(7), 1497-1513.

Gutridge, A. M. (2021). *Evaluation of Naturally Occurring Opioids and Synthetic Derivatives for Therapeutic Application in Alcohol Abuse and Pain* (Doctoral dissertation, Purdue University).

Gutridge, A. M., Chakraborty, S., Varga, B. R., Rhoda, E. S., French, A. R., Blaine, A. T., ... & van Rijn, R. M. (2021). Evaluation of kratom opioid derivatives as potential treatment option for alcohol use disorder. *Frontiers in Pharmacology*, *12*, 764885.

Harun, N., Hassan, Z., Navaratnam, V., Mansor, S. M., & Shoaib, M. (2015). Discriminative stimulus properties of mitragynine (kratom) in rats. *Psychopharmacology*, *232*(13), 2227-2238.

Harun, N., Johari, I. S., Mansor, S. M., & Shoaib, M. (2020). Assessing physiological dependence and withdrawal potential of mitragynine using schedule-controlled behaviour in rats. *Psychopharmacology*, *237*, 855-867.

Harun, N., Hassan, Z., Ramanathan, S., & Shoaib, M. (2021). Evidence for intravenous self-administration of mitragynine in fentanyl-dependent rats. *The Thai Journal of Pharmaceutical Sciences*, *45*(4), 242-247.

Hassan, R., Sreenivasan, S., Müller, C. P., & Hassan, Z. (2021). Methadone, buprenorphine, and clonidine attenuate mitragynine withdrawal in rats. *Frontiers in Pharmacology*, *12*, 708019.

Heather, N., Field, M., Moss, A. C., & Satel, S. (Eds.). (2022). *Evaluating the brain disease model of addiction* (p. 1). London: Routledge.

Hemby, S. E., McIntosh, S., Leon, F., Cutler, S. J., & McCurdy, C. R. (2019). Abuse liability and therapeutic potential of the Mitragyna speciosa (kratom) alkaloids mitragynine and 7-hydroxymitragynine. *Addiction Biology*, *24*(5), 874–885. https://doi.org/10.1111/adb.12639

Henningfield, J.E., Huestis, M.A., Grundmann, O., Smith, K.E. (2024). Kratom safety and toxicology in the context of public health: Research needs to better inform regulation. *Frontiers in Pharmacology*.

Henningfield, J. E., Wang, D. W., & Huestis, M. A. (2022). Kratom abuse potential 2021: an updated eight factor analysis. *Frontiers in Pharmacology*, *12*, 775073.

Hill, R., Kruegel, A. C., Javitch, J. A., Lane, J. R., & Canals, M. (2022). The respiratory depressant effects of mitragynine are limited by its conversion to 7-OH mitragynine. *British Journal of Pharmacology*, *179*(14), 3875–3885.

Hill, K., Grundmann, O., Smith, K. E., & Stanciu, C. N. (2024). Prevalence of kratom use disorder among kratom consumers. *Journal of Addiction Medicine*, *18*(3), 306-312.

Hill, K., Boyer, E. W., Grundmann, O., & Smith, K. E. (2025). De facto opioids: Characterization of novel 7-hydroxymitragynine and mitragynine pseudoindoxyl product marketing. *Drug and Alcohol Dependence*, *272*, 112701.

Hiranita, T., Sharma, A., Oyola, F. L., Obeng, S., Reeves, M. E., Restrepo, L. F., ... & McMahon, L. R. (2020). Potential contribution of 7-hydroxymitragynine, a metabolite of the primary kratom (Mitragyna speciosa) alkaloid mitragynine, to the μ-opioid activity of mitragynine in rats. *The FASEB Journal*, *34*(S1), 1-1.

Hiranita, T., Zuarth Gonzalez, J., Patel, A., Restrepo, L., Mazpule-Carrigan, C., Leon, F., ... & McMahon, L. (2021). Pharmacological Characterization of Mitragynine: Antinociception, Respiratory Depression, Self-Administration, Drug Discrimination, Tolerance, and withdrawal in Rats. *The FASEB Journal*, *35*

Hiranita, T., Obeng, S., Sharma, A., Wilkerson, J. L., McCurdy, C. R., & McMahon, L. R. (2022). In vitro and in vivo pharmacology of kratom. In *Advances in pharmacology* (Vol. 93, pp. 35-76). Academic Press.

Huestis, M. A., Brett, M. A., Bothmer, J., & Atallah, R. (2024). Human Mitragynine and 7-Hydroxymitragynine Pharmacokinetics after Single and Multiple Daily Doses of Oral Encapsulated Dried Kratom Leaf Powder. *Molecules*, *29*(5), 984.

Japarin, R. A., Harun, N., Hassan, Z., & Shoaib, M. (2023). Mitragynine, a primary constituent of kratom reinstates morphine-seeking behaviour in rats. *Behavioural Pharmacology*, *34*(2-3), 123-130.

Jarka, C., & Gregoire, K. (2023). Precipitated withdrawal with kratom use following naltrexone administration. *Mental Health Clinician*, *13*(3), 155-158.

Kantor Staf Presiden, 2022. US association initiates partnership in kratom export with Indonesia. www.ksp.go.id/en/us-association-initiates-partnership-in-kratom-export-with-indonesia.html.

Kamble, S. H., Berthold, E. C., King, T. I., Raju Kanumuri, S. R., Popa, R., Herting, J. R., ... & McCurdy, C. R. (2021). Pharmacokinetics of eleven kratom alkaloids following an oral dose of either traditional or commercial kratom products in rats. *Journal of Natural Products*, *84*(4), 1104-1112.

Kiyokawa, M., Kwon, A. K., Cape, M. C., & Streltzer, J. M. (2023). Kratom use disorder: case reports on successful treatment with home induction of buprenorphine-naloxone. *Family Practice*, *40*(4), 596-598.

Kruegel, A. C., Gassaway, M. M., Kapoor, A., Váradi, A., Majumdar, S., Filizola, M., ... & Sames, D. (2016). Synthetic and receptor signaling explorations of the mitragyna alkaloids: mitragynine as an atypical molecular framework for opioid receptor modulators. *Journal of the American Chemical Society*, *138*(21), 6754-6764.

Kruegel, A. C., & Grundmann, O. (2018). The medicinal chemistry and neuropharmacology of kratom: A preliminary discussion of a promising medicinal plant and analysis of its potential for abuse. *Neuropharmacology*, *134*, 108-120.

Kruegel, A. C., Uprety, R., Grinnell, S. G., Langreck, C., Pekarskaya, E. A., Le Rouzic, V., ... & Sames, D. (2019). 7-Hydroxymitragynine is an active metabolite of mitragynine and a key mediator of its analgesic effects. *ACS Central Science*, *5*(6), 992-1001.

Laforest, L. C., Kuntz, M. A., Kanumuri, S. R. R., Mukhopadhyay, S., Sharma, A., O'Connor, S. E., ... & Nadakuduti, S. S. (2023). Metabolite and molecular characterization of Mitragyna speciosa identifies developmental and genotypic effects on monoterpene indole and oxindole alkaloid composition. *Journal of Natural Products*, *86*(4), 1042-1052.

Leksungnoen, N., Andriyas, T., Ngernsaengsaruay, C., Uthairatsamee, S., Racharak, P., Sonjaroon, W., ... & Sharma, A. (2022). Variations in mitragynine content in the naturally growing kratom (Mitragyna speciosa) population of Thailand. *Frontiers in Plant Science*, *13*, 1028547.

León, F., Obeng, S., Mottinelli, M., Chen, Y., King, T. I., Berthold, E. C., ... & McCurdy, C. R. (2021). Activity of Mitragyna speciosa ("kratom") alkaloids at serotonin receptors. *Journal of Medicinal Chemistry*, *64*(18), 13510-13523.

Macko, E., Weisbach, J. A., and Douglas, B. (1972). Some Observations on the Pharmacology of Mitragynine. *Arch. Int. Pharmacodyn. Ther.* 198 (1), 145–161.

Manda, V. K., Avula, B., Ali, Z., Khan, I. A., Walker, L. A., & Khan, S. I. (2014). Evaluation of in vitro absorption, distribution, metabolism, and excretion (ADME) properties of mitragynine, 7-hydroxymitragynine, and mitraphylline. *Planta medica*, *80*(07), 568-576.

Manus, J. P., Crenshaw, R. C., Ringer, L. C., Towers, S. A., Paige, N. B., Leon, F., ... & Lester, D. B. (2025). Effects of kratom alkaloids on mesolimbic dopamine release. *Neuroscience Letters*, 138153.

Matsumoto, K., Yamamoto, L. T., Watanabe, K., Yano, S., Shan, J., Pang, P. K., ... & Horie, S. (2005). Inhibitory effect of mitragynine, an analgesic alkaloid from Thai herbal medicine, on neurogenic contraction of the vas deferens. *Life Sciences*, *78*(2), 187-194.

McCurdy, C. R., Sharma, A., Smith, K. E., Veltri, C. A., Weiss, S. T., White, C. M., & Grundmann, O. (2024). An update on the clinical pharmacology of kratom: uses, abuse potential, and future considerations. *Expert Review of Clinical Pharmacology*, *17*(2), 131-142.

Müller, E., Hillemacher, T., & Müller, C. P. (2020). Kratom instrumentalization for severe pain self-treatment resulting in addiction–A case report of acute and chronic subjective effects. *Heliyon*, *6*(7).

Mun, C. J., Panlilio, L. V., Dunn, K. E., Thrul, J., McCurdy, C. R., Epstein, D. H., & Smith, K. E. (2025). Kratom (Mitragyna speciosa) use for self-management of pain: Insights from cross-sectional and ecological momentary assessment data. *The Journal of Pain*, *26*, 104726.

National Drug Early Warning System (NDEWS). (2025). Special Report (May 30, 2025). (NDEWS-2025-SR00028.5). Retrieved from https://ndews.org.

Obeng, S., Kamble, S. H., Reeves, M. E., Restrepo, L. F., Patel, A., Behnke, M., ... & McCurdy, C. R. (2019). Investigation of the adrenergic and opioid binding affinities, metabolic stability, plasma protein binding properties, and functional effects of selected indole-based kratom alkaloids. *Journal of Medicinal Chemistry*, *63*(1), 433-439.

Obeng, S., Leon, F., Patel, A., Gonzalez, J. D. Z., Da Silva, L. C., Restrepo, L. F., ... & Hiranita, T. (2022). Interactive effects of μ-opioid and adrenergic-α2 receptor agonists in rats: pharmacological investigation of the primary kratom alkaloid mitragynine and its metabolite 7-hydroxymitragynine. *Journal of Pharmacology and Experimental Therapeutics*, *383*(3), 182-198.

Osawa, K. A., & Johnson, R. D. (2025). Postmortem distribution of mitragynine and 7-hydroxymitragynine in 51 cases. *Journal of Analytical Toxicology*, *49*(2), 122-128.

Palasamudram Shekar, S., Rojas, E. E., D'Angelo, C. C., Gillenwater, S. R., & Martinez Galvis, N. P. (2019). Legally lethal kratom: a herbal supplement with overdose potential. *Journal of Psychoactive Drugs*, *51*(1), 28-30.

Papsun, D. M., Chan-Hosokawa, A., Friederich, L., Brower, J., Graf, K., & Logan, B. (2019). The trouble with kratom: analytical and interpretative issues involving mitragynine. *Journal of analytical toxicology*, *43*(8), 615-629.

Papsun, D., Schroeder, W., Brower, J., & Logan, B. (2023). Forensic implications of kratom: kratom toxicity, correlation with mitragynine concentrations, and polypharmacy. *Current Addiction Reports*, *10*(2), 272-281.

Pickard, H., & Ahmed, S. H. (Eds.). (2019). *The Routledge handbook of philosophy and science of addiction*. London: Routledge.

Piercey, C. J., Bunch, J., Cameron, J., Ahern, R., Packwood, I., Bruning, C., ... & Karoly, H. C. (2025). Kratom use among ethnobotanical tea bar patrons in Colorado: Subjective drug effects, adverse reactions, and perceived benefits of use. *Drug and Alcohol Dependence Reports*, 100361.

Prevete, E., Theunissen, E. L., Kuypers, K. P., Paci, R., Reckweg, J. T., Cavarra, M., ... & Ramaekers, J. G. (2024). An exploratory study of the safety profile and neurocognitive function after single doses of mitragynine in humans. *Psychopharmacology*, 1-14.

Prozialeck, W. C., Edwards, J. R., Lamar, P. C., Plotkin, B. J., Sigar, I. M., Grundmann, O., & Veltri, C. A. (2020). Evaluation of the mitragynine content, levels of toxic metals and the presence of microbes in kratom products purchased in the western suburbs of Chicago. *International Journal of Environmental Research and Public Health*, *17*(15), 5512.

Case 4:25-cv-00917-RK    Document 8-2    Filed 12/11/25    Page 180 of 297

Ramanathan, S., León, F., Chear, N. J., Yusof, S. R., Murugaiyah, V., McMahon, L. R., & McCurdy, C. R. (2021). Kratom (Mitragyna speciosa Korth.): A description on the ethnobotany, alkaloid chemistry, and neuropharmacology. *Studies in Natural Products Chemistry*, *69*, 195-225

Reif, B.., Adkins, A., Boyer, E.W., Kanumuri, Raju K.S.R., Sharma, A., Smith, K.E. (In Press). Substance use disorder following use of a novel 7-hydroxymitragynine product. *Journal of Addiction Medicine.*

Reuters. (2024, June 20). *Reuters.com*. reuters.com. https://www.reuters.com/business/healthcare-pharmaceuticals/indonesia-says-it-will-regulate-cultivation-export-herbal-kratom-products-2024-06-20/

Reissig, C. J., Setnik, B., Milovan, D., McCurdy, C. R., Sharma, A., Hawkins, G., Bonson, K., Galati, S., & Chiapperino, D. (2024, June). *A pilot, placebo controlled, dose-finding, pharmacodynamic and pharmacokinetic study of orally administered botanical kratom in non-dependent, recreational polydrug users with opioid experience under fed conditions* [Poster session]. College on Problems of Drug Dependence, Vancouver, Canada.

Reissig, C. J., Chiapperino, D., Seitz, A., Lee, R., Fadin, R., & McAninch, J. (2025). *7-Hydroxymitragynine (7-OH): An Assessment of the Scientific Data and Toxicological Concerns Around an Emerging Opioid Threat*. U.S. Food and Drug Administration Center for Drug Evaluation and Research.

Rogers, J. M., Smith, K. E., Schriefer, D., & Epstein, D. H. (2022). For better or worse: Self-reported changes in kratom and other substance use as a result of the COVID-19 pandemic. *Substance Abuse: Research and Treatment*, *16*, 11782218221123977.

Rogers, J.M., Colvin, K., Epstein, D.E., Grundmann, O., McCurdy, C.M., Smith, K.E. (2024a). Growing pains with kratom: Experiences Discussed in Subreddits Contrast With Satisfaction Expressed in Surveys. *Frontiers in Pharmacology*.

Rogers, J.M., Weiss, S.T., Epstein, D.H., Grundmann, O., Hill, K., Smith, K.E. (2024b). Kratom addiction per DSM-5 SUD criteria, and kratom physical dependence: Insights from dosing amounts versus frequency. *Drug and Alcohol Dependence.*

Sabetghadam, A., Navaratnam, V., & Mansor, S. M. (2013). Dose–response relationship, acute toxicity, and therapeutic index between the alkaloid extract of Mitragyna speciosa and its main active compound mitragynine in mice. *Drug Development Research*, *74*(1), 23-30.

Sakamoto, J., Kitajima, M., & Ishikawa, H. (2022). Asymmetric total syntheses of mitragynine, speciogynine, and 7-hydroxymitragynine. *Chemical and Pharmaceutical bulletin*, *70*(9), 662-668.

Schmuhl, K. K., Gardner, S. M., Cottrill, C. B., & Bonny, A. E. (2020). Home induction and outpatient treatment of kratom use disorder with buprenorphine-naloxone: A case report in a young adult. *Substance Abuse*, *41*(3), 311-314.

Sengnon, N., Vonghirundecha, P., Chaichan, W., Juengwatanatrakul, T., Onthong, J., Kitprasong, P., ... & Wungsintaweekul, J. (2023). Seasonal and geographic variation in alkaloid content of kratom (Mitragyna speciosa (Korth.) Havil.) from Thailand. *Plants*, *12*(4), 949.

Sharma, A., Smith, K. E., Kuntz, M. A., Berthold, E. C., Elashkar, O. I., Guadagnoli, N., ... & McCurdy, C. R. (2025). Chemical Analysis and Alkaloid Intake for Kratom Products Available in the United States. *Drug Testing and Analysis*.

Singh, D., Narayanan, S., & Vicknasingam, B. (2016). Traditional and non-traditional uses of Mitragynine (Kratom): A survey of the literature. *Brain Research Bulletin*, *126*, 41-46.

Singh, D., Narayanan, S., Müller, C. P., Swogger, M. T., Rahim, A. A., Leong Bin Abdullah, M. F. I., & Vicknasingam, B. K. (2018). Severity of kratom (Mitragyna speciosa Korth.) psychological withdrawal symptoms. *Journal of Psychoactive Drugs*, *50*(5), 445-450.

Singh, D., Abdullah, M. F., Vicknasingam, B. K., & Müller, C. P. (2019). Substance use disorder related to kratom (Mitragyna speciosa) use in Malaysia. *Current Psychopharmacology*, *8*(1), 64-71.

Smith, K. E., & Lawson, T. (2017). Prevalence and motivations for kratom use in a sample of substance users enrolled in a residential treatment program. *Drug and Alcohol Dependence*, *180*, 340-348.

Smith, K. E., Rogers, J. M., Schriefer, D., & Grundmann, O. (2021). Therapeutic benefit with caveats?: Analyzing social media data to understand the complexities of kratom use. *Drug and Alcohol Dependence*, *226*, 108879.

Smith, K. E., Dunn, K. E., Rogers, J. M., Grundmann, O., McCurdy, C. R., Garcia-Romeu, A., ... & Epstein, D. H. (2022). Kratom use as more than a "self-treatment". *The American Journal of Drug and Alcohol Abuse*, *48*(6), 684-694.

Smith, K. E., Rogers, J. M., Dunn, K. E., Grundmann, O., McCurdy, C. R., Schriefer, D., & Epstein, D. H. (2022a). Searching for a signal: Self-reported kratom dose-effect relationships among a sample of US adults with regular kratom use histories. *Frontiers in Pharmacology*, *13*, 765917.

Smith, K. E., Dunn, K. E., Epstein, D. H., Feldman, J. D., Garcia-Romeu, A., Grundmann, O., ... & Weiss, S. T. (2022b). Need for clarity and context in case reports on kratom use, assessment, and intervention. *Substance Abuse*, *43*(1), 1221-1224.

Smith, K. E., Dunn, K. E., Rogers, J. M., Garcia-Romeu, A., Strickland, J. C., & Epstein, D. H. (2022c). Assessment of kratom use disorder and withdrawal among an online convenience sample of US adults. *Journal of Addiction Medicine*, *16*(6), 666-670.

Smith, K. E., Feldman, J. D., Dunn, K. E., McCurdy, C. R., Weiss, S. T., Grundmann, O., ... & Epstein, D. H. (2023a). Examining the paradoxical effects of kratom: a narrative inquiry. *Frontiers in Pharmacology*, *14*, 1174139.

Smith, K. E., Feldman, J. D., Schriefer, D., Weiss, S. T., Grundmann, O., Dunn, K. E., ... & Epstein, D. H. (2023b). Diagnostic ambiguities and underuse of clinical assessment tools: A systematic review of case reports on kratom addiction and physical dependence. *Current Addiction Reports*, *10*(2), 282-292.

Smith, K. E., Panlilio, L. V., Sharma, A., McCurdy, C. R., Feldman, J. D., Mukhopadhyay, S., ... & Epstein, D. H. (2024). Time course of kratom effects via ecological momentary assessment, by product type, dose amount, and assayed alkaloid content. *Drug and Alcohol Dependence*, *264*, 112460.

Smith, K. E., Panlilio, L. V., Feldman, J. D., Grundmann, O., Dunn, K. E., McCurdy, C. R., ... & Epstein, D. H. (2024a). Ecological Momentary Assessment of Self-Reported Kratom Use, Effects, and Motivations Among US Adults. *JAMA Network Open*, *7*(1), e2353401-e2353401.

Smith, K. E., Rogers, J. M., Sharma, A., McCurdy, C. R., Weiss, S. T., Dunn, K. E., ... & Epstein, D. H. (2024b). Responses to a "Typical" Morning Dose of Kratom in People Who Use Kratom Regularly: A Direct-Observation Study. *Journal of Addiction Medicine*, *18*(2), 144-152.

Smith K.E., Epstein D.E., Weiss S.T. (2024). Controversies in kratom use disorder" *Current Psychiatry Reports*, 1-10.

Smith, K. E., Boyer, E. W., Grundmann, O., McCurdy, C. R., & Sharma, A. (2025). The rise of novel, semi-synthetic 7-hydroxymitragynine products. *Addiction*, *120*(2), 387-388.

Smith, K.E., Kanumuri Raju, K.S.R., Sharma, A., Rattenni, R., LeComte, R., McCurdy, C.R., Boyer, E.W., Strain, E.C. (In Press). Complicating factors surrounding concurrent use of kratom and a novel 7-hydroxymitragynine product among a participant enrolled in a kratom clinical trial. *Journal of Addiction Medicine*.

Stanciu, C. N., Gnanasegaram, S. A., Rader III, G. L., Sharma, A., & McCurdy, C. R. (2023). What is the kratom overdose risk? A systematic literature review. *Current Addiction Reports*, *10*(1), 9-28.

Swart, B. B., Reznikoff, C., & Steen, K. (2024). Isolated kratom use disorder treated with extended-release buprenorphine taper. *Journal of Addiction Medicine*, *18*(5), 602-604.

Talek, M., Cottler, L. B., Wichaidit, W., & Assanangkornchai, S. (2021). Patterns of kratom use among male drug users in the deep south of Thailand. *Thai Journal of Public Health*, *51*(1), 16-24.

Torrico, T., Patel, K., Nikolov, N., Salam, M. T., Padhy, R., & Weinstein, D. (2024). Presence of kratom in opioid overdose deaths: findings from coroner postmortem toxicological report. *Frontiers in Psychiatry*, *14*, 1332999.

Tanna, R. S., Nguyen, J. T., Hadi, D. L., Manwill, P. K., Flores-Bocanegra, L., Layton, M. E., ... & Paine, M. F. (2022). Clinical pharmacokinetic assessment of kratom (Mitragyna speciosa), a botanical product with opioid-like effects, in healthy adult participants. *Pharmaceutics*, *14*(3), 620.

Case 4:25-cv-00917-RK   Document 8-2   Filed 12/11/25   Page 183 of 297

Trakulsrichai, S., Sathirakul, K., Auparakkitanon, S., Krongvorakul, J., Sueajai, J., Noumjad, N., ... & Wananukul, W. (2015). Pharmacokinetics of mitragynine in man. *Drug Design, Development and Therapy*, 2421-2429.

Turnaturi, R., Piana, S., Spoto, S., Costanzo, G., Reina, L., Pasquinucci, L., & Parenti, C. (2023). From plant to chemistry: Sources of active opioid antinociceptive principles for medicinal chemistry and drug design. *Molecules*, *28*(20), 7089.

Váradi, A., Marrone, G. F., Palmer, T. C., Narayan, A., Szabó, M. R., Le Rouzic, V., ... & Majumdar, S. (2016). Mitragynine/corynantheidine pseudoindoxyls as opioid analgesics with mu agonism and delta antagonism, which do not recruit β-arrestin-2. *Journal of Medicinal Chemistry*, *59*(18), 8381-8397.

Venniro, M., Zhang, M., Caprioli, D., Hoots, J. K., Golden, S. A., Heins, C., ... & Shaham, Y. (2018). Volitional social interaction prevents drug addiction in rat models. *Nature Neuroscience*, *21*(11), 1520-1529.

Vicknasingam, B., Chooi, W. T., Rahim, A. A., Ramachandram, D., Singh, D., Ramanathan, S., ... & Chawarski, M. C. (2020). Focus: Plant-based medicine and pharmacology: Kratom and pain tolerance: A randomized, placebo-controlled, double-blind study. *The Yale Journal of Biology and Medicine*, *93*(2), 229.

Vijeepallam, K., Pandy, V., Murugan, D. D., & Naidu, M. (2019). Methanolic extract of Mitragyna speciosa Korth leaf inhibits ethanol seeking behaviour in mice: involvement of antidopaminergic mechanism. *Metabolic Brain Disease*, *34*, 1713-1722.

Wilson, L. L., Chakraborty, S., Eans, S. O., Cirino, T. J., Stacy, H. M., Simons, C. A., ... & McLaughlin, J. P. (2021). Kratom alkaloids, natural and semi-synthetic, show less physical dependence and ameliorate opioid withdrawal. *Cellular and molecular neurobiology*, *41*, 1131-1143.

Witkiewitz, K., & Tucker, J. A. (2025). Whole person recovery from substance use disorder: a call for research examining a dynamic behavioral ecological model of contexts supportive of recovery. *Addiction Research & Theory*, *33*(1), 1-12.

Yue, K., Katz, J. L., & Shu, X. (2022). Physiological dependence to mitragynine indicated by a rapid cross-dependence procedure with heroin-dependent mice. *Psychopharmacology*, *239*(3), 897–908.

Yunusa, S., Müller, C. P., & Hassan, Z. (2024). Mitragynine (Kratom)—Withdrawal behaviour and cognitive impairments can be ameliorated by an epigenetic mechanism. *British Journal of Pharmacology*, *181*(13), 2070–2084. https://doi.org/10.1111/bph.16352

Yusoff, N. H., Suhaimi, F. W., Vadivelu, R. K., Hassan, Z., Rümler, A., Rotter, A., ... & Müller, C. P. (2016). Abuse potential and adverse cognitive effects of mitragynine (kratom). *Addiction biology*, *21*(1), 98-110.

Zhang, M., Sharma, A., León, F., Avery, B., Kjelgren, R., McCurdy, C. R., & Pearson, B. J. (2022). Plant growth and phytoactive alkaloid synthesis in kratom [Mitragyna speciosa (Korth.)] in response to varying radiance. *PLoS One*, *17*(4), e0259326.

Zuarth Gonzalez, J. D., Alexandria, R. K., Mukhopadyay, S., McCurdy, C. R., McMahon, L. R., & Wilkerson, J. L. (2025). Assessment of abuse liability and respiratory effects of mitragynine and 7-hydroxymitragynine in rats. *Journal of Pharmacological and Toxicological Methods*, *133*, 107624.

Case 4:25-cv-00917-RK    Document 8-2    Filed 12/11/25    Page 185 of 297

CURRICULUM VITAE
The Johns Hopkins University School of Medicine

*kirsten linsmith*

July    2025

Kirsten E. Smith

## DEMOGRAPHIC AND PERSONAL INFORMATION

### Current Appointments

2023-present     Assistant Professor
                 Johns Hopkins University School of Medicine
                 Department of Psychiatry and Behavioral Sciences, Behavioral Pharmacology Research Unit

### Personal Data

        Kirsten E. Smith, Ph.D.
        5510 Nathan Shock Drive
        Baltimore, MD 21224
        Cell Phone: 865-418-8177
        Office Phone: 410-550-0035
        E-mail: ksmit398@jh.edu

### Education and Training

2010-2014        Bachelor of Social Work, minors History and Psychology. University of Kentucky, Lexington, KY
                 Summa Cum Laude
2014-2015        Master of Social Work, University of Kentucky. Lexington, KY. Summa Cum Laude
                 *Primary mentor, Michele Staton, Ph.D.*
2015             Postbaccalaureate Independent Study. University of Kentucky, Department of Behavioral Science
                 Lexington, KY
                  *Primary mentor Robert J. Walker, M.S.W.*
2016-2019         Doctor of Philosophy in Social Work, Kent School of Social Work. Louisville, KY
                 *Co-mentors Robert J. Walker, M.S.W., Michele Staton, Ph.D., Martin T. Hall, Ph.D.*
2019-2023        Postdoctoral Fellowship, National Institute on Drug Abuse Intramural Research Program. Baltimore, MD
                 *Primary mentor David. H. Epstein Ph.D., co-mentor Lorenzo Leggio, M.D., Ph.D.*

### Professional Experience

2013             Clinical Internship, Hope Center Men's Recovery Program. Lexington, KY
2013             Undergraduate Clinical Practicum, Chrysalis House. Lexington, KY
2014             Undergraduate Community Practicum, United Way of the Bluegrass. Lexington, KY
2014-2015        Graduate Clinical Practicum, Hope Center Men's Recovery Program. Lexington, KY
2015-2016        Research Assistant, University of Kentucky College of Medicine. Lexington, KY
2015-2016        Senior Data Coordinator, University of Kentucky Center on Drug and Alcohol Research. Lexington, KY
2016-2018        Research Assistant, University of Louisville. Louisville, KY
2018-2019        Data Coordinator/Analyst, University of Kentucky Center on Drug and Alcohol Research. Lexington, KY
2019-2023        NIDA IRP Postdoctoral Training Fellow, Translational Addiction Medicine Branch. Baltimore, MD

**PUBLICATIONS**:
**\*Designates corresponding author status, <u>underline</u> designates a mentee, †designates equal contribution authorship**

<span style="color:blue">Original Research [OR]</span>

1. Dickson MF, Staton-Tindall M, **Smith KE**, Leukefeld C, Webster JM, and Oser CB (2017) A Facebook follow-up strategy for rural drug-using women. *The Journal of Rural Health*, 33, 250-256
2. **Smith KE\***, Bunting A, Staton M, Walker JR, Shalash S, Winston E, and Pangburn K (2017) Examination of synthetic cannabinoid and cathinone use in drug-using offender sample 2013-2015. *Journal of Psychoactive Drugs,* 49, 436-445
3. **Smith KE\*** and Lawson T (2017) Prevalence and motivations for kratom use in a sample of substance users enrolled in a residential treatment program. *Drug and Alcohol Dependence*, 180, 340-348
4. **Smith KE\*** (2018) Prevalence and correlates of electronic cigarette use among a clinical sample of polysubstance users in Kentucky: Long live the cigarette? *Substance Use and Misuse,* 54, 225-235
5. **Smith KE\*** and Staton M (2019) Synthetic cannabinoid use among a sample of individuals enrolled in community-based recovery programs: Are synthetic cannabinoids actually preferred to other drugs? *Substance Abuse,* 40, 160-169
6. **Smith KE\***, Bunting AM, Golder S, Hall MT, Higgins GE, and Logan TK (2019) Prevalence and correlates of disability among a sample of victimized women on probation and parole. *Journal of Correctional Healthcare*, 33, 250-256
7. **Smith KE\*** and Stoops WW (2019) Synthetic cathinone use among a sample of polysubstance users: Indirect indicator of indiscriminate drug taking or preferred drug of abuse? *Journal of Drug Issues,* 49, 369-386
8. **Smith KE\***, Bunting A, Walker JR, Hall MT, Grundmann O, and Castillo O (2019) Non-prescribed buprenorphine use mediates the relationship between recent heroin and kratom use among a sample of polysubstance users. *Journal of Psychoactive Drugs,* 51, 311-322
9. Walker JR, Staton M, Victor G, **Smith KE,** and Godlaski T (2019) Fidelity in evidence-based practices in jail settings. *Federal Probation*, 83, 45-51
10. Bath R, Bucholz T, Buros AF, Singh D, **Smith KE**, Veltri CA, and Grundmann O. (2020) Self-reported health diagnoses and demographic correlates with kratom use: Results from an online survey. *Journal of Addiction Medicine*, 14, 244-252
11. **Smith KE\*,** Tillson MD, Staton M, and Winston EM (2020) Characterization of diverted buprenorphine use among adults entering corrections-based drug treatment in Kentucky. *Drug and Alcohol Dependence*, 208, 107837
12. **Smith KE\***, Archuleta A, Staton M, and Winston EM (2020) Risk factors for heroin use following release from jail or prison in adults in a Central Appalachian state between 2012-2017. *The American Journal of Drug and Alcohol Abuse*, 46, 485-497
13. Garcia-Romeu A, Cox DJ, **Smith KE,** Dunn KE, and Griffiths RR (2020) Kratom (Mitragyna speciosa): User demographics, use patterns, and implications for the opioid epidemic. *Drug and Alcohol Dependence*, 208, 107849
14. Singh D, Brown PN, Cinosi E, Corazza O, Henningfield JE, Garcia-Romeu A, McCurdy CR, McMahon LR, Prozialeck WC, **Smith K E,** Swogger MT, Veltri C, Walsh Z, and Grundmann O (2021) Current and future potential impact of COVID-19 on kratom (Mitragyna speciosa Korth.) supply and use. *Frontiers in Psychiatry*, 11, 1355
15. Strickland JC, Stoops WW, Dunn KE, **Smith KE,** and Havens JR (2021) The continued rise of methamphetamine use among people who use heroin in the United States, 2015-2019. *Drug and Alcohol Dependence,* 225, 108750
16. Singh D, Narayanan S, Vicknasingam B, Prozialeck WC, **Smith KE**, Corazza O, Henningfield JE, and Grundmann O (2021) The use of kratom (Mitragyna speciosa Korth.) among People who co-use heroin and methamphetamine in Malaysia. *Journal of Addiction Medicine*
17. **Smith KE\***, Strickland JC, <u>Rogers JM</u>, and Epstein DH (2021) When obscurity becomes trend. Social-media descriptions of tianeptine use and associated atypical drug use. *American Journal of Drug and Alcohol Abuse*, 1-12
18. Burgess-Hull AJ, **Smith KE,** <u>Schriefer D</u>, Panlilio LV, Epstein DH, and Preston KL (2021) Longitudinal patterns of momentary stress during outpatient opioid agonist treatment: A growth-mixture model approach to classifying patients. *Drug and Alcohol Dependence,* 226, 108884
19. **Smith KE\***, <u>Rogers JM</u>, Dunn KE, Garcia-Romeu A, Grundmann O, Swogger MT, Epstein DH (2021) Social, psychological, and substance use characteristics of adults who use kratom in the United States: Findings from an online crowdsourced study. *Experimental and Clinical Psychopharmacology.*
20. **Smith KE\*,** <u>Rogers JM</u>, <u>Shriefer D</u>, Grundmann O (2021) Therapeutic benefits with caveats?: Analyzing social media to understand the complexities of kratom use. *Drug and Alcohol Dependence,* 226, 108879
21. <u>Rogers JM</u>, **Smith KE,** Strickland JC, Epstein DH (2021) Kratom use in the US: both a non-metro regional phenomenon and a White middle-class phenomenon? Evidence from NSDUH 2019 and an online convenience sample. *Frontiers in Pharmacology,* 12, 789075
22. Pope ND, Baldwin PK, Gibson A, and **Smith KE** (2022) Becoming a caregiver: Experiences of young adults moving into family caregiving roles. *Journal of Adult Development,* 29, 147-158

<span style="color:blue">Case 4:25-cv-00917-RK    Document 8-2    Filed 12/11/25    Page 187 of 297</span>

23. Grundmann O, Veltri CA, Morcos D, Knightes D, **Smith KE,** <u>Rogers JM</u> (2022). How essential is kratom availability and use during COVID-19? Use pattern analysis based on survey and social media data. *Substance Abuse,* 43, 865-877

24. Bertz JW, **Smith KE,** Panlilio L, Stull SW, Reamer D, Murville-Sullivan M, Holtyn AF, Toegel FM, Epstein DH, Phillips KA and Preston KL (2021) Quality of life during a randomized trial of a therapeutic-workplace intervention for heroin dependence: Web-based mobile assessments reveal effects of drug abstinence and access to paid work. *Drug and Alcohol Dependence Reports,* 100011

25. **Smith KE**\*, <u>Rogers JM</u>, Strickland JC (2021) Associations of lifetime nonmedical opioid, methamphetamine, and kratom use within a nationally representative US sample. *Journal of Psychoactive Drugs*, 1-11

26. Panlilio LV, <u>Lee A</u>, **Smith KE**, Epstein DH (2022) Were self-described introverts "immune" to increased drug use and entrapment during the pandemic? *Drug and Alcohol Dependence Reports,* 2, 100024

27. **Smith KE**\*, Dunn KE, <u>Rogers JM</u>, Garcia-Romeu A, <u>Schriefer D</u>, Strickland JC, Epstein DH (2022) Assessment of Kratom Use Disorder and withdrawal among an online convenience sample of US adults. *Journal of Addiction Medicine,* 16, 666-670

28. Grundmann O, Veltri C, Morcos D, Knightes, D, **Smith KE,** Singh D, Corazza O, Cinosi E, Martinotti G, Walsh Z, Swogger MT (2022) Exploring the self-reported motivations of kratom (Mitragyna speciosa Korth.) user: A cross-sectional investigation. *The American Journal on Drug and Alcohol Abuse,* 1-12

29. **Smith KE**\*, <u>Rogers JM</u>, Dunn KE, Grundmann O, McCurdy CR, <u>Schriefer D</u>, Epstein DH (2022) Searching for a signal: Self-reported kratom dose-effect relationships among a US sample of adults with history of regular kratom use. *Frontiers in Pharmacology,* 445

30. Swogger MT, **Smith KE**, Garcia-Romeu A, Grundmann O, Veltri C, Henningfield J, Bursch L (2022) Understanding kratom use: A guide for healthcare providers. *Frontiers in Pharmacology,* 13

31. Burgess-Hull A, **Smith KE,** Panlilio LV, Schriefer D, Preston K, Alter A, Yeager C, Chizmar T, Delbridge T, Zamore K, Beeson J, Epstein DH (2022) Nonfatal opioid overdoses before and after Covid-19: Regional variation in rates of change. *PLOS One,* 17, e0263893

32. Bertz J, Panlilio LV, Stull SW, **Smith KE**, Reamer D, Holtyn AF, Toegel F, Kowalczyk WJ, Phillips KA, Epstein DH, Silverman K, Preston KL (2022) Being at work improves stress, craving, and mood for people with opioid use disorder: Ecological momentary assessment during a randomized trial of experimental employment in a contingency-management-based therapeutic workplace. *Behavior Research and Therapy,* 152, 104071

33. **Smith KE\***, Dunn KE, <u>Rogers JM</u>, Grundmann O, McCurdy CM, Garcia-Romeu A, <u>Schriefer D</u>, Swogger M, Epstein DH (2022) Kratom use as more than a "self-treatment. *The American Journal on Drug and Alcohol Abuse,* 48, 684-694

34. Strickland JC, Marks KR, **Smith KE**, Ellis JD, Hobelmann JG, Huhn AS (2022) Patient perceptions of higher-dose naloxone nasal spray for opioid overdose. *International Journal of Drug Policy,* 106, 103751

35. <u>Pont-Fernandez S</u>, Kheyfets M, <u>Rogers JM</u>, **Smith KE**, Epstein DE (2022) Kava (*Piper methysticum*) in the United States: The quiet rise of a substance with often subtle effects. *The American Journal on Drug and Alcohol Abuse,* 1-12

36. Grundmann O, Veltri CA, Morcos S, **Smith KE**, Singh D, Corazza O, Cinosi E, Martinotti G, Walsh Z, Swogger MT (2022) Correlations of kratom (Mitragyna speciosa Korth.) use behavior and psychiatric conditions from a cross-sectional survey. *Experimental and Clinical Psychopharmacology*

37. <u>Rogers JM</u>, **Smith KE**, <u>Schriefer D</u>, Epstein DH (2022) For better or worse: Self-reported changes in kratom use as a result of the Covid-19 pandemic. *Substance Abuse: Research and Treatment*

38. **Smith KE\***, <u>Rogers JM,</u> <u>Feldman, JD</u> (2023) Kratom's emergence and persistence within the US polydrug epidemic. *Current Addiction Reports*

39. <u>Feldman JD</u>, <u>Schriefer D</u>, **Smith KE\***, Weiss ST, Butera G, Dunn KE, Grundmann O, McCurdy CR, Singh D, Epstein DH (2023) Omissions, ambiguities, and underuse of causal assessment tools: A systematic review of case reports on patients who use kratom. *Current Addiction Reports*

40. **Smith KE\***, <u>Feldman JD</u>, <u>Schriefer D</u>, Weiss ST, Grundmann O, Dunn KE, Singh D, McCurdy CR, Butera G, Epstein DH (2023) Diagnostic ambiguities and underuse of clinical assessment tools: A systematic review of case reports on kratom addiction and physical dependence. *Current Addiction Reports*

41. <u>Hill K</u>, Gibson S, Grundmann O, **Smith KE**, Ballard J, Stanciu CN (2023) Evaluating health information provided to kratom consumers by Good Manufacturing Practice-qualified vendors. *Substance Abuse, Treatment, Prevention, and Policy*

42. **Smith KE\***, Feldman JD, Dunn KE, McCurdy CR, Weiss ST, Grundmann O, Garcia-Romeu A, Nichels J, Epstein DH (2023) Examining the paradoxical effects of kratom: A narrative inquiry. *Frontiers in Pharmacology*

43. **Smith KE\***, <u>Feldman JD</u>, Dunn KE, McCurdy CR, Grundmann O, Garcia-Romeu A, Panlilio LV, <u>Rogers JM</u>, Sharma A, <u>Pont-Fernandez S</u>, <u>Kheyfets M</u>, Epstein DH (2023) Novel methods for the remote study of emerging substances: Application to kratom. *Experimental and Clinical Psychopharmacology*

44. Ware O, Strickland JC, **Smith KE**, Blakey SM, Dunn KE (2023) Factors associated with high-risk substance use in persons receiving psychiatric treatment for a primary trauma- and stressor-related disorder diagnosis *Journal of Dual Diagnosis*
45. Panlilio LV, Burgess-Hull A, Feldman J, Rogers JM, Tyburski, M, **Smith KE**, Epstein DH (2024) Activity space during treatment with medication for opioid-use disorder: Relationships with personality, mood, and drug use. *Journal of Substance Use and Addiction Treatment*
46. **Smith KE\***, Rogers JM, Sharma A, McCurdy CR, Weiss ST, Dunn KE, Feldman JD, Kuntz MA, Mukhopadhyay S, Raju KSR, Taylor RK, Epstein DH (2023) Reponses to a "typical" morning dose of kratom in people who use kratom regularly: A direct-observation study. *Journal of Addiction Medicine*
47. **Smith KE\***, Panlilio LV, Feldman JD, Grundmann O, Dunn KE, McCurdy CR, Garcia-Romeu A, Epstein DH (2024). Ecological momentary assessment of self-reported kratom use, effects, and motivations among US adults. *JAMA Network Open*
48. Zamarripa, CA, Spindle, TR, Panlilio, LV, Strickland, JC, Feldman, JD, Novak, MD, Epstein, DH, Dunn, KE, McCurdy, CR.,...**Smith KE\*** (2024) Effects of kratom on driving: A cross-sectional, ecological momentary assessment, and simulated driving study. *Traffic Injury Prevention*
49. Bergeria CL, Gipson CD, **Smith KE**, Stoops WW, Strickland JC (2024) Opioid craving does not incubate over time in clinical research: Is the preclinical incubation of craving model lost in translation? *Neuroscience and Behavioral Reviews*
50. Hill K, Grundmann O, **Smith KE**, Stanciu CN (2024) Prevalence of kratom use disorder among kratom consumers. *Journal of Addiction Medicine*
51. Rogers JM, Weiss ST, Epstein DH, Grundmann O, Hill K, **Smith KE\*** (2024) Kratom addiction per DSM-5 SUD criteria, and kratom physical dependence: Insights from dosing amounts versus frequency. *Drug and Alcohol Dependence*
52. Rogers JM, Colvin K, Epstein DE, Grundmann O, McCurdy CM, **Smith KE**\* (2024). Growing pains with kratom: Experiences discussed in subreddits contrast with satisfaction expressed in surveys. *Frontiers in Pharmacology*
53. Hill K, Grundmann O, Panlilio L, Epstein DE, **Smith KE\*** (2024) Use of cannabinoids by people who consume kratom in the United States. *Journal of Addiction Medicine*
54. Hill K, Rogers JM, Grundmann O, Epstein, DH, **Smith KE\*** (2024) At least four "strains" of kratom consumers in the United States: Latent-class analysis of motivations for kratom use. *The American Journal of Drug and Alcohol Abuse*
55. **Smith KE\***, Panlilio LV Sharma A, McCurdy CR, Feldman JD, Mukhopadhyay S, Raju KSR, Kuntz MA, Hill K, Epstein DH (2024) Time course of kratom effects via ecological momentary assessment by product type, dose amount, and assayed alkaloid content. *Drug and Alcohol Dependence*
56. Mun CJ, Epstein DH, Panlilio LV, Dunn KE, Thrul J, McCurdy CM, **Smith KE\*** (2025) Kratom (*Mitragyna Speciosa*) use for pain management: Insights from cross-sectional and ecological momentary assessment data. *Journal of Pain*, 26, 104726
57. **Smith KE\***, Feldman J, Freinberg C, Shade S, Grundmann O (2025) Systematic review of clinical case reports involving tianeptine products: "Gas station heroin" hype or fact? *Current Addiction Reports*
58. Sharma A, **Smith KE,** Kuntz MA, Berthold EC, Elashkar OI, Guadagnoli N, Raju KSR, Mukhopadhyay S, Panlilio LV, Epstein DH and McCurdy CR (2025) Chemical analysis and alkaloid intake for kratom products available in the United States. *Drug Testing and Analysis*
59. Hill K, Boyer EW, Grundmann O, **Smith KE\*** (2025) De facto opioids: Characterization of novel 7-hydroxymitragynine and mitragynine pseudoindoxyl products. *Drug and Alcohol Dependence*
60. **Smith KE\***, Kanumuri Raju KSR, Sharma A, Rattenni R, LeComte R, McCurdy CR, Boyer EW, Strain EC (In Press) Complicating factors surrounding concurrent use of kratom and a novel 7-hydroxymitragynine product among a participant enrolled in a kratom clinical trial. *Journal of Addiction Medicine*
61. Piercey CJ, Cameron J, Ahern, R, Packwood I, Bruning C, Henry D, Ruehrmund J, Weldon K, **Smith KE**, Karoly HC (2025) Kratom use among ethnobotanical tea bar patrons in Colorado: Subjective drug effects, adverse reactions, and perceived benefits of use. *Drug and Alcohol Dependence Reports*
62. **Smith KE\***, Hill K, Bergeria CL Strickland JC (In Press) Tianeptine "gas station heroin" products: Public health threat or niche substance use? *Journal of Psychoactive Drugs*
63. Herberholz ES, Wolchok RE, Rogers JM, Selenou-Yemgang S, Beckwith BD, **Smith KE**, Epstein DH (In Press) Latent classes of adverse childhood experiences (ACEs) and adult substance-use problems and psychosocial outcomes: complex and heterogenous associations. *International Journal of Mental Health and Addiction*
64. Reif B, Adkins A, Boyer EW, Kanumuri Raju KSR, Sharma A, **Smith KE\*** (In Press) Substance use disorder following consumption of a novel 7-hydroxymitragynine product. *Journal of Addiction Medicine*
65. Kowalczyk WJ, **Smith KE**, Rogers JM, Bertz J, Epstein DH (Under Review) Demographics and self-perceptions of the broad population of the involuntarily celibate: They are more than just incels. *The Journal of Sex Research*

66. <u>Piercey CJ</u>, Bunch J, Cameron J, Ahern, R, Packwood I, Bruning C, Henry D, Ruehrmund J, Weldon K, Bunch J, **Smith KE**, Karoly HC (Under Review) Characteristics of adverse reactions to kratom and implementation of harm reduction strategies in a sample of ethnobotanical tea bar patrons in Colorado
67. Singh D, Mathandaver D, Müller CP, **Smith KE** (Under Review) Kratom (Mitragyna speciosa) as a replacement for alcohol among a sample of Malaysian adults with a history of alcohol use problems
68. Mun CJ, Timmons P, Panlilio LV, Verrico CD, Thomas YT, Zamarripa AC, Epstein DH, **Smith KE\*** (In Press) Is bedtime use of kratom (*Mitragyna speciosa*) a sleep aid or disruptor?: Examining its daily effects and individual differences. *Experimental and Clinical Psychopharmacology*
69. Timmons P, <u>Hill K</u>, **Smith KE**, Riley A, Mun CJ (Under Review) Akuamma seed (*Picralima nitida*) use in the US: Findings rom a web-based survey
70. <u>Hill K</u>, Anderson A, Sharma A, Kanumuri Raju KSR, Mukhopadhyay S, Veltri C, **Smith KE**, McCurdy CR, Grundmann O (Under Review) Diversification of kratom in US markets: Results form an online survey and chemical assay of products
71. Epstein DH, Stull S, **Smith KE** (Under Review) Drug use without addiction in people with "a stake in the conventional life": Lessons from an online pilot test of a classic sociological concept
72. Pierce-Messick Z, **Smith KE**, Acuff SF, Reed DD, Epstein DH, Strickland JC (Under Review) Association of behavioral economic demand for kratom and DSM-5 use disorder: Quantity and likelihood-based demand approaches
73. **Smith KE\***, Zamarripa A, Zeilinger N, Rattenni R, Boyer EW (In Preparation) Characterization of a novel semi-synthetic 7-hydroxymitragynine product profile compared to kratom
74. **Smith KE\***, Zamarripa A, Rattenni R, Zeilinger N, Feldman, JD, Boyer EW (In Preparation) Habit-forming or harm-reduction?: Initial characterization of 7-hydroxymitragynine use patterns and consumer perceptions
75. <u>Hill K</u>, <u>Piercy CJ</u>, Karoly H, **Smith KE\*** (In Preparation) Exploring characteristics of kava use: Results from an online survey
76. **Smith KE\***, <u>Hill K</u>, Boyer EW, Zamarripa AC (In Preparation) Characteristics of DSM-5-derived kava use disorder and co-occurring kratom use disorder
77. Kanumuri Raju KSR, Sharma A, **Smith, KE**, McCurdy CR (In Preparation) UPLC-MS/MS-based quantification of major kratom alkaloids and metabolites in human plasma and its application to clinical samples analysis
78. <u>Piercy CJ</u>, <u>Hill K</u>, Rattenni R, Zeilinger N Boyer EW, **Smith KE\*** (In Preparation) Consumer experiences with 7-hydroxymitragynine: Implications for policy and practice
79. <u>Timmons P, Hill K,</u> Mun CJ, **Smith KE**\* (In Preparation) Examining the relationship between typical kratom serving size and consumer typology.

## Book Chapters, Monographs [BC]

1. **Smith KE,** Grundmann O, Swogger MT, Garcia-Romeu A (2023) Kratom (Mitragyna speciosa): Pharmacology and Use of a Naturally Occurring Atypical Opioid. *The Oxford Handbook of Opioids and Opioid Use Disorder, 1st edition.*
2. **Smith KE\*,** Grundmann O, Singh D (In Press) Kratom-related Physical Dependence and Addiction (Elsevier) *Kratom*
3. Durkin R, Grundmann O, **Smith KE** (In Press) Regulation and policy regarding kratom-derived dietary supplements and direct-to-consumer sales (Elsevier) *Kratom*

## Letters, Correspondence [LT]

1. Grundmann O, Babin JK, Henningfield JE, Garcia-Romeu A, Kruegel AC, Prozialeck WC, Raffa RB, Singh D, and **Smith KE** (2021). Kratom use in the United States: a diverse and complex profile. *Addiction*, *116* [Letter to the Editor]
2. Stull SW±, **Smith KE**±, Vest N, Effinger DP, and Epstein DH (2021). Potential value of the insights and lived experiences of addiction researchers with addiction. *Journal of Addiction Medicine* [Commentary]
3. Strickland JC and **Smith KE** (2021) Comment on Heilig et al.: The centrality of the brain and the fuzzy line of addiction. *Neuropsychopharmacology*, 46, 1703-1704 [Research Highlight]
4. Grundmann O, McCurdy CR, Singh D, **Smith KE**, Swogger MT (2022). The pharmacology of kratom and its alkaloids. Frontiers in Pharmacology [Editorial].
5. **Smith KE\***, Dunn KE, Epstein DH, <u>Feldman J</u>, Garcia-Romeu A, Grundmann O, Henningfield J, McCurdy CR, <u>Rogers JM</u>, <u>Schriefer D</u>, Singh D, Weiss (2022) Need for clarity and context in case reports on kratom use, assessment, and intervention *Substance Abuse*, [Letter to the Editor]
6. **Smith KE\*** (2022) Disease and decision. *Journal of Substance Abuse Treatment*, [Commentary]
7. **Smith KE\***, Sharma A, Grundmann O, McCurdy C (2023). Kratom alkaloids: A blueprint? *ACS Chemical Neuroscience* [Invited Viewpoint]

8. Henningfield JE, Chawarski MC, Garcia-Romeu A, Grundmann O, Harun N, Hassan Z, McCurdy CR, McMahon L, Sharma A, Shoaib M, Singh D, **Smith KE**, Swogger MT, Vicknasingam B, Walsh Z, Wang D, Huestis MA (2023) Kratom withdrawal: Summary and conclusions of a virtual scientific forum. *Drug and Alcohol Dependence Reports* [Commentary]

9. Grundman O, Garcia-Romeu A, McCurdy CR, Sharma A, **Smith KE**, Swogger MT, Weiss ST (2023) Not all kratom is equal: the important distinction between native leaf and extract products. *Addiction* [Letter to the Editor]

10. McCurdy CR, Sharma A, **Smith KE**, Veltri, C, Weiss ST, White C, Grundman O (2024) An update on the clinical pharmacology of kratom: uses, abuse potential and future considerations" *Expert Review of Clinical Pharmacology* [Invited Review]

11. Grundmann O, **Smith KE**, Prozialeck WC, Veltri CA, Boyer E (2024) "Presence of kratom in opioid overdose deaths: Findings from coroner postmortem toxicological report" *Frontiers in Pharmacology* [Commentary]

12. Henningfield JE, Huestis MA, Grundmann O, **Smith KE** (2024) "Kratom safety and toxicology in the context of public health: Research needs to better inform regulation" *Frontiers in Pharmacology* [Review]

13. Acuff SF, Strickland JC, **Smith KE**, Field M (2024) Heterogeneity in choice models of addiction: The role of context. *Psychopharmacology 241*(9), 1757-1769 [Review]

14. **Smith KE***, Epstein DE, Weiss ST (2024) "Controversies in kratom use disorder" *Current Psychiatry Reports,* 1-10 [Invited Review]

15. Hill K, Grundmann O, **Smith KE**, Stanciu CN (2024) "Response to Gorelick" *Journal of Addiction Medicine* [Invited Response]

16. **Smith KE,** Boyer EW, Grundmann O McCurdy CR, Sharma A (2025) "The rise of novel, semi-synthetic 7-hydroxymitragynine products" *Addiction* [Letter to the Editor]


Media Releases or Interviews [MR]

Print/Online
2018          *Clinical Psychiatry News*, Randy Dotinga "For Some SUD Patients, Kratom May be a Self-treatment Tool"
2022          *Filter*, Doug Johnson "People's Reasons for Using Kratom are Rapidly Diversifying"
2022          *Addiction Treatment Forum*, Barbara Goodheart "Lived Experience: A Refreshing New Voice"
2022          *VICE*, Manisha Krishnan "'Gas Station Heroin' is Causing Intense Withdrawals: It's Legal in Most States"
2023          *The Messenger*, Sheila Baylis "Herbal Supplement Kratom is Being Bought and Sold in a 'Wild West' Marketplace"
2024          *Los Angeles Times*, Emily Alpert Reyes "Kratom products have gone unregulated in California, unnerving both fans and critics
2024          *Natural Products Insider*, Josh Long "Kratom groups, researchers sound alarm over 7-hydroxymitragynine products"
2024          *Bloomberg,* Fiona Rutherford & Immanuel John Milton "FDA pulls back its study into kratom plant's effects"
2024          *The Guardian,* Shayla Love, "The wellness drink for sober people that some say they can't stop drinking"
2024          *The New York Times,* Jan Hoffman "Rethinking addiction as a chronic brain disease"
2024          *Bloomberg* Fiona Rutherford & Immanuel John Milton "Kratom appears safe in early FDA study that excluded popular drinks"
2024          *Bangkok Post* "Kratom now a $1-billion industry in US"
2024          *Dallas Morning News* Hojun Choi, "Kratom advocates says illegal, synthetic products are being sold in North Texas"
2024          *SupplySide Supplement Journal* Hank Schultz, "Kratom experts raise 7-OH alarm-again"
2025          *Johns Hopkins Magazine*, Ashley Stimpson, "Unknown Substance: Assistant Professor Kirsten Smith has become a leading voice on the herbal supplement kratom
2025          *PS* Chandler Plante, "TikTokers are sounding the alarm on kratom-but what is it?"
2025          *Missouri Independent*, Rebecca Rivas "FDA warns Kansas City manufacturer it is marketing illegal pain-relieving pills"
2025          *Supply Side Supplement Journal* Han Schultz, "FDA moves against 7-OH products"
2025          *New York Times*, Christina Jewett "Kennedy announces plan to restrict some kratom products"


Podcasts
2021          *Kratom Science* hosted by Brian Gallagher, "Dr. Kirsten Smith of National Institute on Drug Abuse"
2022          *Psychoactive* hosted by Ethan Nadelmann, "Kirsten Smith on Kratom"
2022          *The Addiction Psychologist* hosted by Samuel Acuff and Noah Emery, "Kirsten Smith and Kratom"

| 2022 | *Kratom Science* hosted by Brian Gallagher, "Dr. Kirsten Smith of NIDA Returns" |
| 2024 | *AirTalk* hosted by Larry Mantle (Los Angles NPR 89.3 FM) "...And a Look into Addiction" |
| 2025 | *The Addiction Psychologist* hosted by Samuel Acuff and Noah Emery, "Kirsten Smith and Kratom Part II" |

## Television/Video
| 2023 | NewsNation "Gas station heroin' is addictive, and in some cases, deadly" |
| 2023 | ABC WMAR "Maryland man's death linked to kratom; herbal substance center of heated debate" |
| 2024 | NBC WBIR "From robbing banks to becoming a Johns Hopkins professor: Knoxvillian hopes to help others by studying addiction" |
| 2025 | NBC WBIR "What is kratom? Knoxville police officer accused of shoplifting kratom while on duty: A professor at Johns Hopkins University studies kratom, and says a new form, 7-OH, acts only on opioid receptors, raising substance abuse concerns" |

## Popular Writing, Invited
| 2022 | CLOSLER Johns Hopkins Medicine "Afraid to Tell the Truth" |
| 2022 | The American Psychological Association Division 50 *SoAP Box* Newsletter-Clinical Translation Column "Cucumbers and Pickles" |

## FUNDING

### Extramural Funding

6/1/2021 — Real-world momentary assessment of kratom use and laboratory-based observed cessation accompanied by product assays: Toward an interdisciplinary characterization of kratom use and pharmacology.
K99 DA055571-01
Total Direct Costs: NA (Due to award being given to NIDA IRP postdoctoral fellow)
**\*Note that NOA is not given for grants awarded to IRP fellows.
Role: Principal Investigator
Impact Score: 20

4/1/2024 — Real-world momentary assessment of kratom use and laboratory-based observed cessation accompanied by product assays: Toward an interdisciplinary characterization of kratom use and pharmacology.
R00 DA055571-02
Total Costs: $747,000
Role: Principal Investigator
Impact Score: 20

10/1/2024 — Mentoring in advanced mHealth technologies and machine learning for HIV/drug abuse research
K24 DA037109-10
Total Direct Costs: $18,518
PI: Edward Boyer
Role: Co-Investigator (subaward)

Submitted — Evaluating kratom using a human drug development methodology: Single ascending dose safety and tolerability-human abuse potential
1R01 DA061809-01
Total Direct Costs: $3,623,143
Role: Principal Investigator
Impact Score: 22
Status: Pending 5/13/25 Council Meeting

Submitted — Momentary and Longitudinal Effects of Kratom Use in Adults with Chronic Pain: A 12-Month EMA-Burst Study with Product Assays
1R01DA064929-01

Total Direct Costs: $2,478,443
Role: Multiple Principal Investigator
Impact Score: 41

## Educational Intramural Funding
03/01/2017    Alternative psychoactive substances: Prevalence and emerging trends in a sample of drug-using individuals enrolled in community-based treatment
University of Louisville Graduate Student Research Fund Grant
Total Direct Costs: $1,000
Indirect Costs: $500
Role: Co-Investigator

# CLINICAL ACTIVITIES

## Certification
Active Licensed Masters Social Worker (LMSW) Maryland; License #30641

# EDUCATIONAL ACTIVITIES

## Teaching
### Classroom instruction
2018 (Spring)    Teaching Practicum, Undergraduate and Graduate hybrid, Substance Use and Substance Use Disorders. University of Louisville
### Virtual classroom instruction
2019 (Spring)    Adjunct  Instructor, Psychopathology II for Clinical Practice, Graduate Course, University of Kentucky
2020 (Spring)    Adjunct Instructor, Psychopathology II for Clinical Practices, Graduate Course, University of Kentucky.

## Mentoring
### Pre-doctoral Research Mentees
2019-2024    Jeffrey M. Rogers, B.A., B.S., enrolled Clinical Psychology Doctoral Student, Pre-doctoral Trainee (NIDA DA031098), San Diego State University and the University of California San Diego (OR# 17, 19, 20, 21, 23, 25, 27, 29, 51, 53)
2020-2022    Salma Pont-Fernandez, B.S., Postbaccalaureate Training Fellow, NIDA IRP (OR# 35)
2019-2022    Destiny Schriefer, B.A., enrolled Master of Science Candidate in Epidemiology, the Johns Hopkins University Bloomberg School of Public Health, Baltimore, MD (OR# 18, 27, 29)
2021-2023    Jeffrey Feldman, B.S., Postbaccalaureate Training Fellow, NIDA IRP (OR# 39, 40, 41, 44)
2022-ongoing    Katherine Hill, M.P.H., enrolled Doctoral student, Yale School of Public Health, Department of Epidemiology of Microbial Diseases (OR#41, 50, 51, 52, 55)
2024-ongong    Cianna Piercey, B.A., enrolled as Doctoral student in, Colorado State University Clinical Psychology Program (Ongoing mentorship in kratom data collection; publications forthcoming)

# RESEARCH ACTIVITIES

## Research Focus
### Kratom
- Exploring motivations for and associations of use among US adults (OR #3, 8, 10, 13, 19, 20, 47)
- Characterizing Substance Use Disorder for kratom and kratom withdrawal (OR #20, 27, 47, 50, 51, 70)
- Assessing self-reported kratom effects by dose (OR #29, 46, 47)

### Emerging and novel psychoactive substances
- Synthetic cathinones and cannabinoids (OR #2, 5, 7)
- Electronic cigarettes (OR #4)

- Tianeptine (OR #17, 58, 59)
- Kava (OR# 35, 61, 62, 69, 70)
- 7-hydroxymitrgynine (OR # 65, 66, 68, 72, 73; LT #16)

Experimental opioids, illicit opioid use, opioid use disorder (OUD), and OUD intervention in the context of polydrug use
- Nonmedical buprenorphine use (OR #8, 11)
- Heroin misuse following drug treatment (#12) and OUD intervention (contingency management, opioid agonist therapy, OR # 18, 24)
- Exploring kratom use contemporaneous to nonmedical opioid, methamphetamine, kava, and/or cannabis use (OR # 16, 25, 47, 53 70)

Philosophy of addiction science and ethics
- Possible epistemological value (and limitations) of researchers with lived experiences of addiction (LT #2, LT #6)
- Assessing practical implications of prominent models of addiction (LT#3, LT#13, OR #49)

## ORGANIZATIONAL ACTIVITIES

Institutional Administrative Appointments
2019-2022        Non-physician Scientist, National Institutes of Health Institution Review Board


Editorial Activities
2021-2022        Guest Associate Editor, *Frontiers in Pharmacology* Special Issue: The Pharmacology of Kratom and Its Alkaloids
2022-2024        Editorial Board, *Experimental and Clinical Psychopharmacology*
2022-Present     Editorial Board, *Substance Abuse: Research and Treatment*
2022-Present     Section Editor, *Current Addiction Reports*
2022-Present     Consulting Editor, *Experimental and Clinical Psychopharmacology*
2023-Present     Editorial Board, *Neuropsychopharmacology-Digital Psychiatry and Neuroscience*
2025-Present     Editorial Board: *Substance Abuse Treatment, Prevention, and Policy*


Journal peer review activities
2017-2018        Journal of Ethnopharmacology
2017-2018        Substance Abuse, Treatment, Prevention and Policy
2017-2025        Journal of Psychoactive Drugs
2018             Journal of Pain Research
2018-2024        Addiction
2018-2025        Drug and Alcohol Dependence
2019             Journal of Correctional Healthcare
2019             The American Journal of Public Health
2019             Tobacco Use Insights
2019-2024        The American Journal of Drug and Alcohol Abuse
2019-Present     Substance Abuse: Research and Treatment
2020             BMJ Open
2020             International Journal of Drug Policy
2020             Journal of Cannabis Research
2020             Alcohol and Alcoholism
2020             American Journal of Preventive Medicine
2020-Present     Substance Use and Misuse
2020-2021        Experimental Neurology
2020-2025        Experimental and Clinical Psychopharmacology
2021             Annals of Medicine
2021             Expert Opinion on Drug Metabolism and Toxicology
2021             Drug and Alcohol Dependence Reports

| | |
|---|---|
| 2021-2024 | Journal of Addiction Medicine |
| 2022 | International Journal of Medical Sciences |
| 2022 | JAMA |
| 2022-Present | Current Addiction Reports |
| 2023 | Life Sciences |
| 2023 | The American Journal on Addictions |
| 2023 | JAMA Network Open |
| 2024 | Harm Reduction Journal |
| 2024 | Psychopharmacology |
| 2025 | Social Science and Humanities Open |
| 2025 | Medical Reports |

## Advisory Committees, Review Groups/Study Sections

| | |
|---|---|
| 2022-2023 | Advisor on NIDA "Kratom Drug Facts" Webpage development. |
| 2022-Present | The College on Problems of Drug Dependence, Travel Awards Committee |
| 2023-Preseent | Organizing Committee Member International Symposium on the Science of Kratom |
| 2024-Present | Dissertation Committee, KJ Jannie, DrPH Candidate (HPM-QPS), Johns Hopkins University |
| 2024-Present | Johns Hopkins University Department of Psychiatry and Behavioral Sciences, Strategic Planning Committee: Expand Research Activities |
| 2024-Present | NIH Early Career Reviewer Program |
| 2025-Present | Dissertation Committee, Cianna Piercey, Clinical Psychology Doctoral Candidate, Colorado State University |

## Professional Societies

| | |
|---|---|
| 2014-16 | Member, National Association of Social Workers |
| 2015-16 | Member, Students for a Sensible Drug Control Policy |
| 2016-19 | Member, Sociologists for Women in Society |
| 2017-19 | Member, Society for Social Work and Research |
| 2017-2021 | Member, American Society of Criminology |
| 2017-Present | Member, Academic Consortium on Criminal Justice Health |
| 2018-Present | Regular Member, College on Problems of Drug Dependence |
| 2020-Present | Member, American Psychological Association |
| | • APA Division 28-Psychopharmacology & Substance Use Member, Executive Board |
| | • APA Division 50- Society of Addiction Psychology Member |
| 2021-Present | Member, American Society of Addiction Medicine |
| 2023-Present | Member, International Society for Substance Use Professionals |
| 2023-Preseent | Member, Doctors for Drug Policy Reform |
| 2024-Present | Member, Society for the Study of Addiction |
| 2025-Present | Member, National Association of Social Workers #886968163 |

## Session Chair
### National

| | |
|---|---|
| 2018 | "Is there a downside? Harm reduction", 81st College on Problems on Problems of Drug Dependence Annual Meeting, Oral Session Co-Chair |
| 2021 | "Addiction researchers with their own lived experiences of addiction: Implications for the science, the scientists, and the public", 83rd College on Problems of Drug Dependence Annual Meeting, Forum Co-Chair. |
| 2022 | "From bench to bedside to policy: Updating our understanding of kratom" 84th CPDD Annual Meeting, Symposium Chair |
| 2023 | "The tightrope of substance abuse potential: The preclinical and clinical factors that make or break the scheduling of a substance, using kratom (Mitragyna Speciosa) as an example" 2023 Annual Meeting of the American College of Clinical Pharmacology, Symposium Co-Chair |
| 2025 | "When does reductionism limit our perspective? The role of psychosocial and contextual determinants in substance use disorders" 87th College on Problems of Drug Dependence Annual Meeting, Symposium Chair |

## Consultantships

| | |
|---|---|
| 2017-2018 | Death penalty mitigation specialist-in-training consultant, Kentucky Department of Public Advocacy |
| 2023-2024 | Scientific Advisor, The Kratom Coalition |
| 2023-Present | Consultant, International Plant and Herbal Alliance |
| 2024 | Consultant, Barnes & Thornburg, LLP |
| 2024-Present | Consultant, Kilpatrick Townsend & Stockton LLP |
| 2024-Present | Consultant, Snell & Wilmer |
| 2025-Present | Consultant, Amin Wasserman Gurnani |
| 2025-Present | Consultant, Orange County Public Defender |
| Pending | Consultant, NIDA R01 "Reducing Stigma About Receiving Treatment for Opioid Use Disorder" (PI Sudie Back) |

## RECOGNITION

### Awards, Honors

| | |
|---|---|
| 2012-2013 | Academic Excellence Scholarship, University of Kentucky |
| 2012-2013 | Virginia Lane Award, full undergraduate scholarship, University of Kentucky Women's Club |
| 2013-2014 | Academic Excellence Scholarship, University of Kentucky |
| 2013-2014 | Virginia Lane Award, full undergraduate scholarship, University of Kentucky Women's Club |
| 2017 | IDEA Festival competitive graduate student travel award |
| 2018 | American Consortium on Criminal Justice Health (ACCJH) competitive doctoral travel award, Academic and Health Policy Conference on Correctional Health |
| 2018 | Society for Social Work and Research competitive doctoral travel award |
| 2018 | The College on Problems of Drug Dependence (CPDD) Travel Award for Early Career Investigators, competitive travel award |
| 2019 | ACCJH competitive doctoral travel award, Academic and Health Policy Conference on Correctional Health |
| 2020 | ACCJH competitive early career investigator travel award, Academic and Health Policy Conference on Correctional Health |
| 2021 | NIDA-NIAAA R-13 competitive travel award, American Psychological Association Annual Convention |
| 2022 | CPDD Female Opioid Research and Clinical Experts (FORCE) Junior Investigator, competitive travel award. |
| 2022 | NIDA-NIAAA R-13 competitive travel award, American Psychological Association Annual Convention |
| 2024-2026 | NIH/NIDA Loan Repayment Program (LRP) Award |
| 2025 | *Journal of Addiction Medicine* Author Recognition Award: The Most Downloaded Article Published in 2024 |

### Invited Talks
Regional

| | |
|---|---|
| 12/2020 | "So, what exactly is kratom?" National Institute on Drug Abuse IRP Clinical Rounds, Baltimore, MD |
| 10/2021 | "Is kratom use *mis*use?" National Institute on Drug Abuse IRP Fellows Research Lunch (Virtual) |
| 10/2021 | "Real-world momentary assessment of kratom use accompanied by product assays", National Institute on Drug Abuse IRP, Translational Addiction Medicine Branch (Virtual) |
| 11/2022 | "Candid conversations about drug use, addiction, and recovery," National Institute on Drug Abuse IRP (Virtual) |
| 5/2023 | "A Crash course on kratom," Science for Non-Scientists, National Institute on Drug Abuse IRP (Baltimore, MD) |
| 9/2023 | "No longer niche: The rise and increasing popularity of kratom," 14th Annual Johns Hopkins University Road to Recovery Annual Conference (Baltimore, MD) |
| 10/2024 | "How engagement with people with lived experience of addiction can inform innovative SUD interventions" I4SUD (Baltimore, MD) |
| 12/2024 | "Overview and update on kratom use in the United States: Implications for clinical practice, science, and policy" Johns Hopkins University Department of Psychiatry and Behavioral Sciences Seminar Series |
| 5/2025 | "Baltimore Neuroscience Community Spotlight and Discussion" University of Maryland, Baltimore |

| | |
|---|---|
| 7/2025 | "Kratom-derived Products and Public Health" Invited Lecture, Johns Hopkins Medicine Division of Infectious Disease, Baltimore, Maryland |

National
| | |
|---|---|
| 03/2018 | "Profile of kratom use among a sample of polysubstance users enrolled in residential drug treatment" Graduate Student Regional Research Conference, Louisville, KY |
| 06/2018 | "Kratom use patterns among opioid users in the United States: A novel form of harm-reduction?" CPDD Annual Meeting Media Forum ("blitz"), San Diego, CA |
| 04/2021 | "Introduction to kratom and its clinical implications", START Kentucky Clinical Consortium (Virtual) |
| 10/2021 | "Clinical potential or clinical concern?: Characterizing the complexities of kratom use among humans" Department of Pharmacodynamics, Early Career Neuroscientist Seminar Series, Gainesville, FL (Virtual) |
| 3/2022 | "Kratom 101: Overview of the increasingly used plant-based product with mu opioid and other bioactive properties" University of Kentucky Neuroscientists Interested in Addiction Series, Lexington, KY. |
| 3/2022 | "Characterizing kratom use among humans: Implications for research and practice" University of Kentucky Department of Behavioral Science Grand Rounds Series, Lexington, KY. |
| 8/2022 | "Kratom: Should we be concerned?" ToxTime: United States Drug Testing Laboratories Webinar Series (Virtual) |
| 11/2022 | "Clinical issues for SUD treatment: Kratom" Yale School of Medicine, Division of Sciences, Department of Psychiatry (Virtual) |
| 12/2022 | "Clinical issues for SUD treatment: Kratom: Ecological momentary assessment preliminary findings" Yale School of Medicine, Division of Sciences, Department of Psychiatry (Virtual) |
| 1/2023 | "Neurodiversity in academia" panel speaker, Princeton University Wintersession (Virtual) |
| 7/2023 | "The emerging science and clinical perspective on kratom" International Plant and Herbal Alliance, Las Vegas, NV. |
| 8/2023 | "The role of journals in reducing stigma, and the role of people with lived experience in addiction research and publishing" International Society of Addiction Journal Editors (Boulder, CO) |
| 11/2023 | "Kratom: The unregulated and uncontrolled botanical product at the corner store" National Association of State Controlled Substances Authorities, Webinar (virtual) |
| 12/2023 | "Kratom Use Patterns and Clinical Trends in the United States" Congressional Briefing on Kratom Science and Policy (Washington, DC) |
| 3/2024 | "The curious case of kratom: Update on the science and clinical implications of this not-so-novel drug" Cure Addiction Now (Los Angeles, CA) |
| 3/2024 | "Current profile of kratom use in the United States: What you need to know." Cure Addiction Now. National Webinar (virtual). |
| 4/2024 | "No longer novel: the enduring presence of kratom in the US and implications for clinical practice" Divisions of Addictions at Yale (DAY), Department of Psychiatry Seminar (Los Angeles, CA) |
| 5/2024 | "Researchers with Lived/Living Experience Involving Substance Use" Webinar, The College on Problems of Drug Dependence (virtual) |
| 5/2024 | "Ecological momentary assessment and lab-based pilot study of kratom use: What it tells us about consumption patterns and cognitive, physiological, and subjective effects" International Plant and Herbal Alliance (San Diego, CA) |
| 8/2024 | "Kratom consumers in the United States: What clinicians need to know" American Osteopathic Academy of Addiction Medicine (AOAAM), Opioid Research Network (ORN) Consortium National Webinar (virtual) |
| 9/2024 | "US clinical research on kratom: Overview of findings and policy implications" Congressional Briefing on Kratom Science and Policy (Washington, DC) |
| 10/2024 | "Overview of clinical research on kratom use in the United States" Arkansas Health Services Subcommittee of Public Health, Scientific Briefing (Little Rock, AK) |
| 12/2024 | "Implications of pre-mixed kratom and kava products" Utah Department of Agriculture and Food (Salt Lake City, UT) |
| 2/2025 | "Clinician-focused overview of kratom product use in the United States" New York Society of Addiction Medicine (virtual) |
| 4/2026* | "Kratom, 7-hydroxymitragynine, and mitragynine pseudoindoxyl: Relative addiction risk profiles" University of Arizona Addiction Medicine Fellowship Guest Lecture |

International
| | |
|---|---|
| 3/2023 | "Summary findings from investigation into kratom product use in the United States" side panel speaker, 66th United Nations Commission on Narcotic Drugs (virtual) |

| 8/2024 | "Kratom use trends in the United States of America" National Research and Innovation Agency (BRIN; Jakarta, Indonesia) |
| 8/2024 | "Kratom use in the United States" Indonesia Ministry of Health & Ministry of Trade (KEMENKES; Jakarta, Indonesia) |
| 3/2025 | "Update of findings from clinical research on kratom" side panel speaker, 67th United Nations Commission on Narcotic Drugs (Vienna, Austria) |

## OTHER PROFESSIONAL ACCOMPLISHMENTS

Posters

1. **Smith KE**, Shalash S, Bunting A, Staton M, Walker R, Winston EM, and Pangburn K (April 2016) "Profile of synthetic drug users in corrections-based substance abuse treatment" Center for Clinical and Translational Science Spring Conference, Lexington, KY
2. **Smith KE**, Bunting A, Golder S, Hall MT, Higgins GE, and Logan TK (January 2018) "Prevalence and features of Social Security Disability Insurance utilization in a sample of women on community corrections" Society for Social Work Research Conference, Washington, DC
3. **Smith KE**, Bunting A, Golder S, Hall MT, Higgins GE, and Logan TK (April 2018) "Prevalence and correlates of disability among a sample of women on probation and parole" Academic and Health Policy Conference on Correctional Health, Houston, TX
4. **Smith KE** and Bunting A (March 2019) "Chemical bedfellows: Illicit use of prescription opioids and buprenorphine associated with methamphetamine use among a sample of polydrug users in Kentucky" Substance Use Research Day, Lexington, KY
5. **Smith KE** and Epstein DH (June 2020) "My name is peer-led recovery, and I need a moral inventory: Toward an ethics audit of recovery support services in the US" CPDD Annual Meeting (Virtual)
6. **Smith KE**, Rogers JM, Strickland, JC, and Epstein, DH (March 2021) "From trivia to trend: Use of tianeptine and other emerging drugs in an online sample of adults" Substance Use Research Event (Virtual)
7. **Smith KE**, Epstein DE, Rogers JM, and Strickland JC (June 2021) "Drug use without addiction in people with a 'stake in the conventional life': A classic ethnographic idea examined in nationwide crowdsourced data" CPDD Annual Meeting (Virtual)
8. **Smith KE**, Staton M, Archuleta A, and Winston E (April 2021) "Social dissatisfaction and suicidal ideation associated with high-risk opioid use following corrections-based drug treatment and reentry among a sample of adults in Kentucky" Academic and Health Policy Conference on Correctional Health (Virtual)
9. **Smith KE**, Dunn KE, Garcia-Romeu A, Grundmann O, Rogers JM, Swogger MT, Epstein DH (August 2021) "Psychological and substance use correlates of lifetime kratom use in a large online sample" American Psychological Association Annual Conference (Virtual)
10. **Smith KE**, Dunn, KE, McCurdy C, Rogers JM, Grundmann O, Strickland JC, Garcia-Romeu A, Epstein DH (November 2021) "The launch of an interdisciplinary set of studies on kratom, a widely used plant product with mu opioid and other bioactive properties", NIDA-NIAAA Mini-Convention Frontiers in Addiction Research (Virtual)
11. Kaiser S, Rague J, **Smith KE**, and Weiss S (September 2021) "A secondary analysis of adverse events and naloxone administration in intentional kratom exposures from 2013-2020 using the Toxicology Investigators Consortium (ToxIC) registry" North American Congress of Clinical Toxicology" (Virtual)
    Published abstract: *Clinical Toxicology,* 59, 1130-1131
12. **Smith KE,** Rogers JM, Dunn KE, McCurdy C, Strickland JC, Epstein DE (December 2021) "Opioid, cup of coffee, or antidepressant? The perceived functions of kratom among current and former users" American College of Neuropsychopharmacology Annual Meeting, San Juan, PR
    Published abstract: *Neuropsychopharmacology,* 46, 431-432
13. **Smith KE**, Panlilio LV, Schriefer D, Leggio L, Phillips KA, Preston KL, Kramer MS, Fossler MJ, Shaham Y, Epstein DH (June 2022) "TRV734 as a potential medication for opioid use disorder: Protocol for a dose-finding pilot and proof-of-concept human laboratory study" CPDD Annual Meeting, Minneapolis, MN
14. **Smith KE,** Feldman, JD, Rogers JM, Dunn KE, McCurdy CR, Weis ST, Sharma A, Grundmann O, Epstein DH. (April 2023) "Effects after kratom self-administration of typical kratom dose among regular kratom-using adults" American Society of Addiction Medicine Annual Conference, Washington DC
15. **Smith KE,** Rogers JM, Sharma A, Zamarripa A, Weiss ST, Feldman JD, Spindle TR, Dunn KE, McCurdy CR, Epstein DH. (December 2023) "Physiological, subjective, and cognitive effects from a typical morning 'dose' of

kratom among adults who use regularly: Findings from a direct-observation pilot study" American College of Clinical Neuropsychopharmacology Annual Meeting, Tampa, FL

16. **Smith KE**, Sharma A, Panlilio LV, McCurdy CR, Feldman JD, Epstein DE. (April 2024) "Ecological momentary assessment study of US adults who use kratom accompanied by product assay" Oxford International Conference on the Science of Botanicals, Oxford, MS

17. Weiss ST, Culbreth, R, Falise A, Aldy K, **Smith KE**, Wax PM, Campleman S, Brent J (September 2024) "The increasing evidence of serious adverse effects associated with the use of kratom" North American Congress of Clinical Toxicology

18. **Smith KE** & Hill K (April 2025) "Tianeptine "gas station heroin" products: Public health concern or niche substance use?" American Society of Addiction Medicine Annual Conference, Denver CO

19. **Smith KE**, Hill K, Piercey C, Karoly H (June 2025) "Twining of two botanicals: Clinical characteristics and assessment challenges of contemporaneous kava and kratom use among US adults" College on Problems of Drug Dependence, New Orleans, LA


## Oral/Podium Presentations

20. **Smith KE**, Bunting A, Walker R, Hall MT, Grundmann O, Castillo O (June 2018) "Kratom use patterns among opioid users in the United States: A novel form of harm-reduction?", CPDD Annual Meeting, San Diego CA

21. **Smith KE**, Tillson MD, Staton M, and Winston EM (April 2019) "Prevalence and correlates of past-year non prescribed buprenorphine use among a sample of adults entering Kentucky Department of Corrections drug treatment programs, Academic Health Policy Conference on Correctional Health, Las Vegas, NV.

22. Vest N, **Smith KE**, Stull S, Effinger D, Epstein DH, Cleveland H, Faulkner M (June 2021) Forum talk, "Experiential knowledge and the phenomenology of the addiction-remission continuum: Not a theory of anything, but a means to help modify theories of everything within addiction science", CPDD Annual Meeting (Virtual)

23. Weiss S and **Smith KE** (April 2022) Focused Session, "Clinical characterization of kratom: Is it a craze or here to stay?" American Society of Addiction Medicine Annual Conference, Hollywood, FL

24. **Smith KE** (Chair), Grundmann O (Co-chair), McCurdy C, and Henningfield J, Dunn KE (Moderator) (June 2022) Full Symposium, "Real-world and clinical characteristics of kratom use" CPDD Annual Meeting, Minneapolis MN

25. Henningfield J, Huestis M, **Smith KE,** Kingston R (April 2023) Full Session, "Advancing Kratom Science: New Data on Kratom's Pharmacology, Safety, Pharmacokinetics, Abuse Potential, And Real-World Surveys, Oxford International Conference on the Science of Botanicals, Oxford, MS

26. McCurdy C, Grundmann O, **Smith KE**, Weiss S (Co-Chair, August 2023) Full Symposium, "An Interdisciplinary Overview on the Increasing Clinical and Scientific Relevance of Kratom" American Psychological Association Annual Meeting, Washington DC

27. **Smith KE** (Co-chair), Henningfield J, Grundmann O (September 2023) Full Symposium, "Preclinical and clinical data on kratom as predictors for abuse liability" Annual Meeting of the American College of Clinical Pharmacology, Bellevue, WA

28. **Smith KE** (February 2024) "Findings from a direct-observation substudy of chronic kratom consumers" 3rd International Scientific Symposium on Kratom, Orlando, FL

29. **Smith KE** (February 2024) "A day in the life: Momentary and daily dosing patterns of US kratom consumers" 3rd International Scientific Symposium on Kratom, Orlando, FL

30. **Smith KE** (April 2024) Full Symposium, "Ecological momentary assessment and classification of kratom use patterns among US adults. Comprehensive Perspectives on Addiction Annual Meeting, Denver, CO

31. **Smith KE** (February 2025) "Current perspectives on kratom physical dependence and addiction" 4th International Scientific Symposium on Kratom, Orlando, FL

32. **Smith KE** (February 2025) "7OH uptake among kratom consumers: What we know from clinical trials screenings" 4th International Scientific Symposium on Kratom, Orlando, FL

33. " 4th International Scientific Symposium on Kratom, Orlando, FL

34. **Smith KE**, Weiss S, Latham I, Levy R, Swart BB (April 2025) Focus Session, "Complexities and controversies in assessing, diagnosing, and managing kratom use" American Society of Addiction Medicine Annual Conference, Denver, CO

35. **Smith KE** & Boyer E (*September 2025) Symposium "De facto opioids and the new addiction: 7-OH, 'pseudo,' and speciociliatine" 2025 North American Congress of Clinical Toxicology (NACCT), Chicago, IL

## Community Services

| | |
|---|---|
| 2012 | Volunteer, Lexington Rescue Mission, Lexington KY |
| 2012-2019 | Volunteer Instructor, Hope Center Men's Recovery Program, Lexington, KY |
| 2013 | Volunteer, AIDS Volunteers of America, Lexington, KY |
| 2014 | Volunteer, United Way of The Bluegrass, Lexington, KY |
| 2014-2016 | Guest speaker, University of Kentucky College of Social Work Undergraduate Program |
| 2016-2017 | Volunteer, Disability Resource Center, University of Louisville |
| 2017 | Volunteer, Bluegrass Reentry Council, Louisville KY |
| 2018-2019 | Volunteer Instructor, Hope Center Women's Recovery Program, Lexington, KY |
| 2020-2022 | Volunteer, NIH Intramural Research Program "Postbac Poster Day" Judge |
| 2021-2023 | Volunteer, NIDA IRP Stigma Awareness & Reduction Team (StART), Baltimore, MD |
| 2022-2023 | Volunteer mentoring NIDA Undergraduate Research Internship Program |
| 2022-present | Volunteer NIDA Speaker's Bureau |
| 2023-present | Division 28 Psychopharmacology & Substance Use Newsletter Editor |
| 2024-present | Westminster, MD Board of Elections |
| 2024-pending | Carroll County Opioid Senior Policy Group, Local Behavioral Health Authority (application pending) |



August 12, 2025

Kimberly Dutzek-Compliance Officer
US Food and Drug Administration
Human Foods Program
Office of Enforcement
5001 Campus Drive, HFS-009
College Park, MD 20740-3835

Ref: CMS #709622

Dear Ms. Dutzek,

On June 25th, 2025, Shaman Botanicals, LLC received a warning letter regarding their products containing 7-hydroxymitragynine (7-OH). On July 29th, 2025, Shaman Botanicals, LLC requested Rocky Mountain Poison & Drug Safety (RMPDS) to assess their products containing 7-OH for safety concerns. The Agency has determined that:

1) 7-OH meets the definition of an a "dietary ingredient" under section 201(ff)(1)(F) of the Act (21 U.S.C. 321(ff)(1)(F)).
2) 7-OH is also a "new dietary ingredient" under section 413(d) of the Act (21 U.S.C. 350b(d))
3) 7-OH is an adulterated supplement under section 402(f)(1)(B) (21 U.S.C. 342(f)(1)(B)).

The FDA is concerned that:

1) 7-OH products have not been evaluated by FDA for safe use
2) FDA has received adverse event reports associated with 7-OH containing products
3) 7-OH has been reported to have opioid-like effects.

RMPDS has done an initial evaluation of the literature and available safety data regarding 7-OH. In brief, mitragynine (kratom) and an active metabolite of mitragynine, 7-OH, are partial agonists of the human μ-opioid receptor, similar to buprenorphine, and competitive antagonists at κ- and δ-opioid receptors[1]. Approximately 21% of the parent mitragynine is metabolized to 7-OH though this proportion decreases to approximately 18% at higher doses[2]. A past study demonstrated that mitragynine had markedly less respiratory depression effects than codeine[3], though this study examined did not examine the 7-OH metabolite in isolation. A single rat study demonstrated that intravenous 7-OH caused respiratory depression[4], though this finding has not been duplicated, 7-OH isn't administered intravenously in humans, nor has respiratory depression been definitively demonstrated in humans. A product code for 7-OH was added to the America's Poison Centers (APC) database on February 15, 2025. A rise in cases is typical when new product codes are added by APC. While many of these cases may be 7-OH exposures, some of these cases are likely misclassification given the similar name to previously available product codes. RMPDS has been made aware of 2 cases coded as 7-OH exposure; one reported death, and another reported overdose in June 2025. Hospital record review of the death case included a likely overdose of other drugs including gabapentin, amphetamine/dextroamphetamine, possibly diazepam, and possibly clonidine. The patient also had a partially occlusive pulmonary embolus and an ischemic cerebrovascular accident. All these factors may have contributed to the respiratory arrest. The other case involved a young man with a history of opioid use disorder that reported taking 190 mg of 7-OH while intoxicated with ethanol. No comprehensive toxicology testing was performed

in either case. It is well known that past reported kratom-only deaths actually involved high concentrations of other opioids, and these other opioids were likely the true cause of death[5]. While the prevalence of kratom use in the past year was 0.8% ((CI) = 0.7-0.9) in 2018-2019[6], no national datasets have assessed the prevalence of clinical outcomes of 7-OH. Those with past year kratom use have higher rates of substance use disorder and concomitant illicit substance use. The same may be true of those that use 7-OH, as suggested by the poison center cases. There is clearly scientific equipoise on whether 7-OH has problematic clinical effects in the real-world. Initial data do not suggest an unreasonable risk of illness or injury, though more data are needed to assess the safety of 7-OH.

The RADARS® System was launched in 2002 and has been independently owned and operated by Denver Health and Hospital Authority (DBA Rocky Mountain Poison & Drug Safety [RMPDS]) since 2006. The purpose of RADARS® System is to provide timely surveillance data to meet the needs of pharmaceutical companies, policymakers, regulatory agencies, medical/public health officials and the public in addressing the concerns of prescription drug abuse, misuse, and diversion.

The RADARS® System is composed of an array of unique surveillance programs which together offer a "mosaic" approach to understanding current trends in prescription drug abuse, misuse, and diversion. Mosaics allow assessment of drug use and misuse from several perspectives, minimizing the limitations of any single data source, which may mischaracterize exposures or clinical effects. The RADARS® System programs systematically collect de-identified instances/ reports for specific drug products occurring in a three-digit ZIP code. Population and drug utilization-based rates of abuse, misuse and diversion in each three-digit ZIP code are then calculated. RADARS® System data are timely and allow for emerging trends to be discovered relatively quickly and confirmed through multiple data sources.

The RMPDS RADARS® System has collected real-world data on effectiveness and safety of drugs for over 2 decades. Tools within RADARS® are used to surveil prevalence, use patterns, and clinical outcomes of psychoactive substances to assess public health risk. RMPDS will utilize RADARS® to systematically assess safety of mitragynine and 7-OH. Please feel free to contact me should you have questions. I would be pleased to present data from RADARS® on mitragynine and 7-OH, when those data are available and analyzed.

Sincerely,

Andrew A. Monte, MD, PhD
Vice Chair
Rocky Mountain Poison & Drug Safety
Denver Health & Hospital Authority
Denver, CO
&
Professor
Emergency Medicine & Medical Toxicology
University of Colorado School of Medicine
Aurora, CO
Andrew.monte@rmpds.org

CMS#709622

**References:**

1.      Kruegel AC, Gassaway MM, Kapoor A, et al. Synthetic and Receptor Signaling Explorations of the Mitragyna Alkaloids: Mitragynine as an Atypical Molecular Framework for Opioid Receptor Modulators. *J Am Chem Soc*. Jun 1 2016;138(21):6754-64. doi:10.1021/jacs.6b00360
2.      Huestis MA, Brett MA, Bothmer J, Atallah R. Human Mitragynine and 7-Hydroxymitragynine Pharmacokinetics after Single and Multiple Daily Doses of Oral Encapsulated Dried Kratom Leaf Powder. *Molecules*. Feb 23 2024;29(5)doi:10.3390/molecules29050984
3.      Macko E, Weisbach JA, Douglas B. Some observations on the pharmacology of mitragynine. *Arch Int Pharmacodyn Ther*. 1972;198(1):145-61.
4.      Zuarth Gonzalez JD, Ragsdale AK, Mukhopadhyay S, et al. Mitragynine and 7-Hydroxymitragynine: Bidirectional Effects on Breathing in Rats. *bioRxiv*. May 21 2025;doi:10.1101/2025.05.16.654392
5.      Gershman K, Timm K, Frank M, et al. Deaths in Colorado Attributed to Kratom. *N Engl J Med*. Jan 3 2019;380(1):97-98. doi:10.1056/NEJMc1811055
6.      Schimmel J, Amioka E, Rockhill K, et al. Prevalence and description of kratom (Mitragyna speciosa) use in the United States: a cross-sectional study. *Addiction*. Jan 2021;116(1):176-181. doi:10.1111/add.15082

Certified by the American Association of Poison Control Centers
Case 4:25-cv-00917-RK    Document 8-2    Filed 12/11/25    Page 203 of 297

3



## Curriculum Vitae

# Andrew A. Monte, M.D., Ph.D

**PERSONAL INFORMATION:**

| | |
|---|---|
| Address: | 870 Meadow Run.<br>Golden, CO  80403<br>USA |
| Contact: | Office: (303) 389-1100<br>Cell: (508) 523-9319<br>E-mail:  Andrew.monte@rmpds.org,<br>andrew.monte@cuanschutz.edu |

**EDUCATION:**

| | |
|---|---|
| Feb 2010 – May 2018 | PhD of Clinical Science-Focus in Genetics<br>University of Colorado<br>Aurora, CO. |
| Jul 2009 - Jun 2011 | Fellow in Toxicology<br>Rocky Mountain Poison & Drug Center<br>Denver, CO. |
| Jul 2005 - Jun 2008 | Resident in Emergency Medicine<br>University of Massachusetts Medical School<br>Worcester, MA. |
| Aug 2001 – May 2005 | M.D.<br>University of Massachusetts Medical School<br>Worcester, MA. |
| Aug 1996 – May 2000 | B.Sc. Biology<br>University of Vermont<br>Burlington, VT. |

**ACADEMIC APPOINTMENTS:**

| | |
|---|---|
| Jan 2023- | Vice Chair, Chief Scientific Officer, & Medical Director<br>Rocky Mountain Poison & Drug Safety<br>Denver, CO |
| July 2022- | Professor<br>Department of Emergency Medicine & Section of Medical Toxicology<br>University of Colorado School of Medicine &<br>Skaggs School of Pharmacy & Pharmaceutical Sciences<br>Aurora, CO |
| Nov 2021- | Medical Director |

|  | Rocky Mountain Poison & Drug Safety: Drug Center<br>Denver, CO |
|---|---|
| Nov 2021- | Medical Director<br>Denver Health & Hospital Authority Nurse Line<br>Denver, CO |
| July 2016- | Associate Professor<br>Department of Emergency Medicine & Section of Medical Toxicology<br>University of Colorado School of Medicine<br>Aurora, CO |
| Jul 2016- | Associate Professor<br>Division of Bioinformatics and Personalized Medicine<br>University of Colorado School of Medicine<br>Aurora, CO |
| Aug 2013- | Attending Physician, Consultant<br>Medical Toxicology<br>Children's Hospital Colorado<br>Aurora, CO |
| Aug 2011- | Attending Physician, Consultant<br>Emergency Medicine & Medical Toxicology,<br>Denver Health & Hospital Authority<br>Denver, CO |
| Aug 2011- | Attending Physician, Consultant<br>Medical Toxicology<br>Rocky Mountain Poison & Drug Center<br>Denver, CO |
| Aug 2011-Jul 2016 | Assistant Professor<br>Department of Pharmacy & Pharmaceutical Sciences<br>University of Colorado<br>Skaggs School of Pharmaceutical Sciences<br>Aurora, CO |
| Aug 2011-Jun 2016 | Assistant Professor<br>Department of Emergency Medicine<br>University of Colorado School of Medicine<br>Aurora, CO |
| Aug 2009 – Jul 2011 | Clinical Instructor of Emergency Medicine,<br>University of Colorado Hospital<br>Aurora, CO |
| July 2008 - Jul 2009 | Assistant Professor<br>UMass/Memorial Health Center<br>Worcester, MA |
| Oct 2007 – Mar 2009 | Part-Time Attending Emergency Physician,<br>Health Alliance Hospital<br>Leominster MA. |
| Apr 2007 – Jun 2008 | Moonlighting Physician in Surgical and Medical ICU, |

UMass/Memorial Health Center
Worcester, MA.

Jul 2005 – Jun 2008    Flight Physician
UMass Lifeflight
Worcester, MA


**HOSPITAL, GOVERNMENT AND OTHER PROFESSIONAL POSITIONS**

Nov 2024-present    Denver Health Pharmacy & Therapeutics Committee
Chair

Jul 2021-2022    Pharmacogenomics Research Network
President

Jan 2019    Inter-Society Coordinating Committee on Provider Education-
Pharmacogenomics
NHGRI
Co-Chair

July 2018    Pharmacogenomics Knowledge Dissemination Group
CPIC, PGRN, PharmGKB, PharmVar
Chair

Feb 2018    Pharmacogenomics Research Network
NIH
Steering committee

April 2017    PharmGKB
NIH
Scientific Advisory Board

April 2017    Colorado Center for Personalized Medicine
University of Colorado
Role: Associate Professor

Feb 2017    Translational Committee
Colorado Center for Personalized Medicine
University of Colorado
Role: Co-Director

Sept 2016-2024    Drug Gene Prioritization Working Group
Colorado Center for Personalized Medicine
Role: Working Group Director

Aug 2016-2024    Pharmacogenomic Implementation Committee-Colorado (PICColo)
Colorado Center for Personalized Medicine
Role: Committee Member

July 2014-    Retail Marijuana Public Health Advisory Committee
Colorado Department of Public Health and Environment
Role: Committee Member

June 2015-2020    Substance Abuse Epidemiology Working Group
Colorado Department of Health and Human Services
Role: Faculty Committee Member

May 2014-2019          National Grant Writing Workshop
                       Society of Academic Emergency Medicine
                       Role: Course Director

Nov 2013-              Clinical Competence Committee
                       Medical Toxicology Fellowship
                       Rocky Mountain Poison & Drug Center
                       Role: Faculty Committee Member

Jul 2012-              Agency of Toxic Substances & Disease Registry/American College of
                       Medical Toxicologists Cooperative
                       U.S. Department of Health and Human Services
                       Role: Regional Director

Jul 2005 – Jun 2008    Emergency Ultrasound
                       Over 400 scans quality reviewed
                       ABEM certified in Emergency Ultrasound indications: FAST, Aorta, RUQ,
                       Cardiac, DVT, Pelvic, and Renal.

May 2005 - Jul 2009    Ring Physician
                       Worcester Police Youth Boxing
                       Worcester, MA

Jul 2007-Jul 2009      Wilderness Medicine Director
                       UMass Emergency Medicine Residency
                       Worcester MA.

Oct 2007 - Jul 2008    Emergency Physician
                       Massachusetts Task Force 1
                       FEMA US Search and Rescue Response System.

## HONORS AND AWARDS:

Jan 2023               Outstanding Contribution to Medical Toxicology Research
                       American College of Medical Toxicology

Jan 2015               New Reviewer of the Year
                       Annals of Emergency Medicine

May 2014               Emergency Medicine Preceptor of the Year-Nominee
                       University of Colorado School of Medicine Foundations of Doctoring

July 2012              John A. Hartford Geriatrics Scholar
                       John A. Hartford Foundation

May 2012               Emergency Medicine Preceptor of the Year-Nominee
                       University of Colorado School of Medicine
                       Foundations of Doctoring

June 2008              Teacher of the Year
                       University of Massachusetts Medical School
                       Department of Emergency Medicine

May 2005               Award for Excellence in Emergency Medicine
                       Society for Academic Emergency Medicine

|          |                                                                  |
|----------|------------------------------------------------------------------|
| May 2005 | Student Educator Award<br>University of Massachusetts Medical School |
| May 2003 | Award for Excellence in Primary Care<br>University of Massachusetts Medical School |

## MEMBERSHIPS AND SOCIETIES:

| | |
|----------|---------------------------------------------------------|
| July 2020 | American Society of Human Genomics |
| Jan 2015 | Pharmacogenomics Research Network |
| Jan 2015- | Clinical Pharmacogenomics Implementation Consortium |
| Jul 2009- | North American Congress of Clinical Toxicologists |
| Jul 2009 - | American College of Medical Toxicology<br>Research Committee Member |
| Jul 2005 - | Society for Academic Emergency Medicine<br>Research Committee Member |
| Aug 2004 | American College of Emergency Physicians |
| Aug 2004 – Jul 2012 | Emergency Medicine Residents Association |
| Aug 2001 - Jul 2014 | Massachusetts Medical Society |

## LICENSURE AND BOARD CERTIFICATION:

American College of Emergency Medicine-Medical Toxicology Board Certification 12/2012-12/2032

American Board of Emergency Medicine Certification 12/31/2009-12/31/2029

Colorado Physician License # 47801

Massachusetts Physician License # 230769

## REVIEW AND REFEREEE WORK:

| | |
|----------|---------------------------------------------------------|
| Aug 2021 | Annals of Emergency Medicine<br>Emergency Medicine Journal<br>Decision Editor |
| Nov 2020 | Pharmacogenomics Journal<br>Genomics Journal<br>Associate Editor |
| Aug 2017- | Human Genomics<br>Official Journal of the Human Genome Organisation (HUGO)<br>Associate Editor |

| | | |
|---|---|---|
| Aug 2016- | NEJM | Medical Journal<br>Reviewer |
| Aug 2017 | JAMA | Medical Journal<br>Reviewer |
| Jul 2016- | PLOS One | Scientific Journal<br>Reviewer |
| Jul 2016- | Pharmacogenetics and Genomics | Scientific Journal<br>Reviewer |
| Jun 2016- | Pharmacogenetics and Genomics | Genomics Journal<br>Reviewer |
| Jan 2015- | Human Genomics | Genomics Journal<br>Reviewer |
| Jun 2011- | Annals of Emergency Medicine | Emergency Medicine Journal<br>Reviewer |
| Jun 2011- | Academic Emergency Medicine | Emergency Medicine Journal<br>Reviewer |
| Jun 2011- | Journal of Medical Toxicology | Medical Toxicology Journal<br>Reviewer |
| Jun 2011- | Current Drug Discovery Technologies | Pharmacology Journal<br>Reviewer |
| Apr 2011- | Toxikon | Toxicology Journal<br>Reviewer |
| Jul 2009 - | Micromedex | Thompson Reuters<br>Author and editor of toxicology topics |
| Apr 2009 | ToxED | Gold Standard-Elsevier<br>Editor of toxicology topics |

## INVITED LECTURES, PRESENTATIONS AND VISITING PROFESSORSHIPS NATIONAL PRESENTATIONS

| | | |
|---|---|---|
| Sept 2020 | New Directions for the PGRN | |

|  |  |
|---|---|
|  | PGRN Symposium ASHG<br>Remote, President-Elect Address to Membership |
| Sept 2020 | The 'Omics of Drug Induced Liver Injury<br>ACMT Pre-symposium, NACCT<br>Remote Invited Lecture |
| April 2019 | The Ethical Considerations of Emergency Medicine Research<br>Ethics Grand Rounds<br>University of Colorado School of Medicine<br>Aurora, CO |
| April 2019 | The Pharmacogenomics of Analgesics<br>American College of Medical Toxicologists Presymposium<br>San Francisco, CA |
| April 2019 | Cannabis in Colorado: Highs and Lows<br>Grand Rounds<br>Harvard Affiliated Emergency Medicine Residency<br>Boston, MA |
| July, 2017 | Cannabinoid Hyperemesis Syndrome: A Paradoxical Response<br>Invited Lecture<br>The Cannabis Clinicians Coalition<br>Denver, CO |
| Sept 2016 | Current Science in Predicting Drug Safety and Effectiveness<br>Invited Lecture<br>North American Congress of Clinical Toxicologists<br>Boston, MA |
| June 2016 | Public Health Effects of Marijuana Liberalization in Colorado<br>Invited Lecture<br>Yale School of Public Health<br>New Haven, CT |
| May 2016 | The Medical Toxicologists' Role in Pharmacogenomic Implementation<br>Invited Lecture<br>American College of Medical Toxicologists<br>Huntington Beach, CA |
| Dec 2015 | Eating, Drinking, and Vaping: Expanded Options for Consuming Cannabis<br>Invited Conference Lecture<br>American College of Medical Toxicologists Forensic Conference<br>Denver, CO |
| Nov 2015 | Systems Biology and Pragmatic Clinical Trials: The Future of Precision Medicine<br>Invited seminar in Dr. Frank Gonzalez's Laboratory of Metabolism<br>National Cancer Institute<br>Bethesda, MD |
| Nov 2015 | The Health Effects of Marijuana Policy Liberalization<br>Invited Seminar-School of Public Health<br>Yale University |

New Haven, CT

| | |
|---|---|
| May 2015 | Epidemic of a Synthetic Cannabinoid: Black Mamba<br>Scientific Symposium: Clinical Problems<br>American Thoracic Society 2015<br>Denver, CO |
| May 2015 | Risks and Benefits of Medical Marijuana<br>Annual Scientific Meeting<br>The Mountain West CF Consortium<br>Denver, CO |
| May 2015 | Studying the Unstudyable: Techniques for Researching Hidden Behaviors<br>Didactic Presentation<br>Society of Academic Emergency Medicine<br>San Diego, CA |
| May 2015 | The Mile High Club: The Effects of Marijuana Legalization in Colorado<br>Didactic Presentation<br>Society of Academic Emergency Medicine<br>San Diego, CA |
| May 2014 | You took what??? Toxicologic Public Health Outbreaks: Lessons from Synthetic Cannabinoid, Bath Salt, and Acetyl Fentanyl Experiences of 2013<br>Didactic Presentation<br>Society of Academic Emergency Medicine<br>Dallas, TX |
| May 2014 | Predatory Journals: The Landscape of Peer Reviewed Publication in the Open Access Era<br>Didactic Presentation<br>Society of Academic Emergency Medicine<br>Dallas, TX |
| May 2014 | Omics Research: How personalized medicine is becoming reality in the emergency department<br>Didactic Presentation<br>Society of Academic Emergency Medicine<br>Dallas, TX |
| March 2014 | Toxicomics of Adverse Drug Reactions<br>Cutting edge research<br>American College of Medical Toxicology<br>Phoenix, AZ |
| Sept 2013 | Pharmacokinetics of Adverse Drug Events and Drug Interaction<br>Pre-symposium<br>North American College of Clinical Toxicology National Meeting<br>Atlanta, GA |
| May 2013 | The Effect of CYP2D6 Drug Interactions on Hydrocodone Efficacy<br>Lightning Oral Presentation<br>Society of Academic Emergency Medicine<br>Atlanta, GA |

Sept 2011            Dangerous Diet: A Series of Almendra Quema Grasa Ingestion
                     Platform Discussion
                     North American Congress of Clinical Toxicology
                     Washington DC

Feb 2010             Case Discussion: The Central Anticholinergic Syndrome
                     CME lecture
                     Rocky Mountain Winter Conference on Emergency Medicine
                     Copper Mountain, CO

Oct 2010             Clinical Case Presentation: The Stumbly Child
                     CPC Competition- Winning Presentation
                     North American Congress of Clinical Toxicology
                     Denver, CO

**INVITED EXTRAMURAL LECTURES, PRESENTATIONS AND VISITING PROFESSORSHIPS**
**INTERNATIONAL PRESENTATIONS**

Aug 2025             The Psychedelic Mosaic
                     RADARS Annual Scientific Meeting
                     Denver, CO

Aug 2024             Comparable But Not Identical-The Unique Surveillance Needs of
                     Psychedelics
                     RADARS Annual Scientific Meeting
                     Washington, DC

Oct 2023             Pharmacogenomics of Pain Treatment-Visiting Professor Lecture
                     Nanjing Medical University
                     Nanjing, China

Oct 2023             The History of Toxicology in the United States
                     National Conference of Emergency Medicine-Invited Lecture
                     Nanjing, China

March 2023           Drug Induced Liver Injury
                     Society of Toxicology Annual Scientific Meeting
                     Nashville, TN

March 2022           Pharmacogenomics in Emergency Care-Grand Rounds
                     Einstein College of Medicine
                     New York, New York

Sept 2020            The Role of Drug Levels in Clinical Care
                     National Conference of Emergency Medicine-Invited Lecture
                     Remote Lecture, China

Sept 2019            Gastric Decontamination
                     National Conference of Emergency Medicine-Invited Lecture
                     Wuxi, China

Sept 2019            Antimicrobial Toxicity
                     Invited Grand Rounds
                     Nanjing Hospital, China

| | |
|---|---|
| Aug 2018 | Public Health Effects of Edible Marijuana Products<br>Invited lecture for legislators<br>Nova Scotia Health Authority<br>Nova Scotia, Canada |
| Sept, 2017 | International Implications of Toxicology in the US<br>National Conference of Emergency Medicine-Invited Lecture<br>Nantong, China |
| Sept, 2017 | Clinical Toxicology<br>Invited Grand Rounds<br>Nanjing Hospital, China |
| Feb, 2015 | Public Health Effects of Marijuana Liberalization in Colorado<br>Invited lecture for legislators<br>Nova Scotia Health Authority<br>Nova Scotia, Canada |
| May, 2011 | Black Widow Spider Envenomation: The US Experience<br>Research Presentation<br>European Association of Poison Centres and Clinical Toxicologists<br>Dubrovnik, Croatia |

## SELECTED TELEVISION APPEARANCES

| | |
|---|---|
| Jan 2024 | Fox 31 Denver<br>Psilocybin legalization in Colorado<br>https://kdvr.com/video/denver-health-expert-discusses-safety-concerns-around-use-of-psilocybin/10392249/ |
| Sept 2019 | NBC Chicago Evening News<br>Emergency visits associated with cannabis use<br>https://www.nbcchicago.com/investigations/Experts-Urge-Caution-With-Cannabis-Edibles-564532031.html |
| Sept 2019 | CBS This Morning<br>What's in your CBD?https://www.cbsnews.com/news/cbd-cbs-news-tests-cannabidiol-products-for-cbd-thc-and-impurities-dosages/ |
| May 2019 | ABC Australia<br>The Public Health Effects of Cannabis in Colorado<br>https://www.abc.net.au/news/topic/cannabis |
| April 2019 | Fox31<br>The Toxicity of Edible Cannabis Products<br>https://kdvr.com/2019/03/25/marijuana-emergency-room-visits-climb-in-denver-hospital-study/ |
| April 2019 | 9News<br>The Toxicity of Edible Cannabis Products<br>https://www.9news.com/article/news/health/edibles-lead-to-inordinately-high-number-of-emergency-visits-study-finds/73-f978b9e8-fa11-459f-825c- |

| Date | Title |
|---|---|
| April 2019 | The Toxicity of Edible Cannabis Products<br>Good Morning America<br>https://abcnews.go.com/GMA/Wellness/marijuana-edibles-result-emergency-room-visits-study/story |
| April 2019 | Today Show<br>The Toxicity of Edible Cannabis Products<br>https://www.today.com/video/marijuana-related-er-visits-spike-at-colorado-hospital-after-legalization-1464873027548 |
| April 2019 | CBS Evening News<br>The Toxicity of Edible Cannabis Products<br>https://www.cbsnews.com/news/after-legalization-marijuana-related-er-visits-climb-at-colorado-hospital/ |
| Oct 2018 | Toxicity of Edible Cannabis Products<br>Rocky Mountain PBS<br>Denver, CO |
| Oct 2018 | The Public Health Effects of Cannabis Legalization<br>Dispatches<br>British Broadcasting Company |
| Oct 2018 | The Public Health Effects of Cannabis Legalization<br>Channel 4<br>Canadian News<br>https://www.ctvnews.ca/health/colorado-experienced-a-sharp-spike-in-er-visits-after-legalizing-cannabis-doctor-1.4137154 |
| Feb 2016 | Marijuana Tourism and Emergency Department Visits<br>CBS National News<br>http://5newsonline.com/2016/02/25/visits-to-er-increase-since-marijuana-legalized/ |
| Jun 2016 | Public Health Effects of Marijuana Policy Liberalization<br>ABC Local News<br>Las Vegas, NV |
| Jan 2015 | Marijuana Country: The Cannabis Boom<br>CNBC hour long documentary<br>http://mms.tveyes.com/PlaybackPortal.aspx?SavedEditID=f911fd74-fb38-4442-87db-4abc231ac5a3 |
| Sept 2015 | Health of effects of Marijuana<br>ARTE Television, Strasbourg, France |
| Jan 2014 | Synthetic Cannabinoid Outbreak<br>Rocky Mountain Public Broadcast System<br>http://video.rmpbs.org/video/2365168499/ |
| Feb 2014 | Charlotte's Web-Medical Marijuana<br>CBS-Denver<br>http://www.youtube.com/watch?v=fxTv3EWIkoM |
| May 2014 | Marijuana Edibles<br>NBC-Philadelphia |

| | |
|---|---|
| July 2014 | Marijuana Legalization and Health Effects<br>NBC National News |
| Sept 2014 | Marijuana Edibles<br>Dr. Oz<br>http://www.doctoroz.com/episode/dark-side-legalized-marijuana-edible-pot-threatening-your-kids |
| Oct 2014 | The Health Effects of Marijuana Legalization<br>ADR German TV |
| Dec 2014 | Positives of pot<br>KMGH Channel 7: 12.9.14 and 12.10.14<br>Download MP4 video |
| Dec 2014 | Report shows impact of legal pot in Colorado<br>KUSA Channel 9: 12.9.14 and 12.10.14<br>Download MP4 video |

**SELECTED RADIO APPEARANCES**

| | |
|---|---|
| April 2019 | Colorado Matters-Colorado Public Radio<br>The Toxicity of Edible Cannabis Products<br>https://www.cpr.org/news/story/study-consuming-edibles-is-way-more-likely-to-send-people-to-the-er-than-smoking |
| April 2019 | The Associated Press<br>Marijuana ER Visits Climb In Denver Hospital Study<br>https://www.cpr.org/news/story/marijuana-er-visits-climb-in-denver-hospital-study |
| April 2019 | Nevada Public Radio<br>Cannabis Study: Edibles Linked To More ER Visits Than Smoking<br>https://knpr.org/knpr/2019-04/cannabis-study-edibles-linked-more-er-visits-smoking |
| May 2019 | National Public Radio<br>Highly Potent Weed Has Swept the Market, Raising Concerns About Health Risks<br>https://www.npr.org/people/578890280/rhitu-chatterjee |
| Dec 2019 | Colorado Public Radio<br>Why First Responders Administer Drugs<br>Colorado Matters<br>https://www.npr.org/podcasts/413443142/colorado-matters |
| March 2017 | Colorado medical research worries about proposed NIH budget cuts:<br>Colorado Center for Personalized Medicine<br>CPR interview with Jon Daley<br>http://www.cpr.org/news/story/colorado-medical-research-worries-about-proposed-nih-budget-cuts |
| Feb 2016 | Marijuana Tourism and Emergency Department Visits<br>CPR interview with Jon Daley |

|  |  |
|---|---|
|  | http://www.cpr.org/news/newsbeat/study-er-visits-marijuana-symptoms-higher-out-staters |
| Nov 2015 | Clinically Inconsequential Electronic Medical Record Alerts with Opioids<br>CPR interview with Megan Arellano<br>http://www.cpr.org/news/story/study-doctors-wade-through-unnecessary-opioid-alerts-er |
| Jan 2014 | Rise in hospitalizations associated with marijuana liberalization<br>Your Evening News<br>Aspen Public Radio 1.29.14 |
| Dec 2014 | Health effects of marijuana.<br>CPR interview with Mike Lamp. |
| Dec 2014 | The unexpected effects of marijuana.<br>630 KHOW, interview with Mandy Connell. |
| Jun 2014 | The dangers of synthetic cannabinoids.<br>1230 KPRL. California. |

### SELECTED NEWSPAPER/MAGAZINE INTERVIEWS

|  |  |
|---|---|
| April 2019 | The Toxicity of Edible Cannabis Products<br>New York Times<br>https://www.nytimes.com/2019/03/25/well/eat/marijuana-edibles-may-pose-special-risks.html |
| Aug 2017 | The Verge<br>Novel Drugs of Abuse<br>https://www.theverge.com/2017/11/8/16619142/designer-drugs-k2-spice-synthetic-weed-ucsf-lab-dea |
| Jun 2016 | Public Health Effects of Marijuana Policy Liberalization<br>The Calgary Herald |
| Feb 2016 | Colorado visitors are using pot and ending up in the ER<br>CNN. 2.25.16<br>http://www.cnn.com/2016/02/24/health/colorado-pot-er-visits/index.html |
| Nov 2015 | The Trip Planners: The unusual couple behind an online encyclopedia of psychoactive substances<br>Emily Witt<br>The New Yorker<br>http://www.newyorker.com/magazine/2015/11/23/the-trip-planners |
| Dec 2014 | Unexpected Health Effects of the Colorado Marijuana Experiment<br>Forbes, 12.9.14<br>http://www.forbes.com/sites/davidkroll/2014/12/09/unexpected-health-effects-of-the-colorado-marijuana-experiment/ |
| Dec 2014 | Cyclic Vomiting Syndrome and Other Impacts of Colorado Pot Legalization<br>Westword, 12.10.14 |

http://www.westword.com/news/cyclic-vomiting-syndrome-and-other-impacts-of-colorado-pot-legalization-6053468

Nov 2014          Darsys Journal on Drug Abuse Recognition
New Wave of Synthetic Cannabinoids Alarm Physicians and Police

Oct 2014          Nebert DW, **Monte AA.**
Legalization leads inexorably to brain- damaged young people.
The Oregonian. Oct 5, 2014
http://digital.olivesoftware.com/Olive/ODE/Oregonian/LandingPage/LandingPage.aspx?href=T1JFLzIwMTQvMTAvMDU.&pageno=NjA.&entity=QXIwNjAwMQ..&view=ZW50aXR5

Sept 2014          Legal Marijuana and Pediatric Exposure
News & Perspectives
Annals of Emergency Medicine

July 2014          California paying close attention to how marijuana legalization is fairing in Colorado
Pasadena Star News, 7.5.14
http://www.pasadenastarnews.com/20140705/california-paying-close-attention-to-how-marijuana-legalization-is-fairing-in-colorado

July 2014          California can learn from Colorado's legalization of marijuana
Vallejo Times-Herald, 7.5.14
http://www.timesheraldonline.com/general-news/20140705/california-can-learn-from-colorados-legalization-of-marijuana

June 2014          Pharmacy Practice News magazine
Medical Marijuana

## PODCASTS

Apr 2017          In the Weeds with the Full Monte
https://emcrit.org/toxhound/dantastic-weeds-full-monte/
Tox and the Hound

Mar 2017          Mental Health Related Visits Associated with Cannabis in Colorado
https://itunes.apple.com/ca/podcast/aemearlyaccesss-podcast/id1243737171?mt=2
Academic Emergency Medicine

Jan 2015          The Implications of Marijuana Liberalization
http://jama.jamanetwork.com/article.aspx?articleid=2022370
JAMA

## TEACHING RESPONSIBILITIES:

### *Undergraduate:*

June 2020-          Research Ethics
EM RAPs
University of Colorado-Denver and Boulder

| July 2017-Dec 2018 | Study Design<br>EM RAPs<br>University of Colorado-Denver |
|---|---|
| Jan 2019 | Toxicology<br>EM RAPs<br>University of Colorado-Denver |
| Nov 2012 | Applied Clinical Research Course on Scientific Writing<br>University of Colorado Boulder & Regis University<br>University of Colorado School of Medicine<br>Denver Health Medical Center |

***Medical Students:***

| Oct 2015 | Toxicology in History: Cardiac Glycoside Weapons of Mass Destruction<br>Medical Student Elective<br>Course #: EMED 6620<br>University of Colorado Medical School |
|---|---|
| Apr 2010- | Wilderness Medicine<br>Medical Student Elective<br>University of Colorado Medical School |
| Aug 2010- | Foundations of Doctoring Preceptor<br>Medical student longitudinal clinical experience<br>University of Colorado Medical School |
| Jul 2005 – Jun 2008 | Mentor and Advisor<br>Emergency Medicine Interest Group<br>University of Massachusetts Medical School |
| Aug 2004 - Jul 2009 | Course Founder, Director, and Lecturer<br>Wilderness Medicine and Recreational Emergencies<br>University of Massachusetts Medical School |

***Graduate Students:***

| Mar 2013- | Clinical Toxicology<br>Course #: PHRD 5935<br>PharmD Candidates<br>University of Colorado-School of Pharmacy |
|---|---|
| Oct 2012- | Genomics of Hepatic Cytochromes<br>Drug Metabolism & Pharmacogenetics<br>Course #: TXCL7561<br>Toxicology Graduate Students<br>University of Colorado-School of Pharmacy |

***House Officers:***

| May 2015- | Hormones and Steroids<br>Emergency Medicine Residents<br>University of Colorado-Department of Emergency Medicine |
|---|---|

Apr 2015-            Marijuana and Hallucinogens
                    Emergency Medicine Residents
                    University of Colorado-Department of Emergency Medicine

Apr 2015-            Flumazenil for Benzodiazepine Overdose
                    Emergency Medicine Residents
                    University of Colorado-Department of Emergency Medicine

Apr 2015-            Methemoglobinemia
                    Emergency Medicine Residents
                    University of Colorado-Department of Emergency Medicine

Jul 2013            The Slit Lamp Exam
                    Emergency Medicine Residents
                    University of Colorado-Aurora

Jul 2013            Toxicology Mythbuster
                    Emergency Medicine Residents
                    University of Colorado-Department of Emergency Medicine

Dec 2010            Illicit Drug Adulterants
                    Denver Health Emergency Medicine Residency
                    Denver Health and Hospital Authority

Oct 2009-           Introduction to Toxicology
                    Denver Health Department of Emergency Medicine
                    Denver Health and Hospital Authority

Oct 2008            Hypothermia and Cold Related Injuries
                    UMass Emergency Medicine Residency
                    UMass Department of Emergency Medicine

Jul 2007            Board Review for Residents
                    Neurology in Emergency Medicine,
                    UMass Emergency Medicine Residency

Jun 2007            CT Head in the Emergency Department-Reading and Management
                    UMass Emergency Medicine Residency

May 2007            Hypertonic Saline in Increased Intracranial Pressure
                    UMass Surgical Intensive Care Lecture Series

Apr 2007            Grand Rounds Presentation
                    Parasitology in Emergency Medicine
                    UMass Emergency Medicine Residency

Aug 2006 –Jun 2008  Lecture Series
                    Electrocardiography in Emergency Medicine
                    UMass Emergency Medicine Residency

### Fellowships:

May 2020            Letters of Support
                    Medical Toxicology Fellows
                    Rocky Mountain Poison & Drug Center

Jul 2017-          Pharmacokinetics
                  Medical Toxicology Fellows
                  Rocky Mountain Poison & Drug Center

Jul 2015          Toxic'Omics
                  Medical Toxicology Fellows
                  Rocky Mountain Poison & Drug Center

Jul 2013          Rattleless Envenomations
                  Medical Toxicology Fellows
                  Rocky Mountain Poison & Drug Center

Jul 2011-         Monthly Medical Toxicology Clinical Teaching Rounds
                  Medical toxicology fellows, pharmacy students, residents, medical
                  student
                  University of Colorado-Department of Emergency Medicine

Feb 2011          Drugs of Abuse in Adolescents
                  Pediatric Emergency Medicine Fellowship
                  The Children's Hospital-Denver

***Invited Lectures:***

Oct, 2021         PGx of Critical Care
                  ACMT Annual Meeting

Oct, 2021         Go Big and Go Home: Personalized Medicine Research in the ED
                  Grand Rounds
                  Albert Einstein College of Medicine

Dec, 2017         Personalizing Medicine at UCH: Cardiology at the Forefront
                  Grand Rounds
                  University of Colorado-Division of Cardiology

Nov 2015          The Health Effects of Marijuana
                  Invited Symposium
                  Yale Environmental Health Seminar
                  New Haven, CT

Aug 2014          Snake and Spider Envenomations
                  Grand Rounds
                  University of Massachusetts/Memorial Medical Center

Feb 2013          Stratified Clinical Effect: The Interplay Between CYP Genotype and
                  Medication Interactions
                  Grand Rounds
                  University of Colorado-Department of Pharmaceutical Sciences

Jan 2010          Snakes, Spiders and Antivenom
                  CME lecture
                  North Colorado Medical Center

July 2008 -       Advanced Wilderness Life Support Instructor
                  Wilderness Medicine Society

**Courses taught**
Teaching activity: Evidence-based medicine curriculum for emergency medicine teaching rotation
Dates: August 1, 2009 to 2013
Number of learners per session: 6-8
Approximate total number of learners: 120
Brief description: The teaching service consists of two PGY-3 residents and 4-6 Phase III medical students. Each teaching shift consists of 2 hours of classroom lecture and 6 hours of clinical care with a focus on patient-oriented didactic and bedside teaching.

Teaching activity:  Research methodology for emergency medicine-mentored medical students
Dates:  June 1, 2009 to present
Number of learners per session:  1-5
Approximate total number of learners:  15
Brief description:  Medical students commonly look for research mentorship in emergency medicine to complete their Mentored Scholarly Activity and to participate in research. All students mentored by emergency medicine faculty are encouraged to participate in a monthly small group session that consists of didactic teaching about research methodology and illustrative work-in-progress discussion of their research projects. Didactic sessions that I have taught include: 1) developing a research question and hypothesis; 2) basic study design; 3) basic statistical analysis. Work-in-progress sessions that I have led focus on refining research questions and hypotheses, discussion of alternate or complimentary study designs, designing data collection instruments, and scientific writing geared toward abstracts and manuscripts. This curriculum greatly augments the impact of the study mentor and enhances the experience and training of our mentored students.

Teaching activity: EMED #6620, Toxicology in History: Cardiac Glycoside Weapons of Mass Destruction
Dates: August 22, 2015-December 15, 2015
Number of learners per session: 20
Approximate total number of learners:  20
Brief description:  This course intends to teach medical students mechanisms of pharmacology and physiology through historical examples of poisoning. My session focuses on episodes of cardiac glycoside toxicity, such as poisoning of Roman soldiers with grayanotoxin contaminated honey. This reinforces student's understanding of the cardiac action potential cycle and the mechanism of action of the drug digoxin.

Teaching activity:  Evidence-based emergency medicine
Dates:  July 1, 2009 to 2014
Number of learners per session:  40
Approximate total number of learners:  160
Brief description:  I have led 4 classroom sessions that focus on critique of 1-3 articles and a 30-minute lecture on critical appraisal skills that were relevant to the articles being presented. In additional to education on the topic being discussed, this is important to the residents' lifelong learning and understanding incorporation of new evidence into practice.

Teaching activity:  EM Residency core toxicology content
Dates:  July 1, 2011 to present
Number of learners per session:  70
Approximate total number of learners:  125
Brief description:  I have led classroom sessions that focus on the basics of clinical toxicology, drug adulteration, novel/synthetic drugs of abuse, methemoglobinemia, marijuana/hallucinogens, and hormones. Residents learn about evaluation and treatment of patients afflicted with toxicity from these agents.

Teaching activity:  PHRD5935 Pharmacology & Toxicology
Dates:  July 1, 20011 to present
Number of learners per session:  160
Approximate total number of learners:  640

Brief description:  I have led 4 classroom sessions that focus on the basics of clinical toxicology for PharmD candidates. Students learn what the career opportunities exist for PharmDs in medical toxicology, learn case based medical toxicology evaluation, and learn the basics of assigning causality for toxicologic effects.

Teaching activity:  TXCL 7561 Drug Metabolism & Pharmacogenetics
Dates:  July 1, 20012 to 2014
Number of learners per session:  10
Approximate total number of learners:  20
Brief description:  I have led 3 classroom sessions that focus on the pharmacogenomics of the hepatic cytochrome drug metabolizing enzymes for toxicology graduate students. Graduate students learn about the polymorphisms in the hepatic cytochrome enzymes and how these genetic changes result in altered drug effectiveness and toxicity.

Teaching activity:  CLSC 7101 and 7102 Grant Writing 1 & 2
Dates:  July 1, 2018 to present
Number of learners per session:  10
Approximate total number of learners:  10
Brief description:  I serve as a mock review panel member and grant reviewer for this course.

### MENTORING:

| Mentee name: position | Year | Project | Results |
|---|---|---|---|
| Margaret Sande: EM resident | 2010-2012 | Fomepizole for severe disulfiram-ethanol reactions | Publication PMID: 21208769 |
| David Thompson: EM resident | 2010-2012 | Fomepizole for severe disulfiram-ethanol reactions | Publication PMID: 21208769 |
| Christopher Hoyte: Toxicology fellow and junior EM faculty | 2012-2014 | A characterization of synthetic cannabinoid exposures reported to the National Poison Data System in 2010<br><br>An outbreak of exposure to a novel synthetic cannabinoid. | Publication PMIDs: 22575211, 24450915 |
| Janetta Iwanicki: Toxicology fellow and junior faculty | 2014 | An outbreak of exposure to a novel synthetic cannabinoid | Mentorship in project development and publication<br><br>Publication PMID: 24450915<br><br>1 more manuscript in development |
| James Cao: Toxicology fellow | 2014 | An outbreak of exposure to a novel synthetic cannabinoid | Publication: 24450915 |
| Howie Kim: EM resident | 2013-present | Cannabinoid hyperemesis syndrome | Abstract presentation at SAEM annual meeting 2014, |

| | | | Abstract platform at American College of Medical Toxicology (ACMT) annual meeting- Awarded best platform presentation of the conference.<br><br>Publication PMIDs: 25903855, 26933869, 26921970, 26639454 |
|---|---|---|---|
| | | Marijuana tourism in Colorado<br><br>CYP2C19 drug-drug interactions | |
| Jon Anderson: EM resident | 2013 | Cannabinoid hyperemesis syndrome | Abstract presentation at SAEM annual meeting 2014,<br><br>Publication PMID: 25903855 |
| Omeed Saghafi: EM resident | 2013 | Cannabinoid hyperemesis syndrome | Abstract presentation at SAEM annual meeting 2014,<br><br>Publication PMID: 25903855 |
| Joseph Hemerka: EM resident | 2014-2015 | Efficacy of Epic alerts | Abstract presentation at ACMT annual meeting. |
| Jordan Ryan: EM resident | 2011-2015 | Career mentorship | Jordan become a chief resident and has taken a job in a local community ED. |
| Jessica Slim: EM resident | 2014-2015 | Butane hash oil burns | Abstract presentation at ACMT annual meeting. Publication PMID: 26289652 |
| Emma Genco: Masters of Clinical Science | 2014-2015 | Efficacy of Epic alerts | Abstract presentation at ACMT annual meeting.<br><br>MS obtained<br><br>Publication PMID: 26553282 |
| Eric Fountain: University of Colorado Medical Student | 2009-2012 | Hepatotoxicity of therapeutic dose acetaminophen: a systematic review | Abstract presentation at the North American Congress of Clinical Toxicology annual meeting |
| Brett McGettigan: University of Colorado Medical student | 2012-2018 | Foundations of doctoring student, MD/PhD candidate | Career guidance |
| Andrew Black: | 2014-2016 | Foundations of doctoring student | Career guidance |

| University of Colorado Medical student | | | |
|---|---|---|---|
| Lisa Hamilton: University of Colorado Medical student | 2014 | CYP2C19 drug-drug interactions in the ED | Abstract presentation at ACMT annual meeting.<br><br>Publication PMID: 26639454 |
| Cameron Bell, RN | 2014-2015 | Butane hash oil burns | Abstract presentation at ACMT annual meeting. Publication PMID: 26289652 |
| Shea Gilliam, MD<br><br>University of Colorado medical student,<br><br>Denver Health Emergency Medicine Resident (2015-2019) | 2012-2019 | Career development | I mentored Dr. Gilliam as a medical student and subsequently as an EM resident and now a junior faculty member. |
| James Yarvoy: University of Colorado Medical student | 2014-2017 | Evaluation and treatment of staff bacteremia in ED patients | 1 abstract presentation SAEM<br><br>Publications PMID:  1123543 |
| Hao Sun: International graduate student | 2014-present | Paraquat toxicity and MUC5B | Publication PMID: 28719757<br><br>1 manuscript in review<br><br>1 manuscript in development |
| Hania Flaten, MD:<br><br>University of Colorado Medical Student, Dermatology resident | 2013-2020 | Precision Medicine | 3 grants, ARCS Grant, and AMA Medical Student Award<br><br>Publications PMIDs: 28741243, 26639454, 27108086, 26289652<br><br>2 more publications in development |
| Ceci Sorenson: EM resident | 2016 | Systematic Review of Cannabinoid Hyperemesis | 3 publications: PMIDs: 28000146, 28283940, 28382464 |
| Katelyn Hall:<br><br>PhD Public Health | 2015-2020 | Health Effects of Marijuana Policy Liberalization | I served as Katelyn's research mentor for her doctoral project.<br><br>Publication PMIDs:  31526057, 26933869, 29476688<br><br>3 more publications in development |
| Evan Atchley: | 2017-2021 | A Bedside Assay for Synthetic cannabinoids | Internal summer research grant |

| PhD Candidate | | | |
|---|---|---|---|
| Kelsey West:<br><br>PharmD candidate | 2016-2019 | Genotype-Phenotype Discordance Due to Drug-Drug Interaction | Kelsey completed her PharmD in 2019 and began a residency.<br><br>1 Abstract presentation ASCPT.<br><br>Publication PMIDs: 29882961, 30739321 |
| Brandon Sonn<br><br>PhD Toxicology Candidate | 2017-2021 | Personalizing emergency treatments through metabolomics | Brandon has completed his doctoral degree. I served as his primary mentor<br><br>Publication PMIDs: 30909297, 31527947, 30239069, 34047639 33769277, 33051802, 1583478<br><br>3 more publications in development |
| Olivia Pallissard<br><br>Nursing student, research assistant | 2017-2019 | Emergency Medicine Specimen Bank | Olivia was a work study student then transitioned to a full time research assistant. She will transition to a research nurse when hiring resumes after COVID.<br><br>2 publications |
| Alexis Vest<br><br>UC Denver undergraduate, research assistant | 2017-present | Emergency Medicine Specimen Bank | Alexis began working in our group as through 2 semesters of a research internship, then a work study student, then a full time research assistant.<br><br>2 publications, PMID: 34491119, 2nd on press<br><br>1 publication in development |
| Shelby Shelton, MS<br><br>Research Assistant | 2017-2020 | Emergency Medicine Specimen Bank, Cannabis Attributable visits in the UCH ED | I have mentored Shelby on career development, leadership in her role as a project manager, and have helped her write a first author publication.<br><br>3 abstracts presented at SAEM national meetings.<br><br>Publication PMIDs: 31769125, 31526057, 32160915, 30239069, 31527947, |

| | | | 29882961, 31583478, 30909297 |
|---|---|---|---|
| Andrew Hopkinson, BS | 2017-2021 | Psychoactive Surveillance Consortium and Analysis Network (PSCAN), Development of a functional assay for novel psychoactive substances. | I have mentored Andy on career development, leadership in his role as a project manager, and have helped him write a second author publication.<br><br>2 abstracts presented at SAEM national meetings.<br><br>PMID: 30909297, 31527947, 30239069, 31769125 |
| Jonathan Schimmel, MD<br><br>Toxicology Fellow | 2017-2019 | Insulin pump errors leading to adverse drug events | Publication PMID: 30378442 |
| Noelle Carillo:<br><br>Medical student | 2018-2021 | Effects of antiemetics on QTc in patients with cannabinoid hyperemesis syndrome: MSA project | 1 manuscript on press<br><br>1 manuscript in development |
| Susan Hammerman:<br><br>MS | 2018-2020 | Effectiveness of antiemetics in patients with cannabinoid hyperemesis syndrome | I served as Susan's research mentor for her masters degree (completed in Spring of 2020) as well as her career mentor. Susan was just accepted to medical school and will start in the fall of 2020.<br><br>1 abstract presented at the North American Congress of Clinical Toxicologists in 2019<br><br>2 publications in development |
| Jerry Sicalo:<br><br>PharmD candidate | 2018-2021 | Pharmacogenomics of metoprolol effectiveness and safety in emergency department patients undergoing CT coronary | Project in manuscript preparation phase.<br><br>Jerry has accepted a position with Regeneron as a PharmD Biologic Associate. |
| Michael (Aaron) Vrolijk<br><br>Medical student | 2020-2022 | Pharmacogenomic impact of *CYP2C19* Polymorphisms on PPI therapy in Patients with GI bleeds | Data collection |
| Spoorthy Reddy | 2020-2021 | Pharmacogenomic continuing medical | Module completed |

| | | | |
|---|---|---|---|
| UC Denver Undergraduate | | education development for the American Academy of Family Physicians (AAFP) | |
| Carleigh Hebbard, MD/ PhD candidate<br><br>University of Illinois-Champagne Urbana<br><br>Emergency Medicine resident-Ohio State (2020) | 2018-present | Pharmacogenomics of metoprolol effectiveness and safety in emergency department patients undergoing CT coronary | Carleigh performed a research rotation in our lab in order to learn how to develop and implement a clinical research protocol. That protocol is implemented in our ED and she will now implement it in her new ED at Ohio State |
| Krystal Roumeliotis (Kennedy)<br><br>University of Colorado-Denver undergraduate | 2018-2020 | Emergency Medicine Specimen Bank | I mentored Krystal through 2 research internships and toward her application to medical school in 2020. |
| Stefania Koutsilieri<br><br>PhD Candidate<br><br>Laboratory of Pharmacogenomics and Individualized Therapy, Pharmacy School of the University of Patras | 2018-2020 | Dissemination of pharmacogenomic knowledge | I mentor Stefania toward international collaboration, scientific writing, and knowledge dissemination. This work has led to a leadership position for her in the Pharmacogenomics Dissemination Working Group.<br><br>Publication PMIDs: 30945335<br><br>3 more publications still in development |
| Cosby Arnold, MD<br><br>Research Fellow | 2020-present | Epigenetics of COVID-19 Infection | I have mentored Cosby on submission and funding of a F32 NHLBI grant, 2 publications, and 2 additional manuscript submissions.<br><br>PMIDs: 34491119, 2nd on press |
| Layne Dylla, MD, PhD | 2021-present | Metabolomics of acute stroke | I have served as a primary mentor for her Building Interdisciplinary Research Careers in Women's Health (BIRCWH) K12 award, I am a mentor on 2 grant submissions for Dr. Dylla, whom is a local junior faculty member, and served as a mentor for her in her role as junior faculty |

| | | | member in emergency medicine. |
|---|---|---|---|
| Casey Patrick<br><br>PhD Candidate | 2020-present | Opioid receptor protein function | I serve as the research mentor and on his committee for Casey's doctoral dissertation |
| Rajesh Akkena<br><br>PharmD candidate | 2021-present | Pharmacogenomics | I serve as a distance mentor for Rajesh through the Pharmacogenomics Research Network. Rajesh resides in India and I have helped him develop a project and will help him with manuscript development. |
| Mary Billington, MD<br><br>Medical Toxicologist | 2021-present | Toxicology of acetaminophen | I serve as a faculty mentor for Mary, whom is starting a Toxicology clinical program at University of Texas Health Science Center. I have helped her develop a research project and will serve as her mentor on a grant application. |
| Courtney McGinnis<br><br>PhD candidate | 2021-present | Alcohol induced acute liver toxicity | I serve as the clinical mentor for Courtney's TL1 application and I serve on her thesis committee. |
| Yue Li<br><br>PhD candidate | 2021-present | Examining human inflammatory complement responses with nano-particles | I serve on the thesis committee and provide clinical samples for this project. |
| Utibe Ettah<br><br>MS candidate, progressed to PhD candidate | 2021-present | The functional implications of pharmacogenetic variants in the OPRM1 receptor | I was the primary mentor on Utibe's masters project which has resulted in publication and has allowed her to be accepted into the doctoral program. |
| Joe Muckle<br><br>Undergraduate research intern | 2022-present | Complement activation in inflammatory conditions | Joe spent a year with our laboratory to learn clinical research methods, medical background of the research questions we study, and clinical shadowing. |
| Hannah Abroe<br><br>Undergraduate research intern | 2022-present | Complement activation in inflammatory conditions | Hannah spent a year with our laboratory to learn clinical research methods, medical background of the research questions we study, and clinical shadowing. |

| | | | |
|---|---|---|---|
| Anne Thessen, PhD<br><br>Assistant Professor | 2022-present | Cyanobacteria blooms and their association with clinical illness | I serve as campus mentor for this junior faculty member interested in pursuing funding opportunities in clinical research. |
| Claire Hart, BS<br><br>Research Assistant | 2020-2024 | Genomics of drug effectiveness and safety | Claire is moving on to PA school after mentorship as an undergraduate intern then research assistant. |
| Colin Deftos<br><br>CU Undergraduate | 2024- | Psychedelic drug use | |
| Sarah Knowlton<br><br>CU Undergraduate | 2024- | Cannabis drug use | |
| Vivian Rehman | 2024- | Cannabis drug use | |
| Taylor Dahlin<br><br>CU Undergraduate | 2024- | Psychedelic drug us | |
| Anastasia Zhivotov<br><br>PharmD candidate | 2024- | Compounding pharmacy safety practices | |
| Justin Kuyn | 2024- | Cannabis drug use | |
| Dale Terasaki, MD<br><br>Assistant Professor | 2024- | Ketamine for alcohol use disorder | NIH K application |
| Karilynn Rockhill, PhD<br><br>Assistant Research Scientist | 2024- | Drug safety and effectiveness | Mentored to Co-I status on SAMHSA grant<br><br>1 publication, 3 manuscripts in review |

**EXTERNAL/INTERNAL GRANT FUNDING:**

National Survey of Hallucinogenic Trends (NSIHT)
Co-Principal Investigator: **Andrew A. Monte, MD, PhD**
SAMHSA
Sept 1, 2024-Aug 30, 2025
$ 250,000

National Survey of Hallucinogenic Trends (NSIHT)
Co-Principal Investigator: **Andrew A. Monte, MD, PhD**
SAMHSA
Sept 1, 2023-Aug 30, 2024
$ 250,000

**P**ersonalizing **E**mer**G**ency/**A**cute therapeutic**S** **U**tilizing **S**ystems biology-2 (**PEGASUS-2**) Research Program
Principal Investigator: **Andrew A. Monte, MD, PhD**
National Institutes of Health-General Medical Sciences
February 1, 2024- January 31, 2029
1R35GM152157-01
$ 3,812,580

General Online Longitudinal Drug Survey (GOLDS)
Principle Investigator: Joshua Black, PhD & **Andrew A Monte, MD, PhD**
US Food & Drug Administration
Nov 1, 2023
$ 450,000

F32: The Epigenomics of Asymptomatic COVID Infection
Principle Investigator: Cosby Arnold, MD
Role: Primary Mentor, **Andrew A. Monte, MD, PhD**
National Institutes of Health-Heart Lung & Blood Institute
Aug 1, 2021

Administrative Supplement to PEGASUS
Principal Investigator: **Andrew A. Monte, MD, PhD**
National Institutes of Health-General Medical Sciences
June 2, 2020
1R35GM124939
$ 146,629

Role of inflammatory disease in complement reactivity towards nanomaterials
Principal Investigator: Dimitri Simberg
Role: Co-Investigator
National Institutes of Allergy & Infectious Diseases
R01 AI54959
$491,764

A Cell Based Bedside Assay for Synthetic Cannabinoids
Principal Investigator: **Andrew A. Monte, MD, PhD**
SPARK Colorado Program
July 1, 2019-June 30, 2019
$ 100,000

A Cell Based Bedside Assay for Synthetic Cannabinoids
Principal Investigator: **Andrew A. Monte, MD, PhD**
Skaggs School of Pharmacy and Pharmaceutical Sciences
Jan 1, 2019-Dec 31, 2019
$ 100,000

Administrative Supplement to PEGASUS
Principal Investigator: **Andrew A. Monte, MD, PhD**
National Institutes of Health-General Medical Sciences
October 1, 2018
1R35GM124939
$ 40,000

**P**ersonalizing **E**mer**G**ency/**A**cute therapeutic**S** **U**tilizing **S**ystems biology (**PEGASUS**) Research Program
Principal Investigator: **Andrew A. Monte, MD, PhD**
National Institutes of Health-General Medical Sciences
September 1, 2017- July 31, 2022

1R35GM124939
$ 1,943,750

The Adverse Effects of Edible Cannabis Products
Principal Investigator: **Andrew A. Monte, MD**
Colorado Department of Public Health and Environment
April 1,2017-March 30, 2018
$ 97,500

Ethnography of Synthetic Cannabinoid Abusers to Target Substance Abuse Intervention
Principal Investigator: **Andrew A. Monte, MD**
Department of Defense
April 1, 2017-March 30, 2019
$ 384,200

An Integrated Approach to Personalized Medicine
Principal Investigator: **Andrew A. Monte, MD**
National Institutes of Health-General Medical Sciences
1K23GM110516-01
Sept 2014-Aug 2018
$ 784,080

National Early Warning System Network (iN3): An Innovative Approach
Co-Investigator and Site Director: **Andrew A. Monte, MD**
Principal Investigators: **Edward W. Boyer, MD PhD and Robert Carlson, PhD**
National Institutes of Health-Institute of Drug Abuse
1R56DA038366-01
Sept 2014-Aug 2015
$ 299,741

An Integrated Approach to Personalized Medicine
Principal Investigator: **Andrew A. Monte, MD**
CCTSI/CTRC
April 15 2015-April 14 2018
$ 24,000

Genotype-Phenotype Discordance in Elderly Polypharmacy Patients
Principal Investigator: **Andrew A. Monte, MD**
University of Colorado-Department of Emergency Medicine
April 2014-2018
$ 20,000

Genotype-Phenotype Discordance in Elderly Polypharmacy Patients
Principal Investigator: **Andrew A. Monte, MD**
John A. Hartford Foundation for Aging Research
January 2012-2018
$ 25,000

Genotype-Phenotype Discordance in Elderly Polypharmacy Patients
Principal Investigator: **Andrew A. Monte, MD**
University of Colorado-Clinical Translational Research Center
January 2012-2015
$ 24,000

Hepatic Cytochrome Interactions in Emergency Department Patients
Principal Investigator: **Andrew A. Monte, MD**
Emergency Medicine Foundation

Research Training Fellowship
July 2012- June 2014
 $ 150,000

Medication Alert Significance in the Electronic Medical Record
Principal Investigator: **Andrew A. Monte, MD**
University of Colorado Hospital
Patient Safety and Clinical Quality Initiative
August 2012- August 2013
$ 25,000

CYP2D6 genotyping of emergency department patients
Principal Investigator: **Andrew A. Monte, MD**
University of Colorado Department of Emergency Medicine.
January 2012
$ 15,000

CYP2D6 genotyping of emergency department patients
Principal Investigator: **Andrew A. Monte, MD**
LabCorp, Inc.
August 2011
$ 61,250

Thrombolysis prior to Lifeflight transfer in patients with ACS
Principal Investigator:  Stacy Weisberg, MD
PDL Pharmaceuticals
Sep 2007-May 2008
$ 50,000

Simulation Training in Pre-clinical Students in Wilderness Medicine
Innovations in Medical Education Grant
Principal Investigator: **Andrew A. Monte, MD**
University of Massachusetts Medical School
Apr 2007-Apr 2008
$ 6,450

## **Publications:**

### **Original Manuscripts**

1) Czizik AM, Burkett H, Black JC, Rockhill KM, Jewell J, **Monte AA.** The prevalence of pharmacogenetic testing in the United States. Pharmacogenet Genomics. 2025 Aug 5. doi: 10.1097/FPC.000000000000573. PMID: 40762070.

2) Klein CJ, Gong L, Caudle KE, Naik H, Empey PE, Hoffman JM, Scherer S, Iwuchukwu OF, Gregornik D, **Monte AA**, Swen JJ, Scott SA, Whirl-Carrillo M, Klein TE. Toward an integrated resource for pharmacogenomics (PGx): Survey findings from the genomic medicine communities. Genet Med. 2025 Jul 12;27(10):101529. doi: 10.1016/j.gim.2025.101529. Online ahead of print. PMID: 40662343

3) Black JC, Rockhill KM, Fox EJ, Jewell JS, Dart RC, **Monte AA.**  Psychedelic Trips: Travel Within the United States to Use Psychedelic Drugs After Legalization. Ann Emerg Med. 2025 Jun 30:S0196-0644(25)00308-7. doi: 10.1016/j.annemergmed.2025.05.016. PMID: 40590826.

4) Smith DM, Douglas MP, Aquilante CL, Deverka PA, Devine B, Dunnenberger HM, Empey PE, Hertz DL, **Monte AA**, Moyer AM, Patel JN, Pratt VM, Saulsberry L, Scott SA, Voora D, Woodahl EL, Whirl-Carrillo M, Oni-Orisan A. Progress in Pharmacogenomics Implementation in the United States: Barrier Erosion and Remaining Challenges. Clin Pharmacol Ther. 2025 Jun 4. doi: 10.1002/cpt.3736. PMID: 40468601.

5) Rockhill KM, Black JC, Ladka MS, Sumbundu KB, Olsen HA, Jewell JS, Hunt J, Wolf RC, Nerurkar K, Dart RC, **Monte AA.** The Rise of Psilocybin Use in the United States: A Multisource Observational Study. Ann Intern Med. 2025 Jul;178(7):1052-1054. doi: 10.7326/ANNALS-24-03145. Epub 2025 Apr 22.PMID: 40258279.

6) Bredenberg E, Olsen H, Ladka M, Beekman K, Black JC, Ellis MS, **Monte AA.** People entering opioid substance use treatment have low rates of naloxone knowledge and possession. Drug Alcohol Depend. 2025 Jun 1;271:112645. doi: 10.1016/j.drugalcdep.2025.112645. Epub 2025 Mar 6.PMID: 40073803.

7) Dylla L, Reisz JA, Poisson SN, Herson PS, Sansing LH, **Monte AA.** Elevated initial blood kynurenine is associated with increased odds of post-stroke infection: Kynurenine and post-stroke infection. J Stroke Cerebrovasc Dis. 2025 May;34(5):108268. doi: 10.1016/j.jstrokecerebrovasdis.2025.108268. Epub 2025 Feb 25.PMID: 40015349.

8) Cavallari LH, Hicks JK, Patel JN, Elchynski AL, Smith DM, Bargal SA, Fleck A, Aquilante CL, Killam SR, Lemke L, Ochi T, Ramsey LB, Haidar CE, Ho T, El Rouby N, **Monte AA**, Allen JD, Beitelshees AL, Bishop JR, Bousman C, Campbell R, Cicali EJ, Cook KJ, Duong B, Tsermpini EE, Girdwood ST, Gregornik DB, Grimsrud KN, Lamb N, Lee JC, Lopez RO, Mazhindu TA, Morris SA, Nagy M, Nguyen J, Pasternak AL, Petry N, van Schaik RHN, Schultz A, Skaar TC, Al Alshaykh H, Stevenson JM, Stone RM, Tran NK, Tuteja S, Woodahl EL, Yuan LC, Lee CR. The Pharmacogenomics Global Research Network Implementation Working Group: global collaboration to advance pharmacogenetic implementation. Pharmacogenet Genomics. 2025 Jan 1;35(1):1-11. doi: 10.1097/FPC.0000000000000547. Epub 2024 Oct 3. PMID: 39485373.

9) Patrick C, Ettah U, Nguyen V, Hart C, Atchley E, Mallela K, Scheinman RI, **Monte AA.** Functional differences in the mu opioid receptor SNP 118A>G are dependent on receptor splice-variant and agonist-specific recruitment of β-arrestin. Clin Transl Sci. 2024 Aug;17(8):e13888. doi: 10.1111/cts.13888. PMID: 39118392.

10) Simon MW, Olsen HA, Hoyte CO, Black JC, Reynold KR, Dart RC, **Monte AA**. *Clinical Effects of Psychedelic Substances Reported to United States Poison Centers: 2012-2022.* Ann Emerg Med. July 26, 2024. https://doi.org/10.1016/j.annemergmed.2024.06.025. PMID: 39093248.

11) Korthuis PT, Wilson-Poe AR, Black JC, **Monte AA**. Commentary on Darke et al.: Expanded psychedelic access requires new safety monitoring systems. Addiction. 2024 Sep;119(9):1572-1574. doi: 10.1111/add.16589. Epub 2024 Jun 17. PMID: 38881433

12) Jordano JO, Vasilevskis EE, Simmons SF, Taylor WD, **Monte AA**, Duggan MC, Han JH. Selective serotonin/serotonin-norepinephrine reuptake inhibitor serum concentrations' association with delirium duration. J Am Geriatr Soc. 2024 Jul 29. doi: 10.1111/jgs.19107. PMID: 39073750

13) Duarte JD, Thomas CD, Lee CR, Huddart R, Agundez JAG, Baye JF, Gaedigk A, Klein TE, Lanfear DE, **Monte AA**, Nagy M, Schwab M, Stein CM, Uppugunduri CRS, van Schaik RHN, Donnelly RS, Caudle KE, Luzum JA. Clinical Pharmacogenetics Implementation Consortium Guideline (CPIC) for CYP2D6, ADRB1, ADRB2, ADRA2C, GRK4, and GRK5 Genotypes and Beta-Blocker Therapy. Clin Pharmacol Ther. 2024 Jul 1. doi: 10.1002/cpt.3351. PMID: 38951961

14) Dylla L, Higgins HM, Stephenson D, Reisz JA, Vu T, Poisson SN, Herson PS, **Monte AA.** Sex Differences in the Blood Metabolome During Acute Response to Ischemic Stroke. J Womens Health (Larchmt). 2024 Jul 1. doi: 10.1089/jwh.2023.1133. PMID: 38946610

15) Dylla L., Higgins H.M., Wham C., Leppert M., Ravare B., Jeppson K., Bina H., **Monte A.A.**, Poisson S.N. (2024) Identification of Specific Recommendations for Prehospital Stroke Care Associated with Shorter Door-to-CT Times – an Analysis of Get with the Guidelines-Stroke Registry and Prehospital Data. *Frontiers in Stroke. 2024.*

16) Li Y, Ettah U, Jacques S, Gaikwad H, Monte AA, Dylla L, Guntupalli S, Moghimi SM, Simberg D. *Optimized Enzyme-Linked Immunosorbent Assay for Anti-PEG Antibody Detection in Healthy Donors and Patients Treated with PEGylated Liposomal Doxorubicin. Molecular Pharmaceutics*. 2024. DOI: 10.1021/acs.molpharmaceut.4c00278.

17) Black, J.C., **Monte, A.A**., Dasgupta, N. *et al.* Optimizing real-world benefit and risk of new psychedelic medications: the need for innovative postmarket surveillance. *Nat. Mental Health* (2024). https://doi.org/10.1038/s44220-024-00233-1.

18) Hertz DL, Bousman CA, McLeod HL, **Monte AA**, Voora D, Orlando LA, Crutchley RD, Brown B, Teeple W, Rogers S, Patel JN. Recommendations for pharmacogenetic testing in clinical practice guidelines in the US. Am J Health Syst Pharm. 2024 Apr 23:zxae110. doi: 10.1093/ajhp/zxae110. Online ahead of print.PMID: 38652504

19) **Monte AA**, Schow NS, Black JC, Bemis EA, Rockhill KM, Dart RC.  The Rise of Psychedelic Drug Use Associated With Legalization/Decriminalization: An Assessment With the Nonmedical Use of Prescription Drugs Survey. Ann Emerg Med. 2023 Dec 22:S0196-0644(23)01351-3. doi: 10.1016/j.annemergmed.2023.11.003. PMID: 38142372

20) Dylla L, Douin DJ, Cwik JE, Steinwand A, Rice JD, Jackson CL, Anderson EL, Higgins HM, **Monte AA**, Ginde AA.  Provider Perceptions of Oxygenation Strategies for Critically Ill Trauma Patients With and Without Moderate-to-Severe Traumatic Brain Injury. Mil Med. 2023 Nov 8;188(Suppl 6):166-175. doi: 10.1093/milmed/usad076. PMID: 37948260

21) Higgins HM, Chen L, Ravare BC, Jeppson KA, Bina HT, Herson PS, **Monte AA**, Poisson SN, Dylla L. Sex differences in acute ischemic stroke presentation are a matter of infarct location. J Emerg Med. 2023 Dec;74:95-99. doi: 10.1016/j.ajem.2023.09.046. Epub 2023 Sep 29.PMID: 37802001

22) Black JC, Schow N, Burkett H, Pena M, Jewell J, Czizik A, **Monte AA**, Dart RC. Comparing Substance Use Consequences between Serotonergic Psychedelics, MDMA, and other Drugs of Abuse Among United States Adults with History of Psychiatric Illness. Int J Mental Health Addiction. 2023. https://doi.org/10.1007/s11469-023-01163-2.

23) Pepin L, Matsler N, Fontes A, Heard K, Flaherty BF, **Monte AA.** Fomepizole Therapy for Acetaminophen-Induced Liver Failure in an Infant. Pediatrics. 2023 Sep 8:e2022061033. doi: 10.1542/peds.2022-061033. Online ahead of print. PMID: 37681263

24) **Monte AA**, Vest A, Reisz JA, Berninzoni D, Hart C, Dylla L, D'Alessandro A, Heard KJ, Wood C, Pattee J. A Multi-Omic Mosaic Model of Acetaminophen Induced Alanine Aminotransferase Elevation. J Med Toxicol. 2023 Jul;19(3):255-261.doi: 10.1007/s13181-023-00951-5. Epub 2023 May 25.

25) Brandehoff N, Dalton A, Daugherty C, Dart RC, **Monte AA.** Total CroFab and Anavip Antivenom Vial Administration in US Rattlesnake Envenomations: 2019-2021. J Med Toxicol. 2023 Jul;19(3):248-254. doi: 10.1007/s13181-023-00941-7. Epub 2023 Apr 28. PMID: 37115482

26) Vest A, Sonn B, Puls R, Arnold C, Devney Z, Ahmed A, Pallisard O, **Monte AA**. Characteristics of Emergency Medicine Specimen Bank Participants Compared to the Overall Emergency Department Population. Western Journal of Emergency Medicine. On Press. doi: 10.5811/westjem.2022.11.57981.

27) Arnold CG, Sonn B, Meyers FJ, Vest A, Puls R, Zirkler E, Edelmann M, Brooks IM, **Monte AA**. Accessing and utilizing clinical and genomic data from an electronic health record data warehouse. Translational Medicine Communications. 2023 Mar 2. Transl Med Commun. 2023;8:7. doi: 10.1186/s41231-023-00140-0. Epub 2023 Mar 2. PMID: 38223535

28) Kowalski RG, Ledreux A, Violette JE, Neumann RT, Ornelas D, Yu X, Griffiths SG, Lewis S, Nash P, **Monte AA**, Coughlan CM, Deighan C, Grotta JC, Jones WJ, Graner MW. Rapid Activation of Neuroinflammation in Stroke: Plasma and Extracellular Vesicles Obtained on a Mobile Stroke Unit. Stroke, 2023 Feb 2. PMID: 36727508, doi: 10.1161/STROKEAHA.122.041422.

29) Black JC, Amioka E, Iwanicki JL, Dart RC, **Monte AA**. Evaluation of Cannabis Use Among US Adults During the COVID-19 Pandemic Within Different Legal Frameworks. JAMA Netw Open. 2022 Nov 1;5(11):e2240526. doi: 10.1001/jamanetworkopen.2022.40526.PMID: 36342719.

30) **Monte AA**, Arriaga Mackenzie I, Pattee J, Kaiser S, Willems E, Rumack B, Reynolds KM, Dart RC, Heard KJ. Genetic variants associated with ALT elevation from therapeutic acetaminophen. Clin Toxicol (Phila). 2022 Sep 14:1-7. doi: 10.1080/15563650.2022.2117053. PMID: 36102175.

31) Arnold CG, Konigsberg I, Adams JY, Sharma S, Aggarwal N, Hopkinson A, Vest A, Campbell M, Boorgula M, Yang I, Gignoux C, Barnes KC, **Monte AA.** Epigenetics may characterize asymptomatic COVID-19 infection. Hum Genomics. 2022 Jul 27;16(1):27. doi: 10.1186/s40246-022-00401-3. PMID: 35897116.

32) Arnold CG, Dylla L, **Monte AA**, Heard K, Heard S, D'Alessandro A, Reynolds K, Dart R, Rumack B, Sonn B. Metabolomic Evaluation of N-Acetyl-p-Benzoquinone Imine Protein Adduct Formation with Therapeutic Acetaminophen Administration: Sex-based Physiologic Differences. J Med Toxicol. 2022 Jun 24. doi: 10.1007/s13181-022-00903-5. Online ahead of print. PMID: 35751009.

33) Arnold CG, Libby A, Vest A, Hopkinson A, **Monte AA.** Immune mechanisms associated with sex-based differences in severe COVID-19 clinical outcomes. Biol Sex Differ. 2022 Mar 4;13(1):7. doi: 10.1186/s13293-022-00417-3. PMID: 35246245.

34) Galbraith MD, Kinning KT, Sullivan KD, Araya P, Smith KP, Granrath RE, Shaw JR, Baxter R, Jordan KR, Russell S, Dzieciatkowska M, Reisz JA, Gamboni F, Cendali F, Ghosh T, Guo K, Wilson CC, Santiago ML, **Monte AA**, Bennett TD, Hansen KC, Hsieh EWY, D'Alessandro A, Espinosa JM. Specialized interferon action in COVID-19. Proc Natl Acad Sci U S A. 2022 Mar 15;119(11):e2116730119. doi: 10.1073/pnas.2116730119.PMID: 35217532.

35) Dylla L, Rice JD, Poisson SN, **Monte AA**, Higgins HM, Ginde AA, Herson PS. Analysis of Stroke Care Among 2019-2020 National Emergency Medical Services Information System Encounters. J Stroke Cerebrovasc Dis. 2022 Mar;31(3):106278. Doi: 10.1016/j.jstrokecerebrovasdis.2021.106278. Epub 2022 Jan 5.PMID: 34998044.

36) Konigsberg IR, Barnes B, Campbell M, Davidson E, Zhen Y, Pallisard O, Boorgula MP, Cox C, Nandy D, Seal S, Crooks K, Stick E, Harrison GF, Hopkinson A, Vest A, Arnold CG, Kahn MG, Kao DP, Peterson BR, Wicks SJ, Ghosh D, Horvath S, Zhou W, Mathis RA, Norman PJ, Porecha R, Yang IV, Gignoux CR, Taye A, Barnes KC, **Monte AA**. Host methylation predicts SARS-CoV-2 infection and clinical outcome. Communications Medicine. 2021 October; 1(42). doi: https://doi.org/10.1038/s43856-021-00042-y.

37) Arnold CG, **Monte AA**, Littlefield K, Vest A, Palmer BE. Vaccination Hesitancy and Postacute Sequelae of SARS-CoV-2: Is It Time to Reconsider? Viral Immunol. 2021 Sep 3. doi: 10.1089/vim.2021.0126. Online ahead of print. PMID: 34491119

38) Sullivan KD, Galbraith MD, Kinning KT, Bartsch KW, Levinsky NC, Araya P, Smith KP, Granrath RE, Shaw JR, Baxter RM, Jordan KR, Russell SA, Dzieciatkowska ME, Reisz JA, Gamboni F, Cendali FI, Ghosh T, **Monte AA**, Bennett TD, Miller MG, Hsieh EW, D'Alessandro A, Hansen KC, Espinosa JM. The COVIDome Explorer researcher portal. Cell Rep. 2021 Jul 28:109527. doi: 10.1016/j.celrep.2021.109527. Online ahead of print. PMID: 3434813

39) Giacomini KM, Karnes JH, Crews KR, **Monte AA**, Murphy WA, Oni-Orisan A, Ramsey LB, Yang JJ, Whirl-Carrillo M.  Advancing Precision Medicine Through the New Pharmacogenomics Global Research Network. Clin Pharmacol Ther. 2021 Sep;110(3):559-562. doi: 10.1002/cpt.2340. PMID: 34318925

40) Sonn BJ, Heard KJ, Heard SM, D'Alessandro A, Reynolds KM, Dart RC, Rumack BH, **Monte AA.** Metabolomic markers predictive of hepatic adaptation to therapeutic dosing of acetaminophen. Clin Toxicol (Phila). 2021 May 28:1-10. doi: 10.1080/15563650.2021.1925686. PMID: 34047639

41) Siegel R, Sullivan N, **Monte AA**, Vargas NM, Cooper ZD, Ma Y, Meltzer AC. Motivational interviewing to treat substance use disorders in the emergency department: A scoping review. Am J Emerg Med. 2021 Mar 23:S0735-6757(21)00232-1. doi: 10.1016/j.ajem.2021.03.047. PMID: 33840549

42) Flaten HK, Sonn BJ, Saben JL, Shelton SK, Schwartz J, Ryall K, **Monte AA.** Genomic markers associated with successful treatment of hypertension with lisinopril: A pilot study. Int J Clin Pharmacol Ther. 2021 Mar 26. doi: 10.5414/CP203910. PMID: 33769277

43) Sullivan KD, Galbraith MD, Kinning KT, Bartsch K, Levinsky N, Araya P, Smith KP, Granrath RE, Shaw JR, Baxter R, Jordan KR, Russell S, Dzieciatkowska M, Reisz JA, Gamboni F, Cendali F, Ghosh T, **Monte AA**, Bennett TD, Miller MG, Hsieh EWY, D'Alessandro A, Hansen KC, Espinosa JM. The COVIDome Explorer Researcher Portal. medRxiv. 2021 Mar 8:2021.03.04.21252945. doi: 10.1101/2021.03.04.21252945. PMID: 33758879

44) Galbraith MD, Kinning KT, Sullivan KD, Baxter R, Araya P, Jordan KR, Russel S, Smith KP, Granrath RE, Shaw J, Dzieciatkoska M, Ghosh T, **Monte AA**, D'Alessandro A, Hansen KC, Bennett TD, Hsieh EWY, Espinosa JM. Seroconversion stages COVID-19 into distinct pathophysiologic states. medRxiv. 2020 Dec 7. PMID: 33330890.

45) Crews KR, **Monte AA**, Huddart R, Caudle KE, Kharasch ED, Gaedigk A, Dunnenberger HM, Leeder JS, Callaghan JD, Samer CF, Klein TE, Haidar CE, Van Driest SL, Ruano G, Sangkuhl K, Cavallari LH, Müller DH, Prows CA, Nagy M, Somogyi AA, Skaar TC. Clinical Pharmacogenetics Implementation Consortium (CPIC) guideline for *CYP2D6*, *OPRM1*, and *COMT* genotype and select opioid therapy. Clin Pharmacol Ther. 2021 Oct;110(4):888-896. doi: 10.1002/cpt.2149. Epub 2021 Feb 9. PMID: 33387367

46) Flaten HK , Sonn BJ, Saben JL, Shelton SK, Schwartz J, Ryall K, **Monte AA**. Genomic markers associated with successful treatment of Hypertension with Lisinopril: A Pilot Study. Int Journ Clin Pharmacol. On press.

47) **Monte AA**, Sonn B, Saben J, Rumack BH, Reynolds KM, Dart RC, Heard KJ. The Genomics of Elevated ALT and Adducts in Therapeutic Acetaminophen Treatment: A Pilot Study. Journ Med Toxicol. 2020. 2020 Oct 13. PMID: 33051802.

48) Sun H, Liu K, Li M, Tang S, **Monte AA**, Wang J, Nie S, Rui Q, Liu W, Qin H, Tan X, Ni H, Yang W, Zhu C, Yang R, Yu T, Wang S, Jiang H, Chen X, Zhang W, Zhu Y, Zhao H, Yang, S, Yin K,

Shao D, Xiao L, Chen Z, Yuan W, Hu D, Wan X, Wu L, Zhang J. The Influence of Coronavirus Disease 2019 on Emergency Department Visits in Nanjing, China: A Multicentre Cross-Sectional Study. Amer J Emerg Med. 2020.

49) Kisor DF, **Monte AA**, Müller DJ. Pharmacogenetic Associations and Evidence-Based Pharmacogenomics Guidelines: Supporting Label and Off-Label Use of Drug-Gene Interaction Data. Pharmacogenomics. 2020 May;21(7):427-430. doi: 10.2217/pgs-2020-0017.Epub 2020 Apr 22. PMID: 32319356

50) Brocker CN, Velenosi T, Flaten HK, McWilliams G, McDaniel K, Shelton SK, Saben J, Krausz KW, Gonzalez FJ, **Monte AA**. Metabolomic profiling of metoprolol hypertension treatment reveals altered gut microbiota-derived urinary metabolites. Hum Genomics. 2020 Mar 11;14(1):10. doi: 10.1186/s40246-020-00260-w. PMID:32160915

51) Aquilante CL, Kao DP, Trinkley KE, Lin CT, Crooks KR, Hearst EC, Hess SJ, Kudron EL, Lee YM, Liko I, Lowery J, Mathias RA, **Monte AA**, Rafaels N, Rioth MJ, Roberts ER, Taylor MR, Williamson C, Barnes KC. Clinical implementation of pharmacogenomics via a health system-wide research biobank: the University of Colorado experience. Pharmacogenomics. 2020 Feb 20. doi: 10.2217/pgs-2020-0007. PMID: 32077359

52) **Monte AA**, Hopkinson A, Saben J, Shelton SK, Thornton S, Schneir A, Pomerleau A, Hendrickson RG, Arens AM, Cole JB, Chenoweth J, Martin S, Adams A, Banister SD, Gerona RR. The Psychoactive Surveillance Consortium and Analysis Network (PSCAN): the first year. Addiction. 2019 Nov 25. doi: 10.1111/add.14808. PMID: 31769125

53) Heard K, **Monte AA**, Wang GS. Another Perspective on Cannabis and Emergency Medicine in Colorado. West J Emerg Med. 2019 Oct 16;20(6):855-856. doi: 10.5811/westjem.2019.8.44882. No abstract available. PMID: 31738711

54) Sonn BJ, Saben JL, McWilliams G, Shelton SK, Flaten HK, D'Alessandro A, **Monte AA**. Predicting response to lisinopril in treating hypertension: a pilot study. Metabolomics. 2019 Oct 3;15(10):133. doi: 10.1007/s11306-019-1601-7. PMID: 31583478

55) Shelton SK, Mills E, Saben JL, Devivo M, Williamson K, Abbott D, Hall KE, **Monte AA**. Why do patients come to the emergency department after using cannabis? Clin Toxicol (Phila). 2019 Sep 16:1-7. doi: 10.1080/15563650.2019.1657582. [Epub ahead of print] PMID: 31526057

56) Heard K, Bebarta VS, Hoppe JA, **Monte AA**. Does administration of haloperidol or ketorolac decrease opioid administration for abdominal pain patients? A retrospective study. Am J Emerg Med. 2019 May 22. pii: S0735-6757(19)30349-3. doi: 10.1016/j.ajem.2019.05.038. PMID: 31138518

57) Yarovoy JY, **Monte AA**, Knepper BC, Young HL. Epidemiology of Community-Onset Staphylococcus aureus Bacteremia. West J Emerg Med. 2019 May;20(3):438-442. doi: 10.5811/westjem.2019.2.41939. Epub 2019 Apr 16. PMID: 31123543

58) Koutsilieri S, Caudle KE, Alzghari SK, **Monte AA**, Relling MV, Patrinos GP. Optimizing thiopurine dosing based on TPMT and NUDT15 genotypes: It takes two to tango. Am J Hematol. 2019 Apr 3. doi: 10.1002/ajh.25485. PMID: 30945335

59) **Monte AA**, Shelton SK, Mills E, Saben J, Hopkinson A, Sonn B, Devivo M, Chang T, Fox J, Brevik C, Williamson K, Abbott D. Acute Illness Associated With Cannabis Use, by Route of Exposure: An Observational Study. Ann Intern Med. 2019 Mar 26. doi: 10.7326/M18-2809. PMID: 30909297

60) Heard K, **Monte AA**, Hoyte CO. Brief Commentary: Consequences of Marijuana: Observations From the Emergency Department. Ann Intern Med. 2019 Jan 8. doi: 10.7326/M18-3280. PMID: 30615784.

61) Gersham K, Timm K, Frank M, Lampi Laurissa, Melamed J, Gerona R, **Monte AA**. Reported Mitragynine-Only Deaths in Colorado are Multi-Drug Overdoses. N Engl J Med. 2018 Jan 3. PMID: 30601742.

62) Saben JL, Shelton SK, Hopkinson AJ, Sonn BJ, Mills EB, Welham M, Westmoreland M, Zane R, Ginde AA, Bookman K, Oeth J, Chavez M, DeVivo M, Lakin A, Heldens J, Blumberg Romero L, Ames MJ, Roberts ER, Taylor M, Crooks K, Wicks SJ, Barnes KC, **Monte AA**. The Emergency Medicine Specimen Bank: An Innovative Approach To Biobanking In Acute Care. Acad Emerg Med. 2018 Sep 21. doi: 10.1111/acem.13620. PMID: 30239069.

63) Puskarich MA, Callaway C, Silbergleit R, Pines JM, Obermeyer Z, Wright DW, Hsia RY, Shah MN, **Monte AA**, Limkakeng AT Jr, Meisel ZF, Levy PD. Priorities to overcome barriers impacting data science application in emergency care research. Acad Emerg Med. 2018 Jul 18. doi: 10.1111/acem.13520.  PMID: 30019795

64) **Monte AA**, West K, McDaniel KT, Flaten HK, Saben J, Shelton S, Abdelmawla F, Bushman LR, Williamson K, Abbott D, Anderson PL. CYP2D6 Genotype Phenotype Discordance Due to Drug-Drug Interaction. Clin Pharmacol Ther. 2018 Jun 8. doi: 10.1002/cpt.1135. PMID: 29882961.

65) **Monte AA**, Libby AM. Introduction to the Specific Aims Page of a Grant Proposal. Acad Emerg Med. 2018 Apr 2. doi: 10.1111/acem.13419. [Epub ahead of print]. PMID: 29608233

66) Hall KE, **Monte AA**, Chang T, Fox J, Brevik C, Vigil DI, Van Dyke M, James JA. Mental Health-Related Emergency Department Visits Associated with Cannabis in Colorado. Acad Emerg Med. 2018. 2018 May;25(5):526-537. doi: 10.1111/acem.13393. Epub 2018 Apr 10.

67) Fox J, Smith A, Yale A, Chow C, Alaswad E, Cushing T, **Monte AA**. Drugs of Abuse and Novel Psychoactive Substances at Outdoor Music Festivals in Colorado. Subst Use Misuse. 2017 Nov 17:1-9. doi: 10.1080/10826084.2017.1400067. PMID: 29148866

68) Brandehoff N, Adams A, McDaniel K, Banister SD, Gerona R, **Monte AA**. Synthetic cannabinoid "Black Mamba" infidelity in patients presenting for emergency stabilization in Colorado: a P SCAN Cohort. Clin Toxicol (Phila). 2017 Sep 1:1-6. doi: 10.1080/15563650.2017.1357826. PMID: 28862050

69) **Monte AA**, Calello DP, Gerona RR, Hamad E, Campleman SL, Brent J, Wax P, Carlson RG; ACMT Toxicology Investigators Consortium (ToxIC). Characteristics and Treatment of Patients with Clinical Illness Due to Synthetic Cannabinoid Inhalation Reported by Medical Toxicologists: A ToxIC Database Study. J Med Toxicol. 2017 Jun;13(2):146-152. doi: 10.1007/s13181-017-0605-9. Epub 2017 Apr 10. PMID: 28397128.

70) **Monte AA**, Sun H, Rapp-Olsson AM Ms, Mohamed F, Gawarammana I, Buckley NA, Evans CM, Yang IV, Schwartz DA. The Plasma Concentration of MUC5B is Associated with Clinical Outcomes in Paraquat Poisoned Patients. Am J Respir Crit Care Med. 2017 Jul 18. doi: 10.1164/rccm.201705-0866LE. PMID: 28719757.

71) D'Alessandro A, Nemkov T, Sun K, Liu H, Song A, **Monte AA**, Subudhi AW, Lovering AT, Dvorkin D, Julian CG, Kevil CG, Kolluru GK, Shiva S, Gladwin MT, Xia Y, Hansen KC, Roach RC. AltitudeOmics: Red Blood Cell Metabolic Adaptation to High Altitude Hypoxia. J Proteome Res. 2016 Oct 7;15(10):3883-3895. PMID: 27646145.

72) Bui QM, Allen LA, **Monte AA**, Page RL 2nd, McIlvennan CK. Amphetamine-positive urine drug screens in the setting of mexiletine use: A case series. J Heart Lung Transplant. 2016 May 17. pii: S1053-2498(16)30129-2. doi: 10.1016/j.healun.2016.05.004. PMID: 27287628

73) Ben S, Cooper-DeHoff RM, Flaten HK, Evero O, Ferrara TM, Spritz RA, **Monte AA**. Multiplex SNaPshot-a new simple and efficient CYP2D6 and ADRB1 genotyping method. Hum Genomics. 2016 Apr 23;10:11. doi: 10.1186/s40246-016-0073-3. PMID: 27108086

74) Kim HS, Hall KE, Genco EK, Van Dyke M, Barker E, **Monte AA.** Marijuana Tourism and Emergency Department Visits in Colorado. N Engl J Med. 2016 Feb 25;374(8):797-8. doi: 10.1056/NEJMc1515009. PMID: 26933869.

75) Kim HS, **Monte AA.** Colorado Cannabis Legalization and Its Effect on Emergency Care. Ann Emerg Med. 2016 Feb 24. pii: S0196-0644(16)00005-6. doi: 10.1016/j.annemergmed.2016.01.004. PMID: 26921970.

76) Flaten HK, Kim HS, Campbell J, Hamilton L, **Monte AA**. CYP2C19 drug-drug and drug-gene interactions in ED patients. Am J Emerg Med. 2015 Nov 9. PMID: 26639454.

77) Genco EK, Forster JE, Flaten HK, Goss F, Heard KJ, Hoppe JA, **Monte AA.** Clinically inconsequential alerts: the characteristics of opioid drug alerts and their utility in preventing adverse drug events in the emergency department. Annals of Emerg Med. Ann Emerg Med. 2015 Nov 3. PMID: 26553282.

78) Bell C, Slim J, Flaten HK, Lindberg G, Wiktor A, **Monte AA**. Butane Hash Oil Burns Associated with Marijuana Liberalization in Colorado. Journ Med Tox. 2015 Aug 20 [epub ahead of print]. PMID: 26289652.

79) Kim H, Anderson J, Saghafi O, **Monte AA**. Cyclic Vomiting Presentations Following Marijuana Liberalization in Colorado. Acad Emerg Med. 2015 Jun; 22(6):694-9. PMID: 25903855.

80) **Monte AA,** Anderson P, Hoppe JA, Weinshilboum RM, Vasiliou V, Heard KJ. The Accuracy of Electronic Medical Record Medication Reconciliation in Emergency Department Patients. Journ Emerg Med. 2015 Jul; 49 (1):78-84. PMID:25797942.

81) **Monte AA**, Zane R, Heard KJ. The Implications of Marijuana Legalization in Colorado. JAMA. Epub 2014 Dec 5. PMID: 25486283.

82) **Monte AA**, Heard KJ, Campbell J, Hamamura D, Weinshilboum RM, Vasiliou V. The Effect of CYP2D6 Drug-Drug Interactions on Hydrocodone Effectiveness. Acad Emerg Med. 2014 Aug;21(8):879-885. Epub 2014 Aug 24. PMID: 25156930.

83) **Monte AA**, Heard KJ, Hoppe JA, Vasiliou V, Gonzalez FJ. The accuracy of self-reported drug ingestion histories in emergency department patients. J Clin Pharmacol. 2014 Jul 22. PMID: 25052325

84) **Monte AA,** Bronstein AC, Cao DJ, Heard KJ, Hoppe J, Hoyte CO, Iwanicki JL, Lavonas EJ. An Outbreak of a Novel Synthetic Cannabinoid in Colorado. New Engl J Med, 2014. Jan 23;370(4):389-90. PMID: 24450915.

85) **Monte AA.** Drug safety in the 'omics era. J Drug Metab Toxicol. 2013, Aug 29. doi:10.4172/2157-7609.1000e119.

86) **Monte AA**, Ceschi A, Bodmer M. Safety of non-therapeuic atomoxetine ingestions-a national poison data systems study. Hum Psychopharm: Clin Exp. 2013, Jun 17. PMID: 23861380.

87) Froberg B, King KJ, Kurera TD, **Monte AA**, Prosser JM, Walsh SJ, Riffenburgh RH, Rusyniak DE, Tannen DA. Negative predictive value of acetaminophen concentrations prior to fours of ingestion. Acad Emerg Med. 2013, Oct. PMID: 24127715

88) Hoyte CO, Jacob J, **Monte AA**, Al-Jumaan M, Bronstein AC, Heard KJ. A Characterization of Synthetic Cannabinoid Exposures Reported to the National Poison Data System in 2010. Ann Emerg Med. 2012 May 8. PMID: 22575211.

89) **Monte AA**, Bucher-Bartelson B, Heard KJ. A US perspective of symptomatic Latrodectus spp. envenomation and treatment: a National Poison Data System review. Ann Pharmacother. 2011 Dec;45(12):1491-8. PMID: 22116992

90) Bodmer M, **Monte AA**, Koko J, Yin S. Safety of non-therapeutic levetiracetam ingestions- a poison center based study. Pharmacoepi Drug Saf. Feb 2011. PMID: 21328633

91) **Monte AA**, Chuang R, Bodmer M. Dextromethorphan, Chlorpheniramine and Serotonin Toxicity. *British Journ Clin Pharm.* 70(6): 794-798. 2010. PMID: 21175434

92) **Monte AA**, Mandell T, et al. Diversion of buprenorphine/naloxone coformulated tablets in a region with high prescribing prevalence. Journ Addict Dis. 28:226-231. 2009. PMID: 20155591

**Reviews**

1) Dylla L, Higgins HM, Piper C, Poisson SN, Herson PS, **Monte AA.** Sex as a biological variable in determining the metabolic changes influencing acute ischemic stroke outcomes-Where is the data: A systematic review. Front Neurol. 2022 Nov 24;13:1026431. doi: 10.3389/fneur.2022.1026431. 2022. PMID: 36504643.

2) Venkatesan T, Levinthal DJ, Li BUK, Tarbell SE, Adams KA, Issenman RM, Sarosiek I, Jaradeh SS, Sharaf RN, Sultan S, Stave CD, **Monte AA**, Hasler WL. Role of chronic cannabis use: Cyclic vomiting syndrome vs cannabinoid hyperemesis syndrome. Neurogastroenterol Motil. 2019 Jun;31 Suppl 2:e13606. doi: 10.1111/nmo.13606. Review. PMID: 31241817

3) Flaten, HK, **Monte AA**. The Pharmacogenomic and Metabolomic Predictors of ACE and ARB Effectiveness and Safety. Cardiovasc Drugs Ther. 2017 Aug;31(4):471-482. doi: 10.1007/s10557-017-6733-2. PMID:28741243

4) Sorensen CJ, DeSanto K, Borgelt L, Phillips KT, **Monte AA**. Cannabinoid Hyperemesis Syndrome: Diagnosis, Pathophysiology, and Treatment-a Systematic Review. J Med Toxicol. 2016 Dec 20. doi: 10.1007/s13181-016-0595-z. PMID: 28000146.

5) Limkakeng AT Jr, **Monte AA**, Kabrhel C, Puskarich M, Heitsch L, Tsalik EL, Shapiro NI. Systematic Molecular Phenotyping: A Path Toward Precision Emergency Medicine? Acad Emerg Med. 2016 Oct;23(10):1097-1106. doi: 10.1111/acem.13027. PMID: 27288269.

6) **Monte AA**, Brocker C, Nebert DW, Gonzalez FJ, Thompson DC, Vasiliou V. Improved drug therapy: triangulating phenomics with genomics and metabolomics. Hum Genomics. 2014 Sep 1;8(1):16. PMID: 25181945.

7) **Monte AA**. An essential reference for the drug safety practitioner. Human Genomics. 2013; 7 (3). doi:10.1186/1479-7364-7-3.

8) **Monte AA,** Vasiliou V, Heard KJ. 'Omics Screening for Pharmaceutical Efficacy and Safety in Clinical Practice. J Pharmacogen Pharmacoprot. *Pharmacogenomics & Pharmacoproteomics*. 2012. S5:001. PMID: 23264882.

9) **Monte AA**. Black Widow Spider (Latrodectus Mactans) Antivenom in Clinical Practice. Curr Pharm Biotechnol. 2012 Feb 20. PMID: 22352727.

10) **Monte AA**, Heard KJ, Vasiliou, V. Prediction of Drug Response and Toxicity Clinical Practice. J Med Toxicol. J Med Toxicol. 2012 Mar;8(1):43-51. PMID: 22160757.

11) **Monte AA**, Boyer EW, et al. The serotonin syndrome. http://www.siicsalud.com/tit/exinttx.htm. November, 2009.

## Book Chapters

1) **Monte AA.** 'Omics of Acetaminophen Toxicity, Chap 10. Acetaminophen Toxicity.2nd Edition. Elsevier.

2) **Monte AA.** Cannabinoids. Harwood & Nuss Clinical Practice of Emergency Medicine. 6th Edition.

3) **Monte AA.** Cannabinoid Receptor Agonists. Critical Care Toxicology: The Diagnosis and Management of the Critically Poisoned Patient, 2nd edition. Mosby.

3) **Monte AA,** Hoppe JA. Anticholinergic Toxicity. Chapter in Rosen's Emergency Medicine, 9th edition. Mosby.

4) **Monte AA**. Black Widow Spider (*Latrodectus spp.*) Envenomation. Chapter in Kazzi and Shih (eds). The AAEM/RSA Toxicology Handbook, 2nd Edition. United Press. 2011.

## Case Reports

1) Wang GS, **Monte AA**, Bagdure D, Heard KJ. Hepatic failure despite early acetylcysteine following large **acetaminophen**-diphenhydramine overdose*.* Ped. (127) 4, Apr 2011. PMID: 21402629

2) Sande M, Thompson D, **Monte AA**. Fomepizole for severe disulfiram ethanol reactions. Am Journ Emerg Med. Jan 2011. PMID: 21208769

3) **Monte AA**, Bodmer M, Schaeffer TS. Low-molecular-weight-heparin overdose: management by observation*.* Ann Pharmacother. (44), Nov 2010. PMID: 20923945

4) **Monte AA**, Waksman J. Chronic olanzapine, serotonin receptors, and subsequent serotonin toxicity*.* Journ Clin Psychopharm (30) 5, Oct 2010. PMID: 20841960

## Letters

1) Higgins HM, Chen L, Ravare BC, Jeppson KA, Bina HT, Herson PS, **Monte AA**, Poisson SN, Dylla L. Response to: Acute ischemic stroke and cardioemboli: Does sex matter? Am J Emerg Med. 2023 Dec;74:170-171. doi: 10.1016/j.ajem.2023.10.014. Epub 2023 Oct 17.PMID: 37867013

2) West K, **Monte AA**. *Response to* "Methodological considerations on CYP2D6 phenoconversion due to drug-drug interaction." Clin Pharm Ther. Clin Pharmacol Ther. 2019 Feb 10. doi: 10.1002/cpt.1333. PMID:30739321

3) Schimmel J, **Monte AA**. Risk of fluid overload from failure to concentrate high-dose insulin as an intravenous antidote. Ann Pharmacother. 2019 Mar;53(3):325. doi: 10.1177/1060028018810794. Epub 2018 Oct 31. PMID: 30378442

4) Sorensen CJ, DeSanto K, Borgelt L, Phillips KT, **Monte AA**. In Reply: "The importance of recognizing cannabinoid hyperemesis syndrome from synthetic marijuana use"*.* J Med Toxicol. 2017 Jun;13(2):201. doi: 10.1007/s13181-017-0613-9. Epub 2017 Apr 5. No abstract available. PMID: 28382464.

5) Sorensen CJ, DeSanto K, Borgelt L, Phillips KT, **Monte AA**. In Response to Letter to the Editor Regarding: Cannabinoid Hyperemesis Syndrome: Diagnosis, Pathophysiology, and Treatment-a Systematic Review. J Med Toxicol. 2017 Mar 10. doi: 10.1007/s13181-017-0610-z. PMID: 28283940

6) Bodmer M, **Monte AA**.  Response to Wiegand et al., Clin Toxicol, (48): 961-964.  2010. PMID: 21171858

**Newspaper**

1) Nebert DW, **Monte AA.** *Legalization leads inexorably to brain-damaged young people*. The Oregonian. Oct 5, 2014. http://digital.olivesoftware.com/Olive/ODE/Oregonian/LandingPage/LandingPage.aspx?href=T1J FLzIwMTQvMTAvMDU.&pageno=NjA.&entity=QXIwNjAwMQ..&view=ZW50aXR5 .

# APPENDIX 7

**AN IN-VITRO PRE-CLINICAL SAFETY COMPARISON OF MITRAGYNINE AND ITS OXIDATIVE METABOLITES: 7-HYDROXYMITRAGYNINE AND MITRAGYNINE PSEUDOINDOXYL**

**Author Names**

Patrick Kampmeyer[a], Benjamin Kampmeyer[a], Chandradeep Bollineni[a], Jacob Sinkwich[a], Kevin Weaver[a]

**Affiliations**

[a]Unio Biotech, 2029 Becker Dr Ste 227, Lawrence KS 66047

**Emails**

patrick.kampmeyer@unio-biotech.com, benjamin.kampmeyer@unio-biotech.com, chandradeep.bollineni@unio-biotech.com, jacob.sinkwich@unio-biotech.com, kevin.weaver@unio-biotech.com

**Corresponding Author**

*Correspondence to:* Benjamin Kampmeyer, Email: benjamin.kampmeyer@unio-biotech.com, Phone: (918)-899-8583

**KEYWORDS**

7-Hydroxymitragynine

Mitragynine Pseudoindoxyl

Mitragynine

Kratom

Metabolites

Off-Target

Toxicology

## ABSTRACT

Mitragyna speciosa, commonly known as Kratom, has become increasingly prevalent in the United States as a self-administered therapeutic agent for opioid withdrawal, anxiety relief, and chronic pain management. Mitragynine (MG), the principal alkaloid of M. speciosa, undergoes chemical transformation into 7-hydroxymitragynine (7HMG) via first-pass metabolism and is further rearranged in plasma to form mitragynine pseudoindoxyl (MGP). Both metabolites exhibit substantially higher potency at opioid receptors compared to MG and contribute significantly to the analgesic effects of kratom, yet their safety has not yet been thoroughly investigated. Herein, we assess the toxicological and pharmacological attributes of MG, 7HMG, and MGP. Our cell viability assays revealed lower cytotoxicity for 7HMG and MGP compared to MG across multiple human cell lines. 7HMG and MGP present significantly less interaction with the known cardiotoxicity-associated target, NAV1.5, compared to MG. At hERG channels, 7HMG exhibited the least inhibition compared to MG and MGP. Aside from partial inhibition of NAV1.5 and hERG, all compounds exhibited little to no effect on other receptors and enzymes associated with cardiovascular function. None of the compounds investigated produced measurable genotoxicity in COMET assays. In microsomal stability assays, 7HMG was found to be the most stable, followed by MG and then by MGP. Collectively, these results do not indicate that metabolites 7HMG and MGP contribute to toxicity beyond what is present for MG. However, further in vivo studies are needed to validate these findings and confirm the relative safety profiles of these metabolites.

## INTRODUCTION

Since the early 2000s, North America has faced an escalating public health crisis driven primarily by opioids, resulting in over a million overdose fatalities across the United States and Canada [1]. Initially fueled by the misuse of prescription opioids, the crisis has increasingly been dominated by highly potent illicit synthetic opioids, such as fentanyl and its analogues. Although effective medications for opioid use disorder (OUD), such as methadone and buprenorphine, are available and proven to reduce mortality, their utilization is hindered by regulatory restrictions, logistical barriers, and social stigma, resulting in substantial gaps in treatment access and uptake [1]. In 2021, an estimated 2.5 million Americans had OUD, yet only about 22% received treatment [2].

Consequently, there remains a significant medical need for alternative therapeutic agents or adjuncts capable of reducing harm and assisting individuals in managing opioid dependence.

Kratom, an herbal supplement derived from the psychoactive Southeast Asian plant Mitragyna Speciosa, has gained attention in recent years due to its reported utility among individuals self-treating chronic pain, anxiety, depression, fatigue, and symptoms of opioid withdrawal [3]. Kratom is legally available in most of the United States, though not FDA-approved. Its rise in popularity has paralleled the implementation of stricter opioid prescribing guidelines issued by the Centers for Disease Control and Prevention (CDC) in 2016 [2], as well as the increasing prevalence of fentanyl-adulterated street opioids such as heroin, which has contributed to a surge in overdose deaths [3]. A primary motivation for Kratom use is to reduce or discontinue the use of these illicit opioids [4].

The pharmacological effects of kratom are complex due to the presence of several structurally diverse alkaloids [4], each exhibiting distinct pharmacological profiles [5]. Kratom's effects are largely attributed to its most abundant alkaloid, mitragynine (MG); however, its first-pass metabolite, 7-hydroxymitragynine (7HMG), has recently been elucidated as the primary mediator of its analgesic effects [5]. Further oxidative rearrangement of 7HMG in plasma yields mitragynine pseudoindoxyl (MGP) [6]. Both 7HMG and MGP have been characterized as G-biased μ-opioid receptor (MOR) and δ-opioid receptor (DOR) agonists. This signaling bias is believed to be responsible for their reduced side effect profiles compared to classical opioids [7,8].

Despite the recognized significance of Kratom's oxidative metabolites, 7HMG and MGP, in mediating its analgesic effects, their toxicity and off-target interactions have yet to be investigated. In the present study, we aim to address this critical gap.

## Materials and Methods

### Reagents and Chemicals

Mitragynine (MG:1)(purity ≥ 95%) was isolated and purified from a commercially available alkaloid-rich kratom extract. 7-Hydroxymitragynine (7HMG:2) was semi-synthesized from mitragynine, and mitragynine pseudoindoxyl (MGP:3) was semi-

synthesized from 7HMG. NMR and MS analysis confirmed the chemical structures and purity of **1-3**. All solvents and reagents were of analytical grade. Key reagents, including (Bis(trifluoroacetoxy)iodo)benzene (PIFA), dichloromethane (DCM), methanol (MeOH), and anhydrous dichloromethane, Aluminum Chloride (AlCl$_3$), were obtained from Sigma Aldrich.

*Fig. 1. Molecular Structure of Mitragynine, (MG); 7-hydroxymitragynine, (7HMG); Mitragynine Pseudoindoxyl, (MGP).*

**Chemistry**

All chemicals were obtained from Sigma-Aldrich and used as received without further purification. Compound purification was carried out using a Büchi 815 Flash Chromatography System equipped with 230–400 mesh silica gel. Preparative high-performance liquid chromatography (Prep-HPLC) was performed on a Büchi 850 system using a C18 column under reverse-phase conditions.

NMR spectra were acquired on a 400MHz Bruker Avance NEO with a 400MHz Avance NEO magnet and DCH CryoProbes. Data was processed using MestReNova software (version 10.0.2). Chemical shifts ($\delta$) are reported in parts per million (ppm) relative to residual solvent peaks (CDCl$_3$: $^1$H 7.26, $^{13}$C 77.3; CD$_3$OD: $^1$H 3.31, $^{13}$C 49.0; DMSO-d$_6$: $^{13}$C 39.5). Peak multiplicities are designated as follows: s (singlet), d (doublet), t (triplet), q (quartet), m (multiplet). Coupling constants (J) are provided in Hz.

Mass spectra were recorded using an Agilent 1100 LC MSD Model G1946D Mass Spectrometer with electrospray ionization (ESI). High-resolution mass spectra (HRMS) were obtained on a Waters Acquity Premier XE TOF LC-MS using ESI. Accurate masses are reported for the molecular ion [M + H]$^+$. Purity

(≥95%) was confirmed by HPLC using a Waters 1525 Binary Pump, Waters 2489 UV–Vis detector, and a Waters XBridge C18 column (5 μm, 150 × 4.6 mm). The mobile phase consisted of solvent A (water with 0.1% trifluoroacetic acid) and solvent B (acetonitrile with 0.1% trifluoroacetic acid), with a gradient from 5% to 95% acetonitrile/water at a flow rate of 1 mL/min.

Extraction and Isolation of Mitragynine (1): Dried and powdered *Mitragyna speciosa* leaves (500 g) were extracted by refluxing with methanol (5 × 500 mL) for 40 min. The suspension was filtered after each extraction, and the solvent was evaporated under reduced pressure. The resulting residue was resuspended in 20% aqueous acetic acid (2 L) and extracted with petroleum ether (3 × 500 mL). The aqueous layer was cooled in an ice bath and basified to pH ~9 using 50% aqueous NaOH. The basified suspension was extracted with dichloromethane (DCM) (4 × 1 L). The combined organic layers were dried over anhydrous $Na_2SO_4$, filtered, and evaporated under reduced pressure. The crude extract was purified by flash column chromatography (gradient: 0–50% EtOAc in hexanes), yielding mitragynine (1) as the major component (3.5 g, 0.7% yield).

Characterization of Mitragynine (1):

 *$^1$H NMR (600 MHz, CDCl$_3$): δ 7.74 (s, 1H), 7.43 (s, 1H), 6.99 (t, J = 7.9 Hz, 1H), 6.90 (d, J = 8.0 Hz, 1H), 6.45 (d, J = 7.7 Hz, 1H), 3.87 (s, 3H), 3.72 (s, 3H), 3.71 (s, 3H), 3.18–3.08 (m, 2H), 3.06–2.99 (m, 2H), 3.00–2.93 (m, 1H), 2.94–2.90 (m, 1H), 2.57–2.42 (m, 3H), 1.83–1.75 (m, 2H), 1.62 (dt, J = 11.5, 3.2 Hz, 1H), 1.24–1.16 (m, 1H), 0.87 (t, J = 7.4 Hz, 3H).*

 *$^{13}$C NMR (151 MHz, CDCl$_3$): δ 169.45, 160.75, 154.69, 137.41, 133.90, 121.98, 117.82, 111.67, 108.03, 104.37, 99.91, 61.74, 61.46, 57.94, 55.52, 53.98, 51.57, 40.87, 40.12, 30.14, 24.14, 19.28, 13.07.*

 *HRMS (ESI): Calcd for $C_{23}H_{30}N_2O_4$ [M + H]$^+$: 399.2284; Found: 399.2285.*

Preparation of 7-Hydroxymitragynine (2) from Mitragynine (1): Mitragynine (1, 2.00 g, 5.02 mmol) was dissolved in methanol (150 mL) with water (50 mL). The reaction mixture was cooled to 0 °C, and a solution of PIFA (2.16 g, 1.1 equiv) in methanol (22 mL) was added slowly over several minutes. The mixture was stirred at 0 °C for 1 h, then saturated aqueous $NaHCO_3$ was added. The mixture was extracted with dichloromethane, and the organic phase was evaporated under reduced pressure. Purification by silica gel column chromatography (gradient: 0–75% EtOAc in hexanes) yielded 7-hydroxymitragynine (2) as a yellow amorphous powder (640 mg, 32%).

Characterization of 7-Hydroxymitragynine (2):

*IR (NaCl): 3436, 2952, 1702, 1645, 1599, 1487, 1461, 1436, 1270, 1246, 1145, 1078, 795, 738 cm$^{-1}$*

*$^1$H NMR (600 MHz, CDCl$_3$): δ 7.44 (s, 1H), 7.34 (t, J = 8.0 Hz, 1H), 7.24 (d, J = 7.6 Hz, 1H), 6.78 (d, J = 8.3 Hz, 1H), 3.91 (s, 3H), 3.80 (s, 3H), 3.70 (s, 3H), 3.31 (dd, J = 11.1, 2.6 Hz, 1H), 3.03 (ddt, J = 11.5, 5.5, 2.8 Hz, 2H), 2.84–2.75 (m, 3H), 2.67 (ddd, J = 12.3, 4.3, 2.6 Hz, 1H), 2.53–2.46 (m, 1H), 1.98–1.93 (m, 1H), 1.87 (ddd, J = 14.6, 12.2, 4.3 Hz, 1H), 1.70–1.54 (m, 3H), 1.26–1.23 (m, 1H), 0.81 (t, J = 7.3 Hz, 3H).*

*HRMS (ESI): Calcd for C$_{23}$H$_{30}$N$_2$O$_5$ [M + H]$^+$: 415.2233; Found: 415.2248.*

*Fig. 2. Partial Synthesis of 7-hydroxymitragynine from Mitragynine*

Preparation of Mitragynine Pseudoindoxyl (3) from 7-Hydroxymitragynine (2): 7-Hydroxymitragynine (2, 200 mg, 0.48 mmol) was dissolved in dry DCM (6 mL), and AlCl$_3$ (350 mg, 2 equiv) was added. The reaction was stirred at room temperature (23 °C) for 2 h. The reaction was cooled and quenched with saturated aqueous NaHCO$_3$ (10 mL), then extracted with EtOAc (30 mL). The organic phase was washed with brine (20 mL), dried over anhydrous Na$_2$SO$_4$, and evaporated under reduced pressure. Purification by silica gel chromatography (gradient: 0–75% EtOAc in hexane) yielded mitragynine pseudoindoxyl (3) as a yellow amorphous powder (112 mg, 56%).

Characterization of Mitragynine Pseudoindoxyl (3):

*IR (NaCl): 3350, 2947, 2794, 1687, 1615, 1502, 1343, 1269, 1246, 1148, 1079, 757 cm$^{-1}$*

*$^1$H NMR (600 MHz, CDCl$_3$): δ 7.32 (t, J = 8.1 Hz, 1H), 7.27 (s, 1H), 6.40 (d, J = 8.1 Hz, 1H), 6.13 (d, J = 8.1 Hz, 1H), 5.13 (s, 1H), 3.89 (s, 3H), 3.66 (s, 3H), 3.62 (s, 3H), 3.15–3.07 (m, 2H), 2.76 (dt, J = 11.9, 3.5 Hz, 1H), 2.38–2.29 (m, 2H), 2.29–2.18 (m, 1H), 2.14 (dt, J = 10.2, 6.3 Hz, 1H), 1.93–1.84 (m, 1H), 1.63 (dt, J = 11.3, 6.8 Hz, 1H), 1.49 (d, J = 11.3 Hz, 1H), 1.18 (ddd, J = 13.2, 7.8, 2.9 Hz, 1H), 1.11 (dd, J = 11.3, 3.6 Hz, 1H), 0.84 (t, J = 7.4 Hz, 3H).*

*¹³C NMR (151 MHz, CDCl₃): δ 199.73, 169.05, 162.27, 160.40, 158.74, 138.85, 111.85, 109.96, 103.95, 99.21,*

*75.37, 73.38, 61.61, 55.86, 54.96, 53.35, 51.36, 40.28, 38.57, 35.25, 23.95, 19.47, 13.11.*

*HRMS (ESI): Calcd for C₂₃H₂₈N₂O₅ [M + H]⁺: 415.2233; Found: 415.2216.*

*Fig. 3. Partial Synthesis of MGP from 7HMG*

## In Vitro Toxicology

### Cell Culture

Two human cell lines were used for cytotoxicity assays: WI-38 and 293FT. WI-38 is a diploid human fibroblast cell line derived from fetal lung tissue (ATCC). 293FT is a human embryonic kidney cell line (Thermo Fisher Scientific). WI-38 cells were cultured in Dulbecco's Modified Eagle Medium (DMEM, high glucose) supplemented with 10% (v/v) heat-inactivated fetal bovine serum (FBS; Gibco) and 1% penicillin-streptomycin (100 U/mL penicillin, 100 μg/mL streptomycin). 293FT cells were maintained in the same DMEM + 10% FBS + 1% penicillin-streptomycin medium. Cultures were incubated at 37 °C in a humidified atmosphere of 5% $CO_2$. Cells were subcultured at ~80% confluency using 0.25% (w/v) trypsin-EDTA (Gibco).

In addition, human peripheral blood mononuclear cells (hPBMCs) were used as a primary cell model. Frozen hPBMCs (ATCC) were suspended in  RPMI-1640 medium (Thermo Fisher Scientific) supplemented with 10% FBS and 1% penicillin-streptomycin and kept at 37 °C until used in cytotoxicity assays.

### Cell Viability Assay

Cell viability was assessed using a WST-8 colorimetric assay (CCK-8 kit, Dojindo), in which a tetrazolium salt was added to a cell culture and subsequently reduced to formazan dye by cellular dehydrogenases in viable cells, providing a direct measure of cell viability. WI-38 and 293FT cells were seeded in 96-well plates (Thermo Fisher

Scientific) at densities of 8,000 WI-38 cells per well or 6,000 293FT cells per well and allowed to attach overnight. Cell cultures were then treated with serial dilutions of the test compounds: **1-3.** Triplicate wells were created for each active compound concentration, with control wells containing vehicles without active compounds. After 96 hours of continuous exposure, the culture medium was removed from the wells. 10 µL of WST-8 reagent was then added to each well. Plates were then incubated at 37 °C for 4 hours. The absorbance in each well was measured at 450 nm with a reference wavelength at 650 nm using a microplate reader. Absorbance values, correlating with the number of metabolically active cells, in drug-treated wells were expressed as a percentage relative to absorbance in control wells. These data were used to calculate the $IC_{50}$ for each cell line. $IC_{50}$ values were calculated by nonlinear regression, fitting the normalized dose-response data to a sigmoidal curve using GraphPad Prism (GraphPad Software).

**Compound Profiling Assays**

SAFETYscan E/IC50 ELECT profiling (Eurofins DiscoverX, San Diego, CA) was conducted to evaluate compound interactions across 78 human biological targets, including GPCRs, ion channels, nuclear hormone receptors, neurotransmitter transporters, kinases, and enzymes. Assays employed included PathHunter enzyme fragment complementation (EFC), FLIPR-based calcium flux and ion-channel assays, KINOMEscan kinase-binding assays, and enzymatic inhibition assays, conducted according to the manufacturer's standard protocols. Cells or purified enzyme preparations were incubated with compounds at increasing concentrations. GPCR activity was determined by monitoring intracellular cAMP levels and calcium mobilization using chemiluminescent and fluorescent detection methods, respectively. Ion channel blockade, including assays for hERG and NAV1.5, was evaluated through fluorescence-based thallium flux assays. Kinase-binding assays were performed using competitive displacement from active-site ligands, quantified by qPCR. Enzymatic activity (e.g., COX-1, COX-2) was measured spectrophotometrically or fluorometrically based on substrate turnover. Data was analyzed with CBIS software (ChemInnovation, CA), calculating $RC_{50}$ values via nonlinear regression analysis. Complete assay details and data processing procedures are provided in the supplementary information.

Aliquot concentrations and the escalating dosage range were selected based on the reported $IC_{50}$ value of 7HMG at the rat µ-opioid receptor (MOR), which is 53 nM as referenced in the ChEMBL database (ChEMBL ID: CHEMBL3751304). For validation, our in-house assay yielded a comparable $RC_{50}$ of approximately 60 nM. The

tested dosage range spanned from 0.51 nM to 3.3 µM using a 9-point, 3-fold serial dilution series. Compounds **1–3** were evaluated across this range to ensure adequate coverage of the expected activity window at the opioid receptor and to detect potential off-target interactions within physiologically relevant concentrations.

**COMET Assay**

Genotoxicity in human peripheral blood mononuclear cells (hPBMCs) was assessed for compounds **1-3** using COMET assays (ABCAM). Cells were seeded on microplates and allowed to incubate overnight. Cells were then treated with one of three compounds, **1-3**, at a concentration of 10 µM and allowed to incubate for 24 hours. An additional set of wells was prepared as a control with DMSO without the active compound. A positive control was prepared using 20 µM of etoposide to ensure assay sensitivity. After incubation, the cells were removed from the wells by scraping with a rubber policeman. The cell suspension was transferred to a conical tube and centrifuged at 700 x g for 2 minutes. The cell pellets were washed using cold PBS containing no $Mg^{2+}$ and $Ca^{2+}$, then again centrifuged at 700 x g for 2 minutes. The cells were then resuspended at 1 x $10^5$ cells/mL in ice-cold PBS containing no $Mg^{2+}$ and $Ca^{2+}$. The cell samples were combined with 0.75% low-melting-point agarose at a 1/10 ratio (v/v) and immediately transferred to a slide containing a base layer 1% normal-melting-point agarose. The slides were kept at 4°C for 15 minutes to solidify. The slides were then submerged in a lysis buffer containing 2.7M NaCl, 110mM EDTA, 10X lysis solution (ABCAM) at a 1/10 ratio (v/v), DMSO at a 1/10 ratio (v/v), and DI $H_2O$ at a 5/10 ratio (v/v). The slides remained in the lysis solution at 4°C for 60 minutes in the dark. The lysis buffer was aspirated and replaced with a pre-chilled alkaline solution (0.3M NaOH, 1mM EDTA in DI $H_2O$) for 30 minutes at 4°C in the dark. The alkaline solution was then aspirated and replaced with an electrophoresis solution containing 90 mM Tris Base, 89mM boric acid, and 2.5 mM EDTA in DI $H_2O$ at 4°C for 5 minutes. The slides were then immersed in fresh electrophoresis solution at 4°C for an additional 5 minutes. Slides were submerged in a cold TBE electrophoresis solution in an electrophoresis chamber where electrophoresis was carried out for 15 minutes at 35V and 300mA. Following electrophoresis, the slides were submerged for 2 minutes in a container containing pre-chilled DI $H_2O$. This solution was aspirated and replaced twice more before being immersed in cold 70% ethanol for 5 minutes. The slides were then removed from the ethanol solution and allowed to air dry. After drying, 100 µL of a diluted Vista Green DNA Dye was added to each well and allowed to incubate at room temperature for 15 minutes. The slides were then analyzed by epifluorescence microscopy using a FITC filter.

**Microsomal Stability**

Three separate sets of human liver microsome solutions containing 100 µl of compounds **1**, **2,** or **3** in a 10 mM stock solution of DMSO with NADPH or without NADPH (control) were placed in an incubator at 37 °C for a preincubation period of 15 minutes, simulating the conditions of a human body. Samples of each set were taken from the incubator at their respective sample times of 0, 15, 30, 45, and 60 minutes. LC-MS analysis was employed to quantify the percentage of compound remaining after incubation. Subsequently, the half-life ($T_{1/2}$) is estimated from the slope of the initial linear range of the logarithmic curve of compound remaining (%) versus time, assuming first-order kinetics were calculated by the method established in the literature [9].

**Molecular Docking**

**Protein Preparation**

A structural model of the human NAV1.5 (SCN5A) voltage-gated sodium channel was prepared based on the cryo-EM structure of NAV1.5 in complex with quinidine (PDB ID: 6LQA), which provides high-resolution detail of the pore domain and ligand binding site. The protein was preprocessed for docking by removing all non-receptor components, including quinidine as the co-crystalized ligand, solvent molecules, and additional subunits.

Hydrogen atoms were added in accordance with physiological pH (7.4), and partial atomic charges were assigned using the Gasteiger method. Local energy minimization was performed to optimize side-chain conformations and relieve steric clashes. The resulting structure was exported in PDBQT format to enable flexible-ligand docking using Auto Dock-based methods.

**Ligand Preparation**

The structures of MG**,** 7HMG**,** MGP, and quinidine were imported in SMILES format and converted into PDB format using MMFF94 force field to obtain a low-energy geometry. OpenBabel was used to assign Gasteiger partial charges and define atom types compatible with Auto Dock**.**

**Docking Method**

The co-crystallized quinidine ligand was used to define the center of the docking grid. A box size of 10 Å per dimension was specified to encompass the pore domain of the NAV1.5 channel. A 5 Å interaction cutoff was applied to identify ligand–receptor contacts within the binding site. During ligand preparation, all non-ring single bonds were designated as rotatable, except those within amide linkages, which were kept rigid to preserve their planar geometry. Docking was performed using Auto Dock Vina, and the top 10 binding poses were retained for each ligand.

## RESULTS AND DISCUSSION

### Cytotoxicity and Cell Viability

The cytotoxic effects of compounds **1–3** were evaluated in three human cell models, including WI-38 lung fibroblasts, 293FT kidney cells, and primary hPBMCs. $IC_{50}$ values were determined using a 4-day WST-8 assay (Table 1). MG exhibited the highest cytotoxicity overall, particularly in WI-38 and 293FT cells. In hPBMCs, MGP showed the lowest $IC_{50}$ (3.2 µM), though the difference was not significantly different from MG (5.70 µM). 7HMG exhibited the highest $IC_{50}$ (10.69 µM). We found that MG demonstrated moderate to high cytotoxicity in kidney-derived 293FT cells, which is consistent with prior rodent studies in which high doses of mitragynine caused renal tubular degeneration, glomerular congestion, and interstitial inflammation [10]. Although clinical data are limited, several case reports and poison center records describe acute kidney injury in kratom users [11]. While no direct evidence currently links mitragynine to cyclooxygenase (COX)-mediated renal injury, our data show that MG is a moderate inhibitor of both COX-1 and COX-2. These enzymes are constitutively expressed in various renal structures where they regulate renal blood flow, glomerular filtration rate, and fluid balance. It is also well established that COX-2 inhibition by NSAIDs is a primary mechanism of acute kidney injury [11]. Therefore, our findings suggest that the oxidative metabolism of MG to 7HMG and MGP may attenuate renal toxicity, as both

metabolites displayed lower cytotoxicity in kidney cells.



*Fig. 4. Dose-dependent cytotoxicity of MG, 7HMG, and MGP in human cell lines. Cell viability was assessed in 293FT kidney cells (left), primary hPMBCs (middle), and WI-38 lung fibroblasts (right) following 4-day treatment with increasing concentrations of each compound using the WST-8 assay. MG showed the highest cytotoxicity in 293FT and WI-38 cells. In hPBMCs, MGP exhibited the lowest IC50, though viability trends were similar between compounds. Data reflect means from representative experiments with viability expressed as a percentage of untreated control.*

**Genotoxicity**

Human peripheral blood mononuclear cells (hPBMCs) were treated with **1**, **2**, or **3** at a concentration of 10 µM for 24 hours. A positive control group was treated with etoposide at 20 µM for 4 hours. Following treatment, cells were collected and subjected to a Comet assay to assess DNA damage. Under these conditions, none of the test compounds induced detectable DNA damage.



Fig. 5: Comet assay of hPMBCs treated with test compounds 1-3 (10 µg/mL, 24 h) or etoposide (20 µM, 4h). Cells were assessed for DNA damage using alkaline conditions. No significant DNA damage was observed in cells treated with compounds 1-3, whereas etoposide (positive control) produced marked comet trails indicative of genotoxicity.

## Off-Target Screening

The pharmacological profiling of **1-3** was performed across a comprehensive panel of 78 assays, identifying significant receptor and enzyme interactions relevant to their therapeutic and safety profiles. Assay results were considered insignificant if the max response was less than 50% of the control and the $EC_{50}$ was greater than 10 µM.

## Adrenergic Activity

Previous studies have shown that MG binds to ADRα2R with low micromolar affinity but fails to stimulate [$^{35}$S]GTPΥS binding, indicating minimal intrinsic activity [12]. Additional profiling has shown moderate, non-selective binding of MG across adrenergic receptors α1A, α1B, α1D, α2A, α2B, α2C, with $K_i$ values in the low micromolar range [12]. We found that MG behaves as a full antagonist at ADRα1A, with an $IC_{50}$ of 0.46 µM and maximal inhibition of 99.45%, while 7HMG and MGP exhibit only partial antagonism at this receptor. MG also antagonized ADRα2A ($IC_{50}$ of 8.2 µM, 58.82% max inhibition) and ADRß2 ($IC_{50}$ of 5.16 µM, 70.46% inhibition), while 7HMG and MGP were mostly inactive at these subtypes.

| Compound | Target | Activity Type | RC50 (uM) | Max Response (%) |
|---|---|---|---|---|
| MG | ADRα1A | Agonist | 10 | 0.64 |
| | | **Antagonist** | **0.46** | **99.45** |
| 7HMG | ADRα1A | Agonist | 10 | 6.9 |
| | | **Antagonist** | **6.56** | **65.36** |
| MGP | ADRα1A | Agonist | 10 | 17.96 |
| | | **Antagonist** | **4.49** | **80.08** |
| MG | ADRα2A | Agonist | 10 | 1.74 |
| | | **Antagonist** | **8.2** | **58.82** |
| 7HMG | ADRα2A | Agonist | 10 | 4.67 |
| | | Antagonist | 10 | 7.1 |
| MGP | ADRα2A | Agonist | 10 | 5.63 |
| | | Antagonist | 10 | 18.37 |
| MG | ADRß2 | Agonist | 10 | 0 |
| | | **Antagonist** | **5.16** | **70.46** |
| 7HMG | ADRß2 | Agonist | 10 | 0.3 |
| | | Antagonist | 10 | 2.1 |
| MGP | ADRß2 | Agonist | 10 | 0 |
| | | Antagonist | 10 | 29.78 |

*Table 1: Adrenergic activity of MG, 7HMG, and MGP*

## Opioidergic Activity

MG and its metabolites 7HMG and MGP have previously been characterized as partial agonists or antagonists at opioid receptors, with a growing body of evidence highlighting their atypical G-protein biased signaling profiles [7,13–15]. MGP and 7HMG have been reported as partial agonists at the human µ-opioid receptor (hMOR) and competitive antagonists at the KOR and DOR opioid receptors, while MG is reported to be a partial agonist at MOR and a weak antagonist at both DOR and KOR [13]. Our results are consistent with these. We found that MGP had

partial antagonistic activity at KOR (Emax 57.91%) and 7HMG had moderate agonistic activity ($E_{max}$ 58.4%) at KOR, with 7HMG effective at lower concentrations than MGP.

| Compound | Target | Activity Type | RC50 (uM) | Max Response (%) |
|---|---|---|---|---|
| MG | OPRD1 | **Agonist** | **2.84** | **68.46** |
|  |  | Antagonist | 10 | 6.79 |
| 7HMG | OPRD1 | **Agonist** | **0.07** | **90.21** |
|  |  | Antagonist | 10 | 0 |
| MGP | OPRD1 | **Agonist** | **0** | **94.26** |
|  |  | Antagonist | 10 | 0 |
| MG | OPRK1 | Agonist | 10 | 8.2 |
|  |  | Antagonist | 10 | 9.05 |
| 7HMG | OPRK1 | **Agonist** | **1.78** | **58.4** |
|  |  | Antagonist | 10 | 13.67 |
| MGP | OPRK1 | Agonist | 10 | 14.69 |
|  |  | **Antagonist** | **7.85** | **57.91** |
| MG | OPRμ1 | Agonist | 10 | 41.8 |
|  |  | Antagonist | 10 | 35.1 |
| 7HMG | OPRμ1 | **Agonist** | **0.06** | **83.96** |
|  |  | Antagonist | 10 | 0 |
| MGP | OPRμ1 | **Agonist** | **0** | **85.66** |
|  |  | Antagonist | 10 | 0 |

*Table 2: Opioidergic activity of MG, 7HMG, and MGP*

**Cyclooxygenase Activity**

Previous work has identified mitragynine as a COX-2 inhibitor [16] but did not investigate COX-1 activity. Additional profiling investigated the effects of mitragynine on cyclooxygenase enzymes using mRNA expression of COX-1 and COX-2 as an indicator of activity [17]. To our knowledge, no study has investigated the effects of MG

on COX-1 by quantifying substrate turnover, nor the effects of 7HMG and MGP on cyclooxygenase enzyme activity.

Inhibition of cyclooxygenases results in reduced biosynthesis of prostaglandins and is the primary mechanism by which NSAIDs provide analgesia. The analgesic properties of 7HMG may be partially mediated by interactions with cyclooxygenase enzymes (COX), as is believed to be the case for MG. Overinhibition of COX-1 has been shown to have unintended GI effects. For this reason, selective COX-2 inhibitors such as Celecoxib have been developed to mitigate unwanted GI effects caused by overinhibition of COX-1.

MG, 7HMG, and MGP all acted as COX-1 inhibitors with $IC_{50}$s of 2.45 µM, 9.15 µM, and 4 µM, respectively. MG was the most potent inhibitor of COX-1. Similarly, MG, 7HMG, and MGP all acted as COX-2 inhibitors with $IC_{50}$s of 1.47 µM, 4.24 µM, and 10 µM, respectively. MG was the most potent inhibitor of COX-2.

| Compound | Target | Activity Type | RC50 (uM) | Max Response (%) |
|---|---|---|---|---|
| MG | COX-1 | Inhibitor | 2.45 | 108.51 |
| 7HMG | COX-1 | Inhibitor | 9.15 | 54.36 |
| MGP | COX-1 | Inhibitor | 4 | 84.55 |
| MG | COX-2 | Inhibitor | 1.47 | 154.74 |
| 7HMG | COX-2 | Inhibitor | 4.24 | 94.99 |
| MGP | COX-2 | Inhibitor | 10 | 149.55 |

*Table 3: Activity of MG, 7HMG, and MGP at Cyclooxygenase*

**Serotonergic Activity**

Several alkaloids from Kratom, including MG, have shown interactions with 5-HT1 and 5-HT2 subfamilies [18], which may be partially responsible for the reported mood-enhancing and stimulant effects [19,20]. Furthermore, MG has been shown to have micromolar affinity at the 5-HT2B receptor and to induce the head twitch response (HTR) in rodents in a dose-dependent manner as a result [21]. Binding studies at 5-HT1A have shown differential activities of the minor Kratom alkaloids paynantheine and speciogynine with MG [22], where all three display either full or partial agonistic activity. However, far less is known about MGs' activity at 5-HT1B and 5-HT2B receptor subtypes,

which are associated with antidepressant activity and cardiovascular safety, respectively [23,24]. We found MG produced profound responses at both 5-HT1B and 5-HT2B receptors, while 7HMG and MGP exhibited minimal to no activity.

**Table 4: Serotonergic activity of MG, 7HMG, and MGP.**

| Compound | Target | Activity Type | RC50 (uM) | Max Response (%) |
|---|---|---|---|---|
| MG | HTR1B | **Agonist** | **1.09** | **110.79** |
| | | Antagonist | 10 | 0 |
| 7HMG | HTR1B | Agonist | 10 | 12.53 |
| | | Antagonist | 10 | 0 |
| MGP | HTR1B | Agonist | 10 | 6.78 |
| | | Antagonist | 10 | 0 |
| MG | HTR2B | Agonist | 10 | 0 |
| | | **Antagonist** | **1.34** | **90.64** |
| 7HMG | HTR2B | Agonist | 10 | 0 |
| | | Antagonist | 10 | 26.54 |
| MGP | HTR2B | Agonist | 10 | 0 |
| | | Antagonist | 10 | 45.2 |

**NAV1.5 & hERG Channel Activity:**

Cardiotoxicity is the leading cause of drug attrition during preclinical development, clinical trials, and post-marketing surveillance, representing approximately 40% of all drug withdrawals due to safety concerns [25]. Prolongation of the QT interval represented 33% of drug withdrawals during the same period [26]. While not life-threatening itself, QT prolongation can lead to lethal arrhythmias such as ventricular tachycardia and torsades de pointes [27]. Cardiac ion channel dysfunction involving NAV1.5 and hERG plays a role in drug-induced QT interval prolongation and arrhythmogenic risk. NAV1.5 is responsible for initiating cardiac potential by mediating sodium influx and cellular depolarization. It is the primary target of Class I antiarrhythmic agents, but unintended or

excessive inhibition can delay depolarization and contribute to QT interval prolongation, increasing the likelihood of arrhythmia. hERG potassium channels regulate repolarization and stabilize cardiac resting membrane potential and are also highly susceptible to drug-induced blockade. Due to their critical roles in maintaining cardiac electrical stability, both NAV1.5 and hERG are prioritized targets in early cardiotoxicity screening.

**Table 5: NAV1.5 & hERG activity of MG, 7HMG, and MGP.**

| Compound | Target | Activity Type | RC50 (uM) | Max Response (%) |
|---|---|---|---|---|
| MG | NAV1.5 | **Blocker** | **9.39** | **51.85** |
| 7HMG | NAV1.5 | Blocker | 10 | 22.60 |
| MGP | NAV1.5 | Blocker | 10 | 39.13 |
| **MG** | **hERG** | **Blocker** | **10** | **40.09** |
| 7HMG | hERG | Blocker | 10 | 15.63 |
| **MGP** | **hERG** | **Blocker** | **10** | **44.00** |

Nonlinear regression and dose response analysis yielded a NAV1.5 $IC_{50}$ for MG of 9.39 µM. The $IC_{50}$s of 7HMG and MGP were not conclusively determined but were both found to be >10 µM. The max inhibition of MG, 7HMG, and MGP were 51.85%, 22.6% and 39.13% respectively. Lidocaine Hydrochloride, a sodium channel blocker, was used as a reference control. Lidocaine indicated an $IC_{50}$ of 15.58 µM. These data indicate all 3 compounds exhibit partial inhibition of the NAV1.5 channel, with MG exhibiting the greatest amount of inhibition.

MG, 7HMG, and MGP did not elicit a significant inhibitory response on hERG channels. An $IC_{50}$ was not conclusively determined for any compound at concentrations of 10 µM. 7HMG had the least inhibitory activity with a max response of 15.63% at 10 µM. MG and MGP shared a similar inhibitory response, with a response of 40.09% inhibition and 44.0% inhibition, respectively.

**Microsomal Stability**



*Fig 6: Microsomal stability of mitragynine (MG), 7-hydroxymitragynine (7HMG), and mitragynine pseudoindoxyl (MGP) in the presence and absence of NADPH. The half-lives of MG, 7HMG, and MGP in HLM were 37 minutes, 107 minutes, and 5 minutes, respectively.*

Previous studies have indicated that 7HMG has a higher microsomal stability when compared to MG. This is due to the rapid conversion of MG to 7HMG by CYP3A. It was also noted that 7HMG was resistant to phase 1 metabolism as indicated by its accumulation during the conversion of MG to 7HMG by CYP3A [6]. To our knowledge, no studies have evaluated the microsomal stability of MGP. Our studies indicated a half-life for MG, 7HMG, and MGP in HLM of 37 minutes, 107 minutes, and 5 minutes, respectively. These findings regarding the stability of MG and 7HMG are consistent with prior work. The stability of MGP was found to be significantly lower than that of MG and 7HMG in HLM.

## In-Silico Investigation

### NAV1.5 Channel Inhibition

Despite its potential therapeutic value, kratom use has been linked to many occurrences of multiorgan toxicity and cardiotoxicity [27]. Acute cardiac effects include tachycardia and hypertension [27]. Prior in vitro studies have indicated that long-term kratom use can lead to prolonged QT syndrome. It is thought that hERG1a/1b channel function and trafficking may explain such observations [27]. These effects may be exacerbated by co-administration

of kratom with other substances, potentially due to MG's inhibition of the CYP2D6 enzyme, which affects drug metabolism [27].

To our knowledge, no detailed investigations have examined the interaction between MG and the cardiac sodium channel NAV1.5, which is responsible for the initiation of the cardiac cycle. Pharmacological inhibition of NAV1.5 is known to cause acquired long QT syndrome, potentially resulting in cardiac arrhythmias [27].

To investigate the interaction between MG and the cardiac sodium channel NAV1.5, we conducted computational docking studies using AutoDock Vina and a crystallized structure of NAV1.5 (PDB 6LQA). The antiarrhythmic drug quinidine was co-crystallized within the NAV1.5 binding pocket and served as a reference ligand to guide initial docking simulations. MG was also overlaid with quinidine and additional known NAV1.5 channel blockers to identify pharmacophoric elements crucial for channel interaction.

Quinidine binds beneath the selectivity filter in the pore domain of NAV1.5, interacting with residues from channel repeats I, III, and IV, thereby tightening the intracellular gate and preventing sodium ion permeation [28]. We suspect that MG may have a similar mode of action.



*Figure 7 : Computational docking of MG, 7HMG, and MGP to the cardiac sodium channel NAV1.5 reveals potential interactions linked to cardiotoxicity. To evaluate the potential role of kratom alkaloids in cardiotoxicity, in silico docking studies were performed using AutoDock Vina and the human NAV1.5 crystal structure (PDB: 6LQA),*

*with quinidine as a reference ligand. All tested compounds demonstrated conserved π–π stacking interactions with residues $GLN^{371}$ and $VAL^{405}$ near the central pore region of the channel. Quinidine showed the most extensive binding profile, forming additional interactions with $PHE^{1760}$, $ASN^{406,}$ $LEU^{409}$, $SER^{1759}$, and $THR^{1417}$, consistent with its known ability to inhibit NAV1.5 and induce QT prolongation. MG bound less extensively but maintained key interactions via its indole core, while polar substitutions on 7HMG and MGP appeared to reduce π–π stacking with $PHE^{1760}$, potentially diminishing their binding affinity. These findings suggest that MG may share structural determinants with known NAV1.5 inhibitors, raising the possibility of a mechanistic link between kratom alkaloids and adverse cardiac electrophysiology.*

All ligands exhibited conserved π–π stacking interactions with $GLN^{371}$ and $VAL^{405}$, residues situated near the central pore region of the channel. However, quinidine displayed a more extensive interaction profile compared to MG, 7HMG, and MGP, engaging additional residues through both π–π and hydrogen bonding interactions.

$GLN^{371}$, $THR^{1417}$, and $SER^{1759}$ are positioned to form hydrogen bonds with the polar functional groups of quinidine. In the case of MG, π–π stacking interactions are observed with $GLN^{371}$, $VAL^{405}$, and $PHE^{1760}$ via the indole core. However, π–π stacking with $PHE^{1760}$ is likely attenuated in 7HMG and MGP, where polar substitutions (e.g., hydroxyl or carbonyl groups) at the C3 position of the indole core may disrupt the planarity and electron density of the aromatic system necessary for effective stacking.

| Compound | Residue Interaction |
|---|---|
| Quinidine | $GLN^{371}$, $PHE^{1760}$, $VAL^{405}$, $ASN^{406}$, $LEU^{409}$, $PHE^{402}$, $SER^{1759}$, $THR^{1417}$ |
| MG | $GLN^{371}$, $VAL^{405}$, $THR^{1417}$, $PHE^{1760}$ |
| 7HMG | $GLN^{371}$, $VAL^{405}$, $THR^{1417}$ |
| MGP | $GLN^{371}$, $VAL^{405}$, $THR^{1417}$ |

*Table 6: Residue interactions of Compounds 1-3 with Quinidine used as a reference ligand*

**Conclusions**

To our knowledge, this study represents the first in vitro preclinical evaluation of MG's oxidative metabolites, 7HMG and MGP. Our findings regarding the activity of MG, 7HMG, and MGP at opioid receptors are consistent with prior reports. Serotonergic activity at the 1A has previously been reported, but we were able to further characterize activity at HTR1B and HTR2B subtypes. MG, 7HMG, and MGP had significantly more bias toward the HTR2B subtype. All three compounds engaged the adrenergic receptor ADR1A as antagonists, with MG exhibiting the greatest potency, but we found that 7HMG and MGP exhibit substantially reduced activity at 2A and 2B subtypes. MG also demonstrated full inhibition of both COX-1 and COX-2, whereas 7HMG and MGP retained full COX-2 inhibition but had diminished COX-1 activity.

Our findings also imply a potential cardiotoxic mechanism for MG via inhibition of the cardiac sodium channel NAV1.5. This effect was markedly attenuated with 7HMG and MGP. Molecular docking suggested that MG may interact with NAV1.5 within the pore region through pi-pi stacking, similar to the antiarrhythmic agent quinidine. Substitution of the aromatic system within 7HMG and MGP may disrupt this interaction and account for their reduced activity. All three compounds exhibited mild inhibition of the hERG potassium channel at concentrations up to 10 μM, with 7HMG showing the lowest maximal effect ($E_{max}$ 15%).

Genotoxicity assessment using the Comet assay in human peripheral blood mononuclear cells (hPBMCs) revealed no significant DNA damage for MG, 7HMG, or MGP. Nonetheless, further testing, including micronucleus and Ames assays, will be required to further evaluate genomic stress. Long-term rodent studies might also help to fully exclude carcinogenic risk.

Microsomal stability assays revealed that MGP is rapidly metabolized, indicating limited hepatic stability and reduced systemic exposure. In contrast, 7HMG exhibited the greatest metabolic stability, followed by MG. Therefore, although MGP is a potent analgesic, its efficacy may be limited by its rapid clearance.

In summary, 7HMG and MGP appear unlikely to contribute additional toxicity beyond that of MG. Both metabolites demonstrate reduced off-target activity at cardiac, hepatic, and renal-associated proteins, as well as comparable or lower toxicity in human cell models. Further in vivo studies are needed to fully elucidate the physiological relevance of these findings.

References

[1]     B. Fischer, T. Robinson, "Safer Drug Supply" Measures in Canada to Reduce the Drug Overdose Fatality Toll: Clarifying Concepts, Practices and Evidence Within a Public Health Intervention Framework, J. Stud. Alcohol Drugs 84 (2023) 801–807. https://doi.org/10.15288/jsad.23-00195.

[2]     C.M. Jones, B. Han, G.T. Baldwin, E.B. Einstein, W.M. Compton, Use of Medication for Opioid Use Disorder Among Adults With Past-Year Opioid Use Disorder in the US, 2021, JAMA Network Open 6 (2023) e2327488–e2327488. https://doi.org/10.1001/jamanetworkopen.2023.27488.

[3]     A. Garcia-Romeu, D.J. Cox, K.E. Smith, K.E. Dunn, R.R. Griffiths, Kratom (Mitragyna speciosa): User demographics, use patterns, and implications for the opioid epidemic, Drug and Alcohol Dependence 208 (2020) 107849. https://doi.org/10.1016/j.drugalcdep.2020.107849.

[4]     L. Flores-Bocanegra, H.A. Raja, T.N. Graf, M. Augustinović, E.D. Wallace, S. Hematian, J.J. Kellogg, D.A. Todd, N.B. Cech, N.H. Oberlies, The Chemistry of Kratom [Mitragyna speciosa]: Updated Characterization Data and Methods to Elucidate Indole and Oxindole Alkaloids, J. Nat. Prod. 83 (2020) 2165–2177. https://doi.org/10.1021/acs.jnatprod.0c00257.

[5]     S. Obeng, S.H. Kamble, M.E. Reeves, L.F. Restrepo, A. Patel, M. Behnke, N.J.-Y. Chear, S. Ramanathan, A. Sharma, F. León, T. Hiranita, B.A. Avery, L.R. McMahon, C.R. McCurdy, Investigation of the Adrenergic and Opioid Binding Affinities, Metabolic Stability, Plasma Protein Binding Properties, and Functional Effects of Selected Indole-Based Kratom Alkaloids, J. Med. Chem. 63 (2020) 433–439. https://doi.org/10.1021/acs.jmedchem.9b01465.

[6]     A.C. Kruegel, R. Uprety, S.G. Grinnell, C. Langreck, E.A. Pekarskaya, V. Le Rouzic, M. Ansonoff, M.M. Gassaway, J.E. Pintar, G.W. Pasternak, J.A. Javitch, S. Majumdar, D. Sames, 7-Hydroxymitragynine Is an Active Metabolite of Mitragynine and a Key Mediator of Its Analgesic Effects, ACS Cent. Sci. 5 (2019) 992–1001. https://doi.org/10.1021/acscentsci.9b00141.

[7]     S.H. Kamble, F. León, T.I. King, E.C. Berthold, C. Lopera-Londoño, K. Siva Rama Raju, A.J. Hampson, A. Sharma, B.A. Avery, L.R. McMahon, C.R. McCurdy, Metabolism of a Kratom Alkaloid Metabolite in Human Plasma Increases Its Opioid Potency and Efficacy, ACS Pharmacol. Transl. Sci. 3 (2020) 1063–1068. https://doi.org/10.1021/acsptsci.0c00075.

[8]     A. Váradi, G.F. Marrone, T.C. Palmer, A. Narayan, M.R. Szabó, V. Le Rouzic, S.G. Grinnell, J.J. Subrath, E. Warner, S. Kalra, A. Hunkele, J. Pagirsky, S.O. Eans, J.M. Medina, J. Xu, Y.-X. Pan, A. Borics, G.W. Pasternak, J.P. McLaughlin, S. Majumdar, Mitragynine/Corynantheidine Pseudoindoxyls As Opioid Analgesics with Mu Agonism and Delta Antagonism, Which Do Not Recruit β-Arrestin-2, J. Med. Chem. 59 (2016) 8381–8397. https://doi.org/10.1021/acs.jmedchem.6b00748.

[9]     R.S. Obach, J.G. Baxter, T.E. Liston, B.M. Silber, B.C. Jones, F. MacIntyre, D.J. Rance, P. Wastall, The prediction of human pharmacokinetic parameters from preclinical and in vitro metabolism data, The Journal of Pharmacology and Experimental Therapeutics 283 (1997) 46–58.

[10]    S. Harizal, S. Mansor, J. Hasnan, J. Tharakan, J. Abdullah, Acute toxicity study of the standardized methanolic extract of Mitragyna speciosa Korth in rodent, Journal of Ethnopharmacology 131 (2010) 404–409.

[11]    S. Bindu, S. Mazumder, U. Bandyopadhyay, Non-steroidal anti-inflammatory drugs (NSAIDs) and organ damage: A current perspective, Biochemical Pharmacology 180 (2020) 114147. https://doi.org/10.1016/j.bcp.2020.114147.

[12]    N.A. Hanapi, N.J.-Y. Chear, J. Azizi, S.R. Yusof, Kratom alkaloids: Interactions with enzymes, receptors, and cellular barriers, Frontiers in Pharmacology 12 (2021) 751656.

[13]    L.L. Wilson, S. Chakraborty, S.O. Eans, T.J. Cirino, H.M. Stacy, C.A. Simons, R. Uprety, S. Majumdar, J.P. McLaughlin, Kratom alkaloids, natural and semi-synthetic, show less physical dependence and ameliorate opioid withdrawal, Cellular and Molecular Neurobiology 41 (2021) 1131–1143.

[14]    N.A.K. Annuar, U.K. Azlan, A. Mediani, X. Tong, R. Han, E. Al-Olayan, S.N. Baharum, H. Bunawan, M.N. Sarian, H.S. Hamezah, An insight review on the neuropharmacological effects, mechanisms of action, pharmacokinetics and toxicity of mitragynine, Biomedicine & Pharmacotherapy 171 (2024) 116134.

[15]    M. Masae, D. Cheaha, Effect of Long-Term of Kratom-Aqueous Extract Containing Addictive Dose of Mitragynine on Liver and Kidney in Mice, (n.d.).

[16] S.I. Rahmawati, D.W. Indriani, F.N. Ningsih, M. Hardhiyuna, F. Firdayani, P. Ahmadi, A. Rosyidah, E. Septiana, N.L.P.I. Dharmayanti, A. Bayu, Dual anti-inflammatory activities of COX-2/5-LOX driven by kratom alkaloid extracts in lipopolysaccharide-induced RAW 264.7 cells, Scientific Reports 14 (2024) 28993.

[17] Z. Utar, M.I.A. Majid, M.I. Adenan, M.F.A. Jamil, T.M. Lan, Mitragynine inhibits the COX-2 mRNA expression and prostaglandin E2 production induced by lipopolysaccharide in RAW264. 7 macrophage cells, Journal of Ethnopharmacology 136 (2011) 75–82.

[18] Y. Chen, Polypharmacology of Mitragyna speciosa ("kratom") alkaloids, PhD Thesis, Mercer University, 2023. https://search.proquest.com/openview/d9ccb0b6e8ad86e457ea7cda71eaa794/1?pq-origsite=gscholar&cbl=18750&diss=y (accessed June 13, 2025).

[19] D. Singh, S. Narayanan, C.P. Müller, M.T. Swogger, N.J.Y. Chear, E.B. Dzulkapli, N.S.M. Yusoff, D.S. Ramachandram, F. León, C.R. McCurdy, Motives for using Kratom (Mitragyna speciosa Korth.) among regular users in Malaysia, Journal of Ethnopharmacology 233 (2019) 34–40.

[20] D. Singh, N.J.Y. Chear, S. Narayanan, F. Leon, A. Sharma, C.R. McCurdy, B.A. Avery, V. Balasingam, Patterns and reasons for kratom (Mitragyna speciosa) use among current and former opioid poly-drug users, Journal of Ethnopharmacology 249 (2020) 112462.

[21] K. Matsumoto, M. Mizowaki, H. Takayama, S.-I. Sakai, N. Aimi, H. Watanabe, Suppressive effect of mitragynine on the 5-methoxy-N, N-dimethyltryptamine-induced head-twitch response in mice, Pharmacology Biochemistry and Behavior 57 (1997) 319–323.

[22] S. Obeng, F. León, A. Patel, L. Restrepo, L. Gamez-Jimenez, J. Zuarth Gonzalez, V. Pallares, M. Mottinelli, C. Lopera-Londoño, C. McCurdy, L. McMahon, T. Hiranita, Serotonin 5-HT$_{1A}$ Receptor Activity of Kratom Alkaloids Mitragynine, Paynantheine, and Speciogynine, FASEB j. 35 (2021) fasebj.2021.35.S1.04764. https://doi.org/10.1096/fasebj.2021.35.S1.04764.

[23] J. Cao, E. LaRocque, D. Li, Associations of the 5-hydroxytryptamine (serotonin) Receptor 1B gene ( *HTR1B* ) with alcohol, cocaine, and heroin abuse, American J of Med Genetics Pt B 162 (2013) 169–176. https://doi.org/10.1002/ajmg.b.32128.

[24] J.D. West, E.J. Carrier, N.C. Bloodworth, A.K. Schroer, P. Chen, L.M. Ryzhova, S. Gladson, S. Shay, J.D. Hutcheson, W.D. Merryman, Serotonin 2B receptor antagonism prevents heritable pulmonary arterial hypertension, PloS One 11 (2016) e0148657.

[25] B. Fermini, S.T. Coyne, K.P. Coyne, Clinical trials in a dish: a perspective on the coming revolution in drug development, SLAS DISCOVERY: Advancing Life Sciences R&D 23 (2018) 765–776.

[26] C.E. Pollard, N. Abi Gerges, M. Bridgland-Taylor, A. Easter, T. Hammond, J. Valentin, An introduction to QT interval prolongation and non-clinical approaches to assessing and reducing risk, British Journal of Pharmacology 159 (2010) 12–21.

[27] M.F.I. Leong Bin Abdullah, D. Singh, The adverse cardiovascular effects and cardiotoxicity of kratom (Mitragyna speciosa Korth.): a comprehensive review, Frontiers in Pharmacology 12 (2021) 726003.

[28] Z. Li, X. Jin, T. Wu, G. Huang, K. Wu, J. Lei, X. Pan, N. Yan, Structural basis for pore blockade of the human cardiac sodium channel Nav1. 5 by the antiarrhythmic drug quinidine, Angewandte Chemie 133 (2021) 11575–11581.

# APPENDIX 8

## FINAL REPORT

## STUDY SUMMARY: ACUTE TOXICITY ASSESSMENT OF 7-HYDROXYMITRAGYNINE IN RODENTS

**SPONSOR:**                           Shaman Pharma, LLC
1501 Iron Street
North Kansas City, Missouri 64116

**INVESTIGATOR:**              Dr. Patrick Kampmeyer, PhD

**TESTING FACILITY:**       Unio Biotech, 2029 Becker Drive, Suite 227
Lawrence, Kansas 66047

**STUDY INITIATION DATE:**     June 15, 2025

**STUDY CONCLUSION DATE:**   June 25, 2025

## APPROVAL SIGNATURES

Investigator: _Patrick Kampmeyer [Aug 18, 2025 16:33:33 GMT+2]_

Patrick Kampmeyer, PhD

18/08/25

Dated

Sponsor
Representative: _Vince Sanders_

Vince Sanders, Member
Shaman Pharma, LLC

8/18/25

Dated

# STUDY SUMMARY: ACUTE TOXICITY ASSESSMENT OF 7-HYDROXYMITRAGYNINE IN RODENTS

## ABSTRACT

### Objective

The objective of this study was to assess acute toxicity of test articles delivered via oral gavage in both male and female C57Bl/6 mice.

### Study Design

A total of 40 C57Bl/6 mice were organized into four groups of ten mice each. Animals were weighed and monitored for general health on a daily basis throughout the study. On Day 0, animals were dosed with vehicle control or TA1 (7HMG) at the dose indicated in Table 1 for each group. Test article was administered via oral gavage. Animals were observed 2x daily for any signs of immediate toxicity from Day 0 - Day 2, and once daily from Day 3 -- Day 14. If any animals lost 20% or more of its original body weight or was moribund, they were euthanized. Any surviving animals were euthanized on Day 14. Gross necropsy was performed on all animals euthanized throughout the study.

### Results & Conclusions

All groups demonstrated an overall increase in body weight. No significant differences in body weight change were observed. No clinical signs of in-life toxicity were observed in any animal throughout the study. Some minor, non-group specific findings were noted in four of the female animals upon necropsy. Necropsy findings included slight darkening/enlargement of fallopian tubes.

## Experimental Design

A total of 40 C57Bl/6 mice (20 male and 20 female; 6-8 weeks old; Taconic B6-M/B6-F) were organized into four groups of ten mice each (5 males and 5 females per group). Animals were weighed and monitored for general health on a daily basis throughout the study. On Day 0, animals were dosed with vehicle control or TA1 at the dose indicated in Table 1 for each group. Test article was administered via oral gavage. Animals were observed 2x daily for any signs of immediate toxicity from Day 0 - Day 2, and once daily from Day 3 – Day 14. If any animals lost 20% or more of its original body weight or was moribund, they were euthanized. Any surviving animals were euthanized on Day 14. Gross necropsy was performed on all animals euthanized throughout the study.

## Test-Articles and Formulation

*Test Article:*     *TA1*

| | |
|---|---|
| Name of Test Article: | TA1 |
| Source: | Study sponsor |
| Description (small-molecule, protein, bacteria, mammalian cell, nucleic acid, etc): | Small-molecule analgesic |
| MSDS and/or Safety Information Available: | ☐ Yes ☒ No |
| MSDS and/or Safety Information Will Be Sent As: | N/A |
| Does use of this material qualify this experiment as *NIH Non-Exempt?* Ref: NIH Guidelines https://osp.od.nih.gov/wp-content/uploads/NIH_Guidelines.pdf | ☐ Yes ☒ No |
| Biosafety Level: | BSL1 |
| Salt Factor and/or Purity: | N/A |
| Storage Conditions (Unformulated): | RT |
| Storage Conditions (Formulated): | RT |
| Vehicle: | Water |
| Dose: | 0.1 mL |
| Frequency and Duration of Dosing: | D0 |

| Route and Method of Administration: | Oral gavage |
|---|---|
| Formulation Schedule: | D0 |
| Formulation Stability: | Stable for several hours |
| Disposition of Unused Material (Unformulated): | Retain |
| Disposition of Unused Material (Formulated): | Discard |

Formulation Instructions: Dissolve in water at desired concentrations

## Dosing

Animals were dosed via oral gavage with vehicle or test article once on Day 0. Specifically, animals in Group 1 were administered vehicle. Animals in Groups 2, 3, and 4 were administered TA1 at 0.025, 0.125, and 0.250 mg, respectively. All dosing was performed in a total flat volume of 0.1 mL.

## Toxicity Monitoring

All animals were closely monitored through the entirety of the study for signs of toxicity from test article treatments. All animals were scored twice daily from Day 0-2 with a minimum of 4 hours between scoring and at least 1 hour post dosing on Day 0. Animals were then scored once daily from Day 3-14. Scoring was performed as described in Table 2 (shown below). If an animal received a score of 2, the animal was rechecked after a four-hour time period. If an animal received a score of 1, the animal was euthanized.

## Body Weight

Animals were weighed daily for the duration of the study and the percent body weight change relative to Day 0 (Figure 1) was calculated. In order to determine the statistical significance of overall differences in mean percent body weight change between groups, the area under the curve (AUC) was calculated using the trapezoidal rule transformation and is shown in the Figure 1 inset.

All groups demonstrated an overall increase in body weight. No significant differences in body weight change were observed between any of the test article treated groups relative to the control animals.

## Percent weight change



Animals were weighed daily, and body weight change as compared to Day 0 was calculated. The AUC was calculated using the trapezoidal rule transformation and is shown in the inset. Statistical significance between groups was determined by one-way ANOVA with Dunnett's multiple comparisons test used to compare all groups to the vehicle-control group. Data is presented as mean ± SEM. n=10 per group.

### Other in-life evaluation

Toxicity was evaluated twice daily from Day 0-2 and once daily from Day 3-14 as described in *Section 4.6.3.* Scoring was performed as shown in Table 2. The scores are shown in Figure 2. The area under the curve (AUC) was calculated using the trapezoidal rule transformation and is shown in the Figure 2 inset.

Table 2: Toxicity Monitoring Scoring

| Score | Description | Indication/Action |
|---|---|---|
| 3 | Active with spontaneous motility; interacts with environment; normal posture and respiration; quickly moves upon stimulation | No action necessary |

| | | |
|---|---|---|
| 2 | Pronounced decrease in spontaneous activity; isolated; hunched with slight tachypnea; lethargic/delayed movement upon stimulation | Perform secondary check on animal in approximately 4 hours |
| 1 | Immobile; hunched with prominent tachypnea; does not respond to probing or presents with severe ataxia | Moribund - Euthanize |

No toxicity was observed in any animal throughout the study.



**Toxicity Monitoring**

Toxicity was evaluated twice daily from Day 0-2 and once daily from Day 2-14. The AUC was calculated using the trapezoidal rule transformation and is shown in the inset. Statistical significance between groups was determined by

one-way ANOVA with Dunnett's multiple comparisons test used to compare all groups to the vehicle-control group. Data is presented as mean ± SEM. n=10 per group.

---

## CONCLUSIONS

1.      All groups demonstrated an overall increase in body weight. No significant differences in body weight change were observed.

2.      No clinical signs of in-life toxicity were observed in any animal throughout the study. Some minor, non-group specific findings were noted in four of the female animals upon necropsy. Findings included slight darkening/enlargement of fallopiau tubes.

<span style="color:red">**APPENDIX 9**</span>

# FINAL REPORT

## Pilot Safety Study of Escalating Doses of 7-Hydroxy Mitragynine and Pseudoindoxyl Mitragynine Administered Daily for 7-day Intervals to Mature Dogs

**STUDY NUMBER:**   **MGN-25-001**

**SPONSOR:**

KanPro Research, Inc
2029 Becker Drive, Suite 235
Lawrence, KS 66047

American Shaman CBD
1501 Iron Street
North Kansas City, MO

**INVESTIGATOR:**

Craig R. Reinemeyer, DVM, PhD
East Tennessee Clinical Research

**TESTING FACILITY:**

East Tennessee Clinical Research, Inc.
80 Copper Ridge Farm Rd.
Rockwood, TN  37854

Study Initiation Date:   05MAR25
Experimental Start Date:   10MAR25
Experimental End Date:   19MAY25

## APPROVAL SIGNATURES:

**Investigator:**   _Craig R. Reinemeyer, DVM, PhD_   Date: _13 AUG 2025_

**Sponsor Representative:**   _Philip Gao, PhD_   Date _August 13, 2025_

**Chief Executive Officer   :**   _Vince Sanders_   Date: _8-13-2025_

v. FINAL 28JUL25

## TABLE OF CONTENTS

1.0 TITLE .................................................................................................................... 4
2.0 PROTOCOL NUMBER ........................................................................................ 4
   2.1 SPONSOR STUDY NUMBER ............................................................................... 4
3.0 SUMMARY ........................................................................................................... 4
4.0 JUSTIFICATION .................................................................................................. 5
5.0 STUDY OBJECTIVE ............................................................................................ 6
6.0 STUDY LOCATION .............................................................................................. 6
7.0 PERSONNEL ........................................................................................................ 6
   7.1 SPONSOR REPRESENTATIVE ............................................................................ 6
   7.2 INVESTIGATOR ................................................................................................. 6
   7.3 ATTENDING VETERINARIAN .............................................................................. 6
8.0 INVESTIGATIONAL VETERINARY PRODUCTS (IVP**S**) ................................. 6
   8.1 INVESTIGATIONAL VETERINARY PRODUCT (IVP) #1 ........................................ 6
   8.2 INVESTIGATIONAL VETERINARY PRODUCT (IVP) #2 ........................................ 7
   8.3 CONTROL VETERINARY PRODUCT (CVP) ......................................................... 7
   8.4 DRUG STORAGE DURING STUDY ...................................................................... 8
   8.5 INVESTIGATIONAL VETERINARY PRODUCT ACCOUNTABILITY ........................... 8
9.0 STUDY DESIGN ................................................................................................... 8
   9.1 STUDY DESIGN SUMMARY ................................................................................ 8
   9.2 TREATMENT GROUPS ...................................................................................... 8
   9.3 RANDOMIZATION AND MASKING PROCEDURES ................................................ 8
10.0 STUDY SCHEDULE ........................................................................................... 9
   10.1 SCHEDULE OF EVENTS ................................................................................... 9
   10.2 DATE OF INITIATION ..................................................................................... 10
   10.3 PROPOSED DATE OF COMPLETION ............................................................... 10
11.0 ANIMAL SELECTION AND IDENTIFICATION ............................................... 10
   11.1 SOURCE OF DOGS ....................................................................................... 10
   11.2 DOG DEMOGRAPHICS ................................................................................... 10
   11.3 DOG IDENTIFICATION .................................................................................... 10
   11.4 INCLUSION / EXCLUSION CRITERIA ............................................................... 10
12.0 ANIMAL MANAGEMENT AND HOUSING ...................................................... 11
   12.1 HOUSING ..................................................................................................... 11
   12.2 DIET ............................................................................................................ 11
   12.3 WATER ........................................................................................................ 11
   12.4 CLEANING .................................................................................................... 11
   12.5 FACILITY DIAGRAM ....................................................................................... 12
   12.6 CONCOMITANT THERAPY AND/OR MEDICATIONS ........................................... 12
13.0 STUDY PROCEDURES ..................................................................................... 12
   13.1 ACCLIMATION .............................................................................................. 12
   13.2 GENERAL HEALTH OBSERVATIONS ............................................................... 12
   13.3 PHYSICAL EXAMINATION .............................................................................. 12
   13.4 BODY WEIGHTS ........................................................................................... 12
   13.5 POST-TREATMENT CLINICAL HEALTH OBSERVATIONS ................................... 13
   13.6 BIOLOGICAL SAMPLE COLLECTION ............................................................... 13
      13.6.1 CBC ....................................................................................................... 13
      13.6.2 Clinical Chemistry .................................................................................. 13
      13.6.3 Urinalysis ............................................................................................... 14
      13.6.4 Diagnostic Laboratory ............................................................................ 14
      13.6.5 Interpretation ......................................................................................... 15
   13.7 ADVERSE EVENTS ....................................................................................... 15
   13.8 OUTCOME VARIABLES .................................................................................. 15
14.0 INVESTIGATIONAL VETERINARY PRODUCT ADMINISTRATION .............. 15

14.1 DOSE PREPARATION........................................................................................ 15
14.2 DOSE ADMINISTRATION.................................................................................... 15
15.0 RESULTS ....................................................................................................... 16
15.1 DEMOGRAPHICS AND SUITABILITY FOR INCLUSION.......................................... 16
15.2 PHYSICAL EXAMINATIONS ............................................................................... 17
15.3 BODY WEIGHTS............................................................................................... 17
15.4 DOSAGES BY GROUP, TREATMENT PERIOD AND INDIVIDUAL DOG .................... 17
15.5 GENERAL HEALTH OBSERVATIONS.................................................................. 18
15.6 CLINICAL HEALTH OBSERVATIONS................................................................... 18
15.7 CLINICAL PATHOLOGY ................................................................................... 18
15.7.1 Results – Hematology ........................................................................... 19
15.7.2 Results – Plasma Chemistry ................................................................. 19
15.7.3 Results – Urinalysis.............................................................................. 19
15.8 ADVERSE EVENTS .......................................................................................... 19
15.8.1 Historical adverse events at a higher dose ........................................... 21
16.0 ADMINISTRATIVE ELEMENTS ....................................................................... 21
16.1 REMOVAL OF SUBJECT(S) FROM THE STUDY ................................................... 21
16.1.1 Criteria for removal of subjects from the study....................................... 21
16.1.2 Fate of removed study animals ............................................................. 21
16.2 DRUG DISPOSITION AND ACCOUNTABILITY ...................................................... 22
16.3 ANIMAL DISPOSITION AND ACCOUNTABILITY..................................................... 22
16.4 AMENDMENTS/DEVIATIONS TO THE PROTOCOL ............................................... 22
16.4.1 Protocol Amendments ........................................................................... 22
16.4.2 Protocol Deviations.............................................................................. 22
16.5 COLLECTION AND RETENTION OF SOURCE DATA.............................................. 23
16.6 FINAL STUDY REPORT .................................................................................... 23
17.0 ANIMAL WELFARE ........................................................................................ 23
18.0 CONCLUSIONS.............................................................................................. 23
19.0 APPENDICES................................................................................................. 24

## 1.0 TITLE

### Pilot Safety Study of Escalating Doses of 7-Hydroxy Mitragynine and Pseudoindoxyl Mitragynine Administered Daily for 7-day Intervals to Mature Dogs

## 2.0 PROTOCOL NUMBER

### 2.1 SPONSOR STUDY NUMBER

PRX2025-01

### TESTING FACILITY NUMBER:

MGN-25-001

## 3.0 SUMMARY

**Objective:** This was a randomized, masked pilot study to evaluate the safety of two proprietary mitragynine formulations (oral solutions) in escalating doses (1, 2 and 4 mg/animal) administered orally for 7-day intervals to mature dogs.

**Experimental Design:** Eighteen (18) healthy, mature Beagle dogs were acclimated to study conditions for at least 7 days prior to randomization and allocation to treatment groups. Candidates were healthy, as determined by daily general health observations, a physical examination, and baseline hematology, urinalysis and clinical chemistry analyses during the acclimation period. Candidates (16) meeting inclusion criteria were allocated randomly to one of three treatment groups as presented in Table 1.

**Table 1. Description of Treatment Groups**

| Treatment Group | No. of dogs | Treatment | Doses Administered | | |
|---|---|---|---|---|---|
| | | | Days 0 – 6 | Days 7 – 13 | Days 14 - 20 |
| Group 1 | 6 | 7-OH MGN | 1 mg | 2 mg | 4 mg |
| Group 2 | 6 | Pseudo-indoxyl MGN | 1 mg | 2 mg | 4 mg |
| Group 3 | 4 | Placebo (Saline) | Equivalent to volumes for Groups 1 and 2 | | |

Beginning on Day 0, doses of the assigned product were administered orally 30 to 60 minutes after offering the a.m. ration of dog food. Each dose was administered for 7 consecutive days, and the previous weekly dose was doubled in each of two successive treatment periods. The safety of both compounds and all dose levels was evaluated by comparison of clinical parameters, urinalysis (weekly) and hematologic and clinical chemistry values twice weekly post-treatment. Any abnormal observations reported after initiation of treatment constituted Adverse Events.

During each treatment period, all dogs within a group received the same "dose" ( in mg ) of their respectively assigned products. However, because the dogs' weights differed, they effectively received different "dosages" (mg/kg). The maximum dosages of MGN delivered to dogs during treatment periods 1, 2 or 3 were 0.130, 0.260 or 0.544 mg/kg, respectively.

**Results:** After study completion, laboratory results, clinical observations and adverse events were compared among groups to identify any potential unfavorable signs attributable to administration of the mitragynine compounds. One clinically significant (CS) hematologic

parameter was reported for a single dog in Group 1. Minor excursions beyond the normal range for several hematologic and chemistry parameters were not uncommon, but all were considered not clinically significant (NCS). Those excursions are currently undergoing statistical analysis.

Several clinical adverse events were recorded post-treatment for dogs in all groups. The majority of AEs were minor and considered **possibly** related to MGN administration. The only adverse event that was considered **probably** related to MGN administration was drooling in three dogs receiving MGN formulations.

The frequency of adverse events was calculated as the total number recorded per group divided by the number of dogs in the group. The comparative frequency of AEs for the various groups were:

> Group 1 (7-hydroxy mitragynine) 21/6 = 3.5/dog
>
> Group 2 (Pseudoindoxyl mitragynine) 23/6 = 3.83/dog
>
> Group 3 (placebo) 2/4 = 0.5/dog

Accordingly, treatment with 7-OH MGN or Pseudoindoxyl MGN caused adverse events more frequently than placebo treatment. Six observations of drooling in three different dogs were considered **probably** associated with treatment; 2 dogs (5 episodes) with 7-OH-MGN and 1 dog (1 episode) with Pseudoindoxyl MGN. It is noteworthy that no episodes of drooling were observed in MGN-treated dogs until the third treatment period when the daily dose was escalated to 4 mg.

**Conclusion:** The study was completed with one protocol amendment and no protocol deviations. The majority of clinical adverse events reported were mild or temporary conditions that were assessed as **possibly** associated with MGN administration. The only adverse event that was **probably** associated with treatment was drooling, which was observed in 2 dogs of Group 1 and 1 dog of Group 2 after escalation to a daily dose of 4 mg.

In conclusion, adverse events occurred more frequently in both groups treated with MGN in comparison to control animals. The majority of adverse events, however, were minor conditions that were deemed to be Not Clinically Significant by the Attending Veterinarian. Adverse events that were probably associated with MGN treatment did not occur until the daily dose was escalated to 4 mg. In the study reported herein, adverse events attributable to MGN treatment were not reported up to 2 mg daily (or a daily dosage of $\leq 0.404$ mg/kg) for 7 days.

## 4.0 JUSTIFICATION

In preparation for filing an INAD application with the U.S. Food and Drug Administration Center for Veterinary Medicine, the sponsor desires to conduct a pilot study to evaluate the safety of two mitragynine products in escalating doses. The first product is 7-Hydroxy Mitragynine (7-HMG), an oxidative metabolite of mitragynine, the most abundant alkaloid in the leaves of *Mitragyna speciosa.* 7-HMG is further metabolized to Pseudoindoxyl Mitragynine in the plasma. Both metabolites are potent and full $\mu$ opioid receptor (MOR) agonists. A pharmacokinetic and safety study of 7-HMG, administered as a single dose, was performed in Beagle dogs.[1]

---

[1] Maxwell EA, King TI, Kamble SH, Raju KSR, Berthold EC, León F, Hampson A, McMahon LR, McCurdy CR, Sharma A. Oral Pharmacokinetics in Beagle Dogs of the Mitragynine Metabolite, 7-Hydroxymitragynine. Eur J Drug Metab Pharmacokinet. 2021 May;46(3):459-463. doi: 10.1007/s13318-021-00684-2. Epub 2021 Apr 13. PMID: 33847897; PMCID: PMC8179724.

It was found that an oral dosage of 1 mg/kg 7-HMG was well-tolerated with no observed adverse events or significant changes to clinical laboratory tests. Given the opioidergic potency of mitragynine metabolites, a pilot safety study of escalating doses was performed in Beagle dogs using both 7-HMG and Pseudoindoxyl mitragynine.

## 5.0 STUDY OBJECTIVE

The objective of the study was to evaluate the safety of two proprietary mitragynine formulations (oral solutions) administered orally in escalating doses (1, 2 and 4 mg/animal) for 7-day intervals to mature dogs. The safety of either product at all doses was evaluated by comparison to control dogs treated contemporaneously with an oral placebo solution (saline). Systemic and local safety were evaluated by regular physical examinations, hematologic and clinical chemistry parameters, and by scheduled clinical observations of behavior and health.

## 6.0 STUDY LOCATION

East Tennessee Clinical Research, Inc.
80 Copper Ridge Farm Rd.
Rockwood, TN 37854
865.354.8420

## 7.0 PERSONNEL

### 7.1 SPONSOR REPRESENTATIVE

Philip Gao, PhD
KanPro Research Inc.
gao@kanpro-research.com

### 7.2 INVESTIGATOR

Craig R. Reinemeyer, DVM, PhD, DACVM
East Tennessee Clinical Research
creinemeyer@easttenncr.com

### 7.3 ATTENDING VETERINARIAN

Nicole Szafranski, DVM, PhD
East Tennessee Clinical Research, Inc.
nszafranski@easttenncr.com

## 8.0 INVESTIGATIONAL VETERINARY PRODUCTS (IVPs)

### 8.1 INVESTIGATIONAL VETERINARY PRODUCT (IVP) #1

| Generic Name | 7-OH-mitragynine |
|---|---|
| Trade Name | *TBD* |
| Active ingredients | 7-OH-mitragynine |
| Inactive Ingredients | Vegetable glycerin, ascorbic acid, water |
| Dosing form | Oral solution |
| Dose(s) to be tested | 1 mg SID Days 0 to 6; 2 mg SID Days 7 to 13; 4 mg SID Days 14 to 20 |
| Manufacturing site | KanPro, Lawrence, KS |
| Lot Number | N/A |

| Expiration/ Retest Date | N/A |
|---|---|
| Packaging | 10 mL amber vial |
| Drug storage during study | Glass amber vial, 4°C |
| Purity/ Potency of the Product | 98.0%; 10.0-50.0 mg/mL |
| Material Safety Data Sheet | None available. Personnel handling or administering the IVP wore PPE appropriate for the task. |
| Stability data | The compound is stable in solid form kept in the dark at <0°C. |

## 8.2 INVESTIGATIONAL VETERINARY PRODUCT (IVP) #2

| Generic Name | Pseudoindoxyl mitragynine |
|---|---|
| Trade Name | *TBD* |
| Active ingredients | Pseudoindoxyl mitragynine |
| Inactive Ingredients | Vegetable glycerin, water |
| Dosing form | Oral solution |
| Dose(s) to be tested | 1 mg SID Days 0 to 6; 2 mg SID Days 7 to 13; 4 mg SID Days 14 to 20 |
| Manufacturing site | KanPro, Lawrence, KS |
| Lot Number | N/A |
| Expiration/ Retest Date | N/A |
| Packaging | 10 mL amber vial |
| Drug storage during study | Glass amber vial, 4°C |
| Purity/ Potency of the Product | 96.0%; 10.0-50.0 mg/mL |
| Material Safety Data Sheet | None available. Personnel handling or administering the IVP wore PPE appropriate for the task. |
| Stability data | The compound is stable in solid form kept in the dark at <0°C. |

## 8.3 CONTROL VETERINARY PRODUCT (CVP)

| Generic Name | Saline solution |
|---|---|
| Trade Name | *TBD* |
| Active ingredients | 0.9% Sodium chloride solution |
| Inactive Ingredients | *TBD* |
| Dosing form | Oral solution |
| Dose(s) to be tested | Equivalent in volume to the highest dose administered to any Group 1 or 2 dog during the corresponding 7-day treatment period |
| Manufacturing site | TBD |
| Lot Number | 2211063 |
| Expiration/ Retest Date | 11/2025 |
| Packaging | 50 mL bag |
| Drug storage during study | Ambient |

| Purity/ Potency of the Product | 0.9%; 9 mg/mL |
| Material Safety Data Sheet | Download from the internet. |
| Stability data | Stipulated by presence of an expiration date |

### 8.4 DRUG STORAGE DURING STUDY

The CVP (saline) was stored in a locked cabinet and maintained at room temperature. IVPs #1 and #2 were stored at 4°C in an amber-colored glass vial.

### 8.5 INVESTIGATIONAL VETERINARY PRODUCT ACCOUNTABILITY

Records of the receipt, distribution, storage, and disposition of test materials were documented on the *Investigational Veterinary Product Receipt and Accountability Record (IVP #1 and IVP #2)*. Similar details regarding the saline placebo were documented on the *Control Product Receipt and Accountability Record.* At the conclusion of the study, all test materials, including empty, full or partially full containers of IVP, were returned to the Sponsor by commercial delivery service on 22JUL25.

## 9.0 STUDY DESIGN

### 9.1 STUDY DESIGN SUMMARY

This was a randomized, masked, pilot study to evaluate the safety of two mitragynine compounds in proprietary oral formulations. Mitragynine is an active pharmaceutical ingredient under investigation by American Shaman as a candidate treatment for pain in animals and humans. A minimum of 18 healthy, mature Beagle dogs were acclimated to study conditions for at least seven days prior to randomization and allocation to treatment groups, and initial administration of the experimental treatments. Candidates were healthy, as determined by daily general health observations, a physical examination, and baseline hematology, urinalysis and clinical chemistry analyses during the acclimation period. Candidates meeting inclusion criteria were allocated randomly to one of three treatment groups as presented in Table 2. Doses of the assigned product were administered beginning on Day 0. The safety of both compounds and all dose levels were evaluated by comparison of clinical parameters and urinalysis (weekly) and hematologic and clinical chemistry values twice weekly post-treatment. The previous weekly dose was doubled in each of three successive treatment periods. After study completion, laboratory results and clinical observations were compared among groups to identify any potential adverse signs attributable to administration of the mitragynine compounds. After termination of the study on Day 20, dogs were returned to the facility colony and managed in compliance with testing facility SOPs.

### 9.2 TREATMENT GROUPS

Sixteen mature dogs meeting inclusion criteria were randomly assigned to one of the treatment groups presented in Table 1. (Section 3.0; page 4).

### 9.3 RANDOMIZATION AND MASKING PROCEDURES

On or before Day -1, 16 mature Beagles (8 male; 8 female) meeting inclusion criteria were blocked by gender, and within each block dogs were ranked by order of decreasing body weight. Of the six heaviest male subjects, each three consecutively ranked dogs comprised a replicate. Three identical objects were each labeled with a number corresponding to a treatment group (Table 1) and placed into an opaque

container. Starting with the heaviest male, one object was selected blindly from the container, and the code number thereupon constituted that dog's treatment group assignment. This process was continued for the remaining two dogs in the replicate as the labeled objects were withdrawn from the container, one at a time and without replacement. The three objects were replaced in the opaque container and the process repeated for replicate #2. For the remaining two candidates (the lightest males), object #3 was removed (due to unequal sizes of treated vs. control groups) and the process repeated for allocation to Groups 1 or 2. This randomization scheme resulted in the allocation of three male dogs to Group 1, three to Group 2 and two males to control Group 3 (eight total).

The randomization and allocation process was then repeated identically for allocation of the eight female candidates.

## 10.0 STUDY SCHEDULE

### 10.1 SCHEDULE OF EVENTS

**Table 2. Schedule of Events**

| Study Day(s) | GHOs[1,2] | TX (BID) | Blood Sample | Study Activities |
|---|---|---|---|---|
| Prior to Day 0 | X | | X | Begin Acclimation period. Physical Examination Collect baseline CBC, Clinical Chemistry and Urinalysis Randomization and Allocation Body Weights |
| Day 0 | | X, X | | Week 1 Treatment: 10mg/kg Clinical Health Observations |
| Day 1 and 2 | X, X | X, X | | |
| Day 3 | X, X | X, X | X | Collect CBC and Clinical Chemistry |
| Day 4 and 5 | X, X | X, X | | |
| Day 6 | X, X | X, X | X | Physical Examination Collect CBC, Clinical Chemistry, and Urinalysis, Body Weights |
| Day 7 | | X, X | | Week 2 Treatment: 20mg/kg Clinical Health Observations |
| Day 8 and 9 | X, X | X, X | | |
| Day 10 | X, X | X, X | X | Collect CBC, Clinical Chemistry, and Urinalysis |
| Day 11 and 12 | X, X | X, X | | |
| Day 13 | X, X | X, X | X | Physical Examination Collect CBC, Clinical Chemistry, and Urinalysis, Body Weights |
| Day 14 | | X, X | | Week 3 Treatment: 40mg/kg Clinical Health Observations |
| Day 15 and 16 | X, X | X, X | | |

| Study Day(s) | GHOs[1,2] | TX (BID) | Blood Sample | Study Activities |
|---|---|---|---|---|
| Study Day(s) | GHOs[1,2] | TX (BID) | Blood Sample | Study Activities |
| Day 17 | X, X | X, X | X | Collect CBC, Clinical Chemistry, and Urinalysis |
| Day 18 and 19 | X, X | X, X | | |
| Day 20 | X, X | X, X | X | Physical Examination<br>Body Weights<br>Collect CBC, Clinical Chemistry, and Urinalysis |
| Day 21 | X, X | X, X | | Study Termination |

[1] A.M and P.M observations will be conducted at least 6 hours apart

[2] Vomiting Observations will be conducted at 15 minutes post treatment (±5min) for each treatment

### 10.2 DATE OF INITIATION

05MAR2025

### 10.3 PROPOSED DATE OF COMPLETION

Date when the Investigator signs the Final Study Report.

## 11.0 ANIMAL SELECTION AND IDENTIFICATION

### 11.1 SOURCE OF DOGS

Candidate dogs were purchased from Ridglan Farms, Mt. Horeb, WI 53572 and transported to the testing facility.

### 11.2 DOG DEMOGRAPHICS

Characteristics of animals to be enrolled in the study are presented in Table 3.

### Table 3. Characteristics for Animal Selection

| | |
|---|---|
| Breed | *Canis familiaris*, purpose-bred Beagle |
| Age | >6 mos. of age on Day 0 |
| Sex | Intact males and females |
| Weight | Appropriate for a healthy Beagle for its age and sex |
| Number | 16 in total for treatment; 8 males and 8 females |
| Health | In good health, based on daily observations and a physical examination conducted during the acclimation period |
| Temperament | Dogs must be tolerant of study procedures |

### 11.3 DOG IDENTIFICATION

Dogs were uniquely identified by a permanent tattoo inside the right pinna and by a cage card presenting the dog I.D. and gender.

### 11.4 INCLUSION / EXCLUSION CRITERIA

For enrollment in the study, each candidate had to meet all the criteria listed in Table 3. Reasons for inclusion or exclusion were documented on the *Inclusion / Exclusion*

*Statement.* The two excluded candidates were one male and one female with the smallest body weight.

## 12.0 ANIMAL MANAGEMENT AND HOUSING

### 12.1 HOUSING

Dogs were housed in individual ~4 ft. X 4 ft. X 3.5 ft. suspended cages constructed of galvanized metal panels. Each cage was equipped with individual food and water containers, as well as a 24" X 24", solid, polypropylene resting platform. The test facility provided appropriate space allocation, shelter, sanitation, feeding, watering, etc. as dictated by facility standard operating procedures. Cages were located in a climate-controlled room.

Dogs experienced a photoperiod of ~12 hours light and ~12 hours of darkness, the former provided by overhead fluorescent fixtures. The light switch was controlled by an electronic timer. Brief changes to this lighting program could be made in order to accommodate study procedures.

Heating and cooling were electronically controlled and were set to maintain the animal room in a temperature range from 64 to 84°F. Relative humidity was monitored daily, and HVAC equipment was adjusted to target 30% to 70% relative humidity. Environmental conditions were documented daily on the *Environmental Monitoring Record.*

### 12.2 DIET

A commercial dry dog food (*i.e.*, LabDiet® 5LI8 High Density Canine Diet, PMI® Nutrition International, Inc.) was provided in quantities consistent with the manufacturer's recommendations for the size and age of the animal. The quantity of food provided was based on the intent to support maintenance and growth. Feed labels presenting the guaranteed product analysis of all foodstuffs are included in the raw data.

Dogs were fed twice daily in individual, stainless steel bowls or buckets, and feeding activities were documented on the *Canine Husbandry Record.* Contaminants that might confound study objectives were not expected, so no food samples were collected or stored for potential future analysis.

All doses were administered in the a.m., approximately 30 to 60 minutes after offering their usual morning ration. So, doses were delivered to the dogs in a fed state.

### 12.3 WATER

Water was sourced from a local, public utility. Water was available *ad libitum* and was provided in stainless steel, 2 L pails that were cleaned once daily and filled twice daily. No contaminants that might impact the outcomes of the study were expected, so no samples of water were collected or retained for potential analysis.

### 12.4 CLEANING

Holding cages were cleaned at once daily and sanitized with a commercial disinfectant at least once biweekly. Dogs were removed from their primary housing to facilitate cleaning activities.

### 12.5 FACILITY DIAGRAM

A diagram of the animal facility, including caging details and placement of food and water containers and resting platforms, was included in the final report.

### 12.6 CONCOMITANT THERAPY AND/OR MEDICATIONS

Other than protocol specific treatments, the only veterinary drug administered to dogs from Day -7 (start of acclimation) until Day 20 (study termination) was EarMed Boracetic flush for an interdigital cyst on study dog ALL-4. The flush was poured onto a gauze square and then applied to the interdigital cyst on 05MAY25. Details of boracetic flush administration were recorded on the *Concomitant Medication Record.*

## 13.0 STUDY PROCEDURES

### 13.1 ACCLIMATION

Candidates underwent an extended acclimation period (51 days) due to delays in the IVP manufacturing process. During this entire period, diet, water, environment and management simulated the conditions expected during the in-life phase of the study. No medications or vaccinations were permitted after initiation of the acclimation period or thereafter for the duration of the study.

### 13.2 GENERAL HEALTH OBSERVATIONS

Animal observations were performed twice daily for the duration of the study. For any dog exhibiting signs of abnormal health, the affected organ system and the specific clinical sign were recorded on the *General Health Observations Record.* Abnormal health observations recorded after administration of the initial treatment with IVP (Day 0) constituted an Adverse Event.

### 13.3 PHYSICAL EXAMINATION

Candidate dogs each underwent a physical examination during the acclimation period to ensure that they had no pre-existing conditions that would interfere with study objectives. Physical exams were repeated at the end of each treatment period on Days 6, 13 and 20. Physical examinations consisted of measurements of heart and respiratory rate and rectal temperature, and evaluation of the ophthalmic, otic, integumentary, neuromuscular, skeletal, respiratory, cardiac, gastrointestinal and urogenital systems. Observations were documented on the *Physical Examination Record*, and systems were evaluated as Normal or Abnormal. Any abnormal observation was characterized further by a written description in the study record.

### 13.4 BODY WEIGHTS

Once during acclimation and again on Days 6, 13 and 20, the body weight of each subject was measured with a verified laboratory balance that had been certified by a credentialed expert within 6 months of the onset of the study. Scales were verified with a range of test weights that incorporated one test weight lighter than the smallest dog and one test weight heavier than the largest dog, thus bracketing the anticipated weight range of all subjects. The scales were verified for accuracy before weighing the first dog and again after weighing the last dog to demonstrate the accuracy of body weights recorded on the *Body Weight and Scale Verification Record.*

### 13.5 POST-TREATMENT CLINICAL HEALTH OBSERVATIONS

On the first day of treatment with each dose level, Clinical Health Observations were conducted in lieu of GHOs (Days 0, 7 and 14). Assessments of health were performed prior to the a.m. treatment and at 1, 3 and 6 hours post-treatment. These observations served as a clinical assessment of systemic tolerance and evaluated behavior, vomition, salivation and any abnormalities of respiration, locomotion, feces, or other systemic signs. Observations were documented on the *Clinical Health Observations Record.*

### 13.6 BIOLOGICAL SAMPLE COLLECTION

Blood samples were collected for complete blood counts (CBC) and clinical chemistry (CLIN CHEM) analyses on Days -4 and -1 and again on Days 3, 6, 10, 13, 17 and 20, and documented on the *Biological Sample Collection Record.*

#### 13.6.1 CBC

Blood samples for hematologic analysis (CBC) were collected in a 3 mL evacuated tube containing $K_3EDTA$ as an anti-coagulant. Each tube was labeled with the study number, study day or date, the donor dog's I.D. number, and the nature of the sample. Following collection, samples were gently inverted at least five times to thoroughly mix the sample with the anti-coagulant. Samples for CBC analysis were placed into a cooler with cold packs as soon as possible after collection. Chilled samples were held under refrigeration until delivery to an analytical laboratory, on the day of collection, and transported in a cooler with cold packs.

The following hematologic tests were performed according to standard laboratory procedures:

Total white blood cell (WBC) count with differential  
Absolute and proportional counts for:
  neutrophils
  lymphocytes
  monocytes
  eosinophils
  basophils

Total red blood cell count
  hemoglobin
  hematocrit (or packed cell volume, PCV)
  mean corpuscular volume
  mean corpuscular hemoglobin
  mean corpuscular hemoglobin concentration
  platelet count.

Results were issued by the laboratory and are included in the study file (Appendix 23).

#### 13.6.2 Clinical Chemistry

Blood samples for clinical chemistry analyses were collected in a 3 mL evacuated tube containing sodium heparin as an anti-coagulant. Each tube was labeled with the study number, study day or date, the donor dog's I.D. number,

and the nature of the sample. Following collection, samples were gently inverted at least five times to thoroughly mix the sample with the anti-coagulant. Samples for clinical chemistry analysis were placed into a cooler with wet ice as soon as possible after collection. Within one hour of collection, chemistry samples were processed by refrigerated centrifugation, and the plasma supernatant was collected with a disposable pipette and similar aliquots were transferred to two cryovials labeled as described previously. Laboratory analysis was performed within 24 hrs of the time of collection and plasma was held under refrigeration until shipment to the analytical laboratory.

The following chemical tests were performed according to standard laboratory procedures:

albumin
alkaline phosphatase
alanine aminotransferase
aspartate aminotransferase
urea nitrogen
calcium
chloride
cholesterol
creatinine
gamma-glutamyl transferase

globulin
glucose
phosphorus
potassium
sodium
total bilirubin
total protein
triglycerides

Results were issued by the laboratory and are included in the study file (Appendix 23).

### 13.6.3 Urinalysis

Urine samples were collected once during acclimation and again on Days 6, 10, 13, 17, and 20, and documented on the *Urine Sample Collection Record*. According to testing facility SOP and standard veterinary technique, urine samples were collected by free-catch, catheterization or cystocentesis.

Each collection tube was labeled with the study number, dog ID, date and study day. As soon as possible after collection, the collection tubes were placed into a cooler containing cold packs.

Urine samples were hand-delivered to a local clinical pathology laboratory for analysis. At a minimum, the following parameters were assessed: pH, specific gravity, glucose, protein, ketone bodies, bilirubin, urobilinogen, and microscopic examination of sediment (*e.g.*, crystals, casts, red blood cells, white blood cells, epithelial cells). Results were issued by the laboratory and are included in the study file (Appendix 23).

### 13.6.4 Diagnostic Laboratory

Samples for CBC, Clinical Chemistry analyses and urinalysis were hand-carried to:

Diagnostic Laboratory Services
University of Tennessee College of Veterinary Medicine
2407 River Drive
Knoxville, TN 37996

### 13.6.5 Interpretation

The results of all laboratory tests were reviewed by the Attending Veterinarian. Any out-of-range values were assessed and characterized as "Clinically Significant [CS] or Not Clinically Significant [NCS]. Any "CS" results were accompanied by written comments by the Attending Veterinarian. .

## 13.7 ADVERSE EVENTS

An adverse event (AE) was any observation in animals, whether or not considered to be product-related, that was unfavorable and unintended and that occurred after first administration of the IVP. Any abnormal health observations recorded after administration of IVP on Day 0 were considered Adverse Events. AEs were documented and the nature and severity of the condition was described on the *Adverse Event Record*. Each AE was evaluated by the Investigator or Attending Veterinarian to assess the likelihood that an AE was associated with the IVP administered. Options for assessing relatedness were "unlikely", "unknown", "possible" and "probable".

## 13.8 OUTCOME VARIABLES

Comparisons among treatment groups vs. control dogs were evaluated for various outcome variables, including clinical health, CBC, urinalysis and clinical chemistry analyses, body weight and food consumption. Appropriate statistical analyses will be conducted if apparent differences among groups are observed.

## 14.0 INVESTIGATIONAL VETERINARY PRODUCT ADMINISTRATION

### 14.1 DOSE PREPARATION

Individual doses of each IVP were prepared for all dogs assigned to the respective group. Doses of 1, 2 or 4 mg were prepared by volume on the basis of the final concentration stated on the product label. The solid form of each compound was mixed fresh with saline or water to form a solution. Dogs assigned to Group 3 (placebo) received saline solution at a volume that equaled the dose volume of the two groups being treated concurrently.

For each individual dog, dosing personnel consulted the *Randomization and Allocation Record* to confirm its respective group assignment. A corresponding vial of IVP or saline was selected, and a stipulated dose of the assigned product was aspirated into a new, 3 mL syringe. Each filled syringe was sealed to prevent leakage and labeled with the study number, date, and the I.D. number of the intended recipient dog. Dose preparation and administration procedures were overseen by ETCR Quality Assurance personnel and documented on the *Dose Preparation and Administration Record*.

### 14.2 DOSE ADMINISTRATION

Coolers containing prepared doses of both IVPs and control product were transported to the Small Animal Facility. Dogs were treated in the order of housing and individual doses were administered within 30 minutes of preparation.

Doses of the assigned products were administered once daily in the a.m., approximately 30 to 60 minutes after offering the a.m. ration (*i.e.*, dogs were treated on a full stomach).

Prior to dosing, the I.D. of the dog was confirmed and matched with the respectively labeled syringe. The dog was minimally restrained, the mouth opened gently and the contents of the syringe will be dispensed over the tongue or into the pharynx in small increments. Each dose was followed with a similar volume of tap water to assist in swallowing, if desired. Dosing activities were documented on the *Dose Preparation and Administration Record*.

All subjects were observed for vomition at ~15 minutes (±5 minutes) after each treatment.

## 15.0 RESULTS

### 15.1 DEMOGRAPHICS AND SUITABILITY FOR INCLUSION

Eighteen purpose-bred dogs were identified as candidates for the study. Sixteen met all of the inclusion and none of the exclusion criteria and were enrolled in the study. Demographic information for the 18 candidate subjects is presented in Table 4.

**Table 4. Demographics and treatment allocations of enrolled subjects**

| Tattoo I.D. | Date of Birth | Breed | Gender | Group |
|---|---|---|---|---|
| AAL-4 | 6/11/24 | Beagle | Male | 1 |
| AQK-4 | 6/7/24 | Beagle | Female | 1 |
| BFL-4 | 5/7/24 | Beagle | Male | 1 |
| VBI-4 | 5/28/24 | Beagle | Female | 1 |
| XRL-4 | 6/2/24 | Beagle | Male | 1 |
| ZGK-4 | 6/8/24 | Beagle | Female | 1 |
| AFK-4 | 6/7/24 | Beagle | Female | 2 |
| BDK-4 | 6/11/24 | Beagle | Female | 2 |
| BJL-4 | 6/6/24 | Beagle | Male | 2 |
| EOL-4 | 5/18/24 | Beagle | Male | 2 |
| FBL-4 | 6/16/24 | Beagle | Male | 2 |
| ZEK-4 | 6/8/24 | Beagle | Female | 2 |
| ADL-4 | 6/7/24 | Beagle | Male | 3 |
| ALL-4 | 6/7/24 | Beagle | Male | 3 |
| BOK-4 | 6/6/24 | Beagle | Female | 3 |
| VYI-4 | 5/28/24 | Beagle | Female | 3 |
| CSK-4** | 6/22/24 | Beagle | Female | None |
| XYL-4** | 6/3/24 | Beagle | Male | None |

** dog was not selected for enrollment

### 15.2 PHYSICAL EXAMINATIONS

Physical examinations of 18 candidates were conducted prior to study initiation, and again on the final day of IVP or placebo administration at each of 3 escalating doses. No significant health abnormalities were detected during the baseline PE and all candidates were deemed eligible for inclusion. Two abnormalities were recorded on 05MAY25 after 7 consecutive days of administration of a 1 mg dose: Dog ALL-4 had an interdigital cyst on the left front paw (deemed "unlikely" association with treatment because the dog was in Group 3) and it was noted that dog AQK-4 was nervous or apprehensive at the time of examination (deemed "unknown").

No additional health abnormalities were recorded for physical exams conducted on 12MAY25 and 19MAY25, after weekly doses of 2 mg or 4 mg, respectively.

### 15.3 BODY WEIGHTS

**Table 5. Body weights of enrolled subjects at weekly intervals**

| Dog I.D. | Pretreatment (kg) | Day 6 (kg) | Day 13 (kg) | Day 20 (kg) | Wt. Change [1] | Group |
|---|---|---|---|---|---|---|
| AAL-4 | 9.20 | 9.30 | 9.35 | 9.30 | + 0.10 | 1 |
| AQK-4 | 8.30 | 8.30 | 8.20 | 8.35 | + 0.05 | 1 |
| BFL-4 | 9.80 | 9.80 | 9.65 | 9.75 | ( 0.05 ) | 1 |
| VBI-4 | 9.10 | 9.00 | 8.95 | 8.65 | ( 0.45 ) | 1 |
| XRL-4 | 9.60 | 9.40 | 9.60 | 9.60 | 0.0 | 1 |
| ZGK-4 | 7.70 | 7.70 | 7.45 | 7.35 | ( 0.35 ) | 1 |
| AFK-4 | 7.70 | 7.65 | 8.05 | 8.00 | + 0.30 | 2 |
| BDK-4 | 7.95 | 7.80 | 7.75 | 7.80 | + 0.15 | 2 |
| BJL-4 | 9.75 | 9.55 | 9.50 | 9.90 | + 0.15 | 2 |
| EOL-4 | 8.10 | 8.80 | 8.85 | 8.65 | + 0.55 | 2 |
| FBL-4 | 8.00 | 7.85 | 7.85 | 7.75 | ( 0.25 ) | 2 |
| ZEK-4 | 9.30 | 9.25 | 9.40 | 9.20 | ( 0.10 ) | 2 |
| ADL-4 | 8.75 | 8.45 | 8.25 | 8.50 | ( 0.25 ) | 3 |
| ALL-4 | 10.20 | 10.25 | 10.05 | 10.35 | + 0.15 | 3 |
| BOK-4 | 8.55 | 8.55 | 8.55 | 8.65 | +0.10 | 3 |
| VYI-4 | 8.35 | 8.35 | 8.35 | 8.30 | ( 0.05 ) | 3 |

[1] absolute weight change (kg) over the course of the study; weight loss is recorded in parentheses and weight gain is designated by the " + " sign

Weight changes ranged from a maximum loss of 0.45 kg to a maximum gain of 0.55 kg. Over the course of the study, the body weights of nine dogs increased or remained the same; the weights of seven dogs decreased. In Group 1, 3/6 dogs gained or maintained weight, as did 4/6 dogs in Group 2. 2/4 control dogs (Group 3) gained weight.

### 15.4 DOSAGES BY GROUP, TREATMENT PERIOD AND INDIVIDUAL DOG

All dogs within a group received the same "dose" ( in mg ) of their respectively assigned products, but because the dogs' weights differed, they effectively received different "dosages" (mg/kg). Table 6 presents the dosages delivered to each dog during each of 3 treatment periods and identifies a range of dosages for each treatment period by identifying the minimum and maximum dosages.

Table 6. Dosages of each product by group, treatment period and individual dog. , group, Body weights of enrolled subjects at weekly intervals

| Group | Dog I.D. | Treatment Period 1 ( 1 mg dose ) | | Treatment Period 2 ( 2 mg dose ) | | Treatment Periood 3 ( 4 mg dose ) | |
|---|---|---|---|---|---|---|---|
| | | Weight (kg) | Dosage (mg/kg) | Weight (kg) | Dosage (mg/kg) | Weight (kg) | Dosage (mg/kg) |
| `1 | AAL-4 | 9.20 | 0.109 | 9.30 | 0.215 | 9.30 | 0.430 |
| | AQK-4 | 8.30 | 0.120 | 8.30 | 0.241 | 8.35 | 0.479 |
| | BFL-4 | 9.80 | 0.102 | 9.80 | 0.204 | 9.75 | 0.410 |
| | VBI-4 | 9.10 | 0.110 | 9.00 | 0.222 | 8.65 | 0.462 |
| | XRL-4 | 9.60 | 0.104 | 9.40 | 0.213 | 9.60 | 0.417 |
| | ZGK-4 | 7.70 | 0.130 | 7.70 | 0.260 | 7.35 | 0.544 |
| 2 | AFK-4 | 7.70 | 0.130 | 7.65 | 0.261 | 8.00 | 0.500 |
| | BDK-4 | 7.95 | 0.126 | 7.80 | 0.256 | 7.80 | 0.513 |
| | BJL-4 | 9.75 | 0.103 | 9.55 | 0.209 | 9.90 | 0.404 |
| | EOL-4 | 8.10 | 0.123 | 8.80 | 0.227 | 8.65 | 0.462 |
| | FBL-4 | 8.00 | 0.125 | 7.85 | 0.255 | 7.75 | 0.516 |
| | ZEK-4 | 9.30 | 0.108 | 9.25 | 0.216 | 9.20 | 0.435 |
| 3 | ADL-4 | 8.75 | N/A | 8.45 | N/A | 8.50 | N/A |
| | ALL-4 | 10.20 | | 10.25 | | 10.35 | |
| | BOK-4 | 8.55 | | 8.55 | | 8.65 | |
| | VYI-4 | 8.35 | | 8.35 | | 8.30 | |
| | `RANGE | 0.102 to 1.30 mg/kg | | 0.204 to 0.261 mg/kg | | 0.404 to 0.544 mg/kg | |

The range of dosages administered during this study was 0.102 to 0.544 mg/kg.

### 15.5 GENERAL HEALTH OBSERVATIONS

Animal observations were performed once daily during acclimation and twice daily (at least 4 hrs apart) after initiation of treatment and thereafter for the duration of the study. For any dog exhibiting signs of abnormal health, the affected organ system and the specific clinical sign were recorded on the *General Health Observations Record.* Abnormal health observations recorded after administration of the initial treatment with IVP (Day 0) constituted Adverse Events. Numerous adverse events were documented during the study (refer to section 15.7).

### 15.6 CLINICAL HEALTH OBSERVATIONS

Clinical Health Observations were conducted in lieu of GHOs on the first day of treatment with each dose level, (Days 0, 7 and 14). Assessments of health were performed prior to the a.m. treatment and at 1, 3 and 6 hours post-treatment. Observations were documented on the *Clinical Health Observations Record*, and abnormal observations were documented as adverse events (refer to section 15.7).

### 15.7 CLINICAL PATHOLOGY

Blood samples for hematology and chemistry assessments were collected on the fourth and seventh days of each treatment period, *i.e.,* on Days 3 6, 10, 13, 17 and 20. Samples for urinalysis were collected once weekly on Days 6, 13, 17 and 20. Clinical pathology results are presented in Appendix 23 and summarized separately herein by the type of test.

### 15.7.1 Results – Hematology

The results for several hematologic parameters were occasionally outside the designated normal range for that analyte. These excursions were deemed to be NCS by the Attending Veterinarian, but statistical analysis will be performed to determine whether the minor excursions for any parameter differed significantly between groups.

Only one hematology result was considered to be Clinically Significant (CS). On 20MAY25 (Day 20), dog XLR-4 exhibited marked leukocytosis with marked neutrophilia and mild monocytosis. This hematologic profile is consistent with an active infection or can result from stress. It was noted that dog XLR-4 exhibited drooling on the day prior to blood sample collection, which is also possibly related to stress.

### 15.7.2 Results – Plasma Chemistry

The results for several clinical chemistry parameters were occasionally outside the designated normal range for that analyte. These excursions were deemed to be NCS by the Attending Veterinarian, but statistical analysis will be performed to determine whether the minor excursions for any parameter differed significantly between groups. No Clinically Significant (CS) abnormalities were observed in the plasma chemistry results for the entire study.

### 15.7.3 Results – Urinalysis

Analyses of urine samples collected on Days 6, 13, 17 and 20 were uniformly normal.

### 15.8 ADVERSE EVENTS

No serious Adverse Events were noted during the course of the study, but several minor health abnormalities were documented and are summarized in Table 7. The Adverse Event that was **probably** associated with treatment was drooling (salivation). Alimentary abnormalities such as mucus or blood in the stool, vomition, and unformed feces were **possibly** associated with MGN treatment, but occurred in Group 3 (control) dogs as well.

**Table 7. Adverse Events recorded during conduct of study MGN-25-001**

| Dog I.D. | Date | Abnormality | Group[1] | Association with Treatment |
|---|---|---|---|---|
| AAL-4 | 02MAY25 | Unformed feces | 1 | Possible (1 mg) |
| | 08MAY25 | Mucus in feces | | Possible (2 mg) |
| | 08MAY25 | Unformed feces | | Possible (2 mg) |
| | 16MAY25 | Drooling | | Probable (4 mg) |
| | 18MAY25 | Drooling, pre-tx observation | | Probable (4 mg) |
| AAL-4 (cont'd) | 19MAY25 | Drooling, pre-tx observation | | Probable (4 mg) |
| | 19MAY25 | Excessive drooling, post-tx observation | | Probable (4 mg) |

| Dog I.D. | Date | Abnormality | Group[1] | Association with Treatment |
|---|---|---|---|---|
| AQK-4 | 05MAY25 | Nervous during PE | 1 | Unknown |
| | 05MAY25 | Mucus in feces | | Possible (1 mg) |
| | 11MAY25 | Blood in feces | | Possible (2 mg) |
| | 11MAY25 | Mucus in feces | | Possible (2 mg) |
| | 18MAY25 | Mucus in feces | | Possible (4 mg) |
| VBI-4 | 07MAY25 | Mucus in feces | 1 | Possible (2 mg) |
| | 17MAY25 | Vomit | | Possible (4 mg) |
| XRL-4 | 30APR25 | Unformed feces | 1 | Possible (1 mg) |
| | 09MAY25 | Vomit | | Possible (2mg) |
| | 19MAY25 | Drooling, post-tx observ'n | | Probable (4 mg) |
| ZGK-4 | 01MAY25 | Mucus in feces | 1 | Possible (1 mg) |
| | 07MAY25 | Blood in feces | | Possible (2 mg) |
| | 07MAY25 | Mucus in feces | | Possible (2 mg) |
| | 15MAY25 | Mucus in feces | | Possible (4 mg) |
| AFK-4 | 30APR25 | Blood in feces | 2 | Possible (1 mg) |
| | 30APR25 | Mucus in feces | | Possible (1 mg) |
| | 09MAY25 | Unformed feces | | Possible (2 mg) |
| BDK-4 | 30APR25 | Blood in feces | 2 | Possible (1 mg) |
| | 30APR25 | Mucus in feces | | Possible (1 mg) |
| | 07MAY25 | Blood in feces | | Possible (2 mg) |
| | 07MAY25 | Mucus in feces | | Possible (2 mg) |
| | 19MAY25 | Drooling, post-tx observ'n | | Probable (4 mg) |
| EOL-4 | 02MAY25 | Regurgitated food | 2 | Possible (1 mg) |
| | 05MAY25 | Mucus in feces | | Possible (1 mg) |
| | 10MAY25 | Vomit | | Possible (2 mg) |
| | 15MAY25 | Regurgitated food | | Possible (4 mg) |
| | 18MAY25 | Regurgitated food | | Possible (4 mg) |
| | 18MAY25 | Mucus in feces | | Possible (4 mg) |
| FBL-4 | 11MAY25 | Unformed feces | 2 | Possible (2 mg) |
| | 17MAY25 | Blood in feces | | Possible (4 mg) |
| | 17MAY25 | Mucus in feces | | Possible (4 mg) |
| | 17MAY25 | Vomit, post-tx observation | | Possible (4 mg) |
| ZEK-4 | 02MAY25 | Unformed feces | 2 | Possible (1 mg) |
| | 02MAY25 | Blood in feces | | Possible (1 mg) |
| | 02MAY25 | Mucus in feces | | Possible (1 mg) |
| | 08MAY25 | Blood in feces | | Possible (2 mg) |
| | 17MAY25 | Blood in feces | | Possible (4 mg) |
| ALL-4 | 05MAY25 | Interdigital cyst; left front | 3 | Unlikely (2 mg) |
| BOK-4 | 07MAY25 | Mucus in feces | 3 | Possible (2 mg) |

[1] Group 1 = 7-hydroxy MGN; Group 2 = Pseudoindoxyl MGN; Group 3 = placebo

The frequency of Adverse Events was calculated as the total number recorded per group divided by the number of dogs in the group. The comparative frequency of AEs for the various groups were:

Group 1 (7-hydroxy mitragynine) 21/6 = 3.5

Group 2 (Pseudoindoxyl mitragynine)  23/6 = 3.83

Group 3 (placebo) 2/4 = 0.5

Thus, treatment with 7-OH MGN or Pseudoindoxyl MGN was more likely to cause Adverse Events compared to placebo-treated controls.

Six observations of drooling in three different dogs were considered **probably** associated with treatment; 2 dogs (5 episodes) with 7-OH-MGN and 1 dog (1 episode) with Pseudoindoxyl MGN.  It is noteworthy that no episodes of drooling were observed in MGN-treated dogs until the third treatment period when the daily dose was escalated to 4 mg.

### 15.8.1  Historical adverse events at a higher dose

The study reported herein was modified from a previous protocol in which escalating treatments of 10, 20 and 40 mg of MGN were to be administered twice daily.  After the first dose of 10 mg, however, one dog (XYL-4) exhibited marked central nervous system excitation, followed by marked CNS depression.  This was classified as a Serious Adverse Event and its relation to treatment with IVP was deemed "**probable**".  Based on this SAE, the study was discontinued after only one dose and the protocol was amended to reflect the study design reported herein.  This amended study design features lower doses and once daily administration.

Dog XYL-4 was normal on the day after MGN administration but was excluded from further study participation.

## 16.0  ADMINISTRATIVE ELEMENTS

### 16.1  REMOVAL OF SUBJECT(S) FROM THE STUDY

#### 16.1.1  Criteria for removal of subjects from the study

A participating animal could be removed from the study if it was determined that:
- It was uncooperative with study procedures.
- It encountered a serious adverse reaction, injury, or illness dictating removal for humane reasons or necessitating treatments with concomitant medications that might confound interpretation of outcome measures.
- It died spontaneously or was euthanized.

#### 16.1.2  Fate of removed study animals

The disposition of a participating animal removed from the study would be subject to the policies and prerogative of the test facility and would be documented on the *Early Withdrawal of Test Animals Report.*

## 16.2 DRUG DISPOSITION AND ACCOUNTABILITY

Quantities and identifying characteristics of the IVP delivered to the testing facility were documented on the *Investigational Veterinary Product Receipt and Accountability Record.* At the conclusion of the study, all test materials, including empty, full or partially full containers of IVP, were returned to the Sponsor by commercial delivery service on 22JUL25.

## 16.3 ANIMAL DISPOSITION AND ACCOUNTABILITY

Individual animal records documented dog delivery, and accountability records detailed animal disposition. All animals were returned to the test facility colony unless otherwise noted in the raw data. All expired animals were disposed of according to test facility SOP and local regulations. All animal files were updated to maintain a concise history of trial participation for each individual animal. The fate of each subject, either during or after completion of the study, was documented on the *Animal Accountability and Disposition Record.*

## 16.4 AMENDMENTS/DEVIATIONS TO THE PROTOCOL

### 16.4.1 Protocol Amendments

An amendment was a written change or modification of the study protocol effected prior to implementation of the protocol or execution of the changed or modified task. Protocol Amendments included the study number, protocol title, sequential amendment number, relevant protocol sections, brief description of the amendment, and date of implementation. Required information was recorded on the *Protocol Amendment Record* and signed by the Investigator and the Sponsor Representative.

One protocol amendment was issued for study MGN-25-001, as summarized in Table 6.

**Table 8. Protocol amendments issued during conduct of the study**

| Amendment Number | Date Issued | Description of Amendment | Impact |
|---|---|---|---|
| 1A | 21APR25 | The escalating doses of products were reduced. | Positive |
| 1B | 21APR25 | Frequency of treatment reduced from twice daily to once daily | Positive |
| 1C | 21APR25 | Added measurements of temperature, heart rate and respiratory rate to clinical health observations | Positive |
| 1D | 21APR25 | IVP #1 and #1 were provided in a dry form that required reconstitution before administration | Positive |

### 16.4.2 Protocol Deviations

A deviation was any unapproved variation from requirements or activities stipulated in the protocol. Protocol Deviations included the study number, protocol title, sequential deviation number, relevant protocol sections, brief description of the deviation, and date of occurrence. Required information

was recorded on the *Protocol Deviation Report* and signed by the Investigator and Sponsor Representative.

No protocol deviations were reported for study MGN-25-001.

### 16.5 COLLECTION AND RETENTION OF SOURCE DATA

All raw data were attributable, original, accurate, contemporaneous and legible. Handwritten data were written with permanent blue ink and necessary corrections were made so as not to obscure the original entry. The original raw data and the final report were sent to the sponsor for archival purposes as needed. A copy of the raw data and final report will be archived at the test facility for a period of not less than 5 yrs.

### 16.6 FINAL STUDY REPORT

A final report was written by the Investigator and administrative personnel and covered all elements stipulated by the protocol. Analytical results and their interpretation (*i.e.*, CBC, plasma chemistry and urinalysis) are included as appendices.

## 17.0 ANIMAL WELFARE

The Test Facility is committed to complying with all local regulations governing the care and use of laboratory animals. Procedures were designed to avoid or minimize discomfort, distress and pain to the animals in accordance with the principles of U.S. Animal Welfare Act. In order to ensure compliance, the study protocol was reviewed and approved (ETCR-25-0333) by the Study Facility's Institutional Animal Care and Use Committee (IACUC) before the start of the trial.

## 18.0 CONCLUSIONS

The study was completed with one protocol amendment and no protocol deviations. Adverse events occurred more frequently in both groups treated with MGN in comparison to control animals. The majority of clinical adverse events were mild or temporary conditions that were assessed as **possibly** associated with MGN administration. The only adverse event that was **probably** associated with treatment was drooling, which was observed in 2 dogs of Group 1 and 1 dog of Group 2 after escalation to a daily dose of 4 mg.

Adverse events that were probably associated with MGN treatment did not occur until the daily dose was escalated to 4 mg. In the study reported herein, adverse events attributable to MGN treatment were not reported at doses up to 2 mg daily (or a daily dosage of $\leq 0.404$ mg/kg) for 7 days.

## 19.0 APPENDICES

Appendix 1. IACUC Protocol Application

Appendix 2. Protocol

Appendix 3. Protocol Amendments

Appendix 4. Protocol Awareness/Trial Personnel Record; Curriculum vitae, résumés

Appendix 5. Investigational Veterinary Product(s) Receipt and Accountability Record; Shipping Records; Photo copy (test article labels)

Appendix 6. Animal Information

Appendix 7. Food label; Water analysis (monthly and annual); Facility Diagram; Certificate of Calibration (digital humidity/temp. meter); Environmental Monitoring Record

Appendix 8. Physical Examination Records; Certificate of Calibration (long stem thermometer); Laboratory Thermometer Verification

Appendix 9. Body Weight and Scale Verification Record; Scale Calibration Certificate

Appendix 10. NTF (Acclimation GHOs); General Health Observation Records

Appendix 11. Canine Husbandry Records

Appendix 12. Randomization; Dose Preparation Records; Treatment Records

Appendix 13. Clinical Health Observation Records

Appendix 14. Vital Signs Records

Appendix 15. Biological Sample Collection Records

Appendix 16. Plasma Processing Records; Refrigerated Centrifuge Verification Record; Certificate of Calibration

Appendix 17. Urine Sample Collection Records

Appendix 18. Concurrent Medication Records

Appendix 19. Adverse Event Records

Appendix 20. Animal Accountability and Disposition Record

Appendix 21. Study Communications

Appendix 22. Facility SOPs

Appendix 23. Lab Results

**Signature:**                                  **Signature:**

**Email:** philip@cbdamericanshaman.com        **Email:** vince@cbdamericanshaman.com